NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Gary S. Sedlik, Esq. (CA Bar No. 181192)
SEDLIKGROUP, P.C.
124 ½ Marine Ave.
P.O. Box 3238
Manhattan Beach, CA 90266
Phone: (310) 439-9986 | Fax: (844) 320-8044
Email: gary@sedlikgroup.com

ATTORNEY(S) FOR: PLAINTIFF JEFFREY B. SEDLIK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual,<br><br>Plaintiff(s),<br>v.<br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), ET AL.<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___JEFFREY B. SEDLIK___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JEFFREY B. SEDLIK | PLAINTIFF |
| KATHERINE VON DRACHENBERG | DEFENDANT |
| KAT VON D, INC., a California Corporation | DEFENDANT |
| HIGH VOLTAGE TATTOO, INC., a California corporation | DEFENDANT |

2/7/2021
Date

*[Signature]*
Signature

Attorney of record for (or name of party appearing in pro per):

PLAINTIFF JEFFREY B. SEDLIK