AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

CENTRAL DISTRICT OF CALIFOR

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No. |
| KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; (see attachment #1) | ) ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual, 4605 Lankershim Blvd, #320, North Hollywood, CA 91602
KAT VON D, INC., a California Corporation, c/o KATHERINE VON DRACHENBERG, 4605 Lankershim Blvd, #320, North Hollywood, CA 91602
HIGH VOLTAGE TATTOO, INC., a California corporation, c/o KATHERINE VON DRACHENBERG, 4605 Lankershim Blvd, #320, North Hollywood, CA 91602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gary S. Sedlik, Esq.
SEDLIKGROUP, P.C.
124 ½ Marine Ave.
P.O. Box 3238
Manhattan Beach, CA 90266

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

1 Gary S. Sedlik, Esq. (CA Bar No. 181192)
SEDLIKGROUP, P.C.
2 124 ½ Marine Ave.
3 P.O. Box 3238
Manhattan Beach, CA 90266
4 Phone: (310) 439-9986 | Fax: (844) 320-8044
Email: gary@sedlikgroup.com
5
6 Attorneys for Plaintiff Jeffrey B. Sedlik

7 UNITED STATES DISTRICT COURT

8 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual, | CASE NO. |
| Plaintiff, | |
| vs. | |
| KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D, INC., a California Corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 – 10, inclusive; | COMPLAINT FOR:<br>(1) COPYRIGHT INFRINGEMENT IN VIOLATION OF 17 U.S.C. § 501;<br>(2) VICARIOUS COPYRIGHT INFRINGEMENT;<br>(3) CONTRIBUTORY COPYRIGHT INFRINGEMENT;<br>(4) REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION IN VIOLATION OF 17 U.S.C. § 1202 |
| Defendants | |
| | **JURY TRIAL DEMANDED** |

Plaintiff, Jeffrey B. Sedlik, by and through his undersigned counsel, hereby prays to this honorable Court for relief based on the following:

## **JURISDICTION AND VENUE**

1. This action arises under the Copyright Act of 1976.
2. This Court has jurisdiction under 28 U.S.C. § 1331 and § 1338(a).

COMPLAINT FOR COPYRIGHT INFRINGEMENT - PAGE 1