1  GRODSKY, OLECKI & PURITSKY LLP
   Allen B. Grodsky (SBN 111064)
2  *allen@thegolawfirm.com*
   John J. Metzidis (SBN 259464)
3  *john@thegolawfirm.com*
   11111 Santa Monica Boulevard, Suite 1070
4  Los Angeles, California 90025
   Telephone:   (310) 315-3009
5  Facsimile:   (310) 315-1557

6  Attorneys for Defendants
   Katherine Von Drachenberg, Kat Von D, Inc.,
7  and High Voltage Tattoo, Inc.

8

9                UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                     WESTERN DIVISION

12

13 JEFFREY B. SEDLIK, an individual;        Case No. 2:21-cv-01102-DSF-MRWx

14          Plaintiff,                       Before the Hon. Dale S. Fischer,
                                             U.S. District Judge
15      vs.

16 KATHERINE VON                             **DEFENDANTS' ANSWER TO**
   DRACHENBERG (a.k.a. "KAT                  **COMPLAINT**
17 VON D"), an individual; KAT
   VON D., INC., a California                **DEMAND FOR JURY TRIAL**
18 corporation; HIGH VOLTAGE
   TATTOO, INC., a California                Action filed:   February 7, 2021
19 corporation; and DOES 1 through 10,       Trial:          TBD
   inclusive,
20
            Defendants.
21

22

23

24

25

26

27

28

Defendants Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc. (collectively "Defendants"), as and for their Answer to the Complaint filed by Plaintiff Jeffrey B. Sedlik ("Plaintiff"), respond as follows:

**RESPONSE TO ALLEGATIONS RE: JURISDICTION AND VENUE**

1.      In response to Paragraph 1 of the Complaint, Defendants admit that Plaintiff's allegations arise under the U.S. Copyright Act.  Except as so admitted, Defendants deny each and every allegation otherwise contained in this paragraph.

2.      In response to Paragraph 2 of the Complaint, Defendants admit the allegations contained therein.

3.      In response to Paragraph 3 of the Complaint, Defendants admit that defendants Kat Von D, Inc. and High Voltage, Inc. have offices and have conducted business in this district.  Except as so admitted, Defendants denies each and every allegation otherwise contained in this paragraph.

**RESPONSE TO ALLEGATIONS RE: THE PARTIES**

4.      In response to Paragraph 4 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations therein, and on that basis deny each and every allegation contained therein.

5.      In response to Paragraph 5 of the Complaint, Defendants admit that Defendant Von Drachenberg has done business within the State of California and within this district.  In further response to Paragraph 5 of the Complaint, Defendants deny each and every other allegation contained therein.

6.      In response to Paragraph 6 of the Complaint, Defendants admit that Defendant Kat Von D, Inc. has an office and has done business within California and this district.  In further response to Paragraph 6 of the Complaint, Defendants deny each and every other allegation contained therein.

7.     In response to Paragraph 7 of the Complaint, Defendants admit that Defendant High Voltage Tattoo, Inc. has an office and has done business within California and this district.  In further response to Paragraph 7 of the Complaint, Defendants deny each and every other allegation contained therein.

8.     In response to Paragraph 8 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

9.     In response to Paragraph 9 of the Complaint, Defendants deny each and every allegation contained therein.

10.    In response to Paragraph 10 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

11.    In response to Paragraph 11 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

12.    In response to Paragraph 12 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

13.    In response to Paragraph 13 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

14.    In response to Paragraph 14 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the

allegations contained therein and, on that basis, deny each and every allegation contained therein.

15.     In response to Paragraph 15 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

16.     In response to Paragraph 16 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

17.     In response to Paragraph 17 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

18.     In response to Paragraph 18 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

19.     In response to Paragraph 19 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

20.     In response to Paragraph 20 of the Complaint, Defendants admit the allegations contained therein.

21.     In response to Paragraph 21 of the Complaint, Defendants admit that Defendant Von Drachenberg has accounts with Instagram, Facebook, and Twitter, and has had the number of followers listed at various periods of time.  In further

response to Paragraph 21 of the Complaint, Defendants deny each and every other allegation contained therein.

22.     In response to Paragraph 22 of the Complaint, Defendants admit that Defendant Kat Von D, Inc. is a California corporation, with an office in North Hollywood, California, and that Defendant Von Drachenberg is an officer and director and the owner thereof.   In further answer to Paragraph 22 of the Complaint, Defendants deny each and every other allegation contained therein.

23.     In response to Paragraph 23 of the Complaint, Defendants admit that Defendant High Voltage Tattoo, Inc. is a California corporation with an office in West Hollywood, California, that its webpage speaks for itself, and that the tattoo at issue in this case was created at High Voltage Tattoo's West Hollywood business location.   In further response to Paragraph 24 of the Complaint, Defendants deny generally and specifically each and every allegation contained therein.

24.     In response to Paragraph 25 of the Complaint, Defendants admit the allegations contained therein.

25.     In response to Paragraph 25 of the Complaint, Defendants admit that Defendant High Voltage Tattoo, Inc. has accounts with Instagram, Facebook, and Twitter, and has had various number of followers at various periods of time.  In further response to Paragraph 25 of the Complaint, Defendants deny each and every other allegation contained therein.

## RESPONSE TO ALLEGATIONS RE: BACKGROUND FACTS

26.     In response to Paragraph 26 of the Complaint, Defendants admit that Defendant Kat Von D did not request a license to reproduce, display, distribute and/or make derivative works of, or otherwise use the Miles Davis photograph at issue.   In further response to Paragraph 26 of the Complaint, the remaining allegations of this paragraph contain legal conclusions and/or arguments which do not require an admission or denial.

27.    In response to Paragraph 27 of the Complaint, Defendants admit that Defendant High Voltage Tattoo did not request a license to reproduce, display, distribute and/or make derivative works of, or otherwise use the Miles Davis photograph at issue.  In further response to Paragraph 27 of the Complaint, the remaining allegations of this paragraph contain legal conclusions and/or arguments which do not require an admission or denial.

28.    In response to Paragraph 28 of the Complaint, Defendants admit that Defendant Kat Von D, Inc. did not request a license to reproduce, display, distribute and/or make derivative works of, or otherwise use the Miles Davis photograph at issue.   In further response to Paragraph 28 of the Complaint, the remaining allegations of this paragraph contain legal conclusions and/or arguments which do not require an admission or denial.

29.    In response to Paragraph 29 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

30.    In response to Paragraph 30 of the Complaint, Defendants deny each and every allegation contained therein.

31.    In response to Paragraph 31 of the Complaint, Defendants deny each and every allegation contained therein.

32.    In response to Paragraph 32 of the Complaint, Defendants admit that a post was made on or about March 18, 2017 to the @thekatvond Instagram account and the post speaks for itself.  In further answer to Paragraph 32, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every other allegation contained therein.

33.    In response to Paragraph 33 of the Complaint, Defendants deny each and every allegation contained therein.

34.     In response to Paragraph 34 of the Complaint, Defendants deny each and every allegation contained therein.

35.     In response to Paragraph 35 of the Complaint, Defendants admit that the Instagram post at issue speaks for itself.   In further response to Paragraph 35, Defendants deny each and every other allegation contained therein.

36.     In response to Paragraph 36 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

37.     In response to Paragraph 37 of the Complaint, Defendants admit that there a post was made to the Kat Von D Facebook page on or about March 18, 2017 and the post speaks for itself.  In further response to Paragraph 37 of the Complaint, Defendants lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this Paragraph and, on that basis, deny each and every other allegation contained therein.

38.  In response to Paragraph 38 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

39.     In response to Paragraph 39 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

40.     In response to Paragraph 40 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

41.    In response to Paragraph 41 of the Complaint, Defendants deny each and every allegation contained therein.

42.    In response to Paragraph 42 of the Complaint, Defendants admit that the YouTube post at issue speaks for itself.  In further response to Paragraph 42 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every other allegation contained therein.

43.    In response to Paragraph 43 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

44.    In response to Paragraph 44 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

45.    In response to Paragraph 45 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

46.    In response to Paragraph 46 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

47.    In response to Paragraph 47 of the Complaint, Defendants admit that this paragraph accurately depicts an image posted to the @thekatvond Instagram account on or about May 16, 2017.  In further answer to Paragraph 47, Defendants lack knowledge or information sufficient to form a belief about the truth of the

allegations contained therein and, on that basis, deny each and every other allegation contained therein.

48.   In response to Paragraph 48 of the Complaint, Defendants deny each and every allegation contained therein.

49.   In response to Paragraph 49 of the Complaint, Defendants admit that the May 17, 2017 post on the @thekatvond Instagram page speaks for itself.  In further response to Paragraph 49, Defendants deny each and every other allegation contained therein.

50.   In response to Paragraph 50 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

51.   In response to Paragraph 51 of the Complaint, Defendants admit that a post was made on the Kat Von D Facebook page on or about May 21, 2017 and the post speaks for itself.   In further answer to Paragraph 51, Defendants deny each and every other allegation contained therein.

52.   In response to Paragraph 52 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

53.   In response to Paragraph 53 of the Complaint, Defendants admit that a post was made on May 16, 2017 on the @thekatvond Instagram account and that the post speaks for itself.  In further answer to Paragraph 53, Defendants deny each and every other allegation contained therein.

54.   In response to Paragraph 54 of the Complaint, Defendants deny each and every allegation contained therein.

55.     In response to Paragraph 55 of the Complaint, Defendants admit that the May 16, 2017 Instagram post speaks for itself.  In further answer to Paragraph 55, Defendants deny each and every other allegation contained therein.

56.     In response to Paragraph 56 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

57.     In response to Paragraph 57 of the Complaint, Defendants admit that a post was made to the Kat Von D Facebook page on or about May 16, 2017, and that the post speaks for itself.  In further answer to Paragraph 57 of the Complaint, Defendants deny each and every other allegation contained therein.

58.     In response to Paragraph 58 of the Complaint, Defendants admit that a post was made to the @thekatvond Twitter account on or about May 16, 2017, and that the post speaks for itself.  In further answer to Paragraph 58 of the Complaint, Defendants deny each and every other allegation contained therein.

59.     In response to Paragraph 59 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

60.     In response to Paragraph 60 of the Complaint, Defendants admit that on or about March 17, 2017, a post was made to the @highvoltagetat Instagram account and that the post speaks for itself.  In further answer to Paragraph 60, Defendants deny each and every other allegation contained therein.

61.     In response to Paragraph 61 of the Complaint, Defendants deny each and every allegation contained therein.

62.     In response to Paragraph 62 of the Complaint, Defendants admit that the March 17, 2017 post to the @highvoltagetat Instagram account speaks for itself.

In further answer to Paragraph 62 of the Complaint, Defendants deny each and every other allegation contained therein.

63.     In response to Paragraph 63 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

64.     In response to Paragraph 64 of the Complaint, Defendants admit that a post was made on or about March 17, 2017 to the High Voltage Tattoo Facebook account and that the post speaks for itself.  In further answer to Paragraph 64, Defendants deny each and every other allegation contained therein.

65.     In response to Paragraph 65 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

66.     In response to Paragraph 66 of the Complaint, Defendants admit that, on or about April 15, 2017, a post was made to the @highvoltagetat Instagram account and that the post speaks for itself.  In further answer to Paragraph 66, Defendants deny each and every other allegation contained therein.

67.     In response to Paragraph 67 of the Complaint, Defendants deny each and every allegation contained therein.

68.     In response to Paragraph 68 of the Complaint, Defendants admit that the post to the @highvoltagetat Instagram account speaks for itself.  In further answer to Paragraph 68, Defendants deny each and every other allegation contained therein.

69.     In response to Paragraph 69 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

70.     In response to Paragraph 70 of the Complaint, Defendants admit that a post was made on High Voltage Tattoo's Facebook page on or about April 15, 2017 and that the post speaks for itself.  In further answer to Paragraph 70 of the Complaint, Defendants deny each and every other allegation contained therein.

71.     In response to Paragraph 71 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

72.     In response to Paragraph 72 of the Complaint, Defendants admit that, on or about April 26, 2018, a post was made on the @highvoltagetat Instagram page and that the post speaks for itself.  In further answer to Paragraph 70 of the Complaint, Defendants deny each and every other allegation contained therein.

73.     In response to Paragraph 73 of the Complaint, Defendants deny each and every allegation contained therein.

74.     In response to Paragraph 74 of the Complaint, Defendants admit that the April 26, 2018 post on the @highvoltagetat Instagram page speaks for itself.  In further answer to Paragraph 74, Defendants deny each and every other allegation contained therein.

75.     In response to Paragraph 75 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

76.     In response to Paragraph 76 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

77.     In response to Paragraph 77 of the Complaint, Defendants deny each and every allegation contained therein.

78.     In response to Paragraph 78 of the Complaint, Defendants deny each and every allegation contained therein.

79.     In response to Paragraph 79 of the Complaint, Defendants deny each and every allegation contained therein.

80.     In response to Paragraph 80 of the Complaint, Defendants admit that Plaintiff never gave Defendants permission, authority, or a license to reproduce, display, distribute, or make derivative works of his photograph.  In further answer to Paragraph 80, Defendants deny each and every other allegation contained therein.

81.     In response to Paragraph 81 of the Complaint, Defendants admit that Plaintiff never gave Defendants permission to remove copyright management information from his photograph.  In further answer to Paragraph 80, Defendants deny each and every other allegation contained therein.

82.     In response to Paragraph 82 of the Complaint, Defendants deny each and every allegation contained therein.

83.     In response to Paragraph 83 of the Complaint, Defendants deny each and every allegation contained therein.

84.     In response to Paragraph 84 of the Complaint, Defendants object that settlement communications are privileged and, on that basis, deny each and every allegation contained therein.

## **FIRST CLAIM FOR RELIEF**
### **[For Copyright Infringement]**

85.     In response to Paragraph 85 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 84 as if fully set forth herein.

86.     In response to Paragraph 86 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the

1  allegations contained therein and, on that basis, deny each and every allegation

2  contained therein.

3      87.    In response to Paragraph 87 of the Complaint, Defendants lack

4  knowledge or information sufficient to form a belief about the truth of the

5  allegations contained therein and, on that basis, deny each and every allegation

6  contained therein.

7      88.    In response to Paragraph 88 of the Complaint, Defendants deny each

8  and every allegation contained therein.

9      89.    In response to Paragraph 89 of the Complaint, Defendants deny each

10  and every allegation contained therein.

11     90.    In response to Paragraph 90 of the Complaint, Defendants deny each

12  and every allegation contained therein.

13     91.    In response to Paragraph 91 of the Complaint, Defendants deny each

14  and every allegation contained therein.

15     92.    In response to Paragraph 92 of the Complaint, Defendants deny each

16  and every allegation contained therein.

17     93.    In response to Paragraph 93 of the Complaint, Defendants deny each

18  and every allegation contained therein.

19     94.    In response to Paragraph 94 of the Complaint, Defendants deny each

20  and every allegation contained therein.

21     95.    In response to Paragraph 95 of the Complaint, Defendants deny each

22  and every allegation contained therein.

23     96.    In response to Paragraph 96 of the Complaint, Defendants deny each

24  and every allegation contained therein.

25

26

27

28

1

## **SECOND CLAIM FOR RELIEF**

2

### **[For Vicarious Copyright Infringement]**

3      97.    In response to Paragraph 97 of the Complaint, Defendants repeat and

4  reallege every allegation, admission, and denial set forth above in Paragraphs 1

5  through 84 as if fully set forth herein.

6      98.    In response to Paragraph 98 of the Complaint, Defendants deny each

7  and every allegation contained therein.

8      99.    In response to Paragraph 99 of the Complaint, Defendants deny each

9  and every allegation contained therein.

10      100.   In response to Paragraph 100 of the Complaint, Defendants deny each

11  and every allegation contained therein.

12      101.   In response to Paragraph 101 of the Complaint, Defendants deny each

13  and every allegation contained therein.

14      102.   In response to Paragraph 102 of the Complaint, Defendants deny each

15  and every allegation contained therein.

16      103.   In response to Paragraph 103 of the Complaint, Defendants deny each

17  and every allegation contained therein.

18      104.   In response to Paragraph 104 of the Complaint, Defendants deny each

19  and every allegation contained therein.

20      105.   In response to Paragraph 105 of the Complaint, Defendants deny each

21  and every allegation contained therein.

22      106.   In response to Paragraph 106 of the Complaint, Defendants deny each

23  and every allegation contained therein.

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THIRD CLAIM FOR RELIEF**

**[For Contributory Copyright Infringement]**

107.   In response to Paragraph 107 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 84 as if fully set forth herein.

108.   In response to Paragraph 108 of the Complaint, Defendants deny each and every allegation contained therein.

109.   In response to Paragraph 109 of the Complaint, Defendants deny each and every allegation contained therein.

110.   In response to Paragraph 110 of the Complaint, Defendants deny each and every allegation contained therein.

111.   In response to Paragraph 111 of the Complaint, Defendants deny each and every allegation contained therein.

112.   In response to Paragraph 112 of the Complaint, Defendants deny each and every allegation contained therein.

113.   In response to Paragraph 113 of the Complaint, Defendants deny each and every allegation contained therein.

114.   In response to Paragraph 114 of the Complaint, Defendants deny each and every allegation contained therein.

115.   In response to Paragraph 115 of the Complaint, Defendants deny each and every allegation contained therein.

116.   In response to Paragraph 116 of the Complaint, Defendants deny each and every allegation contained therein.

117.   In response to Paragraph 117 of the Complaint, Defendants deny each and every allegation contained therein.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FOURTH CLAIM FOR RELIEF**

**[For Violation of 17 USC § 1202]]**

118.   In response to Paragraph 118 of the Complaint, Defendants repeat and reallege every allegation, admission, and denial set forth above in Paragraphs 1 through 84 as if fully set forth herein.

119.   In response to Paragraph 119 of the Complaint, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained therein and, on that basis, deny each and every allegation contained therein.

120.   In response to Paragraph 120 of the Complaint, Defendants deny each and every allegation contained therein.

121.   In response to Paragraph 122 of the Complaint, Defendants deny each and every allegation contained therein.

123.   In response to Paragraph 123 of the Complaint, Defendants deny each and every allegation contained therein.

124.   In response to Paragraph 124 of the Complaint, Defendants deny each and every allegation contained therein.

**AFFIRMATIVE DEFENSES**

In response to the Complaint, Defendants assert the following affirmative defenses:

**First Affirmative Defense**

1.   The Complaint fails to allege a claim upon which relief may be granted.

**Second Affirmative Defense**

2.     The alleged infringements, or remedies Plaintiff seeks, are barred in whole or part by statutes of limitation, including, inter alia, 17 U.S.C. § 507(b).

**Third Affirmative Defense**

3.     Without admitting the alleged use of any copyrighted material allegedly owned by Plaintiff, which is denied, the conduct of which Plaintiff complains constitutes fair use.

**Fourth Affirmative Defense**

4.     Plaintiff has suffered no injury or damage as a result of any act or conduct by Defendants, nor are Defendants' revenues or profits attributable to the allegedly infringing conduct.

**Fifth Affirmative Defense**

5.     To the extent that Defendants engaged in any infringement, such infringement was innocent and was not willful or intentional.

**Sixth Affirmative Defense**

6.      The Complaint's claims for damages against Defendants are barred because Plaintiff's alleged damages are speculative or uncertain in their nature and are not susceptible of proof with reasonable certainty.

**Seventh Affirmative Defense**

7.     The Complaint, and each and every purported claim for relief therein, is barred by the doctrine of waiver.

**Eighth Affirmative Defense**

8.     The Complaint, and each and every purported claim for relief therein, is barred by the doctrine of estoppel.

**Ninth Affirmative Defense**

9.     The Complaint, and each and every purported claim for relief therein, is barred by the doctrine of laches.

**Tenth Affirmative Defense**

10.     The Complaint, and each and every purported claim for relief therein, is barred by the doctrine of unclean hands.

**Eleventh Affirmative Defense**

11.     To the extent Defendants engaged in any of the acts complained of, such acts were excused, justified, or privileged.

**PRAYER**

WHEREFORE, Defendants pray for judgment as follows:

1.     That Plaintiff take nothing by way of his Complaint and that the Complaint be dismissed;

2.     That the Complaint, and each and every purported claim for relief set forth therein, be dismissed with prejudice;

3.     That Defendants be awarded their costs and attorneys' fees; and

4.     For such other and further relief as the Court deems just and proper.

1    Dated:  April 19, 2021                    GRODSKY, OLECKI & PURITSKY LLP
                                               Allen B. Grodsky
2                                              John J. Metzidis

3
                                               By:   /s/ Allen B. Grodsky
4                                                      Allen B. Grodsky

5                                              Attorneys for Defendants Katherine Von
                                               Drachenberg, Kat Von D, Inc., and High Voltage
6                                              Tattoo, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **DEMAND FOR JURY TRIAL**

2      Defendants hereby demand trial by jury of this matter.

3

4      Dated:  April 19, 2021              GRODSKY, OLECKI & PURITSKY LLP
                                           Allen B. Grodsky
5                                          John J. Metzidis

6                                          By:   /s/ Allen B. Grodsky
                                                    Allen B. Grodsky
7
                                           Attorneys for Defendants Katherine Von
8                                          Drachenberg, Kat Von D, Inc., and High Voltage
                                           Tattoo, Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28