1   GRODSKY, OLECKI & PURITSKY LLP
2   Allen B. Grodsky (SBN 111064)
    *allen@thegolawfirm.com*
3   John J. Metzidis (SBN 259464)
    *john@thegolawfirm.com*
4   11111 Santa Monica Boulevard, Suite 1070
    Los Angeles, California 90025
5   Telephone:   (310) 315-3009
    Facsimile:   (310) 315-1557

6   Attorneys for Defendants
    Katherine Von Drachenberg, Kat Von D, Inc.,
7   and High Voltage Tattoo, Inc.

8

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual; | Case No. 2:21-cv-01102-DSF-MRWx |
| Plaintiff, | Before the Hon. Dale S. Fischer, U.S. District Judge |
| vs. | |
| KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive, | **JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS** |
| Defendants. | Action filed:   February 7, 2021<br>Trial:              July 26, 2022 |

Plaintiff Jeffrey Sedlik ("Plaintiff"), on one hand, and Defendants Katherine Von Drachenberg, Kat Von D., Inc., and High Voltage Tattoo, Inc. (together, "Defendants"), on the other hand, by and through their counsel of record, enter into this Joint Stipulation Regarding Briefing Schedule for Summary Judgment Motions with respect to the following recitals:

WHEREAS, this action was filed on February 7, 2021;

WHEREAS, this Court's "Order Re Jury Trial" (Dkt. 19) set April 18, 2022 as the motion hearing cut-off;

WHEREAS, the parties' counsel have conferred and have agreed, subject to this Court's approval, to the briefing schedule proposed herein;

NOW, THEREFORE, THROUGH COUNSEL OF RECORD, <u>AND SUBJECT TO APPROVAL OF THE COURT</u>, THE PARTIES STIPULATE AS FOLLOWS:

1.   By no later than <u>Wednesday, March 9, 2022</u>, counsel for the parties shall meet-and-confer pursuant to Local Rule 7-3 regarding any motion for summary judgment that any party intends to file.

2.   By no later than <u>Wednesday, March 16, 2022</u>, any party wishing to file a motion for summary judgment shall file the moving papers in support thereof, with the hearing noticed for Monday, April 18, 2022, at 1:30 p.m.

3.   By no later than <u>Monday, March 28, 2022</u>, any party opposing a previously-filed summary judgment motion shall file its opposition papers.

4.   By no later than <u>Monday, April 4, 2022</u>, the parties shall file any reply papers in support of any previously-filed motions for summary judgment.

THROUGH COUNSEL OF RECORD, IT IS SO STIPULATED.

1    Dated:  February 16, 2022      Respectfully submitted,

2                                GRODSKY, OLECKI & PURITSKY LLP

3                                  Allen B. Grodsky
                                  John J. Metzidis

4

5                                By:    /s/ John J. Metzidis
                                          John J. Metzidis

6                                Attorneys for Defendants Katherine Von
                                Drachenberg, Kat Von D, Inc., and High Voltage

7                                Tattoo, Inc.

8    Dated:  February 16, 2022      SEDLIKGROUP, P.C.
                                  Gary S. Sedlik

9

10                                By:    /s/ Gary S. Sedlik (w/ permission)
                                          Gary S. Sedlik

11

12                                Attorneys for Plaintiff Jeffrey B. Sedlik

13

14                 **<u>COMPLIANCE WITH LOCAL RULE 5-4.3.4</u>**

15        Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories

16   listed, and on whose behalf this filing is submitted, concur in this filing's content

17   and have authorized this filing.

18    Dated:  February 16, 2022      By:    /s/ John J. Metzidis

19                                                John J. Metzidis

20

21

22

23

24

25

26

27

28