Gary S. Sedlik, Esq. (CA Bar No. 181192)
SEDLIKGROUP, P.C.
124 ½ Marine Ave.
P.O. Box 3238
Manhattan Beach, CA 90266
Phone: (310) 439-9986 | Fax: (844) 320-8044
Email: gary@sedlikgroup.com

Attorneys for Plaintiff Jeffrey B. Sedlik

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01102-DSF-MRWx<br><br>Before the Hon. Dale S. Fischer, U.S. District Judge<br><br>**JOINT STIPULATION REQUESTING MODIFICATION OF MAY 19, 2021 "ORDER/ REFERRAL TO ADR" TO PERMIT ADR PROCEEDINGS BEFORE UNITED STATES MAGISTRATE JUDGE (ADR PROCEDURE NO. 1)**<br><br>Action filed:  February 7, 2021<br>Trial:  July 26, 2022 |

Plaintiff Jeffrey Sedlik ("Plaintiff"), on one hand, and Defendants Katherine Von Drachenberg, Kat Von D., Inc., and High Voltage Tattoo, Inc. (together, "Defendants"), on the other hand, by and through their counsel of record, enter into this Joint Stipulation requesting modification of this Court's May 19, 2021 "ORDER/REFERRAL TO ADR" to permit the parties to proceed with ADR Procedure No. 1, specifically settlement proceedings before the United States Magistrate Judge assigned to this case, the Hon Michael R. Wilner, U.S. Magistrate Judge, or any other United States Magistrate Judge available to conduct settlement proceedings, based on the following facts:

WHEREAS, this action was filed on February 7, 2021;

WHEREAS, this Court's "ORDER/REFERRAL TO ADR" (Dkt. 20) set ADR Procedure No. 3 as the required ADR Procedure, based on the parties' submissions regarding their preferred ADR Procedure at the time;

WHEREAS, the parties' counsel have conferred and have agreed, subject to this Court's approval, to proceed with ADR Procedure No. 1, specifically settlement proceedings before the United States Magistrate Judge assigned to this case, the Hon Michael R. Wilner, U.S. Magistrate Judge, or any other United States Magistrate Judge available to conduct settlement proceedings;

NOW, THEREFORE, THROUGH COUNSEL OF RECORD, <u>AND SUBJECT TO APPROVAL OF THE COURT</u>, THE PARTIES STIPULATE AS FOLLOWS:

1.  Plaintiff and Defendants and their counsel agree to proceed with ADR Procedure No. 1, specifically, settlement proceedings before the United States Magistrate Judge assigned to this case, the Hon Michael R. Wilner, U.S. Magistrate Judge, or any other United States Magistrate Judge available to conduct settlement proceedings;

2. Promptly following this Court's issuance of an order based on this stipulation, counsel for the parties shall jointly contact the chambers of the Hon Michael R. Wilner, U.S. Magistrate Judge to schedule ADR proceedings;

3. In the event that the Hon Michael R. Wilner, U.S. Magistrate Judge is not available to conduct settlement proceedings pursuant to the parties' request, counsel for the parties agree to proceed before any United States Magistrate Judge as directed by this Court.

THROUGH COUNSEL OF RECORD, IT IS SO STIPULATED.

Dated: March 9, 2022

Respectfully submitted,

GRODSKY, OLECKI & PURITSKY LLP
  Allen B. Grodsky
  John J. Metzidis

By: /s/ John J. Metzidis (w/ permission)
     John J. Metzidis

Attorneys for Defendants Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc.

Dated: March 9, 2022

SEDLIKGROUP, P.C.
  Gary S. Sedlik

By: /s/ Gary S. Sedlik
     Gary S. Sedlik

Attorneys for Plaintiff Jeffrey B. Sedlik

**COMPLIANCE WITH LOCAL RULE 5-4.3.4**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated:  March 9, 2022  By:   /s/ Gary S. Sedlik
                                              Gary S. Sedlik