GRODSKY, OLECKI & PURITSKY LLP
Allen B. Grodsky (SBN 111064)
*allen@thegolawfirm.com*
John J. Metzidis (SBN 259464)
*john@thegolawfirm.com*
11111 Santa Monica Boulevard, Suite 1070
Los Angeles, California 90025
Telephone:  (310) 315-3009
Facsimile:   (310) 315-1557

Attorneys for Defendants
Katherine Von Drachenberg, Kat Von D, Inc.,
and High Voltage Tattoo, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01102-DSF-MRWx<br><br>Before the Hon. Dale S. Fischer, U.S. District Judge<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT**<br><br>[*Filed concurrently with Memorandum, Separate Statement, Appendix of Declarations and Exhibits, Notice of Lodging, and Proposed Judgment*]<br><br>Hearing<br>Date:     April 18, 2022<br>Time:    1:30 p.m.<br>Place:    Courtroom 7D<br>             First Street Courthouse<br>             350 West 1st Street<br>             Los Angeles, CA 90012<br><br>Action filed:  February 7, 2021<br>FPTC:            June 27, 2022<br>Trial:             July 26, 2022 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 18, 2022, at 1:30 p.m. or as soon thereafter as the matter may be heard before the Hon. Dale S. Fischer in Courtroom 7D of the First Street Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, Defendants Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc. (together, "Defendants") will and hereby do move for summary judgment and partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Defendants file this motion pursuant to the Court's February 17, 2022 Order Re: Joint Stipulation Regarding Briefing Schedule for Summary Judgment Motions (Dkt. 28).

This motion is made on the grounds that, based on the undisputed facts, Plaintiff's first, second, and third claims for copyright infringement against all Defendants are barred by Defendants' affirmative defense of fair use; and Plaintiff cannot establish essential elements of his fourth claim for violation of 17 U.S.C. § 1202 against any of the Defendants.

PLEASE TAKE FURTHER NOTICE that Defendants also seek partial summary judgment as follows. Defendant Kat Von D, Inc. seeks partial summary judgment on Plaintiff's first, second, and third claims against it for copyright infringement, on the grounds that Plaintiff cannot establish essential elements of these claims against Defendant Kat Von D, Inc. Further, all Defendants seek partial summary judgment that Plaintiff cannot establish evidence of Plaintiff's actual damages or evidence of any Defendants' profits.

This motion is and will be based upon this notice of motion and motion, the concurrently lodged proposed judgment (attached hereto), the concurrently filed memorandum of points and authorities, separate statement of uncontroverted facts and conclusions of law, appendix of declarations and exhibits, and notice of

lodging, as well as the pleadings and papers on file with the Court, and any argument or evidence that may be presented to or considered by the Court at or prior to its ruling.

      This motion is made following the conference of counsel pursuant to C.D. Cal. L.R. 7-3, which took place on March 9, 2022.  Metzidis Decl. ¶ 3.

Dated:  March 16, 2022

GRODSKY, OLECKI & PURITSKY LLP
  Allen B. Grodsky
  John J. Metzidis

By:   /s/ Allen B. Grodsky
         Allen B. Grodsky

Attorneys for Defendants Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc.