# DECLARATION OF KATHERINE VON DRACHENBERG

I, Katherine Von Drachenberg, state and declare as follows:

1. I am named as a defendant in this lawsuit. I have personal knowledge of the matters stated in this declaration, except where indicated otherwise. If I were called as a witness, I would and could testify competently to these matters.

### Blake Farmer's Miles Davis Tattoo

2. In 2017, I inked a tattoo of the jazz musician Miles Davis on a gentleman named Blake Farmer. A photograph of the finalized tattoo, taken from the image shown in Exhibits 209-211 and 214-216, appears below:



*Farmer's Tattoo, Image 1*

3. A video of Mr. Farmer's tattoo, showing the tattoo from multiple angles, also appears in the video file marked as **Exhibit 217** at my deposition in this case. I took that video, and Exhibit 217 is a true and correct copy of the video I took. To the best of my memory, this video was not posted to any social media accounts, and I do not believe it was.

4. Reproduced below is a portion of screenshot from the video contained in Exhibit 217, at about the 9 second mark. This image shows a better view of the left side of the tattoo.



*Farmer's Tattoo, Image 2*

## My Process for Creating Mr. Farmer's Tattoo

5. I created Mr. Farmer's tattoo by using a photograph of Miles Davis that Mr. Farmer provided to my assistant and me. There were two preliminary steps in creating the tattoo.

6. The first preliminary step is that I created what I call a "line drawing" on tracing paper, which is like parchment paper. The line drawing mapped out placement of things, such as the eyes, nose, and mouth; it served as a guide or map as I did my freehand work later in the process. The other main purpose of the line drawing is to help show the client the size of the tattoo and help locate a place for the tattoo on the client's body.

7. **Exhibit 202** is a true and correct copy of the line drawing I created for Mr. Farmer's tattoo. I created this line drawing by placing the photograph of Miles Davis and the tracing paper on a light box, and tracing out the broad outlines and

contours that appear in the line drawing. The dotted lines in the line drawing served as a guide for me later in the tattooing process, when I applied the shading by freehand.

8. The second preliminary step is that I created what I call a "stencil" using a different kind of paper. To create the stencil, I used a thermal-fax machine and a special kind of thermal paper. This is a common practice among tattoo artists. The thermal paper has multiple leaves of pages, one of which is a tissue paper. I ran my line drawing (on tracing paper) and the thermal paper together through the thermal-fax machine. This process essentially transferred the drawing of my line drawing onto the tissue paper portion of the thermal paper.

9. I then applied a special transfer liquid on Mr. Farmer's arm, placed the tissue paper (now containing my stencil) onto this portion of his arm, let it sit, then peeled it off. This process temporarily transferred the drawing of my line drawing onto Mr. Farmer's skin. This transfer was not a permanent transfer. After letting the transfer dry for a few minutes, I began the tattooing.

10. To do the actual tattooing, I took two main steps.

11. During this portion of the tattooing process, I inked the tattoo in the "freehand" method. This means that I was not following a tracing on Mr. Farmer's skin, but that instead I drew my own interpretation. While I certainly used the photograph of Miles Davis as a reference, my goal was not to try to make a photocopy of that image onto Mr. Farmer's skin. Rather, I sought to do my own interpretation of a tattoo that would be appropriate and meaningful for Mr. Farmer.

12. The first main step is that I used a skin pen to draw my composition of the tattoo on Mr. Farmer's arm. This was not me merely re-tracing the lines of the line drawing that were temporarily transferred onto his skin. Rather, I was using my own artistic judgment to lay the groundwork for my composition of the tattoo.

13. For example, during this step I added the outlines of the flowing smoke that circles the perimeter of Miles Davis's hair and his hand, giving the

tattoo a sense of motion. I also laid the groundwork for changes in the texture of certain elements of the tattoo. I did all of these alterations before the permanent tattooing.

14. Once the groundwork was laid with the skin pen, I used a liner machine to permanently set that groundwork onto Mr. Farmer's arm.

15. The second main step was doing the shading. This constituted most of the work for Mr. Farmer's tattoo, as it generally does with black-and-gray portrait tattoos. During the shading process, I took a number of steps to bring the tattoo to life, and apply my own interpretation onto Mr. Farmer's skin.

16. One aspect of my interpretation was the amount of blackness in the tattoo. The original photograph had a stark, black background, and this blended into the black clothing that Miles Davis was wearing. I chose not to have a stark, black background in my tattoo, and instead used the shading process to create dimension, shadows, and highlights, and create an altogether lighter and softer image. In this way, Miles Davis's face seems to stand out from the skin and maps onto the contours of Mr. Farmer's upper arm.

17. If I had merely tried to replicate the photograph onto Mr. Farmer's arm, there would have been whole swaths of black background or even worse, a black, rectangular shape. This would not have looked appropriate on Mr. Farmer.

18. As mentioned previously, another aspect of my interpretation was the addition of a sense of movement. I accomplished this through adding waves of shading in the lines of smoke that circle the perimeter of Miles Davis's hair and hand. The smoke swirls through Miles Davis's hair and hand, creating a kind of "visual noise" that flies all around the tattoo and gives the sense of movement. The smoke also adds to a sentiment of melancholy.

19. Finally, my interpretation of the tattoo added shading, highlights, and texture to a number of parts of Miles Davis's face and hand. I added texture to the

1  fingers on his hand, the vein on his forehead, and the details on his shirt and
2  sleeves.
3      20.    Whenever I do a portrait tattoo, I always strive to do my interpretation
4  of the image in a way that is unique to and appropriate for the person receiving the
5  tattoo. That is precisely what I attempted do to in creating the Miles Davis tattoo
6  for Mr. Farmer.
7
8      I declare under penalty of perjury under the laws of the United States of
9  America that the foregoing is true and correct. Executed on March 14, 2022, at
10  Los Angeles, California.

                                                          Katherine Von Drachenberg