## **DECLARATION OF BLAKE M. FARMER**

I, Blake M. Farmer, state and declare as follows:

1. I have personal knowledge of the matters stated in this declaration, except where indicated otherwise. If I were called as a witness, I would and could testify competently to these matters.

### **Personal Background**

2. I live in the Los Angeles area and work as a lighting technician. I own a lighting rental company and service the commercial television and motion picture market.

3. I have an appreciation for music, and jazz in particular. I started playing trumpet beginning in 6th grade, and continued to do so through college. I spent significant parts of my childhood growing up in Nevada or in the Las Vegas area. As my family moved around and I attended several middle schools and high schools, I continued playing trumpet.

4. I attended college at the University of Nevada, Las Vegas (UNLV), and majored in music. I earned my B.F.A. in 2009 in music history and literature, and I wrote my senior thesis on the political influences and underpinnings of hip hop culture.

5. UNLV had a really great jazz program. Part of this was due to the fact that a lot of players who came out of the "Big Band" era would tour through Las Vegas. I was fortunate to have been taught by people who played with Buddy Rich and Elvis Pressley, for example.

6. In college I played a lot of jazz with my classmates, and took a lot of jazz classes. During this time, I developed an appreciation for the jazz musician Miles Davis.

### Motivation for Getting the Miles Davis Tattoo
### and Personal Significance of Miles Davis to Me

7. I have many other tattoos. Ever since college, I had always had ideas of getting a portrait tattoo of Miles Davis.

8. Miles Davis is an important figure to me for a number of reasons. For one, he's a trumpet player, as am I. He also had a sort of rebellious spirit, as do I.

9. As a jazz enthusiast and amateur historian, I just always identified with him. Apart from his being one of the most visible trumpet players in jazz, he also crossed into different genres: he started out playing straight jazz, but as he grew older his style became very unique and he introduced previously unheard stylings. He even played on some hip hop records in his late career.

### How My Miles Davis Tattoo Came About

10. I came to meet Kat Von D through the course of my work as a lighting technician. I was doing lighting for a film shoot for her line of make-up products.

11. While we were taking a break between setups outside the studio, we started making small talk. I asked her if she still did tattoos. I recall her saying that she did so mostly just for friends, that she didn't take walk-ins anymore, and that she just did the tattoos she wanted to do.

12. I mentioned to her that I had many tattoos, and I recall she responded by asking me if I wanted to get a tattoo from her. I thus found myself with an opportunity to get a tattoo from a renowned portrait artist. So I said yes, and told her it would be really awesome to get a Miles Davis tattoo and that she would be the perfect person to do it.

13. From the best of my recollection, the Miles Davis tattoo was done in at least two sessions that were a couple of weeks or maybe a month apart. I recall being told that some time in between sessions would be necessary for me to heal.

14. With regard to the photograph of Miles Davis used as reference material for the tattoo, I chose this particular photograph and found it online by doing a Google search.

15. The copies of the photograph that I provided to Kat and her assistants did not contain any indication that they were copyrighted, such as a copyright symbol (©). Nor do I recall seeing any indication in the Google search that this particular photograph was copyrighted, or anything identifying who the photographer was.

16. I chose this particular photograph largely because it was one of the clearer photographs of Miles Davis's face. It seemed like it made sense to use a portrait photograph for doing a portrait tattoo, as opposed to using a candid photo of Miles or a photo where he is set in a setting.

17. Because my left arm was already pretty full of tattoos, and my right arm had a lot of space, I decided to have the Miles Davis tattoo placed on my right arm. I also recall discussing with Kat the idea of possibly having multiple tattoos of Miles Davis-themed artwork on my arm, such as something from the album *Bitches Brew*. But this was just a concept and I never followed through with it.

### The Meaning of My Miles Davis Tattoo

18. Nearly every one of the tattoos on my body has some personal meaning to me. My Miles Davis tattoo is no exception to this.

19. For me, my Miles Davis tattoo is a callback to times in my life when I studied jazz and played jazz, particularly in college. I meant the tattoo to be a representation of that particular period of my life, and also of the fact that I am still an avid listener of jazz and Miles Davis's music. I still enjoy listing to Miles's music to this day, and every time I listen to the same records I still get something new out of it. In this way, my Miles Davis tattoo is part of a visible inventory of myself.

### Other Tattoos on My Body and Their Personal Significance

20. Again, I have many other tattoos, and nearly every one of my tattoos has some personal meaning to me. Some of them are as follows:

21. On my right forearm is a tattoo of a hammer with my dad's initials on it. My dad was a carpenter, and the hammer represent his profession. There is script that accompanies this tattoo that reads, "*a little more click clack*," which is a saying my dad used to say.

22. Also on my right arm is a tattoo of a scene from a movie I worked on in 2020. That movie was interrupted by the pandemic, and it was kind of a crazy time. So I got the tattoo to memorialize that time and the movie being finished.

23. On my left arm I have a tattoo of a heart with my grandfather's Navy insignia – a bald eagle clutching an anchor – along with my grandmother's name.

24. On my left bicep I have a tattoo of a still frame from a scene from a movie that I like – the 2008 film *There Will Be Blood*. It's a scene from the movie when the oil derrick is spewing oil. I had the tattoo artist who inked it add a sign that says, "*half measures availed us nothing*." I intended this to convey a double meaning of how great achievements come through hard work, but they can also lead you morally astray – just as the film's lead character, Daniel Plainview, had gone astray by this point in the film. This particular expression is also something I borrowed from recovery literature, which is also another and more private reference to my dad.

25. I have a tattoo of an old-fashioned timepiece that shows the seal of the State of Nevada in the open part. Within that seal, there is imagery of a train running through a mountain terrain with smoke coming out of its smoke stack, and a cabin with smoke coming out of its chimney. In my tattoo, the smoke from the chimney and the smoke from the train are flowing in opposite directions. This is a reference to an old story about Mark Twain. He is reputed to have designed the state seal of Nevada, and the story goes that in his original design, he had the smoke

from the chimney and the smoke from the train flowing in opposite directions, as a joke to see if anyone would notice it. The story goes that someone did notice the error, corrected it, and the official seal of Nevada indeed has both smoke trails flowing in the same direction. But I wanted the tattoo artist to do my tattoo in the way Twain is reputed to have designed it.

26. I have a tattoo of Leonardo da Vinci's original sketches of his depiction of backlight, showing the way in which the sun implants in the eyeball through images of circles of descending size within a conical form.

27. I have a bunch of tattoos that represent what I would call lighting "nerditry," in that they reference technical aspects of my profession as a lighting technician. For example, I have a tattoo of a diagram of a cathode ray tube with various electrical symbols. I have a tattoo of the expression "*first to make, last to break*," which is terminology that electricians use. And on my left forearm, I have a banner that says "*shine a light*," and it is accompanied by ropes threaded through the banner that are configured in a specific manner that is technically appropriate for running electrical systems.

28. Finally, I have a tattoo of a gas can that is based upon a drawing of a gas can that my brother drew. In turn, my brother has a tattoo of a match. His tattoo of the match is intended to complement my tattoo of the gas can. Our tattoos represent the fact that we tend to cause trouble when we are together.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2022, at Glendale, California.

_____
Blake M. Farmer