# CERTIFICATE OF REGISTRATION

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER: **VA 645-610**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION: **July 6 1994**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1  TITLE OF THIS WORK ▼**: MILES DAVIS PHOTOS
**NATURE OF THIS WORK ▼**: Photographs

**PREVIOUS OR ALTERNATIVE TITLES ▼**:

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**: JAZZIZ

If published in a periodical or serial give: **Volume ▼** 6  **Number ▼** 5  **Issue Date ▼** Aug/Sept 1989  **On Pages ▼** Cover, 5, 44, 46 & 48

---

**2 a  NAME OF AUTHOR ▼**: JEFF SEDLIK
**DATES OF BIRTH AND DEATH** — Year Born ▼ 1962  Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes  ☒ No
**AUTHOR'S NATIONALITY OR DOMICILE** — Name of Country — Citizen of ▶ U.S.A.  Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** — Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP**: Entire photographs and negatives

**b  NAME OF AUTHOR ▼**:
**DATES OF BIRTH AND DEATH** — Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes  ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** — Citizen of ▶  Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** — Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**:

**c  NAME OF AUTHOR ▼**:
**DATES OF BIRTH AND DEATH** — Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** — Citizen of ▶  Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** — Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**:

---

**3 a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**: 1989 ◀ Year
**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**: Month ▶ July  Day ▶ 28  Year ▶ 1989  Nation: U.S.A.

---

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

JEFF SEDLIK
940 E. Second St., Studio 8
Los Angeles, California 90012

APPLICATION RECEIVED: JUL 06 1994
ONE DEPOSIT RECEIVED: JUL 06 1994
TWO DEPOSITS RECEIVED:
REMITTANCE NUMBER AND DATE:

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
- See detailed instructions.
- Sign the form at line 8.

Exhibit 7

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼
Stephen A. Spataro, Esq.
Spataro & Associates
100 Wilshire Bl., Suite 200
Santa Monica, CA 90401-1113

Area Code & Telephone Number ▶ (310) 917-4557

Be sure to give your daytime phone ◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   JEFF SEDLIK
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
STEPHEN A. SPATARO        date ▶ 7/1/94

Handwritten signature (X) ▼ [signature]

**8**

MAIL CERTIFICATE TO

Name ▼
Stephen A. Spataro, Esq.
Number/Street/Apartment Number ▼
100 Wilshire Bl., Suite 200
City/State/ZIP ▼
Santa Monica, California 90401-1113

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—135,000      ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,007

Exhibit 7

JSP002521