```
 1                  UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
 2                       WESTERN DIVISION

 3

 4    JEFFREY B. SEDLIK,            )          Case No.
                                    )     2:21-cv-01102-DSF-MRWx
 5              Plaintiff,          )
                                    )
 6    -vs-                          )
                                    )
 7    KATHERINE VON DRACHENBERG     )
      (a.k.a. "KAT VON D"), an      )
 8    individual; KAT VON D, INC., )
      a California corporation;     )
 9    HIGH VOLTAGE TATTOO, INC.,    )
      a California corporation;     )
10    and DOES 1 through 10,        )
      inclusive,                    )
11                                  )
                Defendants.         )
12

13

14               VIDEOTAPED DEPOSITION OF
15               KATHERINE VON DRACHENBERG
16          TAKEN ON BEHALF OF THE PLAINTIFF
17                  VIA VIDEOCONFERENCE
18                  ON JANUARY 18, 2022
19

20

21

22

23

24

25          REPORTED BY:  TRENA K. BLOYE, CSR


                                              Page 1
```

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1    questions today?
 2         A    No.
 3         Q    We'll be taking regular breaks today, more or
 4    less every hour or so, as well as a lunch break.  If you
 5    need a break, please ask me.  I will do my best to
 6    accommodate you.  The only exception to this is when
 7    there is a question pending.  If there is a question
 8    pending I will ask you to provide a response before we
 9    take a break.  Do you understand that?
10         A    Yeah.
11         Q    Okay.  So let's -- now that we're through with
12    all of those exciting guidelines and rules, let's start
13    with some of the background questioning.
14              I guess the first question I want to ask is how
15    would you like me to address you today?  I believe that
16    your complete name is Katherine Von Drachenberg.  I know
17    that professionally you go by Kat Von D.  My intention
18    was to address you by Ms. Von Drachenberg.  Is that okay
19    with you?
20         A    That's fine, yes.
21         Q    Okay.  So let's start by getting a little bit
22    of basic information about your educational background.
23    Did you attend high school?
24         A    I went to a few weeks of my freshman year and
25    then later got a GED.
```

                                              Page 13

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1        A    No.
 2        Q    What -- you know, I'm calling it employment,
 3   but what type of work are you engaged in currently?
 4        A    I'm an artist, so, you know, I make music, I --
 5   photography, I model, I do all kinds of different forms
 6   of art.
 7        Q    Okay.  Thank you.  Let's go back to kind of
 8   discussing your employment in terms of tattoos.
 9        A    Sure.
10        Q    My understanding is that you started making
11   tattoos at an early age; correct?
12        A    Yeah, that's correct.  I started tattooing when
13   I was 14 years old.
14        Q    Okay.  And what age did you actually start
15   working in a tattoo shop?
16        A    Sixteen.
17        Q    And this was in the Inland Empire where you
18   grew up; correct?
19        A    Correct.
20        Q    How many different tattoo shops did you work
21   for in the Inland Empire?
22        A    Just one I believe.
23        Q    Okay.  And when you were working for this
24   tattoo shop were you -- you were compensated for making
25   tattoos; correct?
```

                                                  Page 15

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1    correct?

 2       A    Yes.

 3       Q    Where did you go after affliction?

 4       A    Inflictions.

 5       Q    Infliction.  I'm sorry.

 6       A    That's okay.  After Inflictions I went to True

 7    Tattoo.

 8       Q    Okay.  And how long were you at True Tattoo?

 9       A    That was in Hollywood, California.  And I

10    believe I was there for maybe two years.  After that I

11    opened up my own shop.

12       Q    Okay.  When you say you opened up your own

13    shop, what was the name of that shop?

14       A    High Voltage Tattoo.

15       Q    What year did you open High Voltage Tattoo?

16       A    It was 14 years ago, whatever that year was.

17       Q    So 2008?

18       A    Yeah, on April 1st.

19       Q    Okay.  Would you say that you developed a

20    particular specialty or a niche market within the tattoo

21    industry?

22       A    Sure.  I mean, I think that every tattooer has

23    their specialty that they do, but I'm not limited by

24    only that.  I mean, I do a variety of different

25    approaches to tattooing, but I do have my limits.  Like,
```

                                                    Page 20

Exhibit 26
Kat Depo

1   for example, I don't do color tattoos.  I'm not very

2   good at that at all, so I stick to black and gray

3   portraits and realism.

4       Q    What do you mean by portraits?

5       A    (Audio interruption)

6       Q    Sorry.  I don't know if you heard my question.

7   What do you mean when you say portraits?

8       A    Can you say it one more time?

9       Q    Yes.  What do you mean when you say portraits?

10      A    Yeah.  So I definitely have a personal tee in

11  portraits and realism.  So, I mean, if you wanted to get

12  a portrait of this coffee cup I can try and do my

13  rendition of that coffee cup.  If you, you know, bring a

14  portrait of your mother who has passed away, I can do my

15  rendition of that portrait and do it, you know, in the

16  form of a tattoo.

17      Q    Okay.  So by realism you kind of mean

18  representing a -- as realistic a depiction of an object

19  in a tattoo as possible.  Is that a fair statement?

20      A    I don't know if that's fair.  I mean, it --

21  (Audio interruption) -- worlds that would be, you know,

22  there's impressionism, you know, there is cubism.

23  Realism would be things that look close to the accuracy

24  of nature.

25      Q    Okay.  And in terms of portraits, is it your

                                                    Page 21

Exhibit 26
Kat Depo

1    goal to make the portrait look as accurate as the person

2    whom you are trying to make an image of in a tattoo?

3        A   It's actually more like recreating like the

4    sentiment of the person.  To me it's more capturing, you

5    know, as cliche as it might sound, like a soul of a

6    person.  I'm not, you know, Rembrandt or anything like

7    that.  I'm just -- I try to, you know, celebrate whoever

8    the person is getting tattooed on their body because it

9    probably means something to them.

10       Q   Now, so -- thank you.  And when you first

11   opened High Voltage Tattoo in 2008, how much were you

12   charging for your tattoos?

13       A   Um, the first -- I believe the first two years

14   I was.  It could be the first year only.  I haven't

15   charged for tattoos in over a decade.

16       Q   Okay.  So at the beginning when you were

17   charging for tattoos, how much were you charging?

18       A   I had a $1,000 minimum.  So a portrait would be

19   anywhere from a thousand to $3,000.

20       Q   What is the most amount of money that you have

21   ever charged for a tattoo in your life?

22       A   I have no idea.  I mean, some people -- you

23   know, when you get a tattoo it's never actually really

24   completed for the most part.  I very rarely meets

25   someone that only has one tattoo.  I mean, I will use

Page 22

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1        Q    Sure.  When was the last time that you were

 2   paid by a customer for making a tattoo?

 3        A    Over a decade ago.

 4        Q    Okay.  Why did you decide to stop charging for

 5   tattoos?

 6        A    I've actually talked about this in books that I

 7   have written and I have always been very public about

 8   this, although I don't promote if because I'm not trying

 9   to, you know, tell people they should do the same.

10             But for me when I first started tattooing, I

11   loved it so much and I just made a promise to myself

12   that one day -- I mean, I'll work really hard and one

13   day I would be able to do this for the love of tattooing

14   versus as a means to an end.  And so, you know, once I

15   got to a place where I was successful and making money

16   in other ways I could do this as -- I mean, I don't want

17   to say a hobby because that does cheapen it to a certain

18   degree.  I do think it's a craft.

19             And I just wanted it to be like a gift I give

20   to people.  So I don't tattoo -- (Audio interruption) --

21   street.  I only tattoo pretty much my friends, you know,

22   and close acquaintances.

23        Q    Okay.  Thank you.  And you cut out towards the

24   end of that.  You said, But I don't tattoo --

25        A    Oh, yes.  So I don't tattoo walk-ins.  I don't
```

Page 24

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

1    have clients.  I don't, um -- I don't tattoo people off
2    the street.  I don't have customers.  I just tattoo my
3    friends and close acquaintances.
4         Q    Thank you.  So when you -- when you work as
5    a -- should I -- and let me step back for a second.
6         A    Sure.
7         Q    I'm going to be using this a lot today, so I
8    want to make sure I'm using the phrase correctly.  Can I
9    say when you work as a "tattooer," is that a proper use
10   of that word?
11        A    Sure, yeah, yeah.
12        Q    So I'd like to talk about your work as a
13   tattooer.  When you make your tattoos are you working as
14   an individual, as an employee of High Voltage Tattoo, as
15   an employee of Kat Von D, Inc. Or something else?
16        A    You cut out after "as an individual."
17        Q    Okay.  When you first -- when you make your
18   tattoos are you working as an individual, as an employee
19   of High Voltage Tattoo, as an employee of Kat Von D,
20   Inc. Or something else?
21        A    Well, Kat Von D, Inc. Has nothing to do with
22   tattooing.  Kat Von D, Inc. Is, it's another entity that
23   represents all things outside of tattooing that I do,
24   because, like I said, I'm an artist and I do other forms
25   of art other than tattooing.  So High Voltage Tattoo, I

                                        Page 25

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1    guess I could call myself an employee of High Voltage
 2    Tattoo.
 3           And I should note that I no longer have my
 4    tattoo shop.  I have since closed.  You know, we weren't
 5    able to make money through a lot of things and are in
 6    the process of claiming bankrupt -- (Audio interruption)
 7           I tended to treat my artists as individual --
 8    independent contractors.  You know, everybody made their
 9    own schedules, they have their own clients, they deal
10    with their own money, and I just create, like, a safe
11    space for artists to come and work.
12           And so I guess to answer your question, I would
13    technically be an employee of High Voltage Tattoo, even
14    though it's my shop.
15       Q   Okay.  Thank you.  And are you still making
16    tattoos?
17       A   No, I'm not.  No, I'm not.
18       Q   Okay.  Even for friends and family?
19       A   No.  I little closed my shop down.  I don't --
20    you know, I'm a professional.  I don't tattoo out of
21    garages or anything.  I would tattoo out of a studio;
22    which, since I don't have one anymore, I'm currently not
23    tattooing.
24       Q   Do you consider yourself an artist?
25       A   Of course.

                                          Page 26
```

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1          Q    What does the term artist mean to you?
 2          A    Um, well, I mean, there's like a historic
 3     definition of it.  I mean, I just -- (Audio
 4     interruption) -- just create with my hand and with my
 5     mind and with my heart.
 6               MR. SEDLIK:  Okay.  Madam court reporter, were
 7     you able to hear that response?
 8                    THE REPORTER:  No.  You dropped out --
 9                    THE WITNESS:  Sure.  I can answer again
10     if you want.
11          Q    (By Mr. Sedlik) Please do, yes.
12          A    Yeah.  I was just saying, I think in my own
13     hippy dippy way what I think is art is just to create
14     things with my mind and my hands and my heart.
15          Q    And do you -- do you consider the tattoos that
16     you make to be art as well?
17          A    Yeah.  I think it's a form of art.  It's a form
18     of self expression.
19          Q    Okay.  Have you ever advertised your services
20     as a tattooer?
21          A    No.  Like you mean like paid advertising?  No.
22          Q    Okay.  And I'm going to ask that -- I'll just
23     ask that question straight out.  Have you ever paid a
24     third party or a company to place an ad relating to your
25     tattoo services?
```

Page 27

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

| | |
|---|---|
| 1 | shop.  But it's not like I had an actual, you know, |
| 2 | creating content specifically pushing people to come to |
| 3 | my tattoo shop. |
| 4 | Q   High Voltage Tattoo, at least up until |
| 5 | November, was an operating business; is that correct? |
| 6 | A   Yes. |
| 7 | Q   And was it -- one of its purposes to generate |
| 8 | revenue? |
| 9 | A   Actually, to be honest, it wasn't. |
| 10 | Q   That wasn't one of its purposes? |
| 11 | A   We have independent contractors.  I just |
| 12 | thought -- I'm sorry.  Say that again. |
| 13 | Q   No.  Go ahead.  You were speaking.  I will ask |
| 14 | me question after. |
| 15 | A   I asked me if the purpose of my tattoo shop was |
| 16 | to create revenue; right? |
| 17 | Q   Correct. |
| 18 | A   Yeah.  No, that wasn't the purpose.  Like, to |
| 19 | be honest, I created that space to just have a space for |
| 20 | me to tattoo.  And, you know, I shop -- the guys at my |
| 21 | shop that worked there would give a small percentage to |
| 22 | the shop and I would give them a majority of their -- of |
| 23 | whatever they earned.  And that small percentage would |
| 24 | pay for the rent.  So, you know, I very, very rarely |
| 25 | made money from High Voltage Tattoo. |

Page 32

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1           Like I said, this is a passion project.  I
 2     mean, I truly did get into tattooing for the art of it.
 3     I'm not -- I wasn't trying to be Walmart or a
 4     corporation or anything like that.
```

 5          Q    Okay.  High Voltage Tattoo did make most posts

 6     on social media; correct?

 7          A    I'm so sorry.  You broke up again.  One more

 8     time.

 9          Q    Okay.  This is going to happen a lot today, so

10     I appreciate your patience.

11               High Voltage Tattoo did make posts on social

12     media; correct?

13          A    Yeah, High Voltage Tattoo had their own

14     Instagram account and Facebook.

15          Q    And the purpose of those social media accounts,

16     I suppose, was to attract more customers to High Voltage

17     Tattoo; correct?

18          A    No.  Like I said, we have all these independent

19     contractor artists.  So most of the time I was promoting

20     the artists themselves, you know, for them to have

21     clients.  Like, I mean, if you look at most of the posts

22     on there there is very little of my tattoos, because,

23     like I said, I don't tattoo for money.

24          Q    Do you know how many followers High Voltage

25     Tattoo has on Instagram today?

                                                   Page 33

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

1       A    Currently it has 914,000.  We just lost a

2    thousand followers.

3       Q    Do you know how many posts High Voltage

4    Tattoo --

5       A    914.

6       Q    -- has made on Instagram?

7            I'm sorry.  Do you know how many posts High

8    Voltage Tattoo has made on Instagram?

9       A    I don't have my phone in front of me right now.

10   I just know how many followers.

11      Q    If I tell you that the last time I looked,

12   which I think was yesterday, it showed a post count of

13   7,774.  Does that sound about right to you?

14      A    Sure.

15      Q    Okay.  So when High Voltage Tattoo makes a post

16   on Instagram, High Voltage Tattoo knows the post may be

17   seen by more than 900,000 people; correct?

18      A    Actually, if you actually look at, like, how

19   many people actually view your posts when you're

20   posting, it's less than 12 percent.  So, no, I don't

21   assume it's going be to 900,000.  I don't think -- we've

22   never gotten that many likes on a photo.  If you look at

23   our photos we're probably getting anywhere from a couple

24   of hundred to a couple of thousand.

25      Q    And you're talking about likes; correct?

                                                  Page 34

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1     jerk took my name, so.
 2          Q    Okay.  So that -- but when you're talking about
 3     when you just talked about with respect to your personal
 4     Instagram, you're talking about the Kat Von D?
 5          A    I think the Kat Von D is for Instagram.  And I
 6     think Facebook is just Kat Von D.  YouTube is just Kat
 7     Von D, and I can't remember what Twitter is, if it's
 8     @The Kat Von D or not, but you get the idea.
 9          Q    Right.  And all of those accounts are
10     accessible to the public, correct, they are not private
11     accounts?
12          A    Yeah, all of them are -- are public.
13          Q    And how many followers do you currently have on
14     Instagram?
15          A    7.9 million.
16          Q    And how many posts have you made on Instagram,
17     your personal Instagram?
18          A    You would know better than I would.
19          Q    You may be correct there.  So if I tell you
20     that I checked yesterday and I believe the number was
21     4,442, does that sound about right to you?
22          A    Sure.  I'm surprised it's not more.
23          Q    So when you make a post on your personal
24     Instagram and your other social media accounts, you know
25     that the post may be seen by millions of people;
```

                                              Page  44

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
1    there?

2        A    No.

3        Q    Okay.   Did High Voltage Tattoo have any rules

4    restricting you from creating tattoos based on

5    photographs?

6        A    No.   That's never been done in the tattoo world

7    ever.

8        Q    Did High Voltage Tattoo have any rules relating

9    to the creation of tattoos based on artwork, including

10   photographs, brought to you by customers?

11       A    No.

12       Q    So were customers required to sign a release or

13   any other type of agreement prior to getting a tattoo

14   from High Voltage Tattoo?

15       A    No.   We've sent you our release forms.   You

16   have seen it.   It has nothing to do with any of that.

17   We just confirm people's age, make sure they are 18

18   years and older, and it has some medical history

19   questions, and some after-care instructions.   You have

20   seen our release form.   It has nothing to do with that.

21       Q    Well, actually, I haven't seen your release

22   form.

23       A    Oh, you haven't?

24       Q    We asked for it, but it was not produced to us.

25       A    Oh, I'm sorry.   We will happily produce it to
```

                                                        Page 65

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1    notice of a claim of unauthorized use of artwork, a
 2    photograph, a drawing, or other intellectual property?
 3         A    Can you repeat that one more time?
 4         Q    Yes.  Has High Voltage Tattoo, Inc. ever
 5    received notice of a claim of unauthorized use of
 6    artwork, photograph, a drawing, or other intellectual
 7    property?
 8         A    No.
 9         Q    Has High Voltage Tattoo, Inc. Ever obtained a
10    license from a third party for the use of that
11    third-party's intellectual property?
12         A    No.
13         Q    Has High Voltage Tattoo ever entered into a
14    settlement agreement relating to the use of a third
15    party's intellectual property?
16         A    No.
17         Q    Does High Voltage Tattoo, Inc. Hold any
18    copyrights?
19         A    We have trademarks.  I don't think we have
20    copyrights.
21         Q    Okay.  Let's talk about Kat Von D, Inc.
22         a    Okay.
23         Q    Kat Von D, Inc. an operating company?
24         A    Yes.
25         Q    What kind of business or businesses does Kat
```

Page 71

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

1    Von D, Inc. engage in?

2        A    Well, actually I don't know.  Kat Von D, Inc.

3    is just -- when I used to be on TV they, like, handled,

4    you know, all my, like, TV appearance stuff or movies

5    would fall under that.  That's really all I can think of

6    right now that would fall under that.

7            But I'm kind of retired from the entertainment

8    world, so -- or in my own way, so I don't -- there's

9    really no business going through it.  I mean, it's

10   operating, but it's not making anything, if that helps

11   answer the question.

12       Q    Sure.  Was Kat Von D, Inc. created to -- to be

13   kind of a holding company for your businesses relating

14   to tattoos?

15       A    No, not at all.  It's for everything except

16   tattoos.

17       Q    Okay.  But you're saying you're not aware of it

18   doing business right now?

19       A    Can you repeat that last one?

20       Q    Yeah.  You're not aware of Kat Von D, Inc.

21   doing business right now?

22       A    Yeah.  I mean, I'm not, you know -- I'm not

23   working right now.  I don't have any, you know --

24   there's -- I'm not on TV or doing movies or anything

25   like that right now with Kat Von D, Inc.

Page 72

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1        Q    Okay.  Does Kat Von D, Inc. have any employees?
 2        A    No.  No.  I mean, just me I guess, but I'm not
 3   getting paid so --
 4        Q    Are you the owner of Kat Von D, Inc.?
 5        A    Yes.
 6        Q    Are there any other owners or shareholders of
 7   Kat Von D, Inc.?
 8        A    No.
 9        Q    Does Kat Von D, Inc. currently hold or has it
10   ever held any ownership interest in High Voltage Tattoo,
11   Inc.?
12        A    No.
13        Q    Does Kat Von D, Inc. currently hold or has it
14   ever held any ownership interest in the High Voltage
15   Tattoo shop?
16        A    That last part cut out.  I'm sorry.
17        Q    Does Kat Von D, Inc. currently hold or has it
18   ever held any ownership interest in the High Voltage
19   Tattoo shop?
20        A    No.
21        Q    Has Kat Von D, Inc. ever been involved in any
22   litigation?
23        A    No.
24        Q    Has Kat Von D, Inc. ever received notice of a
25   claim alleging copyright infringement?
```

Page 73

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1    references, how did you do that?
 2         A    Like for the Michael Angelo piece?  I mean, to
 3    be honest, I don't remember how I got references for it.
 4    If it was the internet I'm sure I Googled Michael
 5    Angelo.
 6         Q    Okay.  Anything else besides books and Google?
 7         A    No.  I mean, what else would there be?
 8         Q    Well, do you have any books of images or
 9    artwork at the tattoo shop that you use as references?
10         A    No.  Before I closed my shop I didn't.  I mean,
11    I had, like, I said -- (Audio interruption) --
12    Carbado (phonetic) books, Rembrandt books, things like
13    that.  But, you know, I wish somebody would want to get
14    that tattooed, but it's not really a popular choice.
15         Q    Do you collaborate with customers about the
16    look and feel of the tattoo?
17         A    Yeah.
18         Q    How do you do that?
19         A    Well, I mean, I usually spend some time with
20    the people that I'm tattooing and I can get a -- you
21    know, it's kind of hard to describe because there's a
22    little bit of psychology behind it.  I try my best to
23    kind of get the feel for what this -- who this person is
24    and what this means to them, and that way I can --  my
25    interpretation of the tattoo will really fit them as a
```

Page 85

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1    person and as an individual.
 2         So, yeah, I think when it comes to
 3    collaborations, you know, like people have ideas and
 4    they might not know what the best placement might be,
 5    you know.  So, you know, like the Miles Davis tattoo,
 6    for example, is a perfect example.  (Audio
 7    interruption) -- Miles Davis fan and he wanted to
 8    eventually get a whole sleeve of Miles Davis inspired
 9    tattoos and that's why I did so much texture around the
10    hair and created so much movement and really just, you
11    know, created more of a composition versus like the
12    photograph itself was just like a square.
13         And so, you know, that way when he wants to get
14    more tattoos that you can just add more texture and
15    shading that would join that piece to another.  And
16    those are things that I would, you know, bring to the
17    table.
18    Q    So you cut out right when you said Miles Davis
19    tattoo would be a perfect example, and you cut out for
20    about ten seconds.  Do you remember what you said after
21    that?
22    A    Yeah.  I said something along the lines of,
23    well, like the Miles Davis tattoo is a perfect example.
24    When Blake came in he wanted to get an entire sleeve
25    that was dedicated and inspired to Miles Davis.  And so
```

Page 86

Exhibit 26
Kat Depo

```
 1    I knew that there would be more to come.  That's why I
 2    added all this texture and shading that wasn't in the
 3    photography at all or else it would look like a black
 4    square.  And so that way when he did add to it, it would
 5    be really easy to bring that movement into the next
 6    piece.  And those are things that I brought to the
 7    table.
 8                  MR. SEDLIK:  Okay.  We are just over an
 9    hour-and-a-half out.  I want to give the court reporter
10    a little break.  So we're going to take about ten
11    minutes.  And so if we could all -- the videographer
12    will announce that we are going off the record and then
13    we'll come back in ten minutes, so about 10:45 local
14    time and we will be ready to proceed at that time.
15                  THE WITNESS:  Okay.  Bye, guys.
16                  VIDEOGRAPHER:  We are going off the
17    record.  The time is 10:35 a.m.
18                  (A break was had.)
19                  VIDEOGRAPHER:  We are going back on the
20    record.  The time is 10:49 a.m.
21        Q   (By Mr. Sedlik) Okay.  Ms. Von Drachenberg,
22    during the break we worked a little with your audio.
23    Can you hear me okay?
24        A   Yeah, I can hear you.  Can you hear me okay?
25        Q   Yes, I can.
```

Page 87

Katherine Von Drachenberg - January 18, 2022

```
 1    you're gonna see --
 2              THE WITNESS:  Okay.
 3              MR. GRODSKY:  -- two exhibits in there.
 4              MR. SEDLIK:  My apologies.  I did it
 5    wrong the first time and I just copied it in there, and
 6    the second time I marked it.  Although it's been
 7    previously marked as Exhibit 1, so I'm not sure that it
 8    really matters for this purpose.
 9              MR. GRODSKY:  So it doesn't matter which
10    one we look at?
11              MR. SEDLIK:  I don't think it matters,
12    no.  They are the same.
13              MR. GRODSKY:  Okay.
14              THE WITNESS:  Okay.
15       Q    (By Mr. Sedlik) Are you able to see that
16    Ms. Von Drachenberg?
17       A    Yes.  It's the image of Miles Davis.  Is that
18    the one?
19       Q    Yes.  So I'll represent to you that your
20    counsel stated at the Plaintiff's recent deposition that
21    your counsel searched for and downloaded this image from
22    the internet.
23       A    I -- it's not this image, it's not -- because I
24    remember the one that he -- he brought in didn't have
25    the name at the bottom and it definitely wasn't this
```

Page 109

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1   high resolution.
```

 2        Q    No, no.  And that's what I'm telling you.  Your

 3   counsel, at the Plaintiff's deposition, introduced this

 4   as an exhibit and said that your counsel searched for

 5   and downloaded this image off the internet.

 6        A    Wait.  What's -- my counsel?  What --

 7             MR. GRODSKY:  In other words, this -- in

 8   other words, Mr. Sedlik is not trying to trick you.

 9   He's just telling you this is a version of the photo

10   that our office found online.  That's all he's telling

11   you.

12             THE WITNESS:  Yeah.  Sure, yeah.

13             MR. SEDLIK:  Thank you.

14             THE WITNESS:  I provided the actual image

15   that he brought in, which was not this one.

16        Q    (By Mr. Sedlik) Right.  And we'll get to that

17   one in a minute.  I'm just introducing this because it

18   was previously introduced in Plaintiff's deposition.

19        A    Okay.

20        Q    So when I'm talking about this image, I'm not

21   talking about this particular one that's Exhibit 1.  I'm

22   talking about the photograph itself.  And we'll get to

23   the image that you produced a little bit later.

24        But you have seen this photograph before today;

25   correct?

                                        Page 110

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1          Q    Was it more than five years ago?
 2          A    Possibly.  I don't really remember.  It was
 3     before I did the tattoo.
 4          Q    Was the last time that you worked with him?
 5          A    Say that again.
 6          Q    Before you did -- so let me see if I can
 7     structure this right, correctly.  The last time you
 8     worked with Mr. Farmer was before you made this tattoo?
 9          A    I believe so.  I mean, the tattoo I did on
10     Blake took two sessions.  So I think we may have filmed,
11     you know, after the first session.  I really don't
12     recall.
13          Q    Okay.  And after you made this tattoo, since
14     the time that you made this tattoo, has Mr. Farmer or
15     any of his businesses provided services to you or any of
16     your companies?
17          A    I don't think so.
18          Q    Did Mr. Farmer --
19          A    I --
20          Q    Go ahead.
21          A    I just haven't worked with him in a long time.
22          Q    Did Mr. Farmer pay you for the tattoo that's
23     the subject of this litigation?
24          A    No.
25          Q    Did Mr. Farmer pay High Voltage Tattoo for the
```

Page 118

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1    tattoo that's the subject of this litigation?

 2         A   No.
```

```
 3         Q   Did Mr. Farmer provide any products or services

 4    to you or any of your companies in exchange for making

 5    the tattoo that's the subject of this litigation?

 6         A   Absolutely not.

 7         Q   When was the last time you communicated with

 8    Mr. Farmer?

 9         A   I think it was just to give him the contact of

10    our lawyers.  But other than that, I haven't talked to

11    him since I've done the tattoo.

12         Q   When did you provide the contact information

13    for your lawyers.

14         A   When you guys sued me, started suing me.  I had

15    to, like, provide his email address or phone number or

16    whatever.

17         Q   Okay.  And without revealing any communications

18    that you had with your lawyers about this, which I do

19    not want you to testify about, did you reach out to

20    Mr. Farmer on your own or did he reach out to you?  Why

21    did you provide your lawyer contact information for him?

22         A   Well, because you guys are suing me and so they

23    wanted to talk to him about what -- you know, what's

24    going on.

25         Q   Okay.
```

Page 119

Katherine Von Drachenberg - January 18, 2022

```
 1    literally made one tattoo.
 2        Q    Okay.  I'm just asking you a question if you
 3    made a reproduction or a copy of Sedlik's Miles Davis
 4    portrait.  So that would include --
 5        A    No.
 6        Q    -- copying an electronic image, that would
 7    include printing it out, that would include making a
 8    photocopy.
 9        A    You just said three things that are one thing.
10    Yeah, I printed out a copy of it, of the image.  Okay.
11    That was one.  And then what?  And then I tattooed it.
12        Q    Did you resize or reprint the image as part of
13    creating the line drawing or the stencil?
14        A    I did not.
15        Q    Did you make any additional copies that you
16    then placed on the wall next to you while you were
17    making the line drawing or the tattoo?
18        A    No.  I just used the one copy.  That's all I
19    did.
20        Q    So you initially received a copy of Sedlik's
21    Miles Davis portrait from Blake Farmer; is that correct?
22        A    He sent a text message of the image to my
23    assistant.
24        Q    Okay.  And then how did you receive that?
25        A    And then he came in with a copy of this image,
```

Page 122

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

1    a printed copy.

2        Q    Okay.  So let's start with the text message.

3    And I'm going to mark an exhibit here.

4                   (Exhibit 200 was marked for

5                    identification and made a part of the

6                    record.)

7        Q    Okay.  I'm marking as Exhibit 200 a file

8    produced by you in this litigation bearing Bates label

9    KVD 000001.  Please let me know when you're able to see

10   that exhibit.

11       A    Let me see.  You want me just to click on --

12   wait.

13       Q    Sometimes you need to refresh the folder.

14            MR. GRODSKY:  You may need to click on

15   where it says Marked Exhibits, and then all of a sudden

16   the second exhibit will show up.

17            THE WITNESS:  Is this where it says, And

18   can I confirm this with you tomorrow, otherwise, she's

19   off on a trip.  Is that the text message?

20       Q    (By Mr. Sedlik) Yes, correct.

21       A    Okay.

22       Q    So you're able to see that Exhibit 200?

23       A    Uh-huh.

24       Q    Have you seen this screenshot before?

25       A    Well, since then, yeah, of course, I provided

                                                Page 123

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1        Q    Okay.

 2        A    Yes, sorry.

 3        Q    So when you initially received that image, what

 4   did you do with it?  Did you copy it to your computer?

 5        A    No.  I just look at it to say, Yeah, you know,

 6   it's something I can do.  And then Blake brings -- he

 7   brought the print out to his appointment.

 8        Q    Okay.  So did you print out the photo yourself?

 9        A    No.  Blake did.

10        Q    Did you copy the image to your computer?

11        A    He also -- he also brought the other artwork

12   that you see in that.  It's like the Miles Davis Bitch's

13   Brew artwork.

14        Q    Okay.  Did you copy the image that Blake -- or

15   any of the images that Blake texted to you to your

16   computer?

17        A    No.

18        Q    And did you know at the time that you first

19   received Sedlik's Miles Davis portrait that Jeff Sedlik

20   was the author of that photograph?

21        A    Did I know that it was -- no.  I have already

22   said this a million times.  I have never heard of Jeff

23   in my entire life until you guys sued me.

24        Q    Okay.  And what did you do at the time to

25   identify the artist that created it?
```

Veritext Legal Solutions
866 299-5127

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

1      A    What did I do to identify the photographer?

2    Nothing.   No tattooer in the entire history of tattooing

3    has ever done that.   In our industry, that's just not

4    how it works.   You know, we tattoo Nike swooshes on

5    people and don't ask Nike for it.   If anything, Nike

6    reposts those tattoos and takes it as a compliment.

7      Q    Did you ask Blake Farmer about the artist who

8    had created the Miles Davis portrait that he provided to

9    you?

10     A    Absolutely not.   I have no interest in the

11   photographer that did that.

12     Q    Did you perform any searches on the internet to

13   determine the artist who had made --

14     A    No.

15     Q    -- the Miles Davis portrait?

16     A    None at all.

17     Q    Did you do any searches on Google in an attempt

18   to determine the artist who had made the Miles Davis

19   portrait?

20     A    No.   Tattooers never look into who has done any

21   of the artwork.   It's not common practice in the tattoo

22   industry.   It never has.   It just isn't.

23     Q    So you didn't attempt to perform a reverse

24   image search of the electronic file to try to figure out

25   the artist --

                                              Page 131

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1        A    No.

 2        Q    -- who had made the Miles Davis portrait;

 3   correct?  Was that a no?

 4        A    Yeah, that's an absolute no.  I have no idea

 5   how to do that, reverse image search.

 6        Q    Did you ask anyone at High Voltage Tattoo to

 7   conduct any searches to determine the artist who had

 8   made the Miles Davis portrait?

 9        A    No.  It's not common practice to do that in the

10   tattoo industry.

11        Q    Okay.  And I think you mentioned before, you're

12   friends with some artists who are photographers;

13   correct?

14        A    Yeah, and I'm a photographer myself.

15        Q    Okay.  Did you ask any of your photographer

16   friends for assist in determining the identity of the

17   artist who had made the Miles Davis portrait?

18        A    No.

19        Q    Why didn't you make any attempt whatsoever to

20   determine the artist who created the Miles Davis

21   portrait?

22        A    Because that's not common practice in the

23   tattoo industry.  I mean, there's no reason -- there's

24   no reason to.  I'm doing my rendition of an image onto

25   one person.  I'm not charging for it.  I'm not mass
```

Page 132

Exhibit 26
Kat Depo

```
 1     producing anything.  I'm not making any money off of

 2     this.

 3          If anything, posting those images really

 4     actually lowered my algorithm.  I mean, I love Miles

 5     Davis, but, unfortunately, nobody really cares, like,

 6     about that.  We provided shots of, like, all the shots

 7     we posted prior to and after that post, and you can see

 8     that there is a crazy decline when Miles Davis tattoos

 9     were posted as, you know, as compared to the ones prior

10     to and after.  Like I gained nothing from this.  If

11     anything, it messed with my algorithm.

12          Q   Okay.  So after receiving Sedlik's Miles Davis

13     portrait from Blake Farmer, you downloaded a copy of the

14     image file he provided; correct?

15          A   What?  Download?  No, he brought -- he brought

16     in -- he brought in a printed out picture.

17                    (Exhibit 201 was marked for

18                     identification and made a part of the

19                     record.)

20          Q   Okay.  So I'm going to mark my next exhibit

21     here.

22          A   I pushed the refresh button but it's buffering

23     now so I don't know --

24          Q   It's okay.  It takes a little time.  It should

25     be in there in a second.  Just let me know when you're
```

                                              Page 133

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1    able to see exhibit -- I've marked it as Exhibit 201.
 2         A   It's just buffering into a circle.  Sorry.  I
 3    don't know why.
 4         Q   That's okay.  While it's buffering I'm just
 5    going to say that I'm making as Exhibit 201 a document
 6    that you produced in this litigation bearing the Bates
 7    label KVD 000002.
 8         A   Here it is.  Okay.  Sorry.  So now there is,
 9    like, four files in here.  There's one that's 00001,
10    there's Exhibit 1, there is Exhibit 200, Exhibit 201.
11         Q   This is 201, 201.
12         A   Okay.  Okay.  Yeah, I see it.  It's a portrait
13    of Miles Davis, but it has a bunch of lines running.
14         Q   Have you seen this exhibit before?
15         A   Yeah.  I mean, this is -- is this the image
16    that Blake provided?
17         Q   This is an image that you produced in this
18    litigation in response to a document demand.
19         A   Yeah.  So this is -- this was the actual image
20    that was texted to my assistant.  This is the image that
21    Blake actually brought in, except it didn't have all of
22    these lines running through it.  I don't know if you
23    guys are seeing these lines as well.
24         Q   Okay.  So just so that I'm clear, this is the
25    image file --
```

Page 134

Exhibit 26
Kat Depo

```
 1        A    Uh-huh.
 2        Q    -- that Blake provided to you; correct?
 3        A    Yes.
 4        Q    Okay.
 5        A    Via text and then he brought in the printout.
```

```
 6        Q    Okay.  Is it regular practice for your business
 7    to maintain copies of text messages and attachments that
 8    you exchange with customers?
 9        A    It's not like -- not per se.  I just think my
10    assistant was just really good at not deleting things.
11    But it's not like common practice.  We don't file every
12    text message that I ever had.
13        Q    But this particular image was maintained as
14    part of your normal business practices; right?
15        A    I mean, it was just -- it was just an image
16    that was in the text message with my assistant.  I don't
17    know if I would call that common practice.  I'm just
18    thankful that she didn't delete these texts.
19        Q    Okay.  So prior to the request for this
20    information in this litigation, have you ever downloaded
21    this image file before?
22        A    No.
23        Q    Did you do anything to check this image file to
24    see if there was copyright management information
25    contained in it?
```

Page 135

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

| | |
|---|---|
| 1 | A   No. |
| 2 | Q   Did you do anything to check this image file to |
| 3 | see if there were any watermarks identifying Mr. Sedlik |
| 4 | as the copyright owner? |
| 5 | A   No.  But I've already answered these questions. |
| 6 | Like, literally, this didn't have a watermark on it.  I |
| 7 | mean, I looked at it, there is nothing on there to, you |
| 8 | know -- there's literally nothing on it. |
| 9 | Q   Okay.  Did you do anything to check the file to |
| 10 | see if there was any metadata in the file identifying |
| 11 | Mr. Sedlik as the copyright owner? |
| 12 | A   I don't even know what metadata is. |
| 13 | Q   In any versions or electronic versions of |
| 14 | the -- any -- let me start this question over. |
| 15 | In any versions of the Miles Davis portrait |
| 16 | that you received in connection with creating this |
| 17 | tattoo, did you or High Voltage Tattoo remove any |
| 18 | copyright management information? |
| 19 | A   Oh, absolutely not.  Like are you asking if I |
| 20 | Photoshopped it?  No, not at all.  This image is not |
| 21 | altered.  You can even see it in the photo of me |
| 22 | tattooing Blake, like the actual photo that's on the -- |
| 23 | taped onto my lamp.  Like there's no copyright on it.  I |
| 24 | didn't -- I didn't alter it. |
| 25 | Like I swear, I'm not trying to get one in on |

Page 136

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

| | |
|---|---|
| 1 | you guys.  I just did a tattoo. |
| 2 | Q   No.  I just need to ask my questions.  I'm not |
| 3 | trying to insinuate anything here.  I'm just asking |
| 4 | questions. |
| 5 | A   Um-hum. |
| 6 | Q   And if I understand you correct, you did not |
| 7 | actually print out this photo yourself; correct? |
| 8 | A   No.  I believe Blake brought in a printout. |
| 9 | (Exhibit 202 was marked for |
| 10 | identification and made a part of the |
| 11 | record.) |
| 12 | Q   Okay.  So I'm going to mark my next exhibit. |
| 13 | I'm marking as Exhibit 202 a document produced by you in |
| 14 | this litigation bearing Bates label KVD 00003.  Please |
| 15 | let me know when you're able to see that document. |
| 16 | A   It's just buffering right now.  Okay.  Is it |
| 17 | the 202 one? |
| 18 | Q   Correct. |
| 19 | A   Okay.  The -- it's my line drawing. |
| 20 | Q   Okay.  So you have seen this -- you have seen |
| 21 | Exhibit 202 before; correct? |
| 22 | A   Yeah, I created it.  It's just reversed on |
| 23 | here, but, yeah.  I think -- |
| 24 | Q   This is a document -- oh, go ahead. |
| 25 | A   Oh, no.  I thought it was reversed, but it's |

Page 137

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1         A    No.  I wouldn't call them reproductions.  I
 2    would say it's my interpretation of the portrait, yes.
 3                   (Exhibit 203 was marked for
 4                    identification and made a part of the
 5                    record.)
 6         Q    Okay.  I'm going to introduce my next exhibit
 7    here.  So what I'm marking as Exhibit 203 is a document
 8    that depicts an Instagram post from your personal
 9    account dated March 17, 2017 (sic.), and it appears to
10    show you working on the tattoo that's the subject of
11    this litigation.
12              Please let me know when you're able to see
13    Exhibit 203.
14         A    Okay.  Yeah, I'm opening it right here.
15         Q    So you have seen this Instagram post before;
16    correct?
17         A    Yeah, I posted it.
18         Q    And this is, again, a true and accurate
19    representation of an Instagram post that you made on or
20    about, looks like, March 18, 2017; is that correct?
21         A    Yeah.
22         Q    What does Exhibit 203 depict?
23         A    It's me tattooing Blake with a -- the photocopy
24    that he brought in taped to my lamp and I'm in the
25    process of doing a tattoo.
```

                                                   Page 140

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

1      Q    So the photograph that you're talking about

2    taped to the lamp in the back -- or I guess really in

3    the center of the image here, that's Mr. Sedlik's Miles

4    Davis portrait; correct?

5      A    Yes.

6      Q    And that is something that Blake brought into

7    your shop?

8      A    Yes.

9      Q    Okay.  Why did you place a copy of Mr. Sedlik's

10   Miles Davis portrait next to you while you were making

11   this tattoo?

12     A    Because, like I said before, when I'm doing a

13   tattoo I'm looking at something for reference.  I don't

14   have -- I'm not a robot.  I can't memorize things, so I

15   look at things to do my interpretation of them.

16     Q    So you were trying to replicate the photograph

17   as closely as possible when making the tattoo; correct?

18     A    I was just trying to do my rendition of it, and

19   I think I did a good job at that.

20     Q    You were trying to create a tattoo that was as

21   accurate of a depiction of Mr. Sedlik's Miles Davis

22   portrait as you possibly could; correct?

23     A    I was doing a depiction of Miles Davis, yes.

24     Q    Based on Mr. Sedlik's photograph; correct?

25     A    Yes.

                                           Page 141

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1        Q    You tagged High Voltage Tattoo in this post;
 2   correct?
 3        A    Yes.
 4        Q    Why did you tag High Voltage Tattoo in this
 5   post?
 6        A    Because that's where I tattoo.
 7        Q    You were trying to promote and market High
 8   Voltage Tattoo by taking the post; correct?
 9        A    Not necessarily.  I just -- I just tagged it
10   just like I would tag my husband in a photo.  I'm not
11   trying to get people to, you know, purchase a t-shirt of
12   my husband.  I'm just tagging whoever is involved in the
13   photo.
14             (Exhibit 204 was marked for
15              identification and made a part of the
16              record.)
17        Q    Okay.  I'm going to post -- introduce another
18   exhibit.  I'm going to mark as Exhibit 204 a screenshot
19   of a post to your personal Facebook page also made on
20   March 18, 2017.  Would you please look at that when it
21   loads into Veritext.
22        A    Waiting for it.  Yeah.  It's the exact same
23   thing.
24        Q    This is the same photo that we just looked at
25   as Exhibit 203; correct?
```

                                                    Page 142

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1        A    Yes.  It's little the same post.
 2        Q    But in addition to posting it on Instagram, you
 3   also posted it to Facebook; correct?
 4        A    Yeah.  Most -- most of my social medias are
 5   linked.
 6        Q    Okay.  So if you look at sort of the top right
 7   of this Exhibit 204 you see the text that you wrote
 8   associating -- associated with this post.  And you also
 9   see --
10        A    I don't see text.  Is this Exhibit 204?  There
11   is no text on mine.  It's just a picture.  Am I looking
12   at the right one?
13        Q    You should see --
14        A    Oh, I see -- right.  Okay.
15        Q    Okay.  So what I want to point you to is there
16   is some text on there that says 311 comments and 543
17   shares.  Do you see that?
18        A    Yeah.
19        Q    So what does it mean that there is 543 shares
20   of this image?
21        A    That means that's a very low engagement for me.
22   On Facebook I have, what, how many millions of
23   followers?  543, that's very low.
24        Q    But what does it mean when somebody shares
25   something?
```

Page 143

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1        A    I'm assuming it is.
 2        Q    Okay.  So I'm gonna introduce another exhibit.
 3    While I'm introducing this exhibit I wanted to sort of
 4    follow up on a comment you made before, where I think
 5    you said that this tattoo took more than one session
 6    with Mr. Farmer; is that correct?
 7        A    Yes, it took two sessions I believe.
 8        Q    Okay.  And how far apart were those two
 9    sessions?
10        A    I don't know.  I just know that we typically
11    wait a minimum of two weeks in between.  So I don't know
12    how long he waited.  I mean, sometimes it just depends
13    on our schedule, how busy we get to, you know, get back
14    in the chair.  But I don't usually to like it to go on
15    too long, you know.
16        Q    Is it typical for you to take more than one
17    session to create a tattoo?
18        A    Yeah, sometimes.  It just depends on the size.
19                    (Exhibit 207 was marked for
20                     identification and made a part of the
21                     record.)
22        Q    Okay.  I've marked as Exhibit 207 a --
23        A    Okay.
24        Q    -- screenshot of an Instagram post from your
25    personal account that's dated May 16, 2017.

                                            Page 149
```

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1          A     Yeah.  But --
 2          Q     Please let me know when you're able to see
 3     that.
 4          A     I'm looking at it.
 5          Q     So this appears -- well, you tell me.  What's
 6     depicted in this post?
 7          A     It's just a detailed shot of the progress.
 8     It's like the tattoo I did with a bunch of ink, like,
 9     splattered all over it.  And then, obviously, the
10     caption says, "Messy progress shot."
11          Q     And this is a post that you made at or around
12     May 16, 2017; correct?
13          A     That's what it appears to be on there.  So,
14     yeah, it looks like we waited about two weeks; right?
15          Q     I think that's about a month after the other
16     posts that are dated April 18th or April 17th.
17          A     Oh, yeah.  That sounds about right.
18          Q     So you think that this post was made around the
19     time that you were doing kind of a second round of work
20     on the tattoo?
21          A     I'm assuming so.
22          Q     Okay.  Why did you post this shot to Instagram?
23          A     I just -- I thought it looked cool.
24          Q     Is it typical for you to post, I guess, what
25     you called a messy progress shot of a tattoo that you're
```

                                              Page 150

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1      working on?
 2          A   I don't think so.
 3          Q   Is there any particular reason that you posted
 4      this picture?
 5          A   I just thought it was cool.
 6          Q   Okay.  And you also tagged High Voltage Tattoo
 7      in this post as well; correct?
 8          A   Right.  That's where I tattoo.
 9          Q   And you tagged van106; correct?
10          A   Yeah.  I'm assuming that's Blake's Instagram.
11      I don't remember.  I don't follow Blake on Instagram.
12                  (Exhibit 208 was marked for
13                   identification and made a part of the
14                   record.)
15          Q   Okay.  I'm going to mark as my next exhibit --
16      I'm going to mark an exhibit here.  Hang on just one
17      second.
18              So I've marked what appears to be Exhibit 208
19      what appears to be a post to your personal Facebook
20      account on or about May 16, 2017.  Do you see that?
21          A   It's buffering.  There we go.  Let me see.  I'm
22      opening it up.  Yes, it's the same one.
23          Q   Okay.  So this is --
24          A   It's the --
25                  (Simultaneous crosstalk.)
```

                                                        Page 151

Exhibit 26
Kat Depo

```
 1          Q    Okay.  So we were looking at some of the
 2     postings that you had made on Instagram and other social
 3     media sites.  I'm going to introduce an exhibit here in
 4     a second.
 5                     (Exhibit 209 was marked for
 6                      identification and made a part of the
 7                      record.)
 8          Q    What I have marked as Exhibit 209 is a
 9     screenshot of the posting made to Instagram account
10     TheKatVonD on May 16, 2017.  Please let me know when
11     you're able to see that.
12          A    Sure.  It's just buffering.
13               Okay.  I'm seeing the picture.
14          Q    So what does this Instagram post depict?
15          A    It's the portrait tattoo that I did of Miles
16     Davis.
17          Q    And this is the final outcome; correct?
18          A    Yes.
19          Q    So this was posted on the same date that you
20     had posted the previous exhibits that we saw, May 16,
21     2017, showing the progress shots.
22          A    Okay.
23          Q    Was this, to the best of your recollection, did
24     you complete the tattoo on May 16, 2017?
25          A    I mean, I assume so.  I mean, you know, every
```

                                                    Page 158

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1    now and then I do post the next day.  It might not be
 2    the same day.  But, yeah, around this time is when I
 3    completed the tattoo.
 4         Q    Okay.  And you also tagged High Voltage Tattoo
 5    in this Instagram post; correct?
 6         A    Yes.
 7         Q    Okay.  Let me introduce the next exhibit.
 8              (Exhibit 210 was marked for
 9               identification and made a part of the
10               record.)
11         Q    So I have marked as Exhibit 210 an image which
12    depicts a post to your personal Facebook account on May
13    16, 2017.  Please let me know when you have a chance to
14    see that.
15         A    Okay.  It's the same post, yeah.
16         Q    Okay.  So this is a post you made to your
17    Facebook account on May 16, 2017?
18         A    Um-hum.
19         Q    Okay.  In the text of this post, as also in the
20    Instagram post, Exhibit 209, you state, "Final
21    #MilesDavis portrait I tattooed at High Voltage Tat."
22    Do you see that?
23         A    Yes.
24         Q    So when you say portrait there, are you
25    referring to your portrait or Mr. Sedlik's portrait?
```

Page 159

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1        A    My portrait.

 2        Q    So you're not saying here that this is a copy

 3   of Mr. Sedlik's portrait; correct?

 4        A    No, no.  I'm saying this is a portrait I

 5   tattooed.

 6                  (Exhibit 211 was marked for

 7                   identification and made a part of the

 8                   record.)

 9        Q    I will introduce the next exhibit.  Excuse me.

10   I have marked as Exhibit 211 the depiction of a tweet

11   that comes from an account called Kat Von D,

12   @thekatvond.

13            And it appears to be the same image and text as

14   we saw --

15        A    Yes.

16        Q    -- in Exhibits 210 and 209.  I'm going to wait

17   until you have a chance to take a look at it.

18        A    It's up.  I'm looking at it.

19        Q    Okay.  Is this a post that you made at the

20   time?

21        A    Yeah, it's the same -- same post.

22        Q    And this is something -- I know you talked

23   about you don't manage your Twitter account anymore.

24   Was this --

25        A    Yeah, I don't.
```

Page 160

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1              THE WITNESS:  Is it the Exhibit 214?

 2       Q   (By Mr. Sedlik) I've actually marked four

 3   exhibits, 212, 213, 214, and 215.  I'd ask that you look

 4   at all four of them, please.  I mean, not all at the

 5   same time, but starting with 212.

 6       A   Okay.  I'm going to start with 212.  It's just

 7   buffering.  Okay.  212.

 8       Q   And let's just do this, as I said, as

 9   efficiently as possible.  So 212 appears to me to be a

10   depiction of a post to High Voltage Tattoo Instagram

11   account that is a duplicate or copy of an image that was

12   previously posted to your account; is that correct?

13       A   I'm sorry.  Say that again.

14       Q   Yeah.  Exhibit 212 appears to be the same image

15   that you had previously posted to your personal account,

16   but here it's posted on High Voltage Tattoo's account;

17   is that correct?

18       A   Yes.

19       Q   And this was from March 17, 2017; correct?

20       A   Yes.

21       Q   And you believe that -- I mean, it has that

22   date on it, but you don't have any reason to believe

23   that it wasn't posted on March 17, 2017; correct?

24       A   I don't have any reason to believe what?  That

25   it wasn't -- it says right here March 17, 2017.
```

Page 162

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1        Q    Okay.  So who wrote the copy here -- sorry.  My
 2    dog is mark barking in the background here.
 3        A    That's okay.  I love dogs.  Who wrote the copy?
 4    Probably one of the shop managers.
 5        Q    Okay.  Is this something that you approved
 6    before it was posted?
 7        A    No.
 8        Q    Okay.
 9        A    I mean, my --
10        Q    I'm sorry.  Go ahead.
11        A    Oh, I said I probably didn't see it until after
12    it was posted.
13        Q    Okay.  Let's go to the next exhibit, which is
14    two -- I'm sorry -- 213.
15        A    213.  Okay.
16        Q    This appears to be a posting to High Voltage
17    Tattoo's Facebook account, but also duplicates Exhibit
18    212.  And it appears that it was posted on March 17,
19    2017.  Do you see that?
20        A    Yes.
21        Q    Okay.  And again, this seems to be exactly what
22    we were talking about before, that maybe this was a link
23    to High Voltage Tattoo's Instagram account and it was
24    just reproduced on Facebook; is that right?
25        A    Possibly, yeah.
```

                                              Page 163

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
1         Q    Okay.

2         A    Assuming.

3         Q    And let's go to Exhibit 214.  And this is --

4    interestingly, this is a post from High Voltage

5    Tattoo -- High Voltage Tattoo's Instagram account that's

6    dated April 15, 2017?

7         A    Yeah.  Oh, April 15, 2017?

8         Q    Yes.

9         A    Uh-huh.

10        Q    And this appears to be represent the final

11   version of the tattoo; correct?

12        A    Yeah.

13        Q    So looking at this posting from High Voltage

14   Tattoo and the date, does this refresh your recollection

15   when you actually finished this tattoo?

16        A    I'm assuming it's sometime around there.  Like

17   sometimes they post it a week later or three days later,

18   they might post the same day.  What's the question?  You

19   want to know when I finished the tattoo?

20        Q    Well, I'm only asking you this because in the

21   posts that we looked at earlier in the previous exhibits

22   that were from your personal account, the dates were in

23   May of 2017?

24        A    Oh, hum.  I -- so you're saying High Voltage

25   posted before I did maybe?
```

Page 164

Exhibit 26
Kat Depo

1    Q   Well, I'm asking.  I mean --

2    A   Whatever the date --

3    Q   It appears to be that way.  So I think

4  previously, based on the dates of the postings from your

5  personal account, I think you testified that it was --

6  that you believed or you thought that you had probably

7  finished the tattoo sometime in May 2017.  But looking

8  at this does that kind of help refresh your recollection

9  about when you finished the tattoo?

10   A   Dude, I did this tattoo so long ago, so

11 whatever the dates are, it's going to be around that

12 time.  You know, like I said, sometimes I'll post things

13 a week later.  My days are pretty busy.  So once I'm

14 done with a tattoo I usually go home and, you know, take

15 care of stuff.  I don't know.  I don't live on the

16 internet.  So, yeah, somewhere around that time.

17   Q   Okay.  So let's look at Exhibit 215.

18   A   Okay.

19   Q   Exhibit 215, which has the date of April 15,

20 2017, appears to be a post from High Voltage Tattoo's

21 Facebook account on April 15, 2017, showing a final

22 version of the tattoo; is that correct?

23   A   Yeah.  I believe that High Voltage Tattoo has

24 their Instagram linked to Facebook, so whatever they

25 post on Instagram probably goes onto Facebook.  That

Page 165

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

1    probably explains why the captions are the same and all

2    that stuff.  It looks like they were probably posted on

3    the same day; right?

4        Q    Yes.

5        A    Okay.  Cool.

6        Q    So that was a little bit faster to get through

7    those.  So those posts -- so the social media post that

8    we just saw, both from your personal account and the

9    High Voltage Tattoo account, were all made -- appear to

10   be made in March, April, and May 2017; correct?

11       A    Yeah.  Whatever the dates you have, that's when

12   posts were made.

13       Q    Okay.  And again, that was about when you

14   made -- or you two sessions, but more or less during

15   that timeframe is when you finished the tattoo; correct,

16   in 2017?

17       A    Yes, sure.

18               (Exhibit 216 was marked for

19                identification and made a part of the

20                record.)

21       Q    So I'm going to introduce another exhibit here.

22   So I've just marked as Exhibit 216 what appears to

23   depict a High Voltage Tattoo -- or a posting to High

24   Voltage Tattoo's Instagram account showing the complete

25   tattoo.  Let me know when you see it.

                                        Page 166

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1      A   Okay.  I see it.

 2      Q   So do you see the date on this posting?

 3      A   April 26, 2018.

 4      Q   So this is a year after you completed the

 5   tattoo; correct?

 6      A   Right.
```

```
 7      Q   Why did High Voltage Tattoo post an image of a

 8   tattoo that you had completed a year ago that it had

 9   already posted?

10      A   I'm not sure.  I think that if you look at the

11   posts before and after, that might be telling you,

12   because a lot of times, like, the shop managers would

13   post three posts at a time and they would make, like, a

14   theme out of it.  So it's just like three rose tattoos

15   from three different artists.  So this could very well

16   be of a tri of three musicians that we do at the shop.

17   We repost stuff all the time.  It's not uncommon for,

18   you know, tattoo shops in general to post the same

19   tattoo later on.

20      Q   Can you -- can you please -- do you know who

21   wrote the text accompanying this particular post on

22   Exhibit 216?

23      A   That had to be a shop manager.  I believe

24   it's -- it's a Miles Davis quote.

25      Q   Can you read that quote out loud, please?
```

Page 167

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1          A    I mean, I don't think so.  Like I don't
 2     think -- I don't think anybody posted this video; right?
 3     I think I just gave it to you guys to see the final --
 4     and in this individual in particular you can really see
 5     that it's so much different from the actual photo.
 6               I mean, I added texture and movement and
 7     really, you know, created some, like, visual noise that,
 8     like, flies all around the tattoo.  It's very -- it's my
 9     interpretation of that image.
10               I think that's why I provided it just to show
11     you that it's not, you know, a photocopy of the actual
12     original photo.
13                    MR. SEDLIK:  Let me move to strike that
14     response as non-responsive.
15          Q    (By Mr. Sedlik) I'm gonna introduce --
16          A    What?
17          Q    --  another video here.
18                    (Exhibit 218 was marked for
19                     identification and made a part of the
20                     record.)
21          Q    So I'm marking as Exhibit 218 of a video that I
22     will represent to you that I captured a few days ago
23     from your personal Instagram account.  And I want you to
24     wait for it to load and then take a look at it.
25          A    Okay.
```

Page 171

Exhibit 26
Kat Depo

1       Q    Do you see the video?

2       A    Yeah.  It's a slow motion video of me doing the

3    tattoo.

4       Q    Okay.  Did you post that video to your

5    Instagram account?

6       A    I don't know.  Is it on mine?  It looks like it

7    is based on where you got it from.

8       Q    I think it was.  Again, I'm not trying to trick

9    you.

10       A    Yes.

11       Q    I'm just asking if you personally put that onto

12    your account.

13       A    If it's on Kat Von D then I posted it.

14       Q    Okay.  And you can see from the video, I think,

15    that Instagram says that the post was made about 130

16    weeks before I captured it.  Do you see that?

17       A    Uh-huh.

18       Q    Which I'm representing to you was last week.

19    And again, without doing all the math, I'll represent to

20    you that that amount of time means that the video was

21    posted sometime in the middle of July 2019.  Do you

22    remember posting this video in July 2019?

23       A    I mean, so you're looking at my highlights on

24    Instagram.  So I have highlights for tattoos, for my

25    shoe line -- what else do I have -- my house, and I

                                                    Page 172

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

1    don't know -- I think I have another highlight for
2    something, maybe my husband or something.
3           And so for all -- I compile videos of various
4    tattoos that I've done over the years and included the
5    Miles Davis, that slow-mo video.
6      Q   Okay.  And I guess I'm asking, do you have any
7    reason to believe you didn't make this post in July
8    2019?
9      A   I mean, whatever date it says when I posted it
10   is when I posted it.
11     Q   Okay.  As we've talked about before, a bunch of
12   these posts that you have made to social media, whether
13   it be Instagram or Facebook or elsewhere, you tagged
14   High Voltage Tattoo and Blake Farmer or High Voltage
15   Tattoo tagged you.
16          What's your understanding of the reason for
17   tagging either a person or a business in a social media
18   post?
19     A   I just post -- I just text things that are
20   involved in whatever the post is.  So if my husband is
21   in a post, I'm going to tag him in it.  If I'm in
22   Prague, I'm going to post a location or Prague.  If I'm
23   tattooing at my tattoo shop, I post that I'm tattooing
24   at my tattoo shop.  There's not any deeper meaning
25   behind that.

Veritext Legal Solutions
866 299-5127

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1      do is my interpretation.  It's my freehand
 2      interpretation.
 3          Q   Okay.
 4          A   You know, I'm not a laser printer.  I'm a --
 5      I'm a human being that's doing an interpretation, like,
 6      you know.
 7          Q   So your interpretation or transformation, did
 8      it start after the stencil was applied to Mr. Farmer's
 9      arm?
10          A   Yes, it starts the minute I start tattooing.
11          Q   Okay.  Did you intend to convey any particular
12      meaning when you created the tattoo?
13          A   Yeah, I think, you know, Blake was a really
14      huge fan of Miles Davis.  Blake, himself, is a trumpet
15      player and to him, you know, Miles Davis meant a lot to
16      him and got him through a lot of tough times in his
17      life.  So I wanted to create a sentiment on him that was
18      something that was melancholy and had movement in it.
19      Because when I do listen to Miles Davis' music there is
20      so much movement in it.  And so that's why I -- I added
21      all the textures and all of the shading and the
22      composition that you see in that tattoo, none of which
23      are in the original photograph.
24          Q   Do you think that you made an artistic
25      expression when you created the tattoo?
```

Page 181

Exhibit 26
Kat Depo

Katherine Von Drachenberg - January 18, 2022

```
 1      A    Yeah.
 2      Q    What did you make in terms of artistic
 3   expression?
 4      A    It's just what I just said earlier.  It's the
 5   exact same answer.
 6      Q    Okay.  How was your artistic expression
 7   different than Mr. Sedlik's artistic expression in the
 8   Miles Davis portrait?
 9      A    I don't know the photographer's intention
10   behind the photo.  I don't know him or the moment in
11   time in which it happened.  All I have is my own
12   interpretation.
13      Q    Do you believe that your artistic expression is
14   different than Mr. Sedlik's, or you just don't have any
15   basis to testify about it?
16      A    I think it's completely different.  I think my
17   interpretation evokes a different -- a different feeling
18   than when you look at the original photograph.
19      Q    What's the -- what are the differences?
20      A    All the things that I just explained.  I mean,
21   my interpretation has so much more movement.  It's
22   got -- and I also -- you know, it's not as dark.  I've
23   added my own softness to it.  It's a different tattoo.
24   It's a different image.
25      Q    Anything else?
```

Page 182

Exhibit 26
Kat Depo

```
 1        A    I mean, all the things that I have already
 2    said, you know.  Like if look -- if you want to Zoom in
 3    on the original photo you're going to see that I
 4    didn't -- you know, I'm not a copy machine.  There is so
 5    many wrinkles that are not present.  I mean, look at the
 6    wrist.  The wrist itself isn't even as dark as the
 7    original photograph.  I didn't even -- I don't think I
 8    used any of the hair.  I just used my own motion in it
 9    and added those waves of shading.  All of it is so much
10    different than the original photo.
```

11        Q    Anything else?

12        A    I mean, I don't know what else I can say.

13        Q    By creating your tattoo you made a derivative

14    work from Mr. Sedlik's Miles Davis portrait; correct?

15                MR. GRODSKY:  Objection.

16                THE WITNESS:  Uh --

17                MR. GRODSKY:  Excuse me.  Objection.

18    Calls for a legal conclusion.  You can answer the

19    question.

20                THE WITNESS:  Can you rephrase it to

21    something I can understand?

22        Q    (By Mr. Sedlik) Yeah.  Your tattoo is based on

23    Mr. Sedlik's portrait; correct?

24        A    Yeah, it was a starting point.  I used that

25    image as a starting point.

Veritext Legal Solutions
866 299-5127

Exhibit 26
Kat Depo

```
 1              C E R T I F I C A T E

 2

 3   STATE OF OKLAHOMA    )

 4                        ) SS:

 5   COUNTY OF OKLAHOMA   )

 6          I, Trena K. Bloye, Certified Shorthand Reporter

 7   within and for the State of Oklahoma, certify that

 8   KATHERINE VON DRACHENBERG was by me first duly sworn to

 9   testify the truth, the whole truth, and nothing but the

10   truth, in the case aforesaid; that the witness chooses

11   to read and sign the deposition; that the above and

12   foregoing videotaped deposition was taken by me in

13   shorthand and thereafter transcribed; that the same was

14   taken on January 18, 2022, at 9:00 a.m., via video

15   conference; that I am not an attorney for, nor a

16   relative of any of said parties or otherwise interested

17   in the event of said action.

18          IN WITNESS WHEREOF, I have hereunto set my hand

19   and official seal this 24th day of January, 2022.

20

21

22

23

24                 Trena K. Bloye, CSR

25                 State of Oklahoma CSR No. 1522
```

Page 204

Exhibit 26
Kat Depo