







**thekatvond** ✔ • Follow
High Voltage Tattoo

**thekatvond** ✔ Can't believe this is first time I've gotten to tattoo a portrait of #MilesDavis! [thank you, Blake for letting me tattoo you!] 🖤 @highvoltagetat

201w

**alvaro_lopez_awk** Good work
200w

**josephhaefstattooer** Dope @thekatvond
200w

89,299 likes

MARCH 18, 2017

Comments on this post have been limited.

**Exhibit 203**