

**Exhibit 204**

Kat Von D
March 18, 2017 · 🌐

Can't believe this is first time I've gotten to tattoo a portrait of #MilesDavis! [thank you, Blake for letting me tattoo you!] 🖤 @highvoltagetat

👍❤️😮 28K          311 Comments 543 Shares

👍 Like     💬 Comment     ↪ Share

Most Relevant ▾

**Hannah Chapman**
Would you be able to fly me out to you for a tattoo. Im a great fan I love your work
Like · Reply · 3y

**Dawn Bratton**
How immensely talented is this beaut?! On my bucket list to be inked by Miss Von D 💕
Like · Reply · 3y          👍 9
↳ 1 Reply

**Hart Lloyd**
I know she hears it a billion times a day but she is so sexy and beautiful
Like · Reply · 3y

**Calvin Barber Jr.**
Didn't realize you still did ink. Thought you was selling dominatrix costumes and such now.
Like · Reply · 3y          👍 2

**Anthony Jones**
Much respect to KATVOND MAJOR CRUSH ON HER STILL TO THIS DAY

Write a comment...