

**thekatvond** ✔ • Follow

High Voltage Tattoo

• • •



**thekatvond** ✔ Messy progress shot of the Miles Davis portrait I tattooed at @highvoltagetat on @van106 🖤

193w

⊕



**euandersonmartins** Perfect!!!

193w



**gotbenz_e55** How long is the wait to get a tattoo done by you? @thekatvond

193w



**dirtyflawsss** This is incredible xx

♡  💬  ✈    🔖

**Exhibit 207**

13,184 likes

MAY 16, 2017

  

Comments on this post have been limited.