*Instagram*    Log In    Sign Up



**thekatvond** ✔ • Follow

High Voltage Tattoo



**thekatvond** ✔ Final #MilesDavis portrait I tattooed at @highvoltagetat 🖤

193w





**d_malico** Is there anything you can't do?!

193w



**umidita_skin** Insanely haunting @thekatvond 👌👌👏👏🐸🐸

193w



**geecaro1014** Wow. That is amazing

  

**Exhibit 209**



20,132 likes

MAY 16, 2017

Comments on this post have been limited.

