← **Tweet**

 **Kat Von D** ✔
@thekatvond



#MilesDavis portrait I tattooed at @highvoltagetat 🖤

👤 High Voltage Tattoo

10:43 AM · May 16, 2017 from High Voltage Tattoo · Twitter for iPhone

**Exhibit 211**

**52** Retweets    **7** Quote Tweets    **442** Likes

