Case 2:21-cv-01102-DSF-MRW    Document 35-27    Page 1 of 1    Page ID #:769

**Exhibit 213**

High Voltage Tattoo
March 17, 2017 · 

Shhhhhhhh! Don't tell anyone but this is actually **Kat Von D**'s 1st time doing a portrait of the incomparable **#MilesDavis**. So far go good, huh??
What musician would you get?

1.1K        77 Comments  22 Shares

Like        Comment        Share

Most Relevant

**Mara Woolf**
Nikki Sixx 😊        2
Like · Reply · 3y

**Becky Offenbacher**
**Melissa Etheridge**, rockin' the bald head!
Like · Reply · 3y

**Mark Miniely**
Ronnie James Dio        2
Like · Reply · 3y

**Keith Icenhour**
Jimi Hendrix who else!
Like · Reply · 3y

**Wen Dy**
Angus Young 🤘        2
Like · Reply · 3y

**Kala Brinson**
Micheal Jackson
Like · Reply · 3y

View 44 more comments        6 of 54

Write a comment...