**ANNA FELICITY FRIEDMAN**
tattoohistorian.com/centerfortattoo.org
tattoohistorian@gmail.com  (773) 307-2753

## EXPERT REPORT OF ANNA FELICITY FRIEDMAN

### Summary
Jeffrey B. Sedlik vs Katherine von Drachenberg (aka Kat von D), et al. claims that a tattoo of Miles Davis rendered in 2017 by Ms. von D infringes on the copyright of a photograph of Miles Davis that was taken in 1989 by Mr. Sedlik. This tattoo falls into the category of tattooed images that are inspired by client-provided source material. It is my opinion that this tattooed artwork is significantly different from the photographic inspiration and that this tattooed artwork is a form of personal expression that the client sought to have inscribed on their body. Additionally, this report will provide examples of other instances in which clients had tattooers create portrait tattoos from images taken by professional photographers as well as tattoos inspired by other copyrightable materials.

### Expert Credentials
My background as a scholar and professor of art history and the history of culture with a specialization in tattoo history and culture allows me to evaluate and analyze photographs and tattoos. With particular respect to tattooing, I have been studying that subject for over 30 years, receiving a PhD from the University of Chicago in the History of Culture with dissertation work that focused specifically on tattoos. My Masters degree from the School of the Art Institute of Chicago was in Art History, Theory, and Criticism.

I am currently one of the world's foremost experts on tattooing and run an educational website and companion set of social media channels whose hub can be found at tattoohistorian.com. I serve as the director and founder for the Center for Tattoo History and Culture and published the *World Atlas of Tattoo* (Yale University Press/Thames & Hudson, 2015) which offers a global overview of tattoo history and culture. I also have written for popular media outlets including History.com and Atlas Obscura as well as tattoo magazines. I taught college-level classes about global, interdisciplinary tattooing for 10 years at the School of the Art Institute of Chicago (SAIC) as well as courses that included broader discussions of art history and visual culture at both SAIC and the University of Chicago.

I am regularly contacted by prominent news media for information about tattoos; a few examples include CBS News (about contemporary tattoo popularity), the New York Times (about tattoo history), the Wall Street Journal (about military tattoos), the BBC (about religious tattoos and political tattoos), and various NPR stations (wide-ranging topics). I lecture to the public at museums, colleges, and libraries including the Minneapolis Institute of the Arts, the Museum of Contemporary Art in Chicago, the World War I Museum, the Great Lakes Naval Museum, and the Musée du quai Branly in Paris. My full CV is attached hereto as Exhibit A.

### Other Information Required by Rule 26
A list of all my publications authored in the previous 10 years can be found in my CV (Exhibit A).

**Exhibit 224**

In terms of other legal cases during the previous 4 years where I testified as an expert at trial or by deposition, I haven't specifically testified at trial or been deposed, but I have participated in 3 hearings as an expert witness before immigration judges in immigration hearings that hinged on tattoos. There was one such matter in 2020 (A-088978433) and two in 2018 (A-093334144 and another file number that I cannot readily locate) in which I provided testimony.

I am being compensated at the rate of $250.00 per hour for research and writing of the expert opinion/brief and at the rate of $300.00 per hour for any required testimony and testimony preparation, inclusive of time waiting during court.

I am providing this expert service as an independent professional. My payment for this service is not dependent upon my findings, nor on the outcome of any legal action, mediation, arbitration, or the amount or terms of any settlement of the underlying legal cause, nor on any contractual arrangement between the client-attorney and any other person or party.

**Expert Opinion**
**Tattoo Inspiration from Photographs and Other Copyrightable Materials**
The tattoo industry as we know it today generally is agreed upon as starting in the last two decades of the 19th century when the electric tattoo machine was invented, which sped the rate at which tattoos could be applied and brought the cost down. For as long as tattooing has been a robust industry, tattoo clients have incorporated copyrightable imagery onto their skin. This has happened in two primary ways: 1) the tattoo client has supplied source images for inspiration for the tattooer to create a custom tattoo or 2) the tattoo client has selected an image pre-drawn by a tattooer available to browse for purchase on sample charts (called "flash" in the tattoo industry) that are displayed in tattoo shops for clients to shop. (A third, far less common arrangement for a tattoo is where a client allows a tattoo artist free range to create a signature piece without much, if any, guidance.)

Tattoos inspired by iconic photographs of famous people are common today and have been for several decades. Portrait tattoos of public figures have mainly been used as a form of admiration and/or a way for the wearer of the tattoo to channel celebrity or desired qualities of that person. This particular use of source material for tattoos started to become particularly popular in the 1980s and 1990s as photorealistic tattoo techniques evolved and were refined to better effect. In 1991, tattoo artist Filip Leu, in a similar inspiration relationship to the photograph and tattoo in this case, used an iconic photograph of Jimi Hendrix smoking, taken in 1967 by Gered Mankowitz, for a client tattoo. Other tattoo artists have since tattooed their own versions of this image, such as Noa Yanni in 2013. (The original Hendrix photograph is still available for purchase in very limited editions, see:
https://sfae.com/Artists/Gered-Mankowitz/Jimi-Hendrix-Smoke-(C-3)-Mason-s-Yard-London-February)





Sources for tattooed Hendrix images: Filip Leu image as published in Bryce Bannatyne Gallery, *Forever Yes: The Art of the New Tattoo*, San Francisco: Hardy Marks Publications, 1992; Noa Yanni tattoo as archived on Pinterest https://www.pinterest.com/pin/141159769544962186/.

This case is not the first time tattooers have used an image of Miles Davis by a professional photographer as inspiration for a tattoo. In 1986 the preeminent photographer Irving Penn captured an iconic photograph of Davis with his head in his hands (for a recently sold print of this photograph see: https://www.artsy.net/artwork/irving-penn-miles-davis-new-york). At least five tattoo artists have recently used this image as the foundation for tattooed versions. Each version captures the same dramatic pose, but all veer from the original in different ways.









Sources for Miles Davis tattoos from Irving Penn photograph: photograph by Björn Rixman of an unidentified Swedish tattoo, 2006, Flickr album https://www.flickr.com/photos/twob/94077444/; tattoo by Cecil Porter, 2011, as uploaded to Deviant Art https://www.deviantart.com/tat2istcecil/art/Miles-Davis-271949834; tattoo by Vic Fernandez, as saved on Pinterest in 2018 https://www.pinterest.com/pin/miles-davis-tattoo-by-vic-fernandez--176625616605913813/; tattoo by Zoran, 2014, as uploaded to Deviant Art https://www.deviantart.com/tattoohardcore/art/Miles-Davis-Tattoo-By-Zoran-455849909; tattoo

by Vera Rao, as saved on Pinterest in 2018
https://www.pinterest.com/pin/453034043756611310/

While researching my *World Atlas of Tattoo* book, I came across many tattoos that were portraits inspired by iconic photographs. One submitted for consideration in 2014 was a tattoo by artist Benjamin Laukis of the iconic Michael Jordan "three-peat" victory. The image used as inspiration was captured in 1993 right after the championship.





Tattoos inspired by copyrightable materials are not limited to only visual art. Lines of poetry or even complete poems, sheet music, and excerpts from books and plays have all been used to create tattoos. Short poems, in particular, can be easily rendered in full on the body. Here is one example of the Shel Silverstein poem "Happy Endings?" (from the collection *Everything On It*, 2011) tattooed in full along with a reproduction of the poet's signature. (Image from: Genevieve Rose, "50 Literary Tattoos", *Tattoodo*, https://www.tattoodo.com/articles/50-literary-tattoos-4169 –this article also includes a number of images from books that were turned into tattoos)



There is an incredibly wide range of client-provided materials that become inspiration for tattoos that feature copyrightable content. Almost anything that can be rendered as a drawing, can be reworked into a tattoo. There are no limits on what images hold personal meaning to clients and what a client might want incorporated onto their body through tattooing. By way of many examples I could provide, I present a tattoo of a scene from the television cartoon Quick Draw McGraw that was rendered on a lunchbox. This tattoo was created in 1991 by tattooer Bill Salmon and memorialized in a photograph that features both the tattoo and the source material (as published in Bryce Bannatyne Gallery, *Forever Yes: The Art of the New Tattoo*, San Francisco: Hardy Marks Publications, 1992).



**The Tattoo as a Unique and Expressive Artwork**

All tattoos rendered from inspirational source material change the substance of that original source material. Even if a tattoo is based on another image, the process of creating the tattoo–on a living, breathing body–creates new meaning in the resulting artwork. The client's choice of image and the artist's specific way of rendering that image blends together into a unique work. V. Vale and Andrea Juno in their canonical 1990s subculture book *Modern Primitives*, that was enormously influential to the 1990s and 2000s popular explosion of tattooing present today, explain well how a tattoo goes beyond a mere image: "A tattoo is more than a painting on skin; its meaning and reverberations cannot be comprehended without a knowledge of the history and mythology of its bearer. Thus it is a true poetic creation, and is always more than meets the eye. As a tattoo is grounded on living skin, so its essence emotes a poignancy unique to the mortal human condition." (Vale and Juno, *Modern Primitives*, San Francisco: RE/Search Publications, 1989)

Furthermore, tattoos are ways in which individuals can express themselves. By choosing a particular image that someone wants on their body, the wearer of that tattoo incorporates the essence of this image into their very being. The same source image tattooed on two different people can convey very different meaning to the wearers of the tattoo or those who view them. Each person who gets tattooed invests specific, individual meaning into the tattoo(s) they wear. Psychologist Gerald Grumet has discussed how tattoos communicate without words: "Tattoos are a form of nonverbal communication that can often be deciphered. As one's lifelong appearance is ordinarily of supreme importance, it is logical that the acquisition of a tattoo and its special meaning for the bearer offer a treasure of psychodynamic material….a tattoo worn on the skin for many years often assumes symbolic importance becoming a reservoir of emotionally charged memories and talismanic meanings for its bearer." (Grumet, "Psychodynamic Implications of Tattoos", *American Journal of Orthopsychiatry* 53, 1983.) Because people don't necessarily broadly communicate the reasons behind why they chose particular images for tattoos, it might not be immediately obvious what additional meaning a client's choice of inspirational image might bring to the ultimate meaning of the final tattooed artwork.

**General Discussion: Photographs vs Tattoos**

When we compare a tattoo that has been created from photographic inspiration, crucial distinctions in the two artistic mediums create significant differences in the final artworks. At their very core, photographs and tattoos are strikingly different mediums that lend different qualities to the underlying images they render. What on the surface might appear to be the "same" image, when given deeper scrutiny will always be inherently different in a photographed version versus a tattooed version.

At the level of dimensionality, a photograph such as that at the center of this case is intended to be printed on photographic paper and is a 2-dimensional artwork. A tattoo on the other hand, as rendered onto the human body, can be nothing but 3-dimensional, and when the wearer of the tattoo moves through space, the tattoo becomes 4-dimensional.

With a photograph, the uniqueness of the work is created with camera angle, lighting design, aperture choice, and other camera settings that create certain photographic qualities or effects. Then chemical or digital processing, choice of photographic paper, etc. can further draw out certain visual aspects. Images can be corrected to erase, blur, or otherwise alter what was originally captured by the camera. The process of creating a photograph resides heavily in the setup and processing; the image is rendered rapidly in the moment the camera shutter is depressed/released.

With a tattoo on the other hand, the rendering process–especially for a larger tattoo like the one of interest here–takes an enormous amount of time. The tattooed image is built up a millimeter at a time by pushing ink into skin through tens or even hundreds of thousands of punctures by the tattoo machine. The set up is minimal for a tattoo created from a client-provided image; it is restricted to a sketch or some guidelines either drawn on the skin or transferred to the skin via a stencil process. There is no possibility of post-image-capture processing aside from very minor touch-ups that can be accomplished after the tattoo has healed. The tattoo client's skin furthermore creates a unique canvas of sorts that the tattoo artist can not change and must work with as a constraint.

Additionally the two mediums are strikingly different in terms of reproducibility. A photograph can be replicated in editions where each is essentially the same. A tattoo is not reproducible as each person's skin would add a different dimension to the tattoo. Due to the painstaking millimeter-by-millimeter rendering process, no two tattoos are ever truly alike.

From a technical standpoint, the two types of images emerge out of different substrates. A photograph inherently has neutral white as the underlying color. A tattoo–no matter how fair the skin of the wearer of the tattoo–has a built-in background hue that gives the tattoo a very different visual quality. Skin as a non-white-colored substrate for black-and-gray photorealistic tattooed images such as the one in this case tends to lend an antique, darker, or mysterious air.

**Specific Discussion: Kat von D's Tattooed Miles Davis vs. Jeffrey B. Sedlik's Photograph of Miles Davis**
A visual comparison between the photographed Miles Davis portrait and the tattooed Miles Davis portrait reveals significant differences. The only visual elements the two images have in common are the pose of the figure who is gazing to the left with his finger over his lips and the black-and-gray palette.

Mr. Sedlik's photographed Miles Davis is dynamic. It was taken when Davis was alive. He looks powerful with a strong gaze. The heavy furrows in his brow and the dramatically highlighted popping vein on his forehead make him seem intense. He is dressed in what appears to be a suit jacket which adds to the visual impression of power. His hair is carefully groomed into shiny curls. His body fills the frame connecting his face and hand solidly with a living, breathing human. He looks as if he could jump off the photographic paper.

By contrast, Ms. von D's tattooed Miles Davis looks older, more weathered, almost defeated. The wrinkles in his face are more pronounced. His brow is less furrowed and the vein on his forehead less prominent giving him a more gentle appearance. His hair looks dull and ungroomed. His eyes seem vacant. He floats in a ghostly manner, his head and hand disembodied, amidst a murky, undefined background. Ms. von D essentially excerpted two general parts of the inspirational image–the face and hand–and collaged them together into a more amorphous composition. Due to this artistic choice, Davis looks like he is about to be absorbed into the tattoo wearer's skin, and at his wrist the image looks as if it is starting to dissolve. This tattooed portrait of Miles Davis looks like a memorial, not a person captured in vibrant life (and indeed it was rendered posthumously and could be construed as a memorial since Davis died in 1991).

Mr. Sedlik provided in his Supplemental Responses to Interrogatory #8 a list of 51 elements of his photographed Miles Davis portrait that he thought made his image distinctive. This list is helpful toward drawing out the differences with Ms. von D's tattooed image. The following table takes many of Mr. Sedlik's 51 points and compares them with Ms. von D's artwork.

| Mr. Sedlik's Points | Difference to Ms. von D's Tattoo |
|---|---|
| 1. Position, shape and quality of shadows achieved by Plaintiff on brow, neck, cheekbones, eyes, hair, hand, jacket, and other elements, to control the rendering of those elements and their respective shapes, lines, and dimension | Position and shape of shadows are different–they are not rendered exactly as in the photograph; there are also shadows in places where the original photograph does not have shadows (for example the fingers are shadowed in Ms. von D's version); quality of shadows is quite different due to the inherent difference in the tattoo medium which makes them softer and muddier |
| 2. Transitions of highlights and shadows achieved by Plaintiff's selection and arrangement of the distance of light source to face, diffusion of sunlight, time of day chosen, blackout materials on lightsource and in proximity to subject<br>3. Quality of light achieved by Plaintiff's selection and arrangement of position and type of lightsource, time of day, blackout materials used on lightsource and in proximity to subject<br>4. Quality and density of shadows, achieved by Plaintiff's decision to create and maintain an opening in the studio tent at front of set, near camera, and by Plaintiff's discretionary selection and arrangement of fill cards to reflect daylight through that opening<br>12. Highlight and shading on ear, controlled by | The way highlights and shadows are created in a tattooed image is very different from the way they are created in a photograph. Rather than lighting, sunlight, time of day, etc. creating highlights and shadows, they are created through a drawing/painting technique of chiaroscuro that has been adapted to tattooing using a variation of the amount of black pigment rendered into the skin |

| | |
|---|---|
| Plaintiff's lighting<br>23. Position and size of Plaintiff's rendering of highlights and shading at cheek folds, achieved by Plaintiff's lighting adjustments and by Plaintiff's direction of expression, position, and pose<br>26. Shape, position, size and quality of highlights on forehead, nose, cheeks and hand, achieved by Plaintiff's selection and control over position and angle of lighting and subject<br>43. Highlight along right edge of forehead, achieved by Plaintiff's adjustment of lighting, and by Plaintiff's direction to subject<br>44. Shading at area above eyebrow at right, achieved by Plaintiff's adjustment of lighting, and by Plaintiff's direction to subject<br>47. Shading at right of cheek, controlled by Plaintiff's adjustments to lighting, and by Plaintiff's positioning of black "flags" in close proximity to subject<br>50. Tonal relationships at each intersection of subject and background, achieved by Plaintiff's artistic selection and arrangement of exposure, focal point, depth of field, lighting and control over subject position, wardrobe, development, and post production | |
| 5. Reflectance on skin achieved by Plaintiff's adjustment of light modifier position, and by Plaintiff's direction to makeup artist to use reflecting oil on skin<br>6. Sculpting of Miles Davis' physical features achieved by Plaintiff's control and adjustment of light source position, size, material, time of day chosen | The tattooed portrait has significantly less reflectance and sculpting through the use of light and a more uniform lighting effect that is far less dramatic. For example, in the tattooed portrait the cheekbones are far less prominent and there is little highlighting on the forehead of the subject in contrast to the photograph. This is partially due to the nature of tattooing on skin which is tinted and disallows a bright white highlight |
| 13. Curls of hair over ear, placed by Plaintiff<br>14. Position of curls of hair over ear, placed by Plaintiff<br>45. Hairline at forehead, achieved by Plaintiff's direction to hair stylist, and by Plaintiff's adjustment of placement of hair at hairline<br>46. Shading and highlights on hair, controlled by Plaintiff's adjustment of lighting, and by Plaintiff's direction to hair stylist to add gloss to hair | The tattooed portrait has a very different hairstyle that does not feature curls but rather a hazy halo of hair. The hairline is also slightly different, it is more receding in the tattooed portrait. There is little, if no, shading or highlights on the hair in the tattooed version. |

| | |
|---|---|
| 15. Rendering of vein popping on forehead achieved by Plaintiff's direction to subject to tense up during momentary peak of pose | Vein in question is much more subtle in the tattooed portrait. It is shorter, it is rendered as a soft gray line, and it has no hard highlights or shadows present to define it as "popping"--rather it looks more like a wrinkle. |
| 17. Position and size of Plaintiff's rendering of upper and lower eyelids, achieved by Plaintiff's lighting and by Plaintiff's direction of expression, position, and pose<br>18. Position and size of irises and pupils, and corresponding position and size whites of eyes, achieved by Plaintiff's control over the light falling on the subject, and by Plaintiff's strategic discretionary placement of fill cards to reflect daylight into eyes while avoiding pupil constriction<br>19. Position and shape of highlights within eyes, achieved by Plaintiff's strategic discretionary placement of fill cards to reflect daylight into eyes and by Plaintiff's decision to shape the reflections in the eyes using Plaintiff's body in order to partially obscure those reflections<br>20. Position and size of Plaintiff's rendering of skin above eyelids, achieved by Plaintiff's lighting adjustments and by Plaintiff's direction of expression, position, and pose | The eyes in the tattooed portrait are rendered quite differently. They feature bright white spots near the pupils rather than tiny, almost unnoticeable pinprick-sized spots in the original; the shape of the eyelids and the quality of the light on them differs, the general shape of the eyes also differs–the eyes in the tattooed portrait look more droopy, older and the upper eyelids are noticeably bigger in the tattooed portrait; above the eyelids, especially with the eye on the left, the shape of the skin between the eyebrow and eyelid is substantially different. |
| 21. Position and size of Plaintiff's rendering of eyebrows, achieved by Plaintiff's lighting adjustments and by Plaintiff's direction of expression, position, and pose | The tattooed portrait's eyebrows are wider and appear more sparse with respect to eyebrow hair |
| 24. Rendering of furrow of brow, achieved by Plaintiff's direction to subject and by Plaintiff's lighting adjustments | The tattooed portrait's brow is significantly less furrowed, with fewer wrinkles and softer edges to those that are present. The less furrowed brow gives Davis a more resigned, gentler, and less aggressive appearance. |
| 25. Rendering of size and shape of nose, fold of skin above top of nose, flaring of nostrils, amount and proportion of nostrils visible, and light and shade within nostrils, all achieved by Plaintiff's direction to subject as to pose and expression, and by Plaintiff's lighting and camera selections and adjustments | The nose in the tattooed portrait is wider and less angular, and it lacks the highlights and shadows that sculpt the nose in the photographic portrait. The nostril is not flared but more relaxed. Additionally the "laugh line" running from the left side of the nose to the mouth is rendered as deeper and at a steeper angle conveying a more sad appearance in the tattooed portrait. |

| 42. Visual compression of features, determined by Plaintiff's direction of subject's pose, and by Plaintiff's selection of camera focal length, camera position, camera angle, and camera-to-subject distance | There are some general differences in how the facial features are rendered. This is partly due to the nature of the tattoo being rendered onto a 3-dimensional, uneven substrate. The tattooed portrait is fuller and softer. The nose and cheekbones are less angular, the forehead is taller and narrower. The eye area is also narrower. |
|---|---|
| 48. Rendering of black jacket, selected by Plaintiff for use in the photograph, the appearance of which was achieved by Plaintiff's control and adjustment of lighting to emphasize/de-emphasize details, highlights, shading on jacket | There is no black jacket in the tattooed portrait |
| 49. Black background created by Plaintiff's selection and arrangement of blackout material at the rear of the outdoor studio, and by blocking light from above to ensure dark background | There is no black background in the tattooed portrait. The tattooed portrait features an amorphous small border of fuzzy greys of various shades that then dissolves into a background of skin color. |

**Conclusion**

By all accounts, Ms. von D's tattooed portrait of Miles Davis, based on an inspirational image that her client provided, is a unique artwork in its own right that differs substantially from the photograph that resembles it. Additionally the technical process of tattooing is radically different than photography and creates distinct artistic and aesthetic effects. This tattoo allows her client to express meaningful personal content by channeling qualities of the source imagery through non-verbal communication and having them blend with "the history and mythology of the bearer".

Respectfully submitted,

Anna Friedman
January 25, 2022

# EXHIBIT A

## Curriculum Vitae of
## Anna Felicity Friedman

Exhibit 224
Page 14

# Anna Felicity Friedman

email: tattoohistorian@gmail.com        mobile: (773) 307-2753

Founder, Writer, and Researcher for tattoohistorian.com
Director for centerfortattoo.org

## EDUCATION

**University of Chicago**
PhD in History of Culture (2012)

Dissertation: "Tattooed Transculturites: Western Expatriates Among Amerindian and Pacific Islander Societies, 1500-1900"

**The School of the Art Institute of Chicago**
MA in Art History, Theory, and Criticism (1999)

Thesis: "Exploring the Marginal, the Deviant, the Fantastic, and the Unique: Tattoo Imagery in the Work of Masami Teraoka and Tony Fitzpatrick"

**The School of the Art Institute of Chicago**
BFA (1994)

**Brown University**
BA program (attended 1990–1992)

## PUBLICATIONS

### Books

*World Atlas of Tattoo*. London: Thames and Hudson and New Haven: Yale University Press, 2015.

### Contributions to Edited Books

Introduction and Artist's Biographies for *All of Me Is Illustrated: Tattoos by Today's Artists, Stories by Ray Bradbury*. New York: Rosetta Books in collaboration with Inked/Quadra Media and Wiener Schiller Productions, 2020.

 "A Legacy of Diversity and Innovation: American Tattooing from the Revolution through the 1980s/Un héritage fait de diversité et d'innovation: le tatouage aux États-Unis de la guerre d'Indépendance aux années 1980" in *Tatoueurs, Tatoués*. Paris: Musée du Quai Branly/Actes Sud, 2014.

"A Mayfly Art" in *The Operature*. ATOM-r and PINUPS Magazine, 2013. An artist's book collaboration.

### Web Publications (selected)

"Undercover Ink: How Spies Use Tattoos." *History.com*, January 29, 2018.

"The world's 5 best destinations to get tattooed." *Wanderlust*, October 14, 2016.

"Inside the World's Only Surviving Tattoo Shop For Medieval Pilgrims." *Atlas Obscura*, August 18, 2016.

### Magazines (selected)

Exhibit 224
Page 15

"Tattoo Tycoon." (Interview with Lyle Tuttle) *American Way* (American Airlines inflight magazine), November 2015.

"Tattooing on Seven Continents: Lyle Tuttle's Antarctica Adventure." Skin & Ink, no. 154 (2014)

"Lucky 7: Lyle Tuttle Tattoos on Every Continent." *Total Tattoo Magazine*, no. 115 (2014).

"Pioneers in Cross-Cultural Body Modification." *Things and Ink*, no. 6 (2014).

Columns in *Tattoo Culture Magazine*, no. 1, 2, 3, and 4

### Blogs

tattoohistorian.com

Tattoo History Daily (@tattoohistorian on Facebook, Twitter, Tumblr, and Instagram)

### Works in Progress

*Tattooed Transculturites*. Book based on dissertation research.

*Tattoo History Uncovered: New Archival Research into Western Skin Inscriptions*. Editor and contributor, co-edited by Amelia Klem Osterud. Anthology of articles by current tattoo-history scholars.

*Picturing Permanence: European Encounters with Indigenous Tattoos, 1500-1900*. Book based on ongoing archival research.

*Tattooed People Historical Encylopedia*. Online digital publication with companion mobile phone and tablet computer app. Editor and contributor.

## PRESENTATIONS

### Public lectures (selected)

"Sailor Ink: Tattoos and the US Navy" National Museum of the American Sailor, Great Lakes, IL, September 25, 2021.

"Tattoo History" Chicago Humanities Festival, Chicago, IL, October 27, 2018.

"The Art of Power/The Power of Ink" and "Tattooing's Vibrant History." Minneapolis Institute of Arts, Minneapolis, MN, April 12, 2018.

"Tattooing's Vibrant History." Hampshire College, Amherst, MA, October 11, 2017.

"Comfort Society Presents: Anna Felicity Friedman." Comfort Station, Chicago, IL, September 18, 2016.

"The History of Tattooing in the United States, 1776-1980." Minnesota Marine Art Museum, Winona, MN, September 14, 2016.

"Beyond the 'Dark Age' in Western Tattooing," National WWI Museum, Kansas City, MO, August 6, 2015.

"Body By Design," Columbia Design League, Columbia Museum of Art, Columbia, SC, September 17, 2013.

"From Medieval to Midway: Highlights from Tattooing's Past." Waukesha County Museum, Waukesha, IL, September 10, 2010.

Exhibit 224
Page 16

"Panel Discussion: Tattoo Flash and Circus Banners." Intuit: The Center for Intuitive and Outsider Art, Chicago, IL, September 26, 2009.

"Recovering Western Tattooing: Text, Image, Specimen." Intuit: The Center for Intuitive and Outsider Art, Chicago, IL, September 12, 2009.

"Permanent Souvenirs: Travel Tattoos and the Fixing of Memory." Museum of Contemporary Art, Chicago, IL, March 22, 2005.

### Conference talks

"Tattooing's Vibrant History, Ancient to Contemporary." (keynote speaker) *Unframed* Conference, Rothschild Foundation/Artlink, Tel Aviv, Israel, June 29-July 1, 2016.

"Early Modern Tattooing: Why Is It So Easily Forgotten?" ACLA Annual Meeting, Boston, MA, March 17-20, 2016.

"Reckless Criminality or Legitimate Art? The Ethics of Tattooing in Contemporary Performance Art." *Tattooed Images/Images tatoués* International Conference, Musée du quai Branly, February 12-13, 2015.

"Changed Meanings for Tattoos: Revisiting 'From Subcultural Sign to Fashion Statement'." Popular Culture Association/American Culture Association, Chicago, IL, April 16-19, 2014.

"Embedded Exchange: Tattoos as Markers of American/Pacific Islander Interaction in the Late 18th and Early 19th Centuries." 101st College Art Association Conference, New York, NY, February 13-16, 2013.

"Recovering a Visual History of Western Tattooing, 1500-1850." 38th Annual Association of Art Historians Conference, The Open University, Milton Keynes, UK, March 29–31, 2012. Re-presented at University College London, April 2, 2012.

"European Tattooing Before Cook: Text, Image, Specimen." 6th Annual Hawaii International Conference on Arts and Humanities, Honolulu, Hawaii, January 11–14, 2008.

"From Subcultural Sign to Fashion Statement: The Changing Meanings of Tattoos." National Popular Culture Association Conference, Las Vegas, NV, March 21–24, 1996.

### EMPLOYMENT

#### Tattoohistorian.com
*Founder, Writer, Researcher* (2012–current)

•Managed and coordinated an international team of over 100 writers, artists, and photographers for *The World Atlas of Tattoo* while also serving as editor and author
•Built a book-popularity-calculator web app using Django and hosted on an AWS EC2 instance; data gathered through API requests and web scraping; predictive model utilizes natural language processing, topic modeling, and random forest regression
•Attracted over 10,000 organic followers across 5 social media platforms within 18 months
•Designed and created all content for tattoohistorian.com and centerfortattoo.org using Wordpress; managed and engaged with audience via Facebook, Instagram, Twitter, and Tumblr
•Maximized SEO on the term "tattoo historian" with Google first-result placement consistently since 2013

#### Center for Tattoo History and Culture
*Director* (2015-current)

•Founded and serve as director for this nascent 501(c)(3) educational foundation

Exhibit 224
Page 17

## Quatrefoil Associates
*Curatorial Director, TATTOO: Ancient Myths, Modern Meanings* (2012–2014)

•Curated a traveling exhibition (postponed indefinitely) about tattoo history and culture that spans ancient to contemporary periods and offers a global perspective
•Oversaw a team of international content consultants
•Managed social media postings (Facebook, Twitter, Instagram)
•Advised on publications and marketing materials and strategies and proofread and edit copy; write copy and source images for regularly updated website feature stories
•Interfaced with prospective venues; network with potential donors (financial and artifact)

## School of the Art Institute of Chicago
*Instructor* (2004–2014)
*Elected Part-Time Faculty Representative* (2009–2010)

•Taught college-level classes employing a multimedia approach that utilized visual aids including PowerPoint and film/video; advised students on writing, art projects, career paths, and further education
•Designed 7 courses in liberal arts/social sciences, visual and critical studies, art history, and performance art for undergraduate and mixed undergraduate/graduate levels (subjects include the body, mapping, material culture, and travel)
•Advised senior administrators on faculty needs and concerns; negotiated 2 faculty raises and modeled various raise scenarios; led faculty meetings

Course titles and dates:
  Art and History of Mapping (Fall 2004, Fall 2005, Spring 2010, Fall 2010)
  Body Arts (Spring 2009, Spring 2010, Spring 2011, Spring 2012)
  Body as Object/Body Displays (Fall 2009, Fall 2010, Fall 2011)
  History from Things (Spring 2007, Spring 2009, Spring 2011)
  Performance Ethics and Risk (Spring 2014)
  Tattooing Around the World (Fall 2006, Spring 2008, Fall 2008, Fall 2009, Fall 2010, Fall 2011)
  Travel: History, Theory, Art (Spring 2006, Fall 2006)

## University of Chicago
*Lecturer in the Humanities Core* (2010–2013)

•Taught freshman core classes (which emphasized critical/analytical reading and writing) from a team-developed curriculum
•Consulted with fellow faculty to improve core teaching at biweekly team meetings
•Oversaw a writing intern to guide integration of writing workshops and to tailor Writing Center training to the course goals and outcomes

Course titles and dates:
  Reading Cultures: Collecting (Fall 2010, Fall 2011, Fall 2012)
  Reading Cultures: Travel (Winter 2012, Winter 2013)
  Reading Cultures: Exchange (Spring 2012, Spring 2013)

## Center for Teaching and Learning, University of Chicago
*Teaching Consultant* (2008–2009)

•Assisted graduate student teachers to improve their teaching through individual teaching consultations and mid-course reviews
•Attended and participated in seminars on best practices in teaching, syllabus design, assessment and evaluation of teaching strategies and outcomes, and other related topics

Exhibit 224
Page 18

## MEDIA APPEARANCES

### Quoted (selected)

Caroline Beans, "Science and Culture: Wearable tech meets tattoo art in a bid to revolutionize both," *Proceedings of the National Academy of Sciences of the United States of America*, 115 (14), April 3, 2018

Nikki Gorny, "Tattoo imagery remains popular among tattoo requests." *Toledo Blade*, March 21, 2018.

Sophie Saint Thomas, "An Ode to the Misunderstood Beauty of the Tramp Stamp." *Broadly/VICE*, August 25, 2017.

Erica Euse, "Why that tribal tattoo won't work in a woke world." *i-D/VICE*, August 10, 2017.

Sarah Bond, "Tattoo Taboo? Exploring The History Of Religious Ink And Facial Tattoos." *Forbes*, September 9, 2016.

Andrea Ciulac, "What to say if someone asks you to get a matching tattoo?," *Chicago Tribune*, June 17, 2016

Wim Brummelman, "Trudeau is de eerste premier met tatoeages, voor zover we weten," *NRC Handelsblad*, November 4, 2015

Vanessa Bradford, "Is Canada's new PM the only world leader with a tattoo?," *BBC News Magazine*, October 21, 2015

Nikhil Agarwal, "Three Indians Make It To Top 100 Tattoo Artists," *India Today* and widely distributed through PTI (Press Trust of India), September 21, 2015

Thomas Vogel, "Taking Tattoo Culture to Heart," *Forest Park Review*, September 15, 2015

Priscilla Frank, "15 Deep Thoughts On Why Tattoos Are The Most Eloquent Way To Speak Without Words," *Huffington Post*, August 24, 2015

Eve Kahn, "Tattoo History, Antique Typewriters and Letting Go at the Toledo Museum," *New York Times*, May 21, 2015

Kirk Johnson, "Before Ink Dries on Army Rules, Soldiers Rush to Get Tattoos," *New York Times*, April 30, 2014

John Rice, "Antarctic Tattoos: From Ice to Ink," *Forest Park Review*, February 4, 2014

Ben Kesling, "As Army Tightens Rules on Tattoos, Soldiers Hit the Parlors," *Wall Street Journal*, October 6, 2013

### Television/Radio Appearances (selected)

Trevor Barnes, "Religious Tattoos," *BBC Radio 4*, September 25, 2016.

Jane Lindholm and Patti Daniels, "Once 'Subversive,' Tattoos Hold Popular Appeal," *Vermont Edition*, Vermont Public Radio, February 4, 2016

*CBS This Morning*, "Tattoo Art Now Hitting the Auction Block," CBS, November 7, 2015

Dan Rodricks and Maureen Harvie, "The Art of the Tattoo," *Midday Friday*, WYPR (Baltimore Public Radio), September 25, 2015

*CBS Sunday Morning*, "Tattoos: Fine Art for the Masses," CBS, February 8, 2015

Exhibit 224
Page 19

Adam Ragusea, "The Pub, Episode 2: Paycheck journalism, the demise of History Detectives, and what makes good theme music," *Current*, January 23, 2015

Ari Shapiro, "The American Origins Of The Not-So-Traditional Celtic Knot Tattoo," *All Things Considered*, NPR, November 25, 2014

Ross Reynolds and Cameron Drews, "A Brief History of Taboos and Military Tattoos," KUOW (Seattle Public Radio), May 13, 2014

**Reviews/Profiles (selected)**

Ross Howerton, "Tattoodo Interviews: Dr. Anna Felicity Friedman on Coptic Tattoos," Tattoodo, October 18, 2016

Josephine Livingstone, "What Your Tattoo Says About the World: A new book dissects the meanings of tattoo cultures," *New Republic*, November 5, 2015

Emily Manning, "Incredible Images of Tattoo Art from Around the World," *i-D/VICE*, September 28, 2015

Sarah Laskow, "Take a Grand Tour of the World's Great Tattoos," *Atlas Obscura*, September 17, 2015.

Matt Lodder, "Too Many Cooks," *Total Tattoo*, no. 94 (2012).

Piet Levy, "Armed and dangerous," *Chicago Tribune Red Eye*, March 28, 2005.

## EXHIBITS CURATED

"Freaks and Flash." September 11, 2009–January 9, 2010. Intuit: The Center for Intuitive and Outsider Art, Chicago, IL.

## FELLOWSHIPS AND AWARDS

**SAIC Faculty Enrichment Grant** (2011-2012)

**SAIC Roger Brown House Residency** (2011)

**Whiting Doctoral Fellowship** (2007–2008)

**Affiliated Doctoral Fellowship, Franke Institute for the Humanities** (2007–2008)

**Doolittle-Harrison Fellowship** (2007, 2012)

**University of Chicago Unendowed Funds Awards** (2000–2004)

## LANGUAGES

**French**
Reading, speaking, and writing knowledge

**German**
Reading, speaking knowledge

**Latin**
Reading knowledge

**Ancient Greek, Dutch, Italian, Spanish, Portuguese**

Exhibit 224
Page 20

Limited reading knowledge

Exhibit 224
Page 21

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 11111 Santa Monica Blvd., Suite 1070, Los Angeles, CA 90025.  My electronic service address is  john@thegolawfirm.com.

     On January 25, 2022, I served the foregoing document described as: **EXPERT REPORT OF ANNA FELICITY FRIEDMAN** on the parties in this action by serving:

| Gary S. Sedlik, Esq.<br>SedlikGroup, P.C.<br>P.O. Box 3238<br>Manhattan Beach,  CA 90266<br><br>Email – gary@sedlikgroup.com | Attorneys for Plaintiff |
|---|---|

**(XX) By Email:**  On this date a copy of the document was caused to be delivered via email to the addressees so listed.

**(XX) By U.S. Mail:**   By placing a true copy thereof enclosed in sealed envelope addressed herewith.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     Executed on January 25, 2022, at Los Angeles, California.

     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
     John J. Metzidis

Exhibit 224
Page 22