Gary S. Sedlik, Esq. (CA Bar No. 181192)
SEDLIKGROUP, P.C.
P.O. Box 3238
Manhattan Beach, CA 90266
Phone: (310) 439-9986 | Fax: (844) 320-8044
Email: gary@sedlikgroup.com

Attorneys for Plaintiff Jeffrey B. Sedlik

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D, INC., a California Corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 – 10, inclusive,<br><br>　　　　Defendants | CASE NO. 2:21-cv-01102-DSF-MRWx<br><br>Before the Hon. Dale S. Fischer, U.S. District Judge<br><br>**PLAINTIFF JEFFREY B. SEDLIK'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>Action filed: February 7, 2021<br>Trial Date: July 26, 2022<br><br>Hearing<br>Date:  April 18, 2022<br>Time: 1:30 p.m.<br>Place: First Street Courthouse<br>350 West 1st Street, Crtrm 7D Los Angeles, California |

TO THE HONORABLE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure, Rule 56, Central District Local Rule 56-1, and this Court's Order Re Motions for Summary Judgment, Plaintiff Jeffrey B. Sedlik submits the following statement of uncontroverted material facts and conclusions of law filed concurrently with his Motion for Summary Judgment:

///

| | | |
|---|---|---|
| 1. | Plaintiff, Jeffrey B. Sedlik ("Mr. Sedlik"), is a world-renowned, award-winning professional photographer and professor. | Declaration of Jeffrey B. Sedlik dated March 16, 2022 ("J. Sedlik Decl.") ¶ 2 |
| 2. | He is a ten-time recipient of the Communication Arts Award of Excellence, and many other awards, including the Clio, One Show, Art Directors Club, Photo Design, PDN/Nikon, Creativity Award, IPC Industry Leadership Award, and others. | J. Sedlik Decl. ¶ 2 |
| 3. | Sedlik's work has been profiled in Studio Photography & Design, In Focus, Photo District News, Rangefinder, and other industry publications. | J. Sedlik Decl. ¶ 2 |
| 4. | His fine art repertoire includes group and solo exhibitions in Los Angeles, San Francisco, Monterey, St. Louis, and New York City. | J. Sedlik Decl. ¶ 2 |
| 5. | In 1989, Mr. Sedlik independently conceived and created the iconic | J. Sedlik Decl. ¶ 3 |

| | | |
|---|---|---|
| | photographic portrait depicting world-famous jazz musician Miles Davis (the "Iconic Miles Davis Portrait") that is the subject of this litigation. | |
| | 6. Mr. Sedlik is the sole and exclusive owner of the copyright in the Iconic Miles Davis Portrait which was first published in Jazziz Magazine in or around August 1989. A depiction of a reproduction of the Iconic Miles Davis Portrait appears below:<br><br>[black-and-white portrait photograph of Miles Davis] | J. Sedlik Decl. ¶ 3. |
| | 7. Mr. Sedlik has offered and sold non-exclusive copyright licenses authorizing limited reproduction, distribution, display, and creation of derivative works of Sedlik's Iconic Miles Davis Portrait for | J. Sedlik Decl. ¶ 4 |

PLAINTIFF'S SEPARATE STATEMENT OF UNCONVERTED FACTS - PAGE 3

| | | |
|---|---|---|
| | commercial and non-commercial purposes since its creation. | |
| 8. | Mr. Sedlik's sole and exclusive ownership of the copyright in the Iconic Miles Davis Portrait was registered by Mr. Sedlik with the United States Copyright Office, as recorded in Certificate of Registration Number VA645-610, issued to Mr. Sedlik by the United States Copyright Office with an Effective Date of Registration of July 6, 1994, a true and correct copy of which is attached to the Complaint in this matter as Exhibit "A" | J. Sedlik Decl. ¶ 6; |
| 9. | Mr. Sedlik's copyright registration is valid and in good standing as today | J. Sedlik Decl. ¶ 5 |
| 10. | Defendant Katherine Von Drachenberg ("Kat Von D") is a tattooist who has appeared on reality television shows such as "Miami Ink" and "LA Ink." | Complaint , ¶ 20 |
| 11. | At all times relevant to the claims in this action, Ms. Von D owned and operated defendant High Voltage Tattoo, Inc. ("HVT"), which operated a tattoo shop in Los Angeles called "Kat Von D's High Voltage Tattoo. | Deposition of Katherine Von Drachenberg dated January 18, 2022 ("KVD Depo"), attached as Exhibit "A" to Declaration of Gary S. Sedlik ("G. Sedlik Decl."), |

| | | |
|---|---|---|
| | | p. 26:12-14, p. 69:8 through p. 70:17 |
| 12. | At all times relevant to the claims in this action, Kat Von D was an employee of High Voltage Tattoo. | KVD Depo at p. 26:12-14, p. 69:8 through p. 70:17 |
| 13. | Kat Von D also owns and operates defendant Kat Von D, Inc. ("KVD, Inc."), a corporation of which she is the CEO, Secretary, CFO, sole owner and sole shareholder, and whose stated official purpose was, until a few months ago, "Personal Services - Body Art." | KVD Depo, p. 73:1-9;. Exhibit B to G. Sedlik Decl. |
| 14. | During the pendency of this litigation (but years after the relevant acts underlying Plaintiff's claims in this action took place) Ms. Von D apparently chose to modify the corporate purpose of KVD, Inc. from "body art" to "Artist/Actress." | Exhibit C to G. Sedlik Decl, |
| 15. | Kat Von D is the sole employee of Kat Von D, Inc. | KVD Depo, p. 73:1-8 |
| 16. | On or around March 18, 2017, Defendants posted to one of their Instagram accounts that was and is owned or controlled by Defendants an image of Kat Von D in the process of reproducing Mr. Sedlik's Iconic | Defendant's Answer to Complaint, Dkt. 13 ("Answer") at ¶ 32 |

PLAINTIFF'S SEPARATE STATEMENT OF UNCONVERTED FACTS - PAGE 5

| | | |
|---|---|---|
| | Miles Davis Portrait in the form of a derivative work (a tattoo). | |
| | 17. This Instagram post also displays an unauthorized reproduction of the Iconic Miles Davis Portrait, which is prominently featured in the middle of the post, which Ms. Von D is apparently using as a visual aid and reference to precisely copy and replicate Mr. Sedlik's Iconic Miles Davis Portrait | Defendant's Answer to Complaint, Dkt. 13 at ¶ 32 |
| | 18. The Defendants distributed, reproduced and displayed and published the photograph of Kat Von D in the act of infringing Mr. Sedlik's copyright, publishing that photograph and others depicting the resulting infringing Miles Davis Tattoo and other infringing reproductions of the Iconic Miles Davis Portrait on Instagram and other social media platforms. | Complaint, Dkt. 1 at ¶¶ 32, 43, 45, 46, 47, 51, 52, 53, 57, 58, 59, 60, 64, 65, 66, 70, 71, 72, 76; Defendant's Answer to Complaint, Dkt. 13 at ¶¶ 32, 43, 45, 46, 47, 51, 52, 53, 57, 58, 59, 60, 64, 65, 66, 70, 71, 72, 76 |
| | 19. Defendants further exploited the derivative Miles Davis Tattoo by engaging in an organized, methodical cross-promotional campaign in which Defendants each repeatedly induced, enabled and facilitated public postings photographs of the | Id. |

PLAINTIFF'S SEPARATE STATEMENT OF UNCONVERTED FACTS - PAGE 6

| | |
|---|---|
| infringing Miles Davis Tattoo to each other's social media accounts, and in such posting, included hyperlinks to Defendants' other social media account/s, so as to maximize their illicit distribution and display of the infringing Miles Davis Tattoo and to induce, enable and facilitate third party "sharing" of the depictions oif the infringing Miles Davis Tattoo, in an effort to increase exposure to and engagement with a global audience of paying customers and potential customers for Defendants' various businesses and business ventures, which (at all relevant times) has not only included body art, but has also include make-up, shoes, clothing, music releases, music performances, and other products and services. | |
| 20..  By repeatedly publishing their infringing reproductions of Mr. Sedlik's Iconic Miles Davis Portrait (along with Kat Von D's infringing derivative work of the Iconic Miles Davis Portrait) to their tens of millions of social media followers  around the world, Defendants induced, enabled, facilitated,  and otherwise encouraged each | Id. |

PLAINTIFF'S SEPARATE STATEMENT OF UNCONVERTED FACTS - PAGE 7

| | |
|---|---|
| other and third parties s to infringe Mr. Sedlik's copyright through further, uncontrolled, viral unauthorized reproduction, distribution and display. | |
| 21. None of the Defendants sought or obtained Mr. Sedlik's permission or a license to use, reproduce, distribute, display, make derivative works of, publish or otherwise use and exploit Mr. Sedlik's copyright-protected Iconic Miles Davis Portrait on their social media accounts or in any other media, for any purpose | Answer at ¶¶ 26, 27, 28, 80 |
| 22. A reproduction of one of the March 18, 2017 Instagram post is provided below, not only depicting Kat Von D in the act of copying Mr. Sedlik's photograph in an infringing derivative tattoo, but also prominently displaying an unauthorized reproduction of that Iconic Miles Davis Portrait, as used for reference by Kat Von D to facilitate her efforts to precisely replicate the essential protected expression embodied in Mr. Sedlik's photograph. | Answer at ¶ 32 |
| 23. On or about May 16, 2017, Defendants published the following image on Kat Von D's Instagram page. The May 16, 2017 | Answer at ¶¶ 47, 49; Complaint at ¶¶ 47, 49 |

| | | |
|---|---|---|
| | image ("May 16, 2017 KVD Final Instagram Post") depicts a nearly exact duplication of the Iconic Miles Davis Portrait as a derivative work reproduced by Defendant Kat Von D in the form of a derivative tattoo.  Kat Von D captioned the May 17, 2017 KVD Final Instagram Post: "Final #MilesDavis portrait I tattooed at @highvoltagetat 🖤", not only failing to provide attribution to Mr. Sedlik, but also falsely claiming authorship of the portrait, while knowing that she did not in fact author that portrait, in a purposeful effort to conceal her infringing activity | |
| 24. | Continuing their coordinated promotional campaign,  Defendants shared and duplicated this image, including the unauthorized derivate work of the Iconic Miles Davis Portrait, with each other, inducing, enabling, facilitating and encouraging the other Defendants and the public to unlawfully reproduce the same image on their respective social media accounts. By posting this image on their social media accounts and publishing an unauthorized derivative work of Mr. | Answer at ¶¶ 53, 57, 58, 59; Complaint at ¶¶ 53, 57, 58, 59 |

PLAINTIFF'S SEPARATE STATEMENT OF UNCONVERTED FACTS - PAGE 9

| | |
|---|---|
| Sedlik's copyrighted Iconic Miles Davis Portrait to tens of millions of people around the world, Defendants induced, enabled, facilitated and otherwise encouraged others to unlawfully reproduce, distribute and display the Iconic Miles Davis Portrait. | |
| 25. One year later, on or about April 26, 2018, Defendants published the following image on High Voltage Tattoo's Instagram page: The April 26, 2018 image ("April 26, 2018 HVT Instagram Post") depicts the ¨final product¨ of defendant Kat Von D's unauthorized and unlicensed reproduction and derivative work made from the Iconic Miles Davis Portrait in the form of a tattoo.The April 26, 2018 HVT Instagram Post depicts a nearly exact unauthorized derivative of the Iconic Miles Davis Portrait as reproduced by defendant Kat Von D in the form of a tattoo.Defendants captioned the April 26, 2018 HVT Instagram Post, somewhat ironically, with an apparent quotation from Miles Davis praising the creation of original works of art: """When you're creating your own shit, man, even the sky ain't the limit." -Miles | Answer at ¶¶ 72, 73, 74, 76; Complaint at ¶¶ 72, 73, 74, 76 |

| | | |
|---|---|---|
| | Davis [tattoo by @thekatvond]". Defendants "tagged" Kat Von D's Instagram username for the purpose of promoting and soliciting sales of products and services offered by Kat Von D, KVD, Inc. and High Voltage Tattoo. | |
| | 26. Defendants also posted videos depicting Mr. Sedlik's Iconic Miles Davis Portrait to their social media accounts, and induced, enabled and facilitated third parties to share and post videos online displaying, distributing, reproducing and publishing Mr. Sedlik's Iconic Miles Davis Portrait without his permission or a license. | Answer at ¶¶ 38, 39, 40, 41, 42, 43, 44, 45, 46; Complaint at ¶¶ 38, 39, 40, 41, 42, 43, 44, 45, 46; KVD Depo p. 171:21 – p. 173:10. KVD Depo Exhibit 218 |
| | 27. Defendants strategically utilized their social media accounts to cross-promote their various brands, products and services, and regularly monitored and assessed the performance of individual social media posts to determine their customer engagement and to otherwise determine the effectiveness of their commercial campaigns. | KVD Depo p. 152:2 through p. 153:16 |
| | 28. By proclaiming to millions of her followers in her May 16, 2017 KVD Final Instagram Post (along with other social media posts | Answer at ¶¶ 47, 49, 81; Complaint at ¶¶ 47, 49, 81 |

| Fact | Citation |
|---|---|
| made by Kat Von D and other Defendants) that Kat Von D had "made" a portrait of Miles Davis, Kat Von D knowingly appended false Copyright Management Information to the unauthorized derivative tattoo of Mr. Sedlik's Iconic Miles Davis Portrait, with the intent to mislead the public and to conceal her infringement and to further conceal the fact that Mr. Sedlik, not Kat Von D, conceived and created the Iconic Miles Davis Portrait, and that Mr. Sedlik, not Kat Von D is the copyright owner of the Iconic Miles Davis Portrait. | |
| 29. On about February 10, 2018, Mr. Sedlik discovered, for the first time, that Defendants had made, distributed and displayed the unauthorized derivative tattoo and the various unauthorized reproductions of his copyrighted Iconic Miles Davis Portrait. | Complaint at ¶ 83, J. Sedlik Decl. at ¶ 9 |
| 30. Defendants had access to the Iconic Miles Davis Portrait in advance of rendering the Miles Davis Tattoo. | KVD Depo, p. 122:9-11, p. 122:20 – p. 123:1, p. 127:9-11, p. 127:17 - p. 128:4, p. 128:18 – p. 130:7 |

| | |
|---|---|
| 31. Further, Defendants admit that they obtained, viewed and used digital and printed copies of the Iconic Miles Davis Portrait prior to making the tattoo that is the subject of this lawsuit. | KVD Depo p. 122:9-11; p. 127:17 through p. 128:4; P. 136:21-23 |
| 32. Multiple photographs and videos depicting Kat Von D meticulously tracing Mr. Sedlik's Iconic Miles Davis Portrait on a light box in order to replicate the details of the Iconic Miles Davis Portrait and then transfer those details in through that tracing to her client's arm, in the form of a derivative tattoo. | Rebuttal Expert Report of Professor Jeffrey Sedlik dated February 8, 2022 ("Sedlik Rept"), p. 10 through p. 13 |
| 33. Defendants readily admitted in their deposition that they had full knowledge that it would be unlawful for a business to use a photographer's image without prior permission. | KVD Depo, p. 196:14 through p. 199:6 |

Respectfully submitted,
SEDLIKGROUP, P.C.

By:  /s/Gary S. Sedlik
Gary S. Sedlik, Esq.
Attorneys for Plaintiff Jeffrey B. Sedlik

PLAINTIFF'S SEPARATE STATEMENT OF UNCONVERTED FACTS - PAGE 13