1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual; | Case No. 2:21-cv-01102-DSF-MRWx |
| Plaintiff, | Before the Hon. Dale S. Fischer, U.S. District Judge |
| vs. | |
| KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF CLAIMS** |
| Defendants. | Hearing<br>Date:    April 18, 2022<br>Time:    1:30 p.m.<br>Place:   First Street Courthouse<br>           350 West 1st Street, Crtrm 7D<br>           Los Angeles, California |
| | Trial:   July 26, 2022 |
| | Action filed:   February 7, 2021<br>Trial:            July 26, 2022 |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    The Court, having considered "PLAINTIFF'S MOTION FOR SUMMARY

2  JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF

3  CLAIMS" and good cause appearing therefor, hereby finds and orders as follows:

4       1.    Plaintiff's Motion is GRANTED.

5            a.  Defendants Katherine Von Drachenberg, Kat Von D, Inc. and High

6                Voltage Tattoo, Inc., each willfully infringed Plaintiff's copyright

7                in his photograph, the Iconic Miles Davis Portrait, by making

8                unauthorized reproductions, duplications, displays and distributions

9                of the Iconic Miles Davis Portrait, as well as making and displaying

10               unauthorized derivative works of the Iconic Miles Davis Portrait,

11               without a license or permission from Mr. Sedlik;

12           b.  Defendants, and each of them, committed direct, vicarious and

13               contributory infringement of Mr. Sedlik's copyright-protected

14               Iconic Miles Davis Portrait;

15           c.  Defendants, and each of them, knowingly falsified the Copyright

16               Management Information associated with the Iconic Miles Davis

17               Portrait for the purpose of inducing, enabling, facilitating or

18               concealing their infringement, and therefore also violated 17 U.S.C.

19               Section 1202;

20           d.  Judgment is hereby entered in favor of Mr. Sedlik, and against

21               Defendants Katherine Von Drachenberg, Kat Von D, Inc. and High

22               Voltage Tattoo, Inc. on the First, Second, Third and Fourth Claims

23               for relief in Mr. Sedlik's Complaint, with the amount of damages to

24               be determined;

25               ///

26               ///

27               ///

28

-2-

e.  In addition, Mr. Sedlik shall recover from Defendants his costs of suit and reasonable attorneys' fees relating to the prosecution of this litigation.

IT IS SO ORDERED.

Dated: _____

_____
Dale S. Fischer
United States District Judge

-3-