1  Gary S. Sedlik, Esq. (CA Bar No. 181192)
   SEDLIKGROUP, P.C.
2  P.O. Box 3238
   Manhattan Beach, CA 90266
3  Phone: (310) 439-9986 | Fax: (844) 320-8044
   Email: gary@sedlikgroup.com
4
5  Attorneys for Plaintiff Jeffrey B. Sedlik

6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION
11

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual; | Case No. 2:21-cv-01102-DSF-MRWx |
| Plaintiff, | Before the Honorable Dale S. Fischer, U.S. District Judge |
| vs. | **DECLARATION OF GARY S. SEDLIK IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF CLAIMS** |
| KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | Hearing<br>Date:   April 18, 2022<br>Time:   1:30 p.m.<br>Place:  First Street Courthouse<br>            350 West 1st Street, Crtrm 7D<br>            Los Angeles, California<br><br>Trial:   July 26, 2022 |

## DECLARATION OF GARY S. SEDLIK

I, Gary S. Sedlik, state and declare as follows:

1. I am counsel of record for Plaintiff Jeffrey B. Sedlik in this matter.

2. I have personal knowledge of the matters stated herein, except where stated based on information and belief. If called as a witness, I would and could testify competently thereto.

3. Attached as Exhibit A are true and correct copies of excerpts from the deposition of Defendants Katherine Von Drachenberg, High Voltage Tattoo, Inc. and Kat Von D, Inc. that I conducted on January 18, 2022. I have personally reviewed these excepts from the deposition and believe that they accurately represent the testimony of these Defendants as provided during their deposition.

4. Attached as Exhibit B is a true and correct copy of a document produced by Defendants in this litigation labeled by Defendants with the Bates Label KVD 000038.

5. Attached as Exhibit C is a true and correct copy of a document produced by Defendants in this litigation labeled by Defendants with the Bates Label KVD 000039.

6. Attached as Exhibit D is a true and correct copy of Plaintiff's Second Supplemental Response to Defendants' First Set of Special Interrogatories, served on or about December 31, 2021.

7. On March 9, 2022, a conference of counsel took place between myself and John Metzidis, Esq., counsel for Defendants, to meet and confer regarding this motion pursuant to L.R. 37-1.

Dated: March 16, 2022

By:   /s/ Gary S. Sedlik
      Gary S. Sedlik