```
 1    guess I could call myself an employee of High Voltage

 2    Tattoo.

 3          And I should note that I no longer have my

 4    tattoo shop.  I have since closed.  You know, we weren't

 5    able to make money through a lot of things and are in

 6    the process of claiming bankrupt -- (Audio interruption)

 7          I tended to treat my artists as individual --

 8    independent contractors.  You know, everybody made their

 9    own schedules, they have their own clients, they deal

10    with their own money, and I just create, like, a safe

11    space for artists to come and work.

12          And so I guess to answer your question, I would

13    technically be an employee of High Voltage Tattoo, even

14    though it's my shop.

15       Q   Okay.  Thank you.  And are you still making

16    tattoos?

17       A   No, I'm not.  No, I'm not.

18       Q   Okay.  Even for friends and family?

19       A   No.  I little closed my shop down.  I don't --

20    you know, I'm a professional.  I don't tattoo out of

21    garages or anything.  I would tattoo out of a studio;

22    which, since I don't have one anymore, I'm currently not

23    tattooing.

24       Q   Do you consider yourself an artist?

25       A   Of course.
```

Exh A Page 1

```
 1          Q    Has it ever had employees?

 2          A    Yeah, the shop managers when we were open.

 3          Q    And again, just to clarify, they were employees

 4     of High Voltage Tattoo, Inc.?

 5          A    Yes.

 6          Q    Okay.

 7          A    Or, I --

 8          Q    Were you ever an employee of High -- oh, I'm

 9     sorry.  Go ahead.

10          A    I mean, I assuming so.  I guess, like, they

11     were employees at my tattoo shop and so we issued their

12     paychecks through High Voltage, Inc. So I assume that

13     makes them employees of High Voltage, Inc.  Is that

14     right?  I mean --

15          Q    I don't know.  I'm just --

16          A    Yeah.

17          Q    Whatever information you have is fine, so I

18     appreciate that.  Were you ever an employee of High

19     Voltage Tattoo, Inc.?

20          A    I mean, I assume so.  I owned it, so I don't

21     know -- it's a hard one to answer.

22          Q    Okay.

23          A    I'm gonna say yes, I assume I am, or was.

24          Q    Do you hold an executive position with High

25     Voltage Tattoo, Inc.?
```

Page 69

Exh A Page 2

1    A   Can you just repeat that one more time?

2    Q   Yeah.  Do you hold an executive position with

3  High Voltage Tattoo, Inc.?

4    A   Yes.

5    Q   What is that position?

6    A   I mean, I own it, so it feels like it doesn't

7  get more executive than that.  I mean --

8    Q   Do you know, are you the CEO for example?

9    A   Oh, I don't -- I wouldn't know.  I don't know

10  if we've -- we've handed out fake titles like that.  I

11  mean, it's a tattoo shop.  It's not Walmart.

12    Q   Are there shareholders of High Voltage Tattoo,

13  Inc.?

14    A   No.

15    Q   Okay.  Does anyone else hold an ownership

16  interest in High Voltage Tattoo, Inc. Other than you?

17    A   No.

18    Q   Has High Voltage Tattoo ever been involved in

19  litigation, whether as a plaintiff or defendant?

20    A   No.

21    Q   Has High Voltage Tattoo, Inc. ever received

22  notice of a claim regarding an alleged copyright

23  infringement?

24    A   No.

25    Q   Has High Voltage Tattoo, Inc. ever received

Page 70

Katherine Von Drachenberg - January 18, 2022

1   Q   Okay.  Does Kat Von D, Inc. have any employees?

2   A   No.  No.  I mean, just me I guess, but I'm not

3   getting paid so --

4   Q   Are you the owner of Kat Von D, Inc.?

5   A   Yes.

6   Q   Are there any other owners or shareholders of

7   Kat Von D, Inc.?

8   A   No.

9   Q   Does Kat Von D, Inc. currently hold or has it

10   ever held any ownership interest in High Voltage Tattoo,

11   Inc.?

12   A   No.

13   Q   Does Kat Von D, Inc. currently hold or has it

14   ever held any ownership interest in the High Voltage

15   Tattoo shop?

16   A   That last part cut out.  I'm sorry.

17   Q   Does Kat Von D, Inc. currently hold or has it

18   ever held any ownership interest in the High Voltage

19   Tattoo shop?

20   A   No.

21   Q   Has Kat Von D, Inc. ever been involved in any

22   litigation?

23   A   No.

24   Q   Has Kat Von D, Inc. ever received notice of a

25   claim alleging copyright infringement?

Page 73

1    artist's work, you believe that it's important to make

2    as accurate a representation of that work as possible;

3    correct?

4        A    No.  Well, what do you mean?  Another artist's

5    work?  I don't tattoo other tattooers work.  Like if

6    somebody comes in and says, like -- like when Nicole

7    Ritchie got that rosary around her ankle, everybody

8    wanted to get a rosary around their ankle, I would just

9    do a different version of that.  I wouldn't try to

10   emulate the tattoo, you know.  When somebody brings in

11   the portrait of Miles Davis, for example -- (Audio

12   interruption) -- but I'm not gonna reproduce the exact,

13   a square photo onto somebody that would look like a

14   chopped off head.  It's just not -- that's just not what

15   I do.

16       Q    Okay.  And unfortunately you cut out right when

17   you said when somebody brings in a photograph of Miles

18   Davis.

19       A    Yeah.  Like for example, for the Miles Davis

20   tattoo, I'm not trying to be a photocopy machine and do

21   the exact photo.  I'm going to do my interpretation and,

22   you know, add my own textures.  It's a rendition of a

23   photo.  It's not -- I'm not a copy machine.

24       Q    So do you recall saying on a televised episode

25   of Miami Ink that when you make a tattoo based on a

Page 81

Katherine Von Drachenberg - January 18, 2022

```
 1    transfer liquid, I place the piece of paper on their arm
 2    and then I peel it off.  And then what's remaining is
 3    just that purple line drawing.  Does that make sense?
 4         Q    Yeah.  So maybe I'm --
 5         A    Oh, you've seen --
 6              (Simultaneous crosstalk.)
 7         Q    -- stencil instead -- I'm sorry.  Go ahead.
 8         A    Sorry.  You've seen the show.  Like you know
 9    what I'm talking about; right?  You place it on their
10    skin and then it peels off and all you see is like a
11    purple outline.
12         Q    Right.  And I'm not there yet.
13         A    Okay.
14         Q    I'm still back a few steps.
15         A    Oh, okay.
16         Q    I'm sorry to keep bringing you backwards, but
17    I'm going to keep bringing you backwards before we get
18    there.
19         A    Yeah.
20         Q    So at some point, whether in the line drawing
21    or the stencil, do you use a -- is it typical for you to
22    use a light table?
23         A    Yeah, yeah.  We use light boxes all the time.
24         Q    And at what stage of this process do you use
25    the light box?
```

Page 96

Exh A Page 6

Katherine Von Drachenberg - January 18, 2022

1        A    That's when I'm drawing the line drawing.

2        Q    Okay.  And when you -- explain the process of

3    using the light box and how you use the light box to

4    create the line drawing.

5        A    Yeah.  So I have the image and then I put the

6    image on the light box.  I put my paper above it, and

7    I'll map -- I'll map out different details and, you

8    know, contours, things like that.  Am I answering what

9    you're asking?

10       Q    Yes.

11       A    Okay.

12       Q    So the light box, then, the use of the light

13   box is to create the line drawing, not the stencil;

14   correct?

15       A    Yeah, the line drawing, um-hum.

16       Q    Okay.  And you use the light box so that you

17   can see the image through the paper that you're using to

18   create the line drawing; correct?

19       A    Yes.

20       Q    Okay.  So, again, you've said this a couple of

21   times.  I just want to make sure we're kind of going

22   through step by step.  So after you have this line

23   drawing, then you move on to the stencil process;

24   correct?

25       A    Yeah.

Page 97

1     Q    Okay.  And if you don't mind just repeating the
2  process when you have the line drawing that's completed
3  now and you need to transfer it to a stencil, you take
4  stencil paper, put it on top of the existing line
5  drawing and then run it through a machine; is that
6  correct?
7     A    Yeah.  It's kind of sandwiched in.  There's
8  like three layers to the Thermo-fax paper.  So you
9  sandwich it in and then you run it through, like,
10  through the Thermo-fax machine.  And it -- you know, I
11  think the heat makes the -- the lead of my pencil
12  markings, like, create that line drawing.  I mean, I
13  don't really know how to explain that other than it
14  just -- it magically appears on this, like, Thermo-fax
15  paper and then we take that and use that as a stencil.
16     Q    So at this point is the image in reverse on the
17  stencil paper?
18     A    Unless you reverse it.  If you flip over the
19  tracing paper it will be reversed.  That's, like, a
20  common mistake that new tattooers will make.
21     Q    And then you take the stencil paper after it
22  comes out of the machine and you -- you peel it off and
23  apply it to the body part of your client?
24     A    Yes.
25     Q    And then you -- do you leave it on for some

Page 98

Katherine Von Drachenberg - January 18, 2022

```
 1    literally made one tattoo.
 2         Q   Okay.  I'm just asking you a question if you
 3    made a reproduction or a copy of Sedlik's Miles Davis
 4    portrait.  So that would include --
 5         A   No.
 6         Q   -- copying an electronic image, that would
 7    include printing it out, that would include making a
 8    photocopy.
 9         A   You just said three things that are one thing.
10    Yeah, I printed out a copy of it, of the image.  Okay.
11    That was one.  And then what?  And then I tattooed it.
12         Q   Did you resize or reprint the image as part of
13    creating the line drawing or the stencil?
14         A   I did not.
15         Q   Did you make any additional copies that you
16    then placed on the wall next to you while you were
17    making the line drawing or the tattoo?
18         A   No.  I just used the one copy.  That's all I
19    did.
20         Q   So you initially received a copy of Sedlik's
21    Miles Davis portrait from Blake Farmer; is that correct?
22         A   He sent a text message of the image to my
23    assistant.
24         Q   Okay.  And then how did you receive that?
25         A   And then he came in with a copy of this image,
```

Page 122

Exh A Page 9

```
 1   literally made one tattoo.
 2        Q   Okay.  I'm just asking you a question if you
 3   made a reproduction or a copy of Sedlik's Miles Davis
 4   portrait.  So that would include --
 5        A   No.
 6        Q   -- copying an electronic image, that would
 7   include printing it out, that would include making a
 8   photocopy.
 9        A   You just said three things that are one thing.
10   Yeah, I printed out a copy of it, of the image.  Okay.
11   That was one.  And then what?  And then I tattooed it.
12        Q   Did you resize or reprint the image as part of
13   creating the line drawing or the stencil?
14        A   I did not.
15        Q   Did you make any additional copies that you
16   then placed on the wall next to you while you were
17   making the line drawing or the tattoo?
18        A   No.  I just used the one copy.  That's all I
19   did.
20        Q   So you initially received a copy of Sedlik's
21   Miles Davis portrait from Blake Farmer; is that correct?
22        A   He sent a text message of the image to my
23   assistant.
24        Q   Okay.  And then how did you receive that?
25        A   And then he came in with a copy of this image,
```

Exh A Page 10

Katherine Von Drachenberg - January 18, 2022

1    a printed copy.

2        Q   Okay.  So let's start with the text message.

3    And I'm going to mark an exhibit here.

4                    (Exhibit 200 was marked for

5                     identification and made a part of the

6                     record.)

7        Q   Okay.  I'm marking as Exhibit 200 a file

8    produced by you in this litigation bearing Bates label

9    KVD 000001.  Please let me know when you're able to see

10   that exhibit.

11       A   Let me see.  You want me just to click on --

12   wait.

13       Q   Sometimes you need to refresh the folder.

14               MR. GRODSKY:  You may need to click on

15   where it says Marked Exhibits, and then all of a sudden

16   the second exhibit will show up.

17               THE WITNESS:  Is this where it says, And

18   can I confirm this with you tomorrow, otherwise, she's

19   off on a trip.  Is that the text message?

20       Q   (By Mr. Sedlik) Yes, correct.

21       A   Okay.

22       Q   So you're able to see that Exhibit 200?

23       A   Uh-huh.

24       Q   Have you seen this screenshot before?

25       A   Well, since then, yeah, of course, I provided

Page 123

Exh A Page 11

1    Mr. Sedlik's Miles Davis portrait; correct?

2         A    Yes.

3         Q    But what you're telling me is that it's your

4    understanding this text thread relates to a later

5    session.  So what I'm trying to find out is the first

6    time that you received an image or a copy of

7    Mr. Sedlik's Miles Davis portrait from Blake Farmer?

8         A    What's your question?

9         Q    When did you first receive Mr. Sedlik's Miles

10   Davis portrait from Blake Farmer?

11        A    During his first session.  So I'm not sure why

12   my team hasn't sent you all the texts, and I'm sure they

13   don't have a problem sending them over, like the text

14   threads that I screenshotted and sent over with the full

15   conversation for booking this tattoo appointment.

16             I don't know what's confusing about it.  Yeah,

17   I mean, to answer your question, is this the first time

18   I saw the image.  Yeah, the first time I saw the image

19   is when Blake and Rianne set up the appointment.

20        Q    Right.  And that would have been represented

21   somewhere earlier in this text thread; correct?

22        A    Yeah, uh-huh.

23        Q    Do you know if Blake Farmer sent you a digital

24   file of Mr. Sedlik's Miles Davis portrait earlier in

25   this text thread?

Katherine Von Drachenberg - January 18, 2022

1        A    Yes.

2        Q    Did he?

3        A    I mean, yeah, I'm assuming so.  How else would

4    I have been able to print it and tattoo it.

5        Q    Okay.  Can you -- since I don't have it, can

6    you describe, if you remember what that looked like?

7        A    It was --

8        Q    Was it an image, was it a link to an image?

9    Was it a URL?  How did he send it to you?

10        A    Let me pull it up, because -- hold on.  Here it

11    is.  Let's see.  Oh, my God.  Hold on.  I'm looking

12    through here.  My apologies if I didn't send the whole

13    thing.  Let's see.  Oh, here we go.  Let's see.

14        I don't know -- text -- okay.  Let me just -- I

15    can provide you with the entire text.  I just don't -- I

16    thought I had it in this file, but I don't have it.  But

17    I can get it from the actual phone.

18        What I do have here is the actual image that

19    you see in that thread, like when you click on it it --

20    you know, it opens up, and there is not -- there is no

21    watermark absolutely at all, there is no lines running

22    through it, there is no copyright on it.  But I can

23    provide the other ones, no problem.  I just have to get

24    my assistant's phone and do that.

25        Q    So when -- when was the first time that you

Page 128

Exh A Page 13

1    received a copy of Mr. Sedlik's Miles Davis portrait

2    from Blake Farmer?

3        A   So, you know -- you know better than I do,

4    whatever this date was that the first round of tattoo

5    photos were posted.  Most likely it was, you know, a

6    couple of days or a week prior to that.

7        Q   So I believe that that -- the first round of

8    photos was posted around March 17, 2017.  I'm not going

9    to hold either one of us to that date based on my

10   memory.

11       A   Yeah.

12       Q   Although we will see some of those in a moment.

13       A   Right, sure.

14       Q   But you expect you would have received a copy

15   of the photograph from Mr. Farmer within a day or two of

16   that initial --

17       A   Usually about a week or so, yeah, somewhere

18   around there.

19       Q   Okay.  And you would have received that in a

20   text thread either to you or to your assistant; correct?

21       A   Yeah, it would have been sent to my assistant.

22       Q   And that's a different text thread or a

23   different portion of the text thread than what's

24   represented in the Exhibit 200; correct?

25       A   Um-hum.

Katherine Von Drachenberg - January 18, 2022

1    Q    Okay.

2    A    Yes, sorry.

3    Q    So when you initially received that image, what

4    did you do with it?  Did you copy it to your computer?

5    A    No.  I just look at it to say, Yeah, you know,

6    it's something I can do.  And then Blake brings -- he

7    brought the print out to his appointment.

8    Q    Okay.  So did you print out the photo yourself?

9    A    No.  Blake did.

10   Q    Did you copy the image to your computer?

11   A    He also -- he also brought the other artwork

12   that you see in that.  It's like the Miles Davis Bitch's

13   Brew artwork.

14   Q    Okay.  Did you copy the image that Blake -- or

15   any of the images that Blake texted to you to your

16   computer?

17   A    No.

18   Q    And did you know at the time that you first

19   received Sedlik's Miles Davis portrait that Jeff Sedlik

20   was the author of that photograph?

21   A    Did I know that it was -- no.  I have already

22   said this a million times.  I have never heard of Jeff

23   in my entire life until you guys sued me.

24   Q    Okay.  And what did you do at the time to

25   identify the artist that created it?

Page 130

Katherine Von Drachenberg - January 18, 2022

```
 1          A    No.
 2          Q    Did you do anything to check this image file to
 3     see if there were any watermarks identifying Mr. Sedlik
 4     as the copyright owner?
 5          A    No.  But I've already answered these questions.
 6     Like, literally, this didn't have a watermark on it.  I
 7     mean, I looked at it, there is nothing on there to, you
 8     know -- there's literally nothing on it.
 9          Q    Okay.  Did you do anything to check the file to
10     see if there was any metadata in the file identifying
11     Mr. Sedlik as the copyright owner?
12          A    I don't even know what metadata is.
13          Q    In any versions or electronic versions of
14     the -- any -- let me start this question over.
15               In any versions of the Miles Davis portrait
16     that you received in connection with creating this
17     tattoo, did you or High Voltage Tattoo remove any
18     copyright management information?
19          A    Oh, absolutely not.  Like are you asking if I
20     Photoshopped it?  No, not at all.  This image is not
21     altered.  You can even see it in the photo of me
22     tattooing Blake, like the actual photo that's on the --
23     taped onto my lamp.  Like there's no copyright on it.  I
24     didn't -- I didn't alter it.
25               Like I swear, I'm not trying to get one in on
```

Page 136

Exh A Page 16

Katherine Von Drachenberg - January 18, 2022

```
 1    you guys.  I just did a tattoo.
 2         Q    No.  I just need to ask my questions.  I'm not
 3    trying to insinuate anything here.  I'm just asking
 4    questions.
 5         A    Um-hum.
 6         Q    And if I understand you correct, you did not
 7    actually print out this photo yourself; correct?
 8         A    No.  I believe Blake brought in a printout.
 9              (Exhibit 202 was marked for
10               identification and made a part of the
11               record.)
12         Q    Okay.  So I'm going to mark my next exhibit.
13    I'm marking as Exhibit 202 a document produced by you in
14    this litigation bearing Bates label KVD 00003.  Please
15    let me know when you're able to see that document.
16         A    It's just buffering right now.  Okay.  Is it
17    the 202 one?
18         Q    Correct.
19         A    Okay.  The -- it's my line drawing.
20         Q    Okay.  So you have seen this -- you have seen
21    Exhibit 202 before; correct?
22         A    Yeah, I created it.  It's just reversed on
23    here, but, yeah.  I think --
24         Q    This is a document -- oh, go ahead.
25         A    Oh, no.  I thought it was reversed, but it's
```

Page 137

Katherine Von Drachenberg - January 18, 2022

1    not.  I was looking at the numbers at the bottom.  It's

2    fine.

3         Q    And this is a document that you created at or

4    about the time you made the tattoo; correct?

5         A    Yes.  This is the line drawing that I spoke

6    about earlier.

7         Q    Okay.  And this -- and you normally keep line

8    drawings as part of your business operations; is that

9    right?

10        A    Yeah.  I archive every tattoo I have ever done.

11        Q    So as we look at the line drawing there is

12   various dotted lines and other markings.  Can you

13   explain what those markings mean?

14        A    Yeah.  I mean, this is like the map that I was

15   talking about that I use as a guide for when I do all my

16   freehand shading.  So, you know, it's very abstract.

17   It's like, obviously, doesn't look anything like the

18   photo.

19             And it's truly -- it's truly just to give the

20   client an idea of size and placement on his arm.

21   Because everything -- as you can tell, it's freehand.  I

22   mean, there is no -- there is no shading mapped out,

23   there is no -- it's not like a took a photocopy of the

24   image and just plastered it on someone's arm.  Like

25   anyone will tell you that this looks -- it doesn't look

Page 138

1      A    Yes.  It's little the same post.

2      Q    But in addition to posting it on Instagram, you

3  also posted it to Facebook; correct?

4      A    Yeah.  Most -- most of my social medias are

5  linked.

6      Q    Okay.  So if you look at sort of the top right

7  of this Exhibit 204 you see the text that you wrote

8  associating -- associated with this post.  And you also

9  see --

10     A    I don't see text.  Is this Exhibit 204?  There

11  is no text on mine.  It's just a picture.  Am I looking

12  at the right one?

13     Q    You should see --

14     A    Oh, I see -- right.  Okay.

15     Q    Okay.  So what I want to point you to is there

16  is some text on there that says 311 comments and 543

17  shares.  Do you see that?

18     A    Yeah.

19     Q    So what does it mean that there is 543 shares

20  of this image?

21     A    That means that's a very low engagement for me.

22  On Facebook I have, what, how many millions of

23  followers?  543, that's very low.

24     Q    But what does it mean when somebody shares

25  something?

Katherine Von Drachenberg - January 18, 2022

```
 1        A    Not at all.
 2        Q    Okay.  And you understand that whoever controls
 3   this account has taken one of your posts, which included
 4   Mr. Sedlik's Miles Davis portrait, and republished it
 5   onto Tumbler; correct?
 6        A    Yeah.  That's how the internet works.
 7                  (Exhibit 206 was marked for
 8                   identification and made a part of the
 9                   record.)
10        Q    Okay.  Introduce another exhibit.  So I've
11   marked as Exhibit 206 a document that represents a
12   screen grab from a YouTube video posted to a YouTube
13   account with the user titled KatVonDUnlimited.  When you
14   have a chance to see Exhibit 206, please let me know.
15        A    Yeah.  Okay.  I'm sorry.  What is this?  It's
16   like a -- it's me at the light box with my Kat and
17   that's -- what did you say about KatVonDUnlimited.
18        Q    So sorry.  This is a screen grab from a YouTube
19   video posted to a YouTube account with a user handle
20   KatVonDUnlimited.
21        A    Yeah.  That's the same fan club that you just
22   mentioned in the last thing.  So I have no idea, like --
23   I have no control over what the fan clubs post.
24        Q    Do you -- well, this is an accurate
25   representation of you using the Sedlik Miles Davis
```

Page 146

Katherine Von Drachenberg - January 18, 2022

1    portrait to create your line drawing; correct?

2        A    Yeah, uh-huh.

3        Q    And this is a video that was taken from within

4    your shop; correct?

5        A    Yeah.  This is my tattoo shop in the video.

6        Q    Who took this video?

7        A    I don't know.  It could have either been a shop

8    manager or a fan or, you know -- I don't have that video

9    so --

10       Q    Okay.  So you don't know who took the video?

11       A    No.  It could have been anybody at the shop.

12       Q    Do you know if the video was posted to any

13   other sites besides YouTube?

14       A    I have no idea.  I don't -- I don't Google

15   myself.

16       Q    Okay.  And just so I understand what this

17   video -- again, this is -- I know it's a screen grab

18   from the video, but this is depicting the process of you

19   making the line drawing by using Mr. Sedlik's Miles

20   Davis portrait on a light box; correct?

21       A    Yeah.  I think it's depicting more my cat being

22   cute; but, yeah, that, too.

23       Q    And prior to creating this line drawing using

24   Mr. Sedlik's Miles Davis portrait, did you resize the

25   image that Mr. Blake brought in at all?

Page 147

Exh A Page 21

Katherine Von Drachenberg - January 18, 2022

```
 1          Q    I'm sorry.  Go ahead.
 2          A    Oh, it's -- you can see it's a terrible
 3    engagement.  This one has five shares.  That's literally
 4    not good at all.
 5          Q    So do you want more shares than -- as opposed
 6    to fewer shares?
 7          A    No.  I think my point being is that you guys
 8    are trying to pretend like I gained something from this,
 9    where this is actually -- posting this damn tattoo
10    really did nothing for me other than slow my algorithms
11    down.  I actually lost traction for this, which I think
12    is quite hilarious.
13          Q    No.  I was asking, because you said -- I don't
14    want to put words in your mouth, but you said something
15    to the effect of five shares is not good.  So would
16    you --
17          A    Something that's --
18          Q    -- prefer more shares?
19          A    It's not a great amount.  Like, I mean, you
20    know, it's not anything to write home about.
21          Q    Why is more shares better than fewer shares?
22          A    No.  What I'm saying is that -- well, because
23    when you get small -- less shares that drops my
24    algorithms.  So, you know, I didn't gain anything from
25    these tattoos.  That's the point I'm trying to make.
```

Page 152

Katherine Von Drachenberg - January 18, 2022

```
 1   Because you guys are suing me because you think this is
 2   a cash grab.  When, in reality, I have nothing to gain
 3   from this.  If anything, it slowed down my algorithm.
 4   So, you know --
 5        Q    So --
 6        A    So it's quite ridiculous.
 7        Q    Go ahead.  So you made references to that a few
 8   times today.  I want to understand what you mean --
 9        A    Yeah.
10        Q    -- when you say it slowed down or messed with
11   your algorithm.  What do you mean by that?
12        A    What I'm saying is you guys are suing me saying
13   that I've gained nothing from doing and posting the
14   tattoo.  I'm not -- I didn't gain any followers, I
15   didn't gain any traction, it did not help my algorithm,
16   I didn't get paid for it.
17           That's my point, you know, it's like -- so I'm
18   just, you know, sitting here an entire day spending
19   time, like, answering your redundant questions when, I
20   mean, it's just so hard to take seriously sometimes, you
21   know.
22           That's what I'm trying to say.  I'm not trying
23   to say anything else other than that.  You know, if your
24   point is I've gained something from doing this tattoo of
25   Miles Davis, I'm here saying that I haven't.
```

Page 153

```
 1    probably explains why the captions are the same and all

 2    that stuff.  It looks like they were probably posted on

 3    the same day; right?

 4        Q   Yes.

 5        A   Okay.  Cool.

 6        Q   So that was a little bit faster to get through

 7    those.  So those posts -- so the social media post that

 8    we just saw, both from your personal account and the

 9    High Voltage Tattoo account, were all made -- appear to

10    be made in March, April, and May 2017; correct?

11        A   Yeah.  Whatever the dates you have, that's when

12    posts were made.

13        Q   Okay.  And again, that was about when you

14    made -- or you two sessions, but more or less during

15    that timeframe is when you finished the tattoo; correct,

16    in 2017?

17        A   Yes, sure.

18              (Exhibit 216 was marked for

19               identification and made a part of the

20               record.)

21        Q   So I'm going to introduce another exhibit here.

22    So I've just marked as Exhibit 216 what appears to

23    depict a High Voltage Tattoo -- or a posting to High

24    Voltage Tattoo's Instagram account showing the complete

25    tattoo.  Let me know when you see it.
```

Page 166

Katherine Von Drachenberg - January 18, 2022

```
 1        A   I mean, I don't think so.  Like I don't
 2   think -- I don't think anybody posted this video; right?
 3   I think I just gave it to you guys to see the final --
 4   and in this individual in particular you can really see
 5   that it's so much different from the actual photo.
 6            I mean, I added texture and movement and
 7   really, you know, created some, like, visual noise that,
 8   like, flies all around the tattoo.  It's very -- it's my
 9   interpretation of that image.
10            I think that's why I provided it just to show
11   you that it's not, you know, a photocopy of the actual
12   original photo.
13                  MR. SEDLIK:  Let me move to strike that
14   response as non-responsive.
15        Q   (By Mr. Sedlik) I'm gonna introduce --
16        A   What?
17        Q   -- another video here.
18                  (Exhibit 218 was marked for
19                   identification and made a part of the
20                   record.)
21        Q   So I'm marking as Exhibit 218 of a video that I
22   will represent to you that I captured a few days ago
23   from your personal Instagram account.  And I want you to
24   wait for it to load and then take a look at it.
25        A   Okay.
```

Page 171

Katherine Von Drachenberg - January 18, 2022

1      Q    Do you see the video?

2      A    Yeah.  It's a slow motion video of me doing the

3    tattoo.

4      Q    Okay.  Did you post that video to your

5    Instagram account?

6      A    I don't know.  Is it on mine?  It looks like it

7    is based on where you got it from.

8      Q    I think it was.  Again, I'm not trying to trick

9    you.

10     A    Yes.

11     Q    I'm just asking if you personally put that onto

12   your account.

13     A    If it's on Kat Von D then I posted it.

14     Q    Okay.  And you can see from the video, I think,

15   that Instagram says that the post was made about 130

16   weeks before I captured it.  Do you see that?

17     A    Uh-huh.

18     Q    Which I'm representing to you was last week.

19   And again, without doing all the math, I'll represent to

20   you that that amount of time means that the video was

21   posted sometime in the middle of July 2019.  Do you

22   remember posting this video in July 2019?

23     A    I mean, so you're looking at my highlights on

24   Instagram.  So I have highlights for tattoos, for my

25   shoe line -- what else do I have -- my house, and I

Page 172

Katherine Von Drachenberg - January 18, 2022

1    don't know -- I think I have another highlight for

2    something, maybe my husband or something.

3         And so for all -- I compile videos of various

4    tattoos that I've done over the years and included the

5    Miles Davis, that slow-mo video.

6    Q    Okay.  And I guess I'm asking, do you have any

7    reason to believe you didn't make this post in July

8    2019?

9    A    I mean, whatever date it says when I posted it

10   is when I posted it.

11   Q    Okay.  As we've talked about before, a bunch of

12   these posts that you have made to social media, whether

13   it be Instagram or Facebook or elsewhere, you tagged

14   High Voltage Tattoo and Blake Farmer or High Voltage

15   Tattoo tagged you.

16        What's your understanding of the reason for

17   tagging either a person or a business in a social media

18   post?

19   A    I just post -- I just text things that are

20   involved in whatever the post is.  So if my husband is

21   in a post, I'm going to tag him in it.  If I'm in

22   Prague, I'm going to post a location or Prague.  If I'm

23   tattooing at my tattoo shop, I post that I'm tattooing

24   at my tattoo shop.  There's not any deeper meaning

25   behind that.

Page 173

Katherine Von Drachenberg - January 18, 2022

```
 1        A   I don't think so.  I mean, I don't -- you know,
 2   I personally have never gone to a hashtag to find
 3   something.  You know, but if other people do it, that's
 4   how they do it.  But I don't usually do that.
 5        Q   So it's fair to say that neither you, nor High
 6   Voltage Tattoo considered adding hashtags to these posts
 7   to identify Mr. Sedlik; correct?
 8        A   We didn't know that the photographer existed.
 9   I have never heard of Jeff Sedlik in my life.  He's not
10   a famous photographer.  Literally, when you guys sued me
11   was the first time I have ever heard of this guy.
12        Q   So all the posts that we have looked at today
13   and that have been introduced as exhibits, you are still
14   displaying all those posts on your social media
15   accounts; correct?
16        A   Oh, I'm sorry.  Is the question are they still
17   on my account?
18        Q   Yes.
19        A   I think so.
20        Q   And as we have seen several of these posts not
21   only depict the tattoo, or part of the tattoo, but also
22   contain duplicates of Mr. Sedlik's Miles Davis portrait
23   that were placed on a lamp in the background of the
24   photograph; correct?
25        A   Yeah, yeah.
```

                                              Page 175

Katherine Von Drachenberg - January 18, 2022

```
 1                    VIDEOGRAPHER:  We are going off the
 2      record.  The time is 1:51 p.m.
 3                    (A break was had.)
 4                    VIDEOGRAPHER:  We are going back on the
 5      record.  The time is 2:00 p.m.
 6           Q    (By Mr. Sedlik) Okay.  Ms. Von Drachenberg, I
 7      only have a few additional questions for you today.
 8           A    Sure.
 9           Q    So today obviously we've talked about and you
10      have testified about images of you creating the tattoo
11      on Mr. Farmer appearing on some social media websites;
12      correct?
13           A    Yes.
14           Q    Are you aware that pictures of you applying the
15      tattoo to Mr. Farmer also appeared in magazines and
16      online publications?
17           A    Oh, I'm not aware.  What magazines?
18           Q    There were just various online magazines.  I
19      think that's the way that Plaintiff actually
20      discovered -- first discovered the tattoo was in an
21      online publication that contained a picture from one of
22      your Instagram accounts.
23           A    Okay.  Yeah, I wasn't aware.
24           Q    Okay.  So then it's fair to say that you or
25      High Voltage Tattoo or your employees didn't provide
```

Page 196

Exh A Page 29

1    permission to any third-party publications or magazines

2    to reproduce the images of you applying the tattoo?

3        A    Oh, most definitely not.

4        Q    Are you familiar with the website grazia.fr?

5    That's grazia.fr?

6        A    Grazia Magazine?  I'm aware of who they are,

7    yeah.  I don't know their website or anything.

8        Q    Are you aware that a picture of you making the

9    tattoo that included Mr. Sedlik's Miles Davis portrait

10   appeared on the website grazia.fr?

11       A    No, I'm not aware of that.

12       Q    What about, are you familiar with the website

13   thefix.com?

14       A    No.

15       Q    Are you aware that images of you applying or

16   creating the tattoo that included Mr. Sedlik's Miles

17   Davis portrait appeared on the website thefix.com?

18       A    Of The Fix?  No, I'm not aware of that.

19       Q    Okay.

20       A    But, you know, you've got to take it up with

21   them, because magazines, they have to do their due

22   diligence.  They can't just put someone's image on the

23   cover without the permission of the photographer.  If

24   they didn't do that, that's their job.  I don't run that

25   magazine.

                                            Page 197

Katherine Von Drachenberg - January 18, 2022

1       Q    But you agree it would be their job to get the

2    photograph's permission before using the photograph;

3    correct?

4       A    I don't know.  I don't run a magazine so I

5    don't know how it works.  You know, I would assume if

6    you're mass producing something, you know, you would

7    have to.  But that's not the industry that I'm in.

8       Q    Okay.  So a little bit earlier you were talking

9    about Mr. Sedlik and you said that he has a track

10   record.  I'm just curious what you meant when you said

11   that Mr. Sedlik has a track record.

12      A    I mean, isn't that what he does, like goes

13   after people?  I mean, is this his first time doing

14   this?

15      Q    I'm not sure what you mean.

16      A    I mean, I don't know.  I mean, I'm not -- it's

17   like, you know, am I the first person he's complaining

18   to about?  I'm not sure.

19      Q    So I know you've looked up Mr. Sedlik, but you

20   probably don't know all the details about him.  But are

21   you aware that he's been a professional photographer for

22   more than 35 years?

23      A    No, I'm not.  All I know is that he's the

24   photographer who took a picture of a tattoo that I did

25   and he's suing me.

Page 198

1    Q   So are you aware that in the 35 years that he's

2    been a professional photographer Mr. Sedlik has never

3    sued any other person or any company for copyright

4    infringement?

5    A   Okay.  Well, then I stand corrected.  My

6    apologies.

7    Q   And you know now, even though you didn't know

8    it, apparently, before this of deposition, that

9    Mr. Sedlik at least made some attempt to reach out to

10   you before filing this litigation; correct?

11   A   Yeah, it was a weak attempt obviously.  It went

12   to my accountant.  I mean, you know, I was thinking

13   about that, you know, like on any of those posts that I

14   posted or High Voltage posted -- and, obviously, like I

15   said before, I don't see all the comments because I

16   don't sit there on my phone all day.  But, like, did he

17   comment on those and say something?  I mean, he probably

18   would have had a better chance of me seeing that.  But,

19   you know, I -- it could have gotten lost in all the

20   comments, but I don't know if he commented on any of

21   those posts.

22   Q   Okay.

23   A   You know, I know I'm a little bit hard -- I'm a

24   little bit hard to get ahold of, of course.  I try to,

25   you know, maintain some form of privacy because we do

                                        Page 199

Katherine Von Drachenberg - January 18, 2022

```
 1    permission to any third-party publications or magazines

 2    to reproduce the images of you applying the tattoo?

 3         A    Oh, most definitely not.

 4         Q    Are you familiar with the website grazia.fr?

 5    That's grazia.fr?

 6         A    Grazia Magazine?  I'm aware of who they are,

 7    yeah.  I don't know their website or anything.

 8         Q    Are you aware that a picture of you making the

 9    tattoo that included Mr. Sedlik's Miles Davis portrait

10    appeared on the website grazia.fr?

11         A    No, I'm not aware of that.

12         Q    What about, are you familiar with the website

13    thefix.com?

14         A    No.

15         Q    Are you aware that images of you applying or

16    creating the tattoo that included Mr. Sedlik's Miles

17    Davis portrait appeared on the website thefix.com?

18         A    Of The Fix?  No, I'm not aware of that.

19         Q    Okay.

20         A    But, you know, you've got to take it up with

21    them, because magazines, they have to do their due

22    diligence.  They can't just put someone's image on the

23    cover without the permission of the photographer.  If

24    they didn't do that, that's their job.  I don't run that

25    magazine.
```

Page 197

Exh A Page 33