**State of California**
**Secretary of State**

08-486458

Privacy Redaction

**FILED**
In the office of the Secretary of State
of the State of California

NOV 1 7 2008

This Space For Filing Use Only

## STATEMENT OF INFORMATION
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.  59
IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)
   C2964176
   KAT VON D, INC.
   PO BOX 5955
   SHERMAN OAKS CA 91413

S

**DUE DATE:** 01-31-09

**NO CHANGE STATEMENT** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

2. [X] If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 16**.
   If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE: 4605 LANKERSHIM BL. #320  CITY: N. HOLLYWOOD  STATE: CA  ZIP CODE: 91602
4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY: 4605 LANKERSHIM BL. #320  CITY: N. HOLLYWOOD  STATE: CA  ZIP CODE: 91602
5. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 3: PO BOX 5955  CITY: SHERMAN OAKS  STATE: CA  ZIP CODE: 91413

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added, however, the preprinted titles on this form must not be altered.)

6. CHIEF EXECUTIVE OFFICER: KATHERINE DRACHENBERG  ADDRESS: 4605 LANKERSHIM #320  CITY: N. HOLLYWOOD  STATE: CA  ZIP CODE: 91602
7. SECRETARY: KATHERINE DRACHENBERG  ADDRESS: 4605 LANKERSHIM #320  CITY: N. HOLLYWOOD  STATE: CA  ZIP CODE: 91602
8. CHIEF FINANCIAL OFFICER: KATHERINE DRACHENBERG  ADDRESS: 4605 LANKERSHIM #320  CITY: N. HOLLYWOOD  STATE: CA  ZIP CODE: 91602

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

9. NAME: KATHERINE DRACHENBERG  ADDRESS: 4605 LANKERSHIM BL #320  CITY: N. HOLLYWOOD  STATE: CA  ZIP CODE: 91602
10. NAME:   ADDRESS:   CITY:   STATE:   ZIP CODE:
11. NAME:   ADDRESS:   CITY:   STATE:   ZIP CODE:
12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 14 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 14 must be left blank.)

13. NAME OF AGENT FOR SERVICE OF PROCESS: BRAD LYON
14. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL: 4605 LANKERSHIM BL. #320  CITY: N. HOLLYWOOD  STATE: CA  ZIP CODE: 91602

**TYPE OF BUSINESS**

15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION: PERSONAL SERVICES - BODY ART

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

11/14/08   EVA MONTFORT   BOOKKEEPER
DATE   TYPE/PRINT NAME OF PERSON COMPLETING FORM   TITLE   SIGNATURE

SI-200 N/C (REV 01/2008)   APPROVED BY SECRETARY OF STATE

023817S

Exh. B, Page 1

KVD 000038