1  Gary S. Sedlik, Esq. (CA Bar No. 181192)
   SEDLIKGROUP, P.C.
2  P.O. Box 3238
   Manhattan Beach, CA 90266
3  Phone: (310) 439-9986 | Fax: (844) 320-8044
   Email: gary@sedlikgroup.com
4
5  Attorneys for Plaintiff Jeffrey B. Sedlik

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01102-DSF-MRWx<br><br>Before the Honorable Dale S. Fischer, U.S. District Judge<br><br>**DECLARATION OF JEFFREY B. SEDLIK IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF CLAIMS**<br><br>Hearing<br>Date:   April 18, 2022<br>Time:   1:30 p.m.<br>Place:  First Street Courthouse<br>        350 West 1st Street, Crtrm 7D<br>        Los Angeles, California<br><br>Trial:  July 26, 2022 |

**DECLARATION OF JEFFREY B. SEDLIK**

I, Jeffrey B. Sedlik, state and declare as follows:

1. I am the Plaintiff in this matter. I have personal knowledge of the matters stated herein, except where stated based on information and belief. If called as a witness, I would and could testify competently thereto.

2. I am a world-renowned, award-winning professional photographer and professor and a ten-time recipient of the Communication Arts Award of Excellence, and many other awards, including the Clio, One Show, Art Directors Club, Photo Design, PDN/Nikon, Creativity Award, IPC Industry Leadership Award, and others. My work has been profiled in Studio Photography & Design, In Focus, Photo District News, Rangefinder, and other industry publications. My fine art repertoire includes group and solo exhibitions in Los Angeles, San Francisco, Monterey, St. Louis, and New York City.

3. In 1989, I independently conceived and created the iconic photographic portrait depicting world-famous jazz musician Miles Davis (the "Iconic Miles Davis Portrait") that is the subject of this litigation. I am the sole and exclusive owner of the copyright in the Iconic Miles Davis Portrait, which was first published in a cover story in JAZZIZ magazine in or around August 1989. A depiction of a reproduction of the Iconic Miles Davis Portrait is provided below:



4. I have offered and sold non-exclusive copyright licenses authorizing limited reproduction, distribution, display, and creation of derivative works of my Iconic Miles Davis Portrait for commercial and non-commercial purposes since its creation.

5. My sole and exclusive ownership of the copyright in the Iconic Miles Davis Portrait was registered by me with the United States Copyright Office, as recorded in Certificate of Registration Number VA645-610, issued to Mr. Sedlik by the United States Copyright Office with an Effective Date of Registration of July 6, 1994, a true and correct copy of which is attached to the Complaint in this matter as Exhibit A. See Complaint, Dkt. No. 1. My registration is valid and in good standing as today.

6. I have routinely added Copyright Management Information to reproductions of the Iconic Miles Davis Photograph that I have made, published and otherwise distributed from 1989 to present.

7. From 1989 to present, I have routinely required that licensees of the Iconic Miles Davis Portrait preserve, provide or attach Copyright Management Information in or on their licensed reproductions of the Miles Davis Portrait.

8. I registered my copyright in the Iconic Miles Davis Portrait with the United States Copyright Office, and received Certificate of Registration No. VA 645-610 with an Effective Date of Registration of July 6, 1994, attached hereto as Exhibit A.

9. On about February 10, 2018, I discovered, for the first time, that Defendants had made, distributed and displayed the unauthorized derivative tattoo and the various unauthorized reproductions of my copyrighted Iconic Miles Davis Portrait.

10. Attached as Exhibit A hereto is a true and correct copy of the rebuttal expert report that I prepared in this matter, titled "REBUTTAL EXPERT REPORT OF PROFESSOR JEFFREY SEDLIK." The substantive text in my rebuttal expert report is true and correct to the best of my knowledge.

Dated: March 16, 2022

By:   /s/ Jeffrey B. Sedlik
          Jeffrey B. Sedlik