# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| JEFFREY B. SEDLIK | 2:21–cv–01102–DSF–MRW |
| Plaintiff(s), | |
| v. | |
| KATHERINE VON DRACHENBERG, et al. | |
| Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  ___3/28/2022___

Document Number(s):  ___45___

Title of Document(s):  ___Opposition to Defendants' Motion for Summary Judgment or Partial Summary Judgment___

**ERROR(S) WITH DOCUMENT:**

Incorrect document is attached to the docket entry.

Incorrect event selected. Correct event to be used is: Objection/Opposition (Motion Related) – under Category – Responses, Replies and Other Motion Related Documents

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ March 29, 2022_       By:  _/s/ Jenny Lam  Jenny_Lam@cacd.uscourts.gov_
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

Case 2:21-cv-01102-DSF-MRW   Document 48   Filed 03/29/22   Page 2 of 2   Page ID #:1430

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS