UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01102-DSF-MRWx<br><br>Before the Hon. Dale S. Fischer,<br>U.S. District Judge<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT**<br><br><u>Hearing</u><br>Date:   April 18, 2022<br>Time:   1:30 p.m.<br>Place:  First Street Courthouse<br>          350 West 1st Street, Crtrm 7D<br>          Los Angeles, California<br><br>Trial:   July 26, 2022<br><br>Action filed:  February 7, 2021<br>Trial:         July 26, 2022 |

The Court, having considered "DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT" hereby finds and orders as follows:

1.    Defendants' Motion is DENIED.

    a. Defendants have failed to establish through unconverted facts that their unauthorized reproduction, display and distribution of the Iconic Miles Davis Portrait without Sedlik's authorization is protected by the doctrine of fair use;

    b. Defendants have failed to establish through unconverted facts that their unauthorized derivative work of Plaintiff's Iconic Miles Davis Portrait (in the form of a tattoo) and/or the subsequent reproduction, display, distribution of the derivative work from the Iconic Miles Davis Portrait without Sedlik's authorization is protected by the doctrine of fair use;

    c. Defendant Kat Von D, Inc. has failed to establish through uncontroverted facts that it is not liable for copyright infringement of Plaintiff's Iconic Miles Davis Portrait;

    d. Defendants have failed to establish through uncontroverted facts that Plaintiff cannot prove monetary damages as a result of Defendants' conduct;

    e. Defendants have failed to establish through uncontroverted facts that they did not remove, alter and/or falsify copyright management information with the intent to induce, enable, facilitate, or conceal infringement before reproducing, displaying, distributing, making derivative works of, and/or publishing the Iconic Miles Davis Portrait.

///

///

IT IS SO ORDERED.

Dated: _____          _____
                                          Dale S. Fischer
                                   United States District Judge