| | |
|---|---|
| 1 | Gary S. Sedlik, Esq. (CA Bar No. 181192) |
| 2 | SEDLIKGROUP, P.C. |
| | P.O. Box 3238 |
| 3 | Manhattan Beach, CA 90266 |
| | Phone: (310) 439-9986 \| Fax: (844) 320-8044 |
| 4 | Email: gary@sedlikgroup.com |
| 5 | Attorneys for Plaintiff Jeffrey B. Sedlik |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual; | Case No. 2:21-cv-01102-DSF-MRWx |
| Plaintiff, | Before the Honorable Dale S. Fischer, U.S. District Judge |
| vs. | **DECLARATION OF JEFFREY B. SEDLIK IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT** |
| KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | Hearing<br>Date:   April 18, 2022<br>Time:   1:30 p.m.<br>Place:  First Street Courthouse<br>            350 West 1st Street, Crtrm 7D<br>            Los Angeles, California<br><br>Trial:    July 26, 2022 |

# DECLARATION OF JEFFREY B. SEDLIK

I, Jeffrey B. Sedlik, state and declare as follows:

1. I am the Plaintiff in this matter. I have personal knowledge of the matters stated herein, except where stated based on information and belief. If called as a witness, I would and could testify competently thereto.

2. Attached as Exhibit A hereto is a true and correct copy of the rebuttal expert report that I prepared in this matter, titled "REBUTTAL EXPERT REPORT OF PROFESSOR JEFFREY SEDLIK." I believe that the facts and opinions expressed in my report are true and I would so testify at trial in this case. I declare under penalty of perjury under the law of the United States of America that the information contained therein is true and correct to the best of my knowledge.

3. In authoring Exhibit A, I included on page 14 a photograph (a true and correct copy of which is attached hereto as Exhibit B) depicted in Exhibit 212 to the Deposition of Katherine Von Drachenberg dated January 18, 2022 ("KVD Depo"), submitted by Defendants as evidence in connection with their affirmative motion for summary judgment, Defendants' SUF No. 95.

4. In authoring Exhibit A, I included on page 12 a depiction of a tracing (a copy of which is attached hereto as Exhibit C) depicted in Exhibit 202 to KVD Depo ("Tracing"), submitted by Defendants as evidence in connection with their affirmative motion for summary judgment, Defendants' SUF No. 44.

5. In authoring Exhibit A, I included on page 10 a photograph (a true and correct copy of which is attached hereto as Exhibit D) depicted in a screenshot reproduction ("Tracing Video Screenshot") that I made from made from a video webpage on which a video was published at the website address https://www.youtube.com/watch?v=MtGIvt_RWp0, produced to Defendants as a document with Bates No. JSP008120.

6. In authoring Exhibit A, I included on page 11 a depiction of a portion of the Tracing Video Screenshot, a true and correct copy of which is attached hereto

1 as Exhibit E, previously produced to Defendants as a document with Bates No.
2 JSP008010.

3     7.    In authoring Exhibit A, I included on page 13 a side-by-side photo-
4 composite (a true and correct copy of which is attached as Exhibit F) that I made
5 for viewing purposes (previously produced to Defendants as a document with Bates
6 No. JSP007962), depicting the Iconic Miles Davis Portrait, the Tracing, and the
7 Tracing overlaid by me in alignment with Iconic Miles Davis Portrait.

8     8.    In authoring Exhibit A, I included on page 15 a side-by-side photo-
9 composite (a true and correct copy of which is attached as Exhibit G) that I made
10 for viewing purposes (previously produced to Defendants as a document with Bates
11 No. JSP007969), depicting the Iconic Miles Davis Portrait, and a photograph
12 depicted in Exhibit 216 to the Deposition of Katherine Von Drachenberg dated
13 January 18, 2022 ("KVD Depo"), submitted by Defendants as evidence in
14 connection with their affirmative motion for summary judgment, Defendants' SUF
15 No. 97.

16 I declare under penalty of perjury under the law of the United States of America
17 that the foregoing is true and correct.

Executed on: March 28, 2022

By:    /s/ Jeffrey B. Sedlik
         Jeffrey B. Sedlik

-3-