## John Metzidis

| | |
|---|---|
| **From:** | John Metzidis |
| **Sent:** | Friday, January 14, 2022 3:46 PM |
| **To:** | Gary Sedlik |
| **Cc:** | Allen Grodsky |
| **Subject:** | RE: Sedlik / Von Drachenberg- production of native/original files |
| **Attachments:** | BLAKE_TEXT_1.JPG; BLAKE_TEXT_2.jpg |

Gary –

I am following up on your email of January 11, and our discussion about it on January 12.  Here is an update of what we have been able to determine.

1.  For the PDFs that were Bates stamped KVD 1 and KVD 2, I have attached the .jpeg image files that my office used to render those into PDFs.  Those files are called "BLAKE_TEXT_1.JPG" and "BLAKE_TEXT_2.jpg".  Note, however, that these files were provided to us by our client after the filing of the lawsuit, and that the native file names were re-named to their current file names before they were sent to my office via email.

2.  As I understand it, the Miles Davis portrait .jpeg file that appears to be sent via text message in KVD 1 is the .jpeg file named "BLAKE_TEXT_2.jpg".  As far as obtaining the original, native, and "unaltered" version of this .jpeg file from the smartphone that contains this chain of text messages, we do not believe it will be possible to do this prior to Tuesday's deposition.  I would encourage you to do whatever analysis you intend to do on the file named "BLAKE_TEXT_2.jpg", and then we can discuss if further efforts need to be taken to attempt to secure the original, native file directly from the smartphone.

3.  With regard to KVD 3, the original document was scanned into PDF and that is what was produced as KVD 3 – an exact scan of the original.  It is our understanding that the original is in storage and it is not feasible to get it my office in time for you to inspect it in person today.

4.  With regard to the printout of the Miles Davis photograph that is featured in the background of the social media post depicted in KVD 13, we confirmed that our clients do not have this document.  If we had it, we would have produced it.

Regards,

John

John J. Metzidis
Grodsky, Olecki & Puritsky LLP
11111 Santa Monica Blvd., Suite 1070
Los Angeles, California 90025
(310) 315-3009 | john@thegolawfirm.com

Metzidis Reply Decl.
EXHIBIT C

**From:** Gary Sedlik <gary@sedlikgroup.com>
**Sent:** Tuesday, January 11, 2022 9:16 AM
**To:** John Metzidis <john@thegolawfirm.com>
**Cc:** Allen Grodsky <allen@thegolawfirm.com>
**Subject:** Sedlik / Von Drachenberg- production of native/original files
**Importance:** High

Good morning, John:

Among Defendants' production in response to Plaintiff's document demands are several files which have been converted to PDF format from their native or original format. Plaintiff requests that Defendants immediately produce the files in their native, unaltered format (including all metadata and in the exact form in which they are possessed by Defendants) or the originals of the documents as described below.

Specifically, Plaintiff requests the production of the following electronic files in their native format:

KVD00001 – the full, unaltered, electronic image file of the Iconic Miles Davis Portrait shown in the text message thread depicted in this PDF, including all metadata. Please download the full image to the phone on which it appears and then copy (using a lossless method. i.e., do not text the image or otherwise further alter) to ensure that the entire file in its native form is produced.

KVD00002 - the full, unaltered electronic image file of the Iconic Miles Davis Portrait shown in this PDF, including all metadata.

KVD00003 - the original of the tracing/sketch of the Iconic Miles Davis Portrait shown in this PDF.

KVD00013 - the full, unaltered, image of the Iconic Miles Davis Portrait shown in the background next to defendant Drachenberg as she tattoos a copy of the Iconic Miles Davis Portrait (also depicted in several other PDF files produced, including KVD 00018 and KVD 00019, KVD 00022).

Plaintiff needs these native files and original documents immediately in order to prepare for the depositions next week, so your prompt attention to this matter is appreciated. Thank you.

Best Regards,

Gary S. Sedlik, Esq.
SedlikGroup, P.C. | P.O. Box 3238 | Manhattan Beach, CA 90266
T: 310-439-9986 | E: gary@SedlikGroup.com | W: http://www.SedlikGroup.com



Blake

and can I reconfirm this with you tomorrow? Otherwise she's off on a trip it sounds like?

sounds good to me

you will need to heal for a couple of weeks anyhow before tattooing the second go round





