## John Metzidis

| | |
|---|---|
| **From:** | John Metzidis |
| **Sent:** | Tuesday, January 18, 2022 1:12 PM |
| **To:** | Gary Sedlik |
| **Cc:** | Allen Grodsky |
| **Subject:** | Von Drachenberg / Sedlik - additional documents |
| **Attachments:** | KVD 000052-KVD 000053.pdf; KVD 000054-KVD 000070.pdf |
| **Importance:** | High |

Gary –

Please see the attached additional two documents bearing Bates numbers KVD 52-53 and KVD 54-70.

John

John J. Metzidis
Grodsky, Olecki & Puritsky LLP
11111 Santa Monica Blvd., Suite 1070
Los Angeles, California 90025
(310) 315-3009 | john@thegolawfirm.com

## WAIVER, RELEASE AND CONSENT TO TATTOO

**PLEASE READ AND BE CERTAIN YOU UNDERSTAND THE IMPLICATIONS OF SIGNING**

THIS DOCUMENT IS TWO PAGES *[Or Two Sided]*. PLEASE INITIAL EACH PROVISION ON THE LINES PROVIDED AFTER READING TO SHOW THAT YOU UNDERSTAND EACH PROVISION.

In consideration of receiving a tattoo from _____ (the "Artist") at *High Voltage Tattoo, Inc.* (together with its employees, apprentices and agents, the "Tattoo Studio"), I agree to the following:

| | |
|---|---|
| | **That I, _____ (clearly PRINT your name) have been fully informed of the inherent risks, associated with getting a tattoo. I fully understand that these risks, known and unknown, can lead to injury, including but not limited to infection, scarring, difficulties in detecting melanoma and allergic reactions to tattoo pigment, latex gloves, and/or soap. Having been informed of the potential risks associated with getting a tattoo, I still wish to proceed with the tattoo application and I freely accept and expressly assume any and all risks that may arise from tattooing.** |
| | TO WAIVE AND RELEASE to the fullest extent permitted by law each of the Artist and the Tattoo Studio from all liability whatsoever, for any and all claims or causes of action that I, my estate, heirs, executors or assigns may have for personal injury or otherwise, including any direct and/or consequential damages, which result or arise from the application of my tattoo, whether caused by the negligence or fault of either the Artist or the Tattoo Studio, or otherwise. |
| | That both the Artist and the Tattoo Studio have given me the full opportunity to ask any and all questions about the application of my tattoo and all of my questions have been answered to my total satisfaction. |
| | The Artist and the Tattoo Studio have given me instructions on the care of my tattoo while it's healing, and I understand them and will follow them. I acknowledge that it is possible that the tattoo can become infected, particularly if I do not follow the instructions given to me. If any touch-up work to the tattoo is needed due to my own negligence, I agree that the work will be done at my own expense. |
| | I am not under the influence of alcohol or drugs, and I am voluntarily submitting to be tattooed by the Artist without duress or coercion. |
| | I do not have diabetes, epilepsy, hemophilia, a heart condition, nor do I take blood thinning medication. I do not have any other medical or skin condition that may interfere with the application or healing of the tattoo. I am not the recipient of an organ or bone marrow transplant or, if I am, I have taken the prescribed preventive regimen of anti-biotics that is required by my doctor in advance of any invasive procedure such as tattooing or piercing. I am not pregnant or nursing. I do not have a mental impairment that may affect my judgment in getting the tattoo. |
| | Neither the Artist nor the Tattoo Studio is responsible for the meaning or spelling of the symbol or text that I have provided to them or chosen from the flash (design) |

Metzger Reply Decl.
EXHIBIT E

KVD 000052

| | |
|---|---|
| | sheets. |
| | Variations in color and design may exist between the tattoo art I have selected and the actual tattoo when it is applied to my body. I also understand that over time, the colors and the clarity of my tattoo will fade due to unprotected exposure to the sun and the naturally occurring dispersion of pigment under the skin. |
| | A tattoo is a permanent change to my appearance and can only be removed by laser or surgical means, which can be disfiguring and/or costly and which in all likelihood will not result in the restoration of my skin to its exact appearance before being tattooed. |
| | I release all rights to any photographs taken of me and the tattoo and give consent in advance to their reproduction in print or electronic form. |
| | I agree to reimburse each of the Artist and the Tattoo Studio for any attorneys' fees and costs incurred in any legal action I bring against either the Artist or the Tattoo Studio and in which either the Artist or the Tattoo Studio is the prevailing party. I agree that the that the courts of *CALIFORNIA* in *LOS ANGELES COUNTY* shall have personal jurisdiction and venue over me and shall have exclusive jurisdiction for the purpose of litigating any dispute arising out of or related to this agreement. |
| | I acknowledge that I have been given adequate opportunity to read and understand this document, that it was not presented to me at the last minute, and I understand that I am signing a legal contract waiving certain rights to recover against the Artist and the Tattoo Studio. |

If any provision, section, subsection, clause or phrase of this release is found to be unenforceable or invalid, that portion shall be severed from this contract. The remainder of this contract will then be construed as though the unenforceable portion had never been contained in this document.

I hereby declare that I am of legal age (and have provided valid proof of age) and am competent to sign this Agreement.

**I HAVE READ THIS AGREEMENT, I UNDERSTAND IT, I AGREE TO BE BOUND BY IT.**

Print Full Name: _____   Date of Birth: _____

Address: _____   Telephone: _____

Signature of Participant: _____   Date: _____

Metzidis Reply Decl.
EXHIBIT E



**Blake**

Mar 1, 2017, 7:00 PM

> Hi Blake! It's Rhian again. Wanted to see what dates you are available to start the tattoo. Whats your schedule like the week of March 13-17?

I think I might be able to do something in there. Either 16 or 17 maybe? Does she have availability in the late morning/early afternoon?

> she usually starts tattooing at 2pm does that work for you?

> and i'm going to say March 17th if that's okay with you.

Metzidis Reply Decl.
EXHIBIT E
KVD 000054

12:39



**BF**

**Blake**

and i'm going to say March 17th if that's okay with you

17th at 2p can serve as a tentative time, and can I reconfirm this with you tomorrow? Otherwise she's off on a trip it sounds like?

sounds good to me

you will need to heal for a couple of weeks anyhow before tattooing the second go round



iMessage

Metzidis Reply Decl.
EXHIBIT E
KVD 000055





Okay great shots.

Quick question--would you be available next week to start if something came available?

or are you working?

Metzidis Reply Decl.
EXHIBIT E
KVD 000056

12:39

2

**BF**

Blake

**Blake:** I'm swamped! 🙃 but I have availability on the 6th, MAYBE the 7th and maybe on the 10th.

**Blake:** How long would the session be?9

**Me:** It depends how long you can sit.

Mar 1, 2017, 9:16 PM

**Blake:** That's good news.

Mar 3, 2017, 12:21 PM

**Me:** What time are you available on the 6th?

**Me:** and also--Hi Good Day Blake!

**Blake:** 3p hi!

iMessage

Metzidis Reply Decl.
EXHIBIT E
KVD 000057

12:39 



**Blake**

**3p hi!**

I'm chatting with Kat later today so keep 3pm on Monday open for me and then the March 17th at 2pm and I will circle back xx

Copy. Thanks.

Mar 4, 2017, 5:09 PM

Hi Blake--it's definitely going to be March the 17th at 2pm.

Mar 6, 2017, 10:57 AM

Are you available on the 14th or 15th

Probably not on the 14th,

iMessage

Metzidis Reply Decl.
EXHIBIT E
KVD 000058



**Blake**

> Probably not on the 14th, maybe the 15th.

> Don't switch anything yet--if it changes I will let you know.

Mar 16, 2017, 11:44 AM

> Hi Blake confirming your appointment at 2PM at HVT! I want to make sure you know that this will take several sessions and tomorrow Kat is going to start with the portrait

Mar 16, 2017, 12:46 PM

> Copy.

Mar 17, 2017, 11:53 AM

Metzidis Reply Decl.
EXHIBIT E
KVD 000059

12:40

**Blake**

Mar 17, 2017, 11:53 AM

Hi Blake are you all set for today at 2PM?

Yes.

I'm hustling to get through these pickups, so I maybe a little late.

Okay what time will you be there

So i can let Kat know

Depends on my next stop. Can we call it 2:30 and if I end up waiting on her, it's not a big deal.

Okay I will let her know.

She asked if 3pm was cool?

Metzidis Reply Decl.
EXHIBIT E
KVD 000060



**Blake**

> She asked if 3pm was cool?

> Hi Blake--just hit me back so I know that you know it's 3pm now! sorry to bug you--i know you are busy

3p is fine.

> Okay great--she can see you then

Apr 7, 2017, 11:44 AM

Hey Rhian, I should be fully healed by next weekend. I have weekends available until the 21 and then back to freelance schedule after that. Would love to

Metzidis Reply Decl.
EXHIBIT E
KVD 000061

12:40

&lt; 2

**Blake**

**Blake:** Hey Rhian, I should be fully healed by next weekend. I have weekends available until the 21 and then back to freelance schedule after that. Would love to schedule a weekend appointment some time in there. Thanks!

**Me:** Hi Blake--Kat is traveling through the 11th so I would be able to speak to her after that to solidify a second appointment for you. Is this for the background part?

**Blake:** I'm not sure what her plan is, but she's got one anyway. 🙂

iMessage

Metzidis Reply Decl.
EXHIBIT E
KVD 000062

Case 2:21-cv-01102-DSF-MRW Document 51-6 Filed 04/04/22 Page 13 of 20 Page ID #:1774



**Blake**

Apr 8, 2017, 11:43 AM

> Can you get tattooed on the 15TH

Sure.

> Oh that's wonderful! What time works best for you? I was thinking 2pm if that works in your schedule

Perfect.

> Kat's super excited to tattoo you again. You are the best! If there anything you need before your appointment--please let me know.

Thanks Rhian!

Metzidis Reply Decl.
EXHIBIT E
KVD 000063

12:40 

  

**Blake**

Thanks Rhian!

May 4, 2017, 7:54 AM

Hi Rhian. Seeing if Kat has time this weekend? If not next week? I have no current bookings save for Monday. Thanks, I'm out of service all day today, so I'll just say that sat or sun at 2p works, same with the rest of the week (save for Monday), I'll check in tomorrow when I get service tomorrow. Thanks!

May 4, 2017, 11:01 AM

Hi Blake!!  How about Saturday May 13 at 2PM if that works for your

  iMessage 

Metzidis Reply Decl.
EXHIBIT E
KVD 000064

  

12:40

2

**BF**

**Blake** >

Hi Blake!! How about Saturday May 13 at 2PM if that works for your schedule? I will hold that til I hear back from you. Thanks!

May 5, 2017, 10:46 AM

HI Blake--not sure if you saw my message, does May 13 work for you

Hey Rhian. So basically my whole month might have just been booked, out of town no less. I'll have to put the appointment on the back burner.

What a difference 24 hours makes huh?

iMessage

Metzidis Reply Decl.
EXHIBIT E
KVD 000065

12:40

2

**BF**

**Blake**

Ok hit me up when you want to schedule you are a VIP

Read 5/5/17

Thanks I appreciate it! I'll let you know ASAP!

X

Jun 2, 2017, 3:50 PM

Hi Rhian, I know it's last minute, but do you have any availability on Sunday, 6/4?

Unfortunately Kat is out of town

What about 6/11

I can do 6/11 in the afternoon!

iMessage

Metzidis Reply Decl.
EXHIBIT E
KVD 000066

**12:40**

**Blake**

> I can do 6/11 in the afternoon!

> I might be driving back from Vegas in the AM so the later the better.

Kat starts at 2pm

*Jun 4, 2017, 4:41 PM*

Hi Blake checking back in with you on this.

> Hey Sorry. Sounds like we should do 2p then.

You would have to leave Vegas by 7 or 8---should we look at another day?

6/17

> 2p will work that day. No

Metzidis Reply Decl.
EXHIBIT E
KVD 000067



**Blake**

> 2p will work that day. No problem, I make that drive all the time.

Jun 4, 2017, 7:46 PM

> So June 11th at 2pm finishing Miles Davis?

> More arm work, Miles Davis piece yes.

Jun 6, 2017, 2:57 PM

> Sunday doesn't work for Kat how about Saturday 6/17

Jun 6, 2017, 4:01 PM

> I'm going to hold that time and you can get back to me

Metzidis Reply Decl.
EXHIBIT E
KVD 000068

**Blake**

> I'm going to hold that time and you can get back to me

Jun 6, 2017, 6:48 PM

6/17 works thanks

Jun 9, 2017, 4:51 PM

> Hi Blake--so sorry to do this but 6/17 now doesn't work for Kat. Let's hold a beat and I will reach back out. Have a great weekend.

Copy no worries.

Jun 30, 2017, 12:33 PM

Hey Rhian, just checking in, if Kat's still willing, I'd

Metzidis Reply Decl.
EXHIBIT E
KVD 000069

12:40

  2

**BF**

**Blake** >

Copy no worries.

Jun 30, 2017, 12:33 PM

Hey Rhian, just checking in, if Kat's still willing, I'd like to get back into it. I have availability from 7/3 on. Thanks!

Hi you are on the list however Kat has been out of the country so as soon as I have some avails I will reach back out--sound good?

Sure thing.

Thanks Blake.  Have an awesome weekend.

Delivered

iMessage

Metzidis Reply Decl.
EXHIBIT E
KVD 000070