**Grodsky, Olecki & Puritsky LLP**

11111 Santa Monica Blvd., Suite 1070
Los Angeles, CA 90025

P: (310) 315-3009

thegolawfirm.com

7565-001

January 25, 2022

<u>Via Email</u>

Gary S. Sedlik, Esq.
SEDLIKGROUP, P.C.
P.O. Box 3238
Manhattan Beach, CA 90266
Email: gary@sedlikgroup.com

      Re:    *Sedlik v. von Drachenberg et al.*, C.D. Cal. No. 2:21-cv-01102-DSF
             Defendants' Document Production No. 3

Dear Mr. Sedlik:

    On behalf of Defendants Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc. (together, "Defendants"), we are producing herewith documents bearing Bates numbers KVD 000040 – KVD 000133. Please note that, as discussed below, all but two of these documents were previously produced or provided to Plaintiff in the case.

    These documents are being produced electronically through a file transfer service called "HighTail." You will receive an email from our firm's HighTail account that contains a link enabling you to download the documents.

    To briefly summarize these documents:

- KVD 40, KVD 43-45, and KVD 46-51 are the documents that were marked as Exhibits 1, 14, and 25 at Plaintiff's deposition on January 11, 2022.

- KVD 41-42 is just a screenshot of the "Artmajeur" webpage from which I captured the image that was produced as KVD 40 / Exhibit 1.

- KVD 52-53 and KVD 54-70 were provided to you via email on January 18, 2022, during the deposition of Ms. Von Drachenberg.

- KVD 71-133 is an insurance policy that was provided to my office for the first time late last week. At the request of the insurance carrier representative, please note that we have redacted the dollar amounts of the policy premium contained on page KVD 76. We have also designated the entire document "CONFIDENTIAL" under the protective order in this case.

Metzidis Reply Decl.
EXHIBIT F

Gary S. Sedlik, Esq.
January 25, 2022
Page 2

    Please let us know if you have any difficulty accessing or downloading the documents.

Very truly yours,

*John Metzidis*

John J. Metzidis

Enclosure

cc:    Allen B. Grodsky, Esq.