GRODSKY, OLECKI & PURITSKY LLP
Allen B. Grodsky (SBN 111064)
*allen@thegolawfirm.com*
John J. Metzidis (SBN 259464)
*john@thegolawfirm.com*
11111 Santa Monica Boulevard, Suite 1070
Los Angeles, California 90025
Telephone:  (310) 315-3009
Facsimile:    (310) 315-1557

Attorneys for Defendants
Katherine Von Drachenberg, Kat Von D, Inc.,
and High Voltage Tattoo, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01102-DSF-MRWx<br><br>Before the Hon. Dale S. Fischer, U.S. District Judge<br><br>**NOTICE OF ERRATA AND CORRECTION**<br><br>Hearing<br>Date:     April 18, 2022<br>Time:    1:30 p.m.<br>Place:   Courtroom 7D<br>             First Street Courthouse<br>             350 West 1st Street<br>             Los Angeles, CA 90012<br><br>Action filed:  February 7, 2021<br>FPTC:           June 27, 2022<br>Trial:            July 26, 2022 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendants' counsel advise the Court and opposing counsel of the following two typographical errors contained in Defendants' Separate Statement of Uncontroverted Facts and Conclusions of Law (Dkt. 33), filed in support of Defendants' motion for summary judgment.

1. Defendants' UFs Nos. 71 and 75-81 (Dkt. 33, at 12-13) cite as supporting evidence Exhibit 203 (Dkt. 35-19). This citation should be to Exhibit 209 (Dkt. 35-23), which shows the completed tattoo; and not to Exhibit 203 (Dkt. 35-19), which only shows the tattoo in progress.

2. Defendants' UF No. 31 (Dkt. 33 at 5) cites as supporting evidence Exhibit 26 (Kat Depo., Dkt. 35-11) at 118:25-119:2. This citation should have included the immediately preceding question and answer on the deposition transcript, at 118:22-24. *See* Dkt. 35-11 at 118:22-24 ("Q: Did Mr. Farmer pay you for the tattoo that's the subject of this litigation? A: No.").

Dated: April 4, 2022

Respectfully submitted,

GRODSKY, OLECKI & PURITSKY LLP
  Allen B. Grodsky
  John J. Metzidis

By:   /s/ Allen B. Grodsky
        Allen B. Grodsky

Attorneys for Defendants Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc.