UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-1102 DSF (MRWx) | Date | April 12, 2022 |
|---|---|---|---|
| Title | Jeffrey Sedlik v. Katherine Von Drachenberg | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Gary Sedlik | Allen Grodsky<br>John Metzidis |

Proceedings:   **ORDER RE: SETTLEMENT CONFERENCE**

The Court conducted a settlement conference today. The parties were unable to reach an agreement on settlement.

Initials of Preparer    vp