Jonah A. Grossbardt (State Bar No. 283584)
Matthew L. Rollin (State Bar No. 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
JEFFREY B. SEDLIK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; et al.,<br><br>Defendants. | Case No.: 2:21-cv-01102-DSF-MRWx<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE TRIAL AND ASSOCIATED TRIAL DATES**<br><br>**Judge: Hon. Dale S. Fischer**<br>**Date: June 27, 2022**<br>**Time: 1:30 p.m.**<br>**Courtroom: 7D**<br><br>**Trial Documents (Set One): 6/7/22**<br>**Trial Documents (Set Two): 6/14/22**<br>**Current Pretrial Date: 6/27/22**<br>**Current Trial Date: 7/26/22** |

1

TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT ON June 27, 2022, or as soon thereafter as counsel may be heard, in courtroom 7D of the Honorable Judge Dale S. Fischer, located in the United States Courthouse, 350 W. First Street, 7th Floor, Los Angeles, CA 90012, Plaintiff Jeffrey B. Sedlik, ("Sedlik") hereby moves the Court for an order granting the within unopposed Motion to Continue Trial and Associated Pretrial Dates (the "Motion").

Through this Motion, Sedlik seeks an Order continuing the pretrial conference set for June 27, 2022, and trial set for July 26, 2022, and associated pretrial document due dates. (ECF 19). Sedlik seeks that the Court continue the trial schedule as follows: Trial Documents (Set One) from June 7, 2022, to August 2, 2022, the Trial Documents (Set Two) from June 14, 2022, to August 9, 2022, pretrial conference from June 27, 2022, to August 23, 2022, and the trial from July 27, 2022, to September 20, 2022.

This motion is made unopposed after conference of counsel pursuant to L.R. 7-3. Defendants have agreed not to oppose this Motion.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Declaration of Jonah A. Grossbardt filed concurrently herewith, all of the pleadings, files and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

DATED:  May 18, 2022            Respectfully submitted,

                                 /s/ Jonah A. Grossbardt
                                 JONAH A. GROSSBARDT
                                 **SRIPLAW**
                                 Attorneys for Plaintiff Jeffrey B. Sedlik