Jonah A. Grossbardt (State Bar No. 283584)
Matthew L. Rollin (State Bar No. 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
JEFFREY B. SEDLIK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; et al.,<br><br>Defendants. | Case No.: 2:21-cv-01102-DSF-MRWx<br><br>**PLAINTIFF'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF'S UNOPPOSED MOTON TO CONTINUE TRIAL AND ASSOCIATED PRETRIAL DATES**<br><br>**Judge: Hon. Dale S. Fischer**<br>**Date: N/A**<br>**Time: N/A**<br>**Courtroom: 7D**<br><br>**Trial Documents (Set One): 6/7/22**<br>**Trial Documents (Set Two): 6/14/22**<br>**Current Pretrial Date: 6/27/22**<br>**Current Trial Date: 7/26/22** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Jeffrey B. Sedlik ("Sedlik" or "Plaintiff") hereby applies to this Court *ex parte*, pursuant to Local Rule 7-19, for an order expediting the hearing of Sedlik's Unopposed Motion to Continue Trial and Associated Pretrial Dates ("Motion"). Sedlik requests that the Motion be heard on May 23, 2022, at 1:30 p.m. Counsel for Defendants John Metzidis informed Counsel for Sedlik that they will not oppose the *Ex Parte* Application for Shortening Time to Hear the Motion to Continue Trial and Associated Trial Dates and will also not oppose the underlying Motion.

The Motion for which an expedited hearing is sought asks this Court to continue the trial date and related pre-trial deadlines for 56 days. This motion is made on the grounds that until May 12, 2022 (ECF 58), Sedlik was represented by prior counsel and prior counsel only filed their motion to withdraw on May 18, 2022. (ECF 60).

This Motion is further made on the grounds that Sedlik's new counsel, SRIPLAW PA, requires adequate time to prepare for this unique and complex case. Further, Joel Rothman, partner at SRIPLAW, is planning to move for admission pro hac vice to try the case and Defendants' counsel does not oppose Rothman's application to appear pro hac vice. Rothman's application requires certificates of good standing from four jurisdictions which have been requested and the firm is awaiting their receipt. Rothman is also on a preplanned vacation in Europe and does not return until the end of May.

Per Local Rule 6-1 and the Court's Local Rules the first day to hear the Motion would be June 27, 2022, because June 20, 2022, is not available because the Court is closed for Juneteenth. The Motion, if it is not heard on an expedited basis, would be heard on the same date as the final pretrial conference on June 27, 2022, and 29 days

prior to the trial. For the reasons articulated above, shortened notice and an expedited decision on the Motion are appropriate to allow the parties to adequately prepare for trial.

Pursuant to Local Rule 7-19, Grossbardt hereby notifies the Court of the names and contact information of counsel for Defendants:

**Attorneys for Defendants KATHERINE VON DRACHENBERG (a.k.a."KAT VON D"), an individual; KAT VON D, INC., a California Corporation; HIGH VOLTAGE TATTOO, INC.:**
GRODSKY, OLECKI & PURITSKY LLP
Allen B. Grodsky (SBN 111064)
*allen@thegolawfirm.com*
John J. Metzidis (SBN 259464)
*john@thegolawfirm.com*
11111 Santa Monica Boulevard, Suite 1070
Los Angeles, California 90025
Telephone: (310) 315-3009
Facsimile: (310) 315-1557

As indicated in the Declaration of Jonah. A. Grossbardt attached hereto, Defendant's Counsel John Metzidis was notified on May 18, 2022, that Sedlik would seek to have the Motion heard on shortened time, and Mr. Metzidis indicated that he did not oppose such request or oppose the underlying Motion. (Declaration of Jonah A. Grossbardt in Support of *Ex Parte* Application for Order Shortening Time ("Grossbardt Decl.") ¶ 2).

This Application is based on this *Ex Parte* Application, the Declaration of Jonah A. Grossbardt filed concurrently herewith, all of the pleadings, files and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

///
///

DATED: May 18, 2022

Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW**
Attorneys for Plaintiff Jeffrey B. Sedlik