GRODSKY, OLECKI & PURITSKY LLP
Allen B. Grodsky (SBN 111064)
allen@thegolawfirm.com
John J. Metzidis (SBN 259464)
john@thegolawfirm.com
11111 Santa Monica Boulevard, Suite 1070
Los Angeles, California 90025
Telephone:   (310) 315-3009
Facsimile:    (310) 315-1557

Attorneys for Defendants
Katherine Von Drachenberg, Kat Von D, Inc.,
and High Voltage Tattoo, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01102-DSF-MRWx<br><br>Before the Hon. Dale S. Fischer, U.S. District Judge<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE TRIAL (DKT. 61) AND PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME (DKT. 62)**<br><br>Action filed:   February 7, 2021<br>FPTC:              June 27, 2022<br>Trial:               July 26, 2022 |

TO THE HONORABLE COURT:

Defendants hereby confirm that they do not oppose the Plaintiff's motion to continue the trial (Dkt. 61) from July 26, 2022 to September 20, 2022, and to continue the associated dates for exchanging and filing pre-trial documents accordingly. Defendants also do not oppose Plaintiff's *ex parte* application for an order shortening time on the motion (Dkt. 62).

Defendants are otherwise prepared to go to trial on July 26, 2022, as currently scheduled.

If the Court is inclined to continue the current July 26 trial date, but to some date *other than* September 20, 2022, Defendants' counsel request an opportunity to consult with their clients and witnesses regarding their availability for the proposed trial date.

Dated: May 18, 2022

Respectfully submitted,

GRODSKY, OLECKI & PURITSKY LLP
  Allen B. Grodsky
  John J. Metzidis

By:   /s/ John J. Metzidis
        John J. Metzidis

Attorneys for Defendants Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc.