Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
JEFFREY B. SEDLIK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK, <br><br> Plaintiff, <br><br> vs. <br><br> KATHERINE VAN DRACHENBERG AKA KAT VON D, KAT VON D, INC., AND HIGH VOLTAGE TATTOO, INC., <br><br> Defendants. | Case No.: 2:21-cv-01102-DSF-MRWx <br><br> **STIPULATION TO SHORTEN TIME TO HEAR PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE TRIAL AND ASSOCIATED TRIAL DATES** <br><br> Current Date: June 27, 2022 <br> Proposed Date: May 23, 2022 <br><br> Judge: Dale S. Fischer |

Plaintiff JEFFREY B. SEDLIK ("Sedlik") and Defendants KATHERINE VAN DRACHENBERG AKA KAT VON D, KAT VON D, INC., AND HIGH

VOLTAGE TATTOO, INC. (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Court set June 27, 2022, as the final pretrial conference date and July 26, 2022, as the trial date. [ECF 19];

WHEREAS, Plaintiff filed on May 18, 2022 a Request for Approval of Substitution or Withdrawal of Counsel [ECF 60];

WHEREAS, the parties' counsel met and conferred, and Defendants agreed not to oppose Sedlik's Motion to Continue Trial and Associated Trial dates, so long as the trial is continued to the requested date of September 20, 2022;

WHEREAS, Sedlik's counsel filed Sedlik's Unopposed Motion to Continue Trial and Associated Dates on May 18, 2022. [ECF 61];

WHEREAS, the parties agreed to shorten the time to hear the motion from June 27, 2022 to May 23, 2022 because the pretrial conference is set for June 27, 2022;

WHEREAS, Sedlik filed an *ex parte* application to shorten time to hear the motion; [ECF 62];

WHEREAS, the Hon. Dale S. Fischer's Chambers notified Sedlik's counsel that the *ex parte* application should have been filed as a stipulation;

WHEREAS, Sedlik's counsel will withdraw the *ex parte* application upon the filing of this Stipulation;

WHEREAS, Defendants' counsel does not object to shortening the time to hear Sedlik's Unopposed Motion to Continue Trial and Associated Pretrial dates from June 27, 2022 to May 23, 2022;

WHEREAS, Defendants' counsel filed a notice of non-opposition; [ECF 63];

WHEREAS, this request is not made for delay; and

WHEREAS, this is the parties first request for to shorten the time regarding this Motion.

IT IS HEREBY STIPULATED that the hearing date is shortened from June 27, 2022 to May 23, 2022.

DATED: May 18, 2022

| | |
|---|---|
| */s/ Jonah A. Grossbardt* | */s/ John J. Metzidis* |
| JONAH A. GROSSBARDT | John J. Metzidis |
| MATTHEW L. ROLLIN | Allen B. Grodsky |
| **SRIPLAW** | Grodsky, Olecki & Puritsky LLP |
| Attorneys for Plaintiff Jeffrey B. Sedlik | Attorneys for Defendants Katherine Van Drachenberg aka Kat Von D, Kat Von D, Inc., and High Voltage Tattoo, Inc. |

## ATTESTATION

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT