Name and address:
Jonah A. Grossbardt (SBN 283584)
SRIPLAW, P.A.
8730 Wilshire Boulevard, Suite 350
Beverly Hills, CA 90211

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jeffrey B. Sedlik | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:21-cv-01102-DSF-MRW |
| v. | |
| Katherine Van Drachenberg aka Kat Von D, Kat Von D, Inc., and High Voltage Tattoo, Inc. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Rothman, Joel B.
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

SRIPLAW, P.A.
*Firm/Agency Name*

21301 Powerline Road                           561.404.4350                    561.404.4353
Suite 100                                       *Telephone Number*              *Fax Number*
*Street Address*

Boca Raton, FL 33533                                        joel.rothman@sriplaw.com
*City, State, Zip Code*                                       *E-mail Address*

**I have been retained to represent the following parties:**

Jeffrey B. Sedlik                              ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
                                               ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See attached list. | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:18-cv-10232-CJC-SS | Sid Avery and Associates, Inc. dba MPTV Images v. Pixels.com | 6/27/2019 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated May 26, 2022

Joel B. Rothman
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Ionah A. Grossbardt
*Designee's Name (Last Name, First Name & Middle Initial)*

SRIPLAW, P.A.
*Firm/Agency Name*

8730 Wilshire Boulevard
Suite 350
*Street Address*

Beverly Hills, CA 90211
*City, State, Zip Code*

323.364.6565
*Telephone Number*

561.404.4353
*Fax Number*

ionah.grossbardt@sriplaw.com
*Email Address*

283584
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated May 26, 2022

Ionah A. Grossbardt
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

# JOEL BENJAMIN ROTHMAN
# COURT AND BAR ADMISSIONS

| Court | Date Admitted | Status | Bar/ID No. |
|---|---|---|---|
| Supreme Court of the United States | 5/30/2017 | Good Standing | 302067 |
| Supreme Court of Florida and Florida Bar | 10/25/1996 | Good Standing | 98220 |
| Board Certified in Intellectual Property Law - Florida Bar | 8/1/2009 | Good Standing | |
| New York Appellate Division, First Department | 1/13/1992 | Good Standing | 2459576 |
| Georgia Bar | 3/24/2017 | Good Standing | 979716 |
| Supreme Court of Georgia | 1/23/2019 | Good Standing | |
| Supreme Court of Washington and Washington State Bar | 3/17/2021 | Good Standing | 57717 |
| United States Court of Appeals, Federal Circuit | 1/31/2012 | Good Standing | |
| United States Court of Appeals, Second Circuit | 4/17/2018 | Good Standing | |
| United States Court of Appeals, Third Circuit | 3/10/2021 | Good Standing | |
| United States Court of Appeals, Fifth Circuit | 12/02/2015 | Good Standing | |
| United States Court of Appeals, Seventh Circuit | 11/26/2021 | Good Standing | |
| United States Court of Appeals, Ninth Circuit | 1/26/2017 | Good Standing | |
| United States Court of Appeals, Tenth Circuit | 11/29/2018 | Good Standing | |
| United States Court of Appeals, Eleventh Circuit | 6/2/1997 | Good Standing | |
| United States Court of Appeals for Veterans Claims | 9/17/2021 | Good Standing | |
| United States Court of Federal Claims | 12/26/2017 | Good Standing | |
| U.S. Department of Veterans Affairs | 10/20/2015 | Good Standing | |
| USDC, Eastern District of Arkansas | 9/27/2016 | Good Standing | |
| USDC, Western District of Arkansas | 9/27/2016 | Good Standing | |
| USDC, District of Colorado | 2/19/2009 | Good Standing | |
| USDC, District of Columbia | 7/10/2015 | Good Standing | |
| USDC, Middle District of Florida | 11/18/1997 | Good Standing | |
| USDC, Northern District of Florida | 4/18/1997 | Good Standing | |
| USDC, Southern District of Florida | 4/18/1997 | Good Standing | |
| USDC, Middle District of Georgia | 7/25/2018 | Good Standing | |

# JOEL BENJAMIN ROTHMAN
## COURT AND BAR ADMISSIONS

| Court | Date Admitted | Status | Bar/ID No. |
|---|---|---|---|
| USDC, Northern District of Georgia | 8/21/2017 | Good Standing | |
| USDC, Southern District of Georgia | 2/22/2018 | Good Standing | |
| USDC, Central District of Illinois | 4/7/2020 | Good Standing | |
| USDC, Northern District of Illinois | 8/14/2019 | Good Standing | |
| USDC, Southern District of Illinois | 3/13/2018 | Good Standing | |
| USDC, Eastern District of Michigan | 1/10/2019 | Good Standing | |
| USDC, Western District of Michigan | 5/21/2012 | Good Standing | |
| USDC, Southern District of Mississippi | 1/13/2016 | Good Standing | |
| USDC, District of New Mexico | 04/12/2022 | Good Standing | |
| USDC, Eastern District of New York | 2/27/1992 | Good Standing | JR0352 |
| USDC, Northern District of New York | 10/19/2015 | Good Standing | 519710 |
| USDC, Southern District of New York | 2/25/1992 | Good Standing | JR0352 |
| USDC, Western District of New York | 8/7/2015 | Good Standing | |
| USDC, Northern District of Ohio | 01/13/2022 | Good Standing | |
| USDC, Northern District of Oklahoma | 11/23/2020 | Good Standing | |
| USDC, Western District of Oklahoma | 6/24/2021 | Good Standing | |
| USDC, Eastern District of Tennessee | 3/22/2021 | Good Standing | |
| USDC, Middle District of Tennessee | 5/4/2021 | Good Standing | |
| USDC, Western District of Tennessee | 12/14/2016 | Good Standing | |
| USDC, Eastern District of Texas | 6/20/2012 | Good Standing | |
| USDC, Northern District of Texas | 8/31/2016 | Good Standing | |
| USDC, Southern District of Texas | 6/25/2014 | Good Standing | 2310207 |
| USDC, Western District of Texas | 11/1/2015 | Good Standing | |
| USDC, Eastern District of Washington | 3/20/2021 | Good Standing | |
| USDC, Western District of Washington | 3/18/2021 | Good Standing | |
| USDC, Western District of Wisconsin | 2/26/2018 | Good Standing | |



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida     )

County of Leon      )              In Re:   0098220
                                            Joel Benjamin Rothman
                                            SRIPLAW PA
                                            21301 Powerline Rd Ste 100
                                            Boca Raton, FL 33433-2389

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 25, 1996**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 19th day of **May**, **2022**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-182753



*Lawyers Serving the Public and the Justice System*

Mr. Joel Benjamin Rothman
SRIPLAW
21301 Powerline Road Suite 100
Boca Raton, FL 33433
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 03/24/2017 |
| **BAR NUMBER:** | 979716 |
| **TODAY'S DATE:** | 05/18/2022 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Joel Benjamin Rothman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 13, 1992**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on May 19, 2022.

*Susanna M. Rojas*
Clerk of the Court

CertID-00067681



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 57717 |
| OF | ) | **CERTIFICATE** |
| JOEL BENJAMIN ROTHMAN | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**JOEL BENJAMIN ROTHMAN**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on March 17, 2021, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 20th day of May, 2022.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court