SRIPLAW
8730 Wilshire Boulevard, Suite 350
Beverly Hills, CA 90211
323.364.6565 - Telephone
561.404.4353- Facsimile

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jeffrey B. Sedlik | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-01102-DSF-MRW |
| v. Katherine Van Drachenberg aka Kat Von D, Kat Von D, Inc., and High Voltage Tattoo, Inc. Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Rothman, Joel B.                                   of

*Applicant's Name (Last Name, First Name & Middle Initial)*

561.404.4350          561.404.4353

*Telephone Number*        *Fax Number*

joel.rothman@sriplaw.com

*E-Mail Address*

SRIPLAW, P.A.
21301 Powerline Road, Suite 100
Boca Raton, FL 33433

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Jeffrey B. Sedlik

*Name(s) of Party(ies) Represented*        ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Grossbardt, Jonah A.                                of

*Designee's Name (Last Name, First Name & Middle Initial)*

283584          323.364.6565          561.404.4353

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jonah.grossbardt@sriplaw.com

*E-Mail Address*

SRIPLAW, P.A.
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____                    _____
                                            **U.S. District Judge/U.S. Magistrate Judge**