Jonah A. Grossbardt (SBN 283584)
SRIPLAW
8730 Wilshire Boulevard, Suite 350
Beverly Hills, CA 90211
323.364.6565 - Telephone
561.404.4353- Facsimile

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jeffrey B. Sedlik, | CASE NUMBER |
| --- | --- |
| Plaintiff(s) | 2:21-cv-01102-DSF-MRW |
| v. | |
| Katherine Van Drachenberg aka Kat Von D, Kat Von D, Inc., and High Voltage Tattoo, Inc. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [68] |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Rothman, Joel B.
*Applicant's Name (Last Name, First Name & Middle Initial*
561.404.4350        561.404.4353
*Telephone Number    Fax Number*
joel.rothman@sriplaw.com
*E-Mail Address*

of SRIPLAW, P.A.
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Jeffrey B. Sedlik

*Name(s) of Party(ies) Represent*   ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Grossbardt, Jonah A.
*Designee's Name (Last Name, First Name & Middle Initial*
283584          323.364.6565       561.404.4353
*Designee's Cal. Bar No.  Telephone Number   Fax Number*
jonah.grossbardt@sriplaw.com
*E-Mail Address*

of SRIPLAW, P.A.
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:  ☐ be refunded  ☐ not be refunded.

**Dated: June 8, 2022**

*Dale S. Fischer*
Dale S. Fischer, U.S. District Judge