| | |
|---|---|
| Jonah A. Grossbardt (SBN 283584) | Allen B. Grodsky (SBN 111064) |
| Matthew L. Rollin (SBN 332631) | John J. Metzidis (SBN 259464) |
| **SRIPLAW** | **GRODSKY, OLECKI & PURITSKY LLP** |
| 8730 Wilshire Boulevard | 11111 Santa Monica Boulevard |
| Suite 350 | Suite 1070 |
| Beverly Hills, California 90211 | Los Angeles, CA 90025 |
| 323.364.6565 – Telephone | (310) 315-3009 – Telephone |
| 561.404.4353 – Facsimile | (310) 315-1557 – Facsimile |
| jonah.grossbardt@sriplaw.com | allen@thegolawfirm.com |
| matthew.rollin@sriplaw.com | john@thegolawfirm.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |
| JEFFREY B. SEDLIK | Katherine Van Drachenberg aka Kat Von D, Kat Von D, Inc., and High Voltage Tattoo, Inc. |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK, | Case No.: 2:21-cv-01102-DSF-MRW |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES** |
| vs. | |
| KATHERINE VAN DRACHENBERG aka KAT VON D, KAT VON D, INC., and HIGH VOLTAGE TATTOO, INC., | Current Trial Date: September 20, 2022 |
| | Proposed Trial Date: December 13, 2022 |
| Defendants. | Judge: Dale S. Fischer |

Plaintiff JEFFREY B. SEDLIK ("Sedlik") and Defendants KATHERINE VAN DRACHENBERG aka KAT VON D, and HIGH VOLTAGE TATTOO,

INC. ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Sedlik filed a Motion to Continue Trial and Associated Pretrial Dates on May 18, 2022, at ECF 61;

WHEREAS, this Court granted Sedlik's Motion on May 19, 2022 at ECF 67;

WHEREAS, the trial schedule was continued as follows:  Trial Documents (Set One) from June 7, 2022, to August 2, 2022, Trial Documents (Set Two) from June 14, 2022, to August 9, 2022, pretrial conference from June 27, 2022, to August 22, 2022, and the trial from July 27, 2022, to September 20, 2022;

WHEREAS, Plaintiff's lead counsel Joel Rothman was out of the country from July 18, 2022, to July 22, 2022;

WHEREAS, when Joel Rothman returned to the U.S., he tested positive for COVID-19 on July 23, 2022;

WHEREAS, Joel Rothman will be out of the office from July 25, 2022, until he recovers from COVID-19 and is unable to prepare for trial;

WHEREAS, Plaintiff's counsel Jonah A. Grossbardt was out of office from July 17, 2022, to July 25, 2022, caring for his wife who had tested positive for COVID-19 and seventeen-month-old daughter;

WHEREAS, the parties have been cooperating and working on completing the pretrial documents and preparing for trial;

WHEREAS, Plaintiff's counsel asked Defendants' counsel to agree to stipulate to continue the trial and pretrial dates due to Plaintiff's lead counsel contracting COVID-19 and being unable to work on the matter until he recovers;

WHEREAS, Defendants' counsel do not oppose Plaintiff's request for a continuance, **so long as** the trial is not rescheduled to a date on which

Defendants' counsel are currently committed to other trials; Defense counsel currently have other trials scheduled for later September, October, and November, and their earliest reasonable availability is in December;

WHEREAS, the parties stipulate to continue the trial schedule as follows: Trial Documents (Set One) from August 2, 2022 to October 25, 2022, Trial Documents (Set Two) from August 9, 2022 to November 1, 2022, pretrial conference from August 22, 2022, to November 14, 2022, and the trial from September 20, 2022 to December 13, 2022:

WHEREAS, Defendants' counsel does not object to continuing the trial date from September 20, 2022 to December 13, 2022 and continuing the associated pretrial dates.

WHEREAS, this is the parties second request to continue the trial;

IT IS HEREBY STIPULATED, **subject to approval of the Court**, that the trial schedule is as follows: Trial Documents (Set One) from August 2, 2022, to October 25, 2022, Trial Documents (Set Two) from August 9, 2022, to November 1, 2022, pretrial conference from August 22, 2022, to November 14, 2022, and the trial from September 20, 2022, to December 13, 2022.

DATED: July 26, 2022

| | |
|---|---|
| */s/ Jonah A. Grossbardt* | */s/ John J. Metzidis (with permission)* |
| JONAH A. GROSSBARDT | ALLEN B. GRODSKY |
| MATTHEW L. ROLLIN | JOHN J. METZIDIS |
| **SRIPLAW** | **GRODSKY, OLECKI & PURITSKY LLP** |
| Attorneys for Plaintiff Jeffrey B. Sedlik | Attorneys for Defendants Katherine Van Drachenberg aka Kat Von D, Kat Von D, Inc., and High Voltage Tattoo, Inc. |

# ATTESTATION

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT