# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; et al.,<br><br>Defendants. | Case No.: 2:21-cv-01102-DSF-MRWx<br><br>**ORDER GRANTING THE PARTIES STIPULATION TO CONTINUE TRIAL AND ASSOCIATED PRETRIAL DATES** |

Before the Court is the parties' Stipulation To Continue Trial and Associated Pretrial Dates.

The Court, having considered the Stipulation and having found good cause, thereby **ORDERS** that the Motion is **GRANTED**.

The trial schedule is continued as follows: Trial Documents (Set One) from August 2, 2022, to October 25, 2022, Trial Documents (Set Two) from August 9, 2022 to November 1, 2022, pretrial conference from August 23, 2022 to November 14, 2022 and the trial from September 20, 2022 to December 13, 2022.

///

///

///

**SO ORDERED.**

DATED: July 27, 2022

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE