GRODSKY, OLECKI & PURITSKY LLP
Allen B. Grodsky (SBN 111064)
*allen@thegolawfirm.com*
John J. Metzidis (SBN 259464)
*john@thegolawfirm.com*
11111 Santa Monica Boulevard, Suite 1070
Los Angeles, California 90025
Telephone: (310) 315-3009
Facsimile: (310) 315-1557

Attorneys for Defendants
Katherine Von Drachenberg, Kat Von D, Inc.,
and High Voltage Tattoo, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01102-DSF-MRWx<br><br>Before the Hon. Dale S. Fischer, U.S. District Judge<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE NO. 3 TO ALLOW TESTIMONY FROM NON-PARTY BLAKE FARMER ABOUT THE MEANING OF HIS TATTOO**<br><br>Final Pretrial Conference:<br>Date: November 14, 2022<br>Time: 1:30 p.m.<br>Place: Courtroom 7D<br>      First Street Courthouse<br>      350 West 1st Street<br>      Los Angeles, CA 90012<br><br>Action filed: February 7, 2021<br>Trial: December 13, 2022 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 14, 2022, at 1:30 p.m. or as soon thereafter as the matter may be heard before the Hon. Dale S. Fischer in Courtroom 7D of the First Street Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, Defendants Katherine Von Drachenberg and High Voltage Tattoo, Inc. (together, "Defendants") will and hereby do move in limine for an order that allows testimony from non-party Blake Farmer about the meaning of his tattoo.

Defendants file this motion pursuant to the Court's May 19, 2021 Order Re Jury Trial (Dkt. 19).

This motion is made on the grounds that the work that is accused of copyright infringement in this case is a tattoo that was permanently inscribed onto Mr. Farmer's living body; his testimony about his tattoo's meaning or message is directly relevant to showing the transformative nature of the tattoo, and how its meaning or message differs from that of the original copyrighted photograph. The grounds for the motion are otherwise set forth in the concurrently filed memorandum of points and authorities.

This motion is and will be based upon this notice of motion and motion, the concurrently lodged proposed order (attached hereto), the concurrently filed memorandum of points and authorities, declarations and exhibits in support of the motion, as well as the pleadings and papers on file with the Court, and any argument or evidence that may be presented to or considered by the Court at or prior to its ruling.

This motion is made following the conference of counsel pursuant to C.D. Cal. L.R. 7-3, which took place on October 18, 2022. Metzidis Decl. ¶ 4.

Dated: October 25, 2022

GRODSKY, OLECKI & PURITSKY LLP
Allen B. Grodsky
John J. Metzidis

By: /s/ John J. Metzidis
John J. Metzidis

Attorneys for Defendants Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc.