| | |
|---|---|
| Jonah A. Grossbardt (SBN 283584) | Allen B. Grodsky (SBN 111064) |
| Matthew L. Rollin (SBN 332631) | John J. Metzidis (SBN 259464) |
| **SRIPLAW** | **GRODSKY, OLECKI & PURITSKY LLP** |
| 8730 Wilshire Blvd. | 11111 Santa Monica Boulevard |
| Suite 350 | Suite 1070 |
| Beverly Hills, CA 90211 | Los Angeles, CA 90025 |
| 323.364.6565 – Telephone | (310) 315-3009 – Telephone |
| 561.404.4353 – Facsimile | (310) 315-1557 – Facsimile |
| jonah.grossbardt@sriplaw.com | allen@thegolawfirm.com |
| matthew.rollin@sriplaw.com | john@thegolawfirm.com |
| | |
| Joel B. Rothman (admitted *pro hac vice*) | Attorneys for Defendants Katherine Van Drachenberg aka Kat Von D, Kat Von D, Inc., and High Voltage Tattoo, Inc. |
| **SRIPLAW** | |
| 21301 Powerline Road, Suite 100 | |
| Boca Raton, FL 33433 | |
| Phone: (561) 404-435035 | |
| Fax Number: (561) 404-4353 | |
| joel.rothman@sriplaw.com | |

Attorneys for Plaintiff
JEFFREY B. SEDLIK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK, | Case No.: 2:21-cv-01102-DSF-MRW |
| Plaintiff, | **JOINT EXHIBIT LIST** |
| vs. | |
| KATHERINE VAN DRACHENBERG aka KAT VON D, KAT VON D, INC., and HIGH VOLTAGE TATTOO, INC., | Judge: Dale S. Fischer |
| Defendants. | |

Pursuant to Local Rule 16-6.1, Plaintiff JEFFREY B. SEDLIK ("Sedlik") and Defendants KATHERINE VAN DRACHENBERG aka KAT VON D, KAT VON D, INC. and HIGH VOLTAGE TATTOO, INC. (collectively referred to herein as "Defendants") hereby submit the following Joint Exhibits List. Exhibits preceded by an asterisk indicates that it will only be used if needed.

## JOINT EXHIBIT LIST:

| NO. | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Sedlik photo of Miles Davis (KVD00040) | | |
| 2 | Sedlik's Description of Photo (JSP000171) | | |
| 3 | Sedlik's Description of the "Miles Session" (JSP000411) | | |
| 4 | Mason Editions Telemarketing Bible (JSP002295-2300) | | |
| 5 | Sedlik's handwritten description of the "Definitive Portrait" (JSP002301) | | |
| 6 | Sedlik Profile in Photographic, May 1995 (JSP0002307) | | |
| 7 | Copyright Certificate of Registration No. VA 645-610 (JSP002520-2521) | | |
| 8 | Deposit Copy containing Photo on Jazziz Magazine (JSP002524-2529) | | |
| 9 | Email from David Lloyd Glover to Jeff Sedlik – August 7, 2015 (JSP002837-2842) | | |
| 10 | Sedlik's Responses to Interrogatories | | |

| NO. | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| 11 | Email from Jeff Sedlik to Brad Lyon – December 24, 2020 (JSP004257-4269) | | |
| 12 | Email from Jeff Sedlik to Instagram Representative – December 28, 2020 (JSP004192-4202) | | |
| 13 | Email from Jeff Sedlik to Pam Gligoriu – August 3, 2015 (JSP002836) | | |
| 14 | Miles Davis Biography from "Jazz and Blues Masters'" Website (KVD00043-45) | | |
| 15 | Letter from Jeff Sedlik to James Heffernan – August 15, 1992 (JSP002686) | | |
| 16 | Email from Jeff Sedlik to Shane Wallin – February 13, 2018 (JSP007702) | | |
| 17 | Email from Shane Wallin to Jeff Sedlik – February 13, 2018 (JSP007700) | | |
| 18 | Email from Jeff Sedlik to info@safe-tattoos.com – February 13, 2018 (JSP007701) | | |
| 19 | Email from Jeff Sedlik to Daniel Bergeron – February 26, 2018 (JSP007695-7696) | | |
| 20 | Email from Daniel Bergeron to Jeff Sedlik – February 27, 2018 (JSP007693-7694) | | |
| 21 | Email from Tattoo to Jeff Sedlik – February 21, 2021 (JSP004121-4122) | | |
| 22 | Letter from Jeff Sedlik to Gordon Meltzer – January 9, 1991 (JSP003399) | | |
| 23 | Email from Jeff Sedlik to Sean Pascalle – August 1, 2015 (JSP002834-2835) | | |

| NO. | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| 24 | Email from Jeff Sedlik to Arthur Jacobs – November 15, 2009 (JSP002949-2951) | | |
| 25 | Email from Jeff Sedlik to Gary Sedlik (redacted) and attachments – February 10, 2018 (KVD00046-51) | | |
| 200 | Screenshot of text message between Blake Farmer and Kat's assistant (KVD0001) | | |
| 201 | Image of "Silence" Photograph texted to Kat's assistant (KVD0002) | | |
| 202 | Kat's "line drawing" for tattoo (KVD0003) | | |
| 203 | Kat Instagram post – March 18, 2017 (no Bates number; depo. Exhibit marked by Plaintiff) | | |
| 204 | Kat Facebook post – March 18, 2017 (no Bates number; depo. Exhibit marked by Plaintiff) | | |
| 205 | Photograph of KatVonDUnlimited – March 18, 2017 (no Bates number; depo. Exhibit marked by Plaintiff) | | |
| 206 | Screenshot of High Voltage Tattoo Youtube video (no Bates number; depo. Exhibit marked by Plaintiff) | | |
| 207 | Kat Instagram post – May 16, 2017 (no Bates number; depo. Exhibit marked by Plaintiff) | | |
| 208 | Kat Facebook post – May 16, 2017 (no Bates number; depo. Exhibit marked by Plaintiff) | | |

| NO. | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| 209 | Kat Instagram post – May 16, 2017 (no Bates number; depo. Exhibit marked by Plaintiff) | | |
| 210 | Kat Facebook post – May 16, 2017 (no Bates number; depo. exhibit marked by Plaintiff) | | |
| 211 | Kat Twitter post – May 16, 2017 (no Bates number; depo. exhibit marked by Plaintiff) | | |
| 212 | High Voltage Instagram post – March 17, 2017 (no Bates number; depo. exhibit marked by Plaintiff) | | |
| 213 | High Voltage Facebook post – March 17, 2017 (no Bates number; depo. exhibit marked by Plaintiff) | | |
| 214 | High Voltage Instagram Post – April 15, 2017 (no Bates number; depo. exhibit marked by Plaintiff) | | |
| 215 | High Voltage Facebook post – April 15, 2017 (no Bates number; depo. exhibit marked by Plaintiff) | | |
| 216 | High Voltage Instagram post – April 26, 2018 (no Bates number; depo. exhibit marked by Plaintiff) | | |
| 217 | Video of complete tattoo Video file: "KatherineVonDrachenberg_218_Pdf.m4v" (same as KVD 0004; depo. exhibit marked by Plaintiff) | | |
| 218 | Sedlik's Responses to Interrogatories | | |
| 219 | Email from Jeff Sedlik to Shane Wallin – February 13, 2018 (JSP007702) | | |

| NO. | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| 220 | Email from Shane Wallin to Jeff Sedlik – February 13, 2018 (JSP007700) | | |
| 221 | Email from Jeff Sedlik to info@safe-tattoos.com – February 13, 2018 (JSP007701) | | |
| 222 | Email from Jeff Sedlik to Daniel Bergeron – February 26, 2018 (JSP007695-7696) | | |
| 223 | Email from Daniel Bergeron to Jeff Sedlik – February 27, 2018 (JSP007693-7694) | | |
| 224 | Email from Tattoo to Jeff Sedlik – February 21, 2021 (JSP004121-4122) | | |
| 225 | Expert Report of Plaintiff's Expert Jeffrey Sedlik, served February 8, 2022 (ECF 37-9) | | |
| 226 | Screenshot of Youtube Video (no Bates number; depo. exhibit marked by Plaintiff) (ECF 50-8) | | |
| 227 | Screenshot of Youtube Video – zoomed in (no Bates number; depo. exhibit marked by Plaintiff) (ECF 50-9) | | |
| 228 | Comparison of Miles Davis Photograph and Katherine's Drawing (ECF 50-10; KVD0003) | | |
| 229 | Comparison of Miles Davis Photograph and of finalized tattoo (no Bates number; depo. exhibit marked by Plaintiff) (ECF 50-11) | | |
| 230 | Photograph of KatVonDUnlimited – March 18, 2017 | | |

| NO. | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| 231 | Video of complete tattoo Video file: "KatherineVonDrachenberg_218_Pdf.m4v" | | |
| 232 | Screenshot @thekatvond twitter post – July 18, 2016 (no Bates number; depo. exhibit marked by Plaintiff) | | |
| 233 | Screenshot of Youtube Video (no Bates number; depo. exhibit marked by Plaintiff) | | |
| 234 | Jeffrey Sedlik's Miles Davis Poster Order Form (JSP000528-550) | | |
| 235 | Expert Report of Defendants' Expert Catherine Montie, served January 25, 2022 (Defs' MSJ Ex. 29) | | |
| 236 | Screenshot of Exhibit 217 video file, at 9 second mark (Defs' MSJ Ex. 30) | | |
| 237 | Screenshot of text message between Kat's assistant and other tattoo client Raul (KVD0005) | | |
| 238 | Screenshot of text message between Kat's assistant and other tattoo client Kyle (KVD0006) | | |
| 239 | Screenshot of text message between Kat's assistant and other tattoo client Jim (KVD0007) | | |
| 240 | Screenshot of 4/15/17 High Voltage Tattoo Instagram post of Miles Davis tattoo (KVD0008) | | |
| 241 | Screenshot of 4/15/17 High Voltage Tattoo Instagram post of "No Matter What" tattoo (KVD0009) | | |
| 242 | Screenshot of 4/26/18 High Voltage Tattoo Instagram post of Miles Davis tattoo (KVD00010) | | |
| 243 | Screenshot of 4/26/18 High Voltage Tattoo Instagram post of Johnny Cash middle-finger tattoo (KVD00011) | | |

| NO. | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| 244 | Screenshot of 4/26/18 High Voltage Tattoo Instagram post of Johnny Cash pointing tattoo (KVD00012) | | |
| 245 | Screenshot of 3/17/17 High Voltage Tattoo Instagram of Nietzsche the cat (KVD00014) | | |
| 246 | Screenshot of 3/15/17 Kat Von D Instagram post of Bride of Frankenstein tattoo (KVD00015) | | |
| 247 | Letter from Gary Sedlik to Seth Lichtenstein – February 15, 2021 (KVD00024-28) | | |
| 248 | Letter from Allen Grodsky to Gary Sedlik – February 17, 2021 (KVD00029-30) | | |
| 249 | Screenshots of full thread of text messages between Blake Farmer and Kat's assistant (KVD00054-70) | | |
| 250 | Screenshot of "Artmajeur" webpage showing sale of "Silence" Photograph (KVD004142) | | |
| 251 | Screenshot of Jazz & Blues Masters website, Unsigned Posters page (KVD000135) | | |
| 252 | Screenshot of Jazz & Blues Masters website, Signed Posters page (KVD000134) | | |
| 253 | Full and complete "TATTOOS" video compilation on Kat Von D's Instagram account | | |
| 254 | 7/19/02 photography invoice (JSP002328) | | |
| 255 | 12/30/02 invoice (JSP002460) | | |
| 256 | 2008 invoice (JSP002825) | | |
| 257 | 1/31/00 photography invoice (JSP003242) | | |
| 258 | 1/9/18 license agreement (JSP002972-2974) | | |
| 259 | Fax from Sedlik to Weber – September 14, 1996 (JSP002412) | | |

| NO. | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| 260 | Email between Sedlik and Stradford – January 7, 2020 (JSP007299-7304) | | |
| 261 | Email from Sedlik to Michael Davis – November 19, 2017 (JSP007774-7776) | | |
| 262 | @thekatvond Instagram post – December 2, 2021 (KVD000143) | | |
| 263 | @thekatvond Instagram post – April 19, 2020 (KVD000142) | | |
| 264 | @thekatvond Instagram post – April 18, 2020 (KVD00014) | | |
| 265 | @thekatvond Instagram post April 18, 2020 (KVD000140) | | |
| 266 | @thekatvond Instagram post – April 22, 2019 (KVD000139) | | |
| 267 | @thekatvond Instagram post October 16, 2017 (KVD000136-138) | | |
| 268 | Jeffrey Sedlik's Miles Davis Poster Order Form (JSP000528-550) | | |
| 269 | Jeffrey Sedlik's Miles Davis Photo Reel (JSP003021-22) | | |
| 270 | Jeffrey Sedlik's Miles Davis Photo Reel (JSP002612) | | |
| 271 | Jeffrey Sedlik's Miles Davis Photo Reel (JSP003027-29) | | |
| 272 | Jeffrey Sedlik's Miles Davis Photo Reel (JSP003030-36) | | |
| 273 | Copyright Registration for "Go Big or Go Home" TX 7-726-023 (no Bates number) | | |
| 274 | Copyright Registration for "High Voltage Tattoo" TX 6-945-067 (no Bates number) | | |
| 275 | Copyright Registration for "The Tattoo Chronicles" TX 7-299-679 (no Bates number) | | |
| 276 | Copyright Certificate of Registration No. VA 716-250 (JSP002508-2515) | | |
| 277 | Kat Von D "Go Big or Go Home" Copyright "Article" (JSP008122-8130) | | |

| NO. | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| 278 | "High Voltage Tattoo" By Kat Von D (JSP008131-8135) | | |
| 279 | "The Tattoo Chronicles" By Kat Von D (JSP008136-8137) | | |
| 280 | Print out from Jeffrey Sedlik's website titled "Sedlik Studio Info" (JSP007945-7950) | | |
| 281 | Expert of a Youtube Video of Kat Von D discussing artists. (JSP007930) | | |
| 282 | Expert of a Youtube Video of Kat Von D discussing artists. (JSP007931) | | |
| 283 | Expert of a Youtube Video of Kat Von D discussing artists. (JSP007932) | | |
| 284 | Expert of a Youtube Video of Kat Von D discussing artists. (JSP007933) | | |
| 285 | Expert of a Youtube Video of Kat Von D discussing artists. (JSP007934) | | |
| 286 | Expert of a Youtube Video of Kat Von D discussing artists. (JSP007935) | | |
| 287 | Expert of a Youtube Video of Kat Von D discussing artists. (JSP007936) | | |
| 288 | Expert of a Youtube Video of Kat Von D discussing artists. (JSP007937) | | |
| 289 | Expert of a Youtube Video of Kat Von D discussing artists. (JSP007938) | | |
| 290 | Expert of a Youtube Video of Kat Von D discussing artists. (JSP007939) | | |
| 291 | Expert of a Youtube Video of Kat Von D discussing artists. (JSP007943) | | |
| 292 | Expert of a Youtube Video of Kat Von D discussing artists. (JSP007952) | | |
| 293 | Expert of a Youtube Video of Kat Von D discussing artists. (JSP007961) | | |
| 294 | Expert of a Youtube Video of Kat Von D discussing artists. (JSP007974) | | |

///

///

DATED: October 25, 2022

| /s/ Jonah A. Grossbardt | /s/ Allen B. Grodsky |
|---|---|
| JONAH A. GROSSBARDT | ALLEN B. GRODSKY |
| MATTHEW L. ROLLIN | JOHN J. METZIDIS |
| JOEL B. ROTHMAN | **GRODSKY, OLECKI & PURITSKY LLP** |
| **SRIPLAW** | Attorneys for Defendants Katherine Van Drachenberg aka Kat Von D, Kat Von D, Inc., and High Voltage Tattoo, Inc. |
| Attorneys for Plaintiff Jeffrey B. Sedlik | |

## ATTESTATION

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Jonah A. Grossbardt

JONAH A. GROSSBARDT