Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Blvd.
Suite 350
Beverly Hills, CA 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Joel B. Rothman (admitted *pro hac vice*)
**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
Phone: (561) 404-435035
Fax Number: (561) 404-4353
joel.rothman@sriplaw.com

Attorneys for Plaintiff
JEFFREY B. SEDLIK

Allen B. Grodsky (SBN 111064)
John J. Metzidis (SBN 259464)
**GRODSKY, OLECKI & PURITSKY LLP**
11111 Santa Monica Boulevard
Suite 1070
Los Angeles, CA 90025
(310) 315-3009 – Telephone
(310) 315-1557 – Facsimile
allen@thegolawfirm.com
john@thegolawfirm.com

Attorneys for Defendants
Katherine Van Drachenberg aka Kat Von D, Kat Von D, Inc., and High Voltage Tattoo, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>  Plaintiff,<br><br>  vs.<br><br>KATHERINE VAN DRACHENBERG aka KAT VON D, KAT VON D, INC., and HIGH VOLTAGE TATTOO, INC.,<br><br>  Defendants. | Case No.: 2:21-cv-01102-DSF-MRW<br><br>**JOINT WITNESS LIST**<br><br>Judge: Dale S. Fischer |

Pursuant to Federal Rules of Civil Procedure 26(a)(3)(A)(i)-(ii), Local Rule 16-5, and Paragraph D.4 of the Jury Trial Order, Plaintiff JEFFREY B. SEDLIK ("Sedlik") and Defendants KATHERINE VAN DRACHENBERG and HIGH VOLTAGE TATTOO, INC. (collectively referred to herein as "Defendants") hereby disclose the following witnesses that they expect to present at trial, together with witnesses that it may present if the need arises, marked with a "*".

### PLAINTIFF'S WITNESS LIST:

| Name | Subject of Testimony | Estimated Time - Direct | Estimated Time - Cross |
|---|---|---|---|
| Jeffrey B. Sedlik | - Background<br>- Creation of Work (Validity)<br>- Registration of Work<br>- Infringement (Violation of 106 Rights)<br>- Value of Work (Damages)<br>- Continued Infringement (Need for Injunction) | 3:00 | 1:00 |
| Brad Lyon* | - Agent for High Voltage Tattoo | 0:30 | 0:15 |

## DEFENDANT'S WITNESS LIST:

| Name | Subject of Testimony | Estimated Time - Direct | Estimated Time - Cross |
|---|---|---|---|
| Katherine Van Drachenberg | Creation of tattoo and how photograph was used as a reference; meaning of tattoo; differences and lack of similarities between tattoo and photograph; transformativeness of the tattoo and other facts relevant to fair use factors; depictions of tattoo in social media and use of social media by Defendants; lack of awareness or reason to believe that use of photograph as a reference for a tattoo could constitute infringement. | 2:00 | 1:00 |
| Blake M. Farmer | Creation of tattoo; meaning of tattoo; display of tattoo to the jury. | 0:30 | 0:30 |
| Catherine Montie | Custom and practice in the tattoo industry regarding use of photographs as reference for tattoo. | 0:30 | 0:30 |

| David C. Lane* | (Same subjects as Montie; backup expert in case Montie were unavailable.) | (no additional time) | (no additional time) |
|---|---|---|---|
| Brad Lyon* | Lack of profitability of High Voltage Tattoo and closing of business | 0:30 | 0:15 |
| Jeffrey B. Sedlik (FRE 611(c)(2)) | Meaning and purpose of the photograph; publication of the photograph; licensing of the photograph and other information relevant of factor four; claimed discovery of the alleged infringement. | 0:30 | 0:30 |

DATED: October 25, 2022

/s/ Jonah A. Grossbardt
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
JOEL B. ROTHMAN
**SRIPLAW**
Attorneys for Plaintiff Jeffrey B. Sedlik

/s/ Allen B. Grodsky
ALLEN B. GRODSKY
JOHN J. METZIDIS
**GRODSKY, OLECKI & PURITSKY LLP**
Attorneys for Defendants Katherine Van Drachenberg aka Kat Von D, Kat Von D, Inc., and High Voltage Tattoo, Inc.

**ATTESTATION**

    Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                            */s/ Jonah A. Grossbardt*