| | |
|---|---|
| Jonah A. Grossbardt (State Bar No. 283584)<br>Matthew L. Rollin (State Bar No. 332631)<br>**SRIPLAW**<br>8730 Wilshire Blvd.<br>Suite 350<br>Beverly Hills, CA 90211<br>323.364.6565 – Telephone<br>561.404.4353 – Facsimile<br>jonah.grossbardt@sriplaw.com<br>matthew.rollin@sriplaw.com<br><br>Joel B. Rothman (admitted *pro hac vice*)<br>**SRIPLAW**<br>21301 Powerline Road, Suite 100<br>Boca Raton, FL 33433<br>Phone: (561) 404-435035<br>Fax Number: (561) 404-4353<br>joel.rothman@sriplaw.com<br><br>Attorneys for Plaintiff<br>JEFFREY B. SEDLIK | Allen B. Grodsky (SBN 111064)<br>John J. Metzidis (SBN 259464)<br>**GRODSKY, OLECKI & PURITSKY LLP**<br>11111 Santa Monica Boulevard<br>Suite 1070<br>Los Angeles, CA 90025<br>(310) 315-3009 – Telephone<br>(310) 315-1557 – Facsimile<br>allen@thegolawfirm.com<br>john@thegolawfirm.com<br><br>Attorneys for Defendants<br>Katherine Van Drachenberg aka Kat Von D, Kat Von D, Inc., and High Voltage Tattoo, Inc. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KATHERINE VAN DRACHENBERG aka KAT VON D, KAT VON D, INC., and HIGH VOLTAGE TATTOO, INC., | Case No.: 2:21-cv-01102-DSF-MRW<br><br>**STIPULATION TO CONTINUE PRETRIAL DOCUMENT DEADLINE**<br><br>Current Deadline: November 1, 2022<br>Proposed Deadline: November 4, 2022<br><br>Judge: Dale S. Fischer |

1 | Defendants.

Plaintiff JEFFREY B. SEDLIK ("Sedlik") and Defendants KATHERINE VAN DRACHENBERG aka KAT VON D, and HIGH VOLTAGE TATTOO, INC. ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Court granted the Parties' stipulation to continue trial and ordered that the Second Set of Trial Documents filed by November 1, 2022 (ECF 73);

WHEREAS, Plaintiff has requested that Defendants stipulate to a three-day extension, until November 4, 2022 to file the second set of trial dates;

WHEREAS, good cause exists because Plaintiff's counsel Matthew Rollin suffered a computer failure on October 31, 2022, losing time and pre-trial documents;

WHEREAS, Defendants' agree to the three-day extension to file the second set of trial documents;

WHEREAS, this request is being made solely by Plaintiff's counsel and Defendants' counsel is willing and able to file documents on the original deadline of November 1, 2022;

WHEREAS, the parties have been cooperating and working on completing the pretrial documents and preparing for trial;

WHEREAS, Defendants' counsel do not oppose Plaintiff's request for the short extension;

IT IS HEREBY STIPULATED, **subject to approval of the Court**, that the Parties will have until November 4, 2022, to file the Second Set of Trial Documents.

1  DATED: October 31, 2022

3  */s/ Jonah A. Grossbardt*  　　　　　　　　　　*/s/ John J. Metzidis (with permission)*
4  JONAH A. GROSSBARDT 　　　　　　　　　ALLEN B. GRODSKY
   MATTHEW L. ROLLIN 　　　　　　　　　　JOHN J. METZIDIS
5  JOEL B. ROTHMAN (Pro Hac Vice) 　　　　**GRODSKY, OLECKI & PURITSKY LLP**
6  **SRIPLAW** 　　　　　　　　　　　　　　Attorneys for Defendants Katherine
   Attorneys for Plaintiff Jeffrey B. 　　　　　Van Drachenberg aka Kat Von D, Kat
7  Sedlik 　　　　　　　　　　　　　　　　Von D, Inc., and High Voltage Tattoo,
   　　　　　　　　　　　　　　　　　　　　Inc.

**ATTESTATION**

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT