# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; et al.,<br><br>Defendants. | Case No.: 2:21-cv-01102-DSF-MRWx<br><br>**ORDER GRANTING THE PARTIES STIPULATION TO CONTINUE PRETRIAL DOCUMENT DEADLINE** |

Before the Court is the parties' Stipulation To Continue Pretrial Document Deadline.

The Court, having considered the Stipulation and having found good cause, thereby **ORDERS** that the Motion is **GRANTED**.

The Parties will have up to and including November 4, 2022 to file the second set of pretrial documents.

IT IS SO ORDERED.

DATED: October 31, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE