Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Blvd., Suite 350
Beverly Hills, CA 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Joel B. Rothman (admitted *pro hac vice*)
**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile
Joel.rothman@sriplaw.com

Attorneys for Plaintiff
JEFFREY B. SEDLIK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK, <br><br> Plaintiff, <br><br> v. <br><br> KATHERINE VAN DRACHENBERG aka KAT VON D, KAT VON D, INC., and HIGH VOLTAGE TATTOO, INC. <br><br> Defendants. | Case No.: 2:21-cv-01102-DSF-MRW <br><br> **PLAINTIFF'S CASE SPECIFIC PROPOSED VOIR DIRE** |

Plaintiff JEFFREY B. SEDLIK ("Sedlik"), by and through his undersigned counsel, and pursuant to the Court's Order at ECF 19, hereby file his Case Specific Proposed Voir Dire Questions.

**Sedlik's Proposed Additional Voir Dire Questions:**

1. Are you familiar with or know any of the Parties or their attorneys?
2. Do you know any of the witnesses who may testify:
   a. Jeffrey B. Sedlik
   b. Katherine Van Drachenberg
   c. Blake M. Farmer
   d. Catherine Montie
   e. David C. Lane
   f. Brad Lyon
3. Are you familiar with or know anyone on the Jury Panel, or who works in this Court?
4. What occupation(s) have you worked in for the past 10 years?
5. What occupations have your spouse/significant other worked in for the past 10 years?
6. Have you or a close relative ever worked in the legal profession?
7. Have you ever been sued or had a claim filed against you? If yes, what was the nature of the matter and were you satisfied or dissatisfied with the outcome?
8. Have you or a close family member ever filed a lawsuit or claim against someone else before? If yes, what was the nature of the matter and were you satisfied or dissatisfied with the outcome?
9. Have you or a close family member ever been sued by someone else before? If yes, what was the nature of the matter and were you satisfied or dissatisfied with the outcome?

10. Have you ever been a witness in a trial of any type? If yes, please explain your role and the nature of the trial.

11. Have you ever registered anything with the U.S. Copyright Office or the U.S. Patent and Trademark Office? Have you ever claimed to own a copyright?

12. Have you ever worked for an employer that sought patents, copyrights, or trademarks? If yes, please explain.

13. Have you ever been to High Voltage Tattoo, Inc.?

14. Are you familiar with television shows called Miami Ink or LA Ink?

15. Have you ever worked in photography?

16. Have you ever considered yourself an amateur photographer?

17. Do you have strong feelings for or against photography or photographers?

18. Do you have any tattoos?

19. Do any of your family members or loved ones have tattoos?

20. Do you have strong feelings for or against tattoos?

21. Do you have social media accounts, e.g., Facebook, Instagram and Twitter

22. Do you regularly read social media?

23. Do you regularly post on social media?

24. Do you have strong feelings for or against social media use?

DATED: November 4, 2022         Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
JOEL B. ROTHMAN (Pro Hac Vice)
**SRIPLAW**
Attorneys for Plaintiff Jeffrey B. Sedlik