GRODSKY, OLECKI & PURITSKY LLP
Allen B. Grodsky (SBN 111064)
*allen@thegolawfirm.com*
John J. Metzidis (SBN 259464)
*john@thegolawfirm.com*
11111 Santa Monica Boulevard, Suite 1070
Los Angeles, California 90025
Telephone: (310) 315-3009
Facsimile: (310) 315-1557

Attorneys for Defendants
Katherine Von Drachenberg, Kat Von D, Inc.,
and High Voltage Tattoo, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01102-DSF-MRWx<br><br>Before the Hon. Dale S. Fischer, U.S. District Judge<br><br>**STIPULATION TO AMEND PRE-TRIAL CONFERENCE ORDER AND SCHEDULING ORDER TO ALLOW DEFENDANTS (1) TO TAKE ONE-HOUR REMOTE DEPOSITION OF BRYAN VANEGAS; AND (2) TO TAKE ONE-HOUR REMOTE DEPOSITION OF PLAINTIFF SEDLIK**<br><br>[*Proposed Order lodged concurrently herewith*]<br><br>Action filed: February 7, 2021<br>FPTC: November 14, 2022<br>Trial: December 13, 2022 |

Plaintiff Jeffrey Sedlik ("Plaintiff"), on one hand, and Defendants Katherine Von Drachenberg and High Voltage Tattoo, Inc. (together, "Defendants"), on the other hand, by and through their counsel of record, enter into this stipulation with respect to the following recitals:

WHEREAS one of the issues about which the parties conducted discovery was whether Plaintiff Sedlik had previously entered into any licenses that allowed for the copyrighted photograph that is the subject of this action to be used as a reference to create a tattoo;

WHEREAS Sedlik testified at his deposition that at least one such license existed, but he was not able to locate it and could not recall the name of the licensee;

WHEREAS on November 2, 2022, Sedlik produced for the first time in this case a document (Bates-numbered JSP008196-97) that purports to be a written retroactive license to use the copyrighted photograph as a reference by a tattoo artist to create a tattoo;

WHEREAS this document indicates that the licensee for this purported retroactive license is someone named Bryan Vanegas;

WHEREAS Defendants and their counsel had no knowledge of Bryan Vanegas, or that he was a beneficiary of this purported license, prior to November 2, 2022;

WHEREAS, Brian Vanegas is located on the east coast and cannot be compelled to testify in person at trial; and

NOW, THEREFORE, THROUGH COUNSEL OF RECORD, <u>AND SUBJECT TO APPROVAL OF THE COURT</u>, THE PARTIES STIPULATE AS FOLLOWS:

1. Paragraph 9 of the Final Pre-Trial Conference Order, which provides that "All Discovery is Complete," is amended to provide that "All discovery is complete except for a one-hour remote deposition of Bryan Vanegas, and a one-

hour remote deposition of Plaintiff Sedlik, to be scheduled by Defendants at dates and times convenient to all counsel and the deponents."

       2.      The Court's Order Re: Jury Trial (Dkt. 19) is amended to provide that Discovery Cut-Off is 2/1/2022, except for the two depositions set forth in Paragraph 1 herein above.

       3.      Following the depositions of Mr. Vanegas and Mr. Sedlik, counsel for the parties are ordered to meet-and-confer promptly regarding any further resulting amendments to the joint witness list or the joint exhibit list, including whether to include Mr. Vanegas as a witness testifying by deposition.

Dated: November 8, 2022

Respectfully submitted,

GRODSKY, OLECKI & PURITSKY LLP
  Allen B. Grodsky
  John J. Metzidis

By:   /s/ Allen B. Grodsky
              Allen B. Grodsky

Attorneys for Defendants Katherine Von Drachenberg and High Voltage Tattoo, Inc.

Dated: November 8, 2022

SRIPLAW
  Joel B. Rothman
  Jonah A. Grossbardt
  Matthew L. Rollin

By:   /s/ Matthew L. Rollin (w/ permission)
              Matthew L. Rollin

Attorneys for Plaintiff Jeffrey B. Sedlik

**COMPLIANCE WITH LOCAL RULE 5-4.3.4**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: November 8, 2022     By:  /s/ Allen B. Grodsky
                                  Allen B. Grodsky