1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01102-DSF-MRWx<br><br>Before the Hon. Dale S. Fischer, U.S. District Judge<br><br>**ORDER STIPULATION TO AMEND PRE-TRIAL CONFERENCE ORDER AND SCHEDULING ORDER TO ALLOW DEFENDANTS (1) TO TAKE ONE-HOUR REMOTE DEPOSITION OF BRYAN VANEGAS; AND (2) TO TAKE ONE-HOUR REMOTE DEPOSITION OF PLAINTIFF SEDLIK**<br><br>Action filed: February 7, 2021<br>FPTC: November 14, 2022<br>Trial: December 13, 2022 |

1       The Court, having received the "Stipulation to Amend Pre-Trial Conference Order and Scheduling Order to Allow Defendants (1) To Take One-Hour Remote Deposition of Bryan Vanegas and (2) To Take One-Hour Remote Deposition of Plaintiff Sedlik," filed by Plaintiff Jeffrey Sedlik ("Plaintiff"), on one hand, and Defendants Katherine Von Drachenberg and High Voltage Tattoo, Inc. (together, "Defendants"), and good cause appearing therefor, hereby ORDERS as follows:

   1.   The stipulation is approved.

   2.   Paragraph 9 of the Final Pre-Trial Conference Order, which provides that "All Discovery is Complete," is HEREBY AMENDED to provide that "All discovery is complete except for a one-hour remote deposition of Bryan Vanegas, and a one-hour remote deposition of Plaintiff Sedlik, to be scheduled by Defendants at dates and times convenient to all counsel and the deponents."

   3.   The Court's Order Re: Jury Trial (Dkt. 19) is amended to provide that Discovery Cut-Off is 2/1/2022, except for the two depositions set forth in Paragraph 1 herein above.

   4.   Following the depositions of Mr. Vanegas and Mr. Sedlik, counsel for the parties are ordered to meet-and-confer promptly regarding any further resulting amendments to the joint witness list or the joint exhibit list, including whether to include Mr. Vanegas as a witness testifying by deposition.

   IT IS SO ORDERED.

DATED: November 8, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE