Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Blvd., Suite 350
Beverly Hills, CA 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Joel B. Rothman (admitted pro hac vice)
**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile
Joel.rothman@sriplaw.com

Attorneys for Plaintiff
JEFFREY B. SEDLIK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>        Plaintiff,<br><br>    vs.<br><br>KATHERINE VAN DRACHENBERG aka KAT VON D, KAT VON D, INC., and HIGH VOLTAGE TATTOO, INC.,<br><br>        Defendants. | Case No.:  2:21-cv-01102-DSF-MRW<br><br>**DECLARATION OF JOEL B. ROTHMAN IN SUPPORT OF SRIPLAW'S MOTION TO WITHDRAW AS COUNSEL** |

I, Joel B. Rothman, declare and say:

1

1. I am an attorney licensed via Pro Hac Vice to practice before this Court, and I am counsel for Plaintiff Jeffrey B. Sedlik ("Sedlik") in the above-captioned matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth herein.

2. Irreconcilable differences that preclude SRIP and its attorneys from continuing to represent Mr. Sedlik in this matter have arisen.

3. There has been a break-down in the attorney-client relationship between Sedlik and SRIP.

4. The relationship between Mr. Sedlik and SRIP and its attorneys has broken down making it impossible for SRIP and its attorneys to continue to represent Mr. Sedlik in this action.

5. There has been a breakdown in trust, confidence, and communication between attorneys and client.

6. Trial is scheduled for the near future and SRIP and its attorneys cannot effectively represent Mr. Sedlik at trial due to an insurmountable dispute that has arisen between counsel and Mr. Sedlik.

7. The motion is not made due to a failure to pay.

8. The engagement agreement with Mr. Sedlik permits SRIP and its attorneys to withdraw under these circumstances.

9. On November 15, 2022, I informed Defendants' Counsel that SRIP could not continue as counsel for Mr. Sedlik and would need to withdraw as counsel.

10. Defendants' Counsel informed SRIP that the defendants did not oppose SRIP's withdrawal.

11. Defendants' Counsel informed SRIP that they reserve the right to oppose any continuance of the trial, but that they did not oppose the motion to withdraw.

12. On November 15, 2022, I informed Mr. Sedlik that SRIP and its attorneys would be filing a motion to withdraw as counsel of record for Mr. Sedlik in this action.

13. Mr. Sedlik indicated that he intended to identify and retain counsel to advise him regarding the withdrawal by our firm and its attorneys.

14. Mr. Sedlik also stated that he did not consent to our firm withdrawing at this time.

15. Mr. Sedlik also requested that I make certain representations to the court on his behalf. I advised Mr. Sedlik that due to the breakdown of the attorney-client relationship I could not make further representations on his behalf.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2022.

/s/ *Joel B. Rothman*
Joel B. Rothman