**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual, <br><br> Plaintiff, <br><br> v. <br><br> KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; et al., <br><br> Defendants. | Case No.: 2:21-cv-01102-DSF-MRWx <br><br> **[PROPOSED] ORDER GRANTING SRIPLAW'S *EX PARTE* MOTION TO WITHDRAW** |

Before the Court is SRIPLAW's *ex parte* Motion to Withdraw as Counsel for Plaintiff Jeffrey B. Sedlik.

The Court, having considered the motion and having found good cause, thereby **ORDERS** that the Motion is **GRANTED**.

**SO ORDERED.**

DATED:

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2:21-cv-01102-DSF-MRWx