UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-01102-DSF (MRWx) | Date | November 14, 2022 |
|---|---|---|---|
| Title | Jeffrey B. Sedlik v. Katherine Von Drachenberg, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Renee Fisher | Judy Moore |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jonah Adam Grossbardt<br>Joel B. Rothman | Allen B. Grodsky<br>John J. Metzidis |

**Proceedings:** FINAL PRETRIAL CONFERENCE (Held and Completed)

The matter is called and counsel state their appearances.

Pretrial Conference is held. The Court and counsel confer as to the relevance of the *Warhol* action.

Plaintiff describes the claims he is pursuing. The parties are to review the submitted documents, including the pretrial conference order, and provide amended versions where applicable.

The parties are to provide the exhibits to the Court no later than November 21, 2022.

The parties will be given 6 hours each to present their evidence at trial, which does not include closing arguments.

The Court provides tentative rulings on the motions in limine. A written order will be issued.

The parties are to meet and confer and provided amended jury instructions in accordance with the Court's instructions no later than November 22, 2022. Counsel are to provide the Court with a clean set of jury instructions in Word to the Judge's chambers email.

The Court encourages the parties to continue settlement talks. Trial remains scheduled for December 13, 2022 at 8:30 a.m.