GRODSKY, OLECKI & PURITSKY LLP
Allen B. Grodsky (SBN 111064)
*allen@thegolawfirm.com*
John J. Metzidis (SBN 259464)
*john@thegolawfirm.com*
11111 Santa Monica Boulevard, Suite 1070
Los Angeles, California 90025
Telephone:  (310) 315-3009
Facsimile:   (310) 315-1557

Attorneys for Defendants
Katherine Von Drachenberg, Kat Von D, Inc.,
and High Voltage Tattoo, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:21-cv-01102-DSF-MRWx <br><br> Before the Hon. Dale S. Fischer, U.S. District Judge <br><br> **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S COUNSEL'S EX PARTE APPLICATION TO WITHDRAW** <br><br> Action filed:  February 7, 2021 <br> FPTC:           November 14, 2022 <br> Trial:            December 13, 2022 |

Defendants hereby confirm that they do not oppose the ex parte application to withdraw filed by Plaintiff's counsel on November 15, 2022. Dkt. 110.

To the extent Plaintiff requests or is requesting a trial continuance, Defendants do not prefer a trial continuance and are prepared to go forward with the trial as scheduled on December 13, 2022. Defendants note that the case has already been continued two times at the request of Plaintiff: from July 26 to September 20 (Dkts. 61, 67), and from September 20 to December 13 (Dkts. 72, 73).

If the Court orders a continuance of the December 13 trial date, Defendants request that the continued trial date not be prejudicial to Defendants and their counsel. Defendants' counsel are currently committed to another trial scheduled to begin on January 9, 2023 in Orange County Superior Court, and expected to last for 7 court days.

Dated:  November 15, 2022             Respectfully submitted,

GRODSKY, OLECKI & PURITSKY LLP
  Allen B. Grodsky
  John J. Metzidis

By:   /s/ Allen B. Grodsky
        Allen B. Grodsky

Attorneys for Defendants Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc.