UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-01102-DSF (MRWx) | Date | November 21, 2022 |
|---|---|---|---|
| Title | Jeffrey B. Sedlik v. Katherine Von Drachenberg, et al. | | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Renee Fisher | Judy Moore |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Matthew Rollin<br>Joel B. Rothman | Allen B. Grodsky |

Also present, Jeffrey B. Sedlik

**Proceedings:**   MOTION HEARING (Held and Completed)

EX PARTE APPLICATION of Joel B. Rothman, Jonah A. Grossbardt, and Matthew L. Rollin - and SRIPLAW, P.A. TO WITHDRAW AS ATTORNEY [110]

The matter is called and counsel state their appearances.

Court questions counsel as stated in court and on the record on above motion and invites counsel to present their oral arguments.  Arguments by counsel are heard.  The Court grants the motion.  Counsel is to file a declaration providing the contact information for plaintiff.

Plaintiff will have 60 days to obtain new counsel.

The trial date and current deadlines are vacated.  The case is stayed pending the U.S. Supreme Court's decision in <u>Andy Warhol Foundation v. Goldsmith</u>.