# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Stacey Ferguson |
| 2a. Contact Phone Number | 310-315-3009 |
| 3a. Contact E-mail Address | stacey@thegolawfirm.com |
| 1b. Attorney Name (if different) | John J. Metzidis |
| 2b. Attorney Phone Number | 310-315-3009 |
| 3b. Attorney E-mail Address | john@thegolawfirm.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Grodsky, Olecki & Puritsky LLP
11111 Santa Monica Blvd., Suite 1070
Los Angeles, CA 90025

5. Name & Role of Party Represented: Katherine Von Drachenberg, Defendant
6. Case Name: Sedlik v. Von Drachenberg
7a. District Court Case Number: 2:21-cv-01102-DSF-MRW
7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Patricia A. Cuneo

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal ☒ Non-Appeal  ☐ Criminal ☒ Civil  ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| Hearing Date | Minute Order Docket# | Judge | Proceeding Type / Portion | Format | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|
| 11/21/2022 | 118 | Dale Fischer | Ex Parte Application of Rothman, Grossbardt, Rollin and SRIPLAW, P.A. to Withdraw as Attorneys of Record | PDF (email) ● | ● | Ordinary-30 |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 11/21/2022    Signature: *[signed] Stacey Ferguson*

G-120 (06/18)