Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Blvd., Suite 350
Beverly Hills, CA 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Joel B. Rothman (admitted pro hac vice)
**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile
Joel.rothman@sriplaw.com

Attorneys for Plaintiff
JEFFREY B. SEDLIK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE VAN DRACHENBERG aka KAT VON D, KAT VON D, INC., and HIGH VOLTAGE TATTOO, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01102-DSF-MRW<br><br>**DECLARATION OF MATTHEW L. ROLLIN PROVIDING CONTACT INFORMATION** |

I, Matthew L. Rollin, declare and say:

1

1. I am an attorney duly-licensed to practice before this Court, and I am former counsel for Plaintiff Jeffrey B. Sedlik ("Sedlik") in the above-captioned matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth herein.

2. On November 21, 2022, the Court ordered Plaintiff's former counsel to file a declaration with the contact information of Plaintiff, Mr. Jeffrey B. Sedlik. (ECF 118).

3. Address:

    145 North Sierra Madre Blvd; Studio 4

    Pasadena, California 91107

4. Phone Number: (626) 808-0000

5. Email: Sedlik@artcenter.edu

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2022.

                                        */s/ Matthew L. Rollin*
                                         Matthew L. Rollin