## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JEFFREY B. SEDLIK, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 21-1102 DSF (MRWx) |
| v. | |
| KATHERINE VON DRACHENBERG; HIGH VOLTAGE TATTOO, INC., | ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by JEFFREY B. SEDLIK is hereby:

☑ **GRANTED**

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: November 23, 2022

*/s/ Dale S. Fischer*
United States District

☐ DENIED

Comments:

Dated: _____

United States District/Magistrate Judge

CV-05 Order (12/15)   ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING