```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                       WESTERN DIVISION

 4       THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

 5


 6   JEFFREY B. SEDLIK,                  )
                                         )
 7                    Plaintiff,         )
                                         )
 8                                       )
            v.                           )  No. CV 21-1102-DSF-MRW
 9                                       )
     KATHERINE VON DRACHENBERG an        )
10   individual also known as Kat Von D, )
                                         )
11                    Defendant.         )
     _____)
12

13

14

15           REPORTER'S TRANSCRIPT OF PROCEEDINGS

16

17                  Los Angeles, California

18            Monday, November 21, 2022, 1:29 P.M.

19               Motion to Withdraw as Attorney

20
                              PAT CUNEO CSR 1600, CRR-CM
21                            Official Reporter
                              First Street Courthouse
22                            Room 4311
                              350 West 1st Street
23                            Los Angeles, California 90012
                              213-894-1782
24                            patcuneo1600@gmail.com
                              www.patcuneo.com
25
```

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:      SRIPLAW PA
                             BY:  JOEL B. ROTHMAN, ATTORNEY AT LAW
 3                           AND  MATTHEW ROLLIN, ATTORNEY AT LAW
                             21301 Powerline Road
 4                           Suite 100
                             Boca Raton, Florida  33433
 5                           561-404-4350
                             joel.rothman@sriplaw.com
 6

 7   FOR THE DEFENDANT:      GRODSKY OLECKI & PURITSKY LLP
                             BY:  ALLEN B. GRODSKY, ATTORNEY AT LAW
 8                           11111 Santa Monica Boulevard
                             Suite 1070
 9                           Los Angeles, California  90025
                             310-315-3009
10                           allen@thegolawfirm.com
```

1 **LOS ANGELES, CALIF.; MONDAY, NOVEMBER 21, 2022; 1:29 P.M.**
2 -oOo-
3 THE CLERK: Please remain seated and come to
4 order. This United States District Court is again in
5 session.
6 Case No. CV 21-1102-DSF, Jeffrey B. Sedlik v.
7 Katherine Von Drachenberg, et al.
8 Please state your appearances.
9 MR. ROTHMAN: Joel Rothman and Matthew Rollin of
10 Sriplaw for the plaintiff. Mr. Sedlik is also here at the
11 other side of counsel table.
12 Good morning, Your Honor.
13 THE COURT: Good morning. Good afternoon.
14 MR. GRODSKY: Allan Grodsky on behalf of the
15 defendant.
16 THE COURT: Good afternoon.
17 All right. What's going on here?
18 MR. ROTHMAN: Well, Your Honor, after the hearing
19 last week, my client and I had discussions outside that
20 continued; and he made it very clear that he disagreed with
21 statements I made in court.
22 He instructed me to correct them. The statements
23 that I made were ones that we had previously agreed in terms
24 of the strategy and the case moving forward and then
25 everything disintegrated from there.

1        Mr. Sedlik intends to move forward with this case
2   in a direction that I disagree with.  We cannot communicate
3   as a result and so we're seeking to withdraw.
4        The motion is laid out in our papers.  I also
5   understand that Mr. Sedlik contacted the Court directly in
6   the letter dated November 15th in which he indicated that
7   he was going to obtain new representation and he was seeking
8   a continuance.
9        Since then, we've obtained the transcript.  I've
10  -- we've filed our motion and Mr. Sedlik is here and
11  opposing counsel indicated that they didn't oppose the
12  motion.
13       THE COURT:  So I'm assuming -- maybe I'm reading
14  between the lines incorrectly -- that this is more than a
15  mere disagreement about strategy which ordinarily would be
16  controlled by the client?
17       MR. ROTHMAN:  It is more than a mere disagreement
18  about strategy, Your Honor.  I've -- I don't how much detail
19  Your Honor would like but in general --
20       THE COURT:  Well, you don't need to give me any
21  more detail right now.
22       MR. ROTHMAN:  Okay.
23       THE COURT:  Let me hear from Mr. Sedlik.  Did you
24  want to say something to me, sir?
25       THE PLAINTIFF:  If I may, Your Honor.

1               THE COURT:  Yes.
2               THE PLAINTIFF:  So first in response to my counsel
3    who I respect, he's a respected attorney.  This disagreement
4    is not merely stylistic.  It's not something about emphasis.
5    He made statements during the hearing that were counter to
6    my positions in the case, statements that I had never agreed
7    to and statements for which I had given him express
8    information indicating the opposite of what he was saying as
9    recently as the day before the hearing.
10              And the reason that I wrote to the Court was
11   because actually during the hearing I expressed my
12   objections to counsel in writing on a pad saying:  Retract
13   that.  That's not correct.  I object, et cetera.
14              And he responded back on that pad:  No, I will
15   not, repeatedly, and I was in shock and dismayed and
16   disturbed and kept asking him to correct his statements, to
17   adhere to my legal positions in the case and he refused.
18              The conversation did continue outside and then
19   when I asked him to please contact the Court to advise that
20   he had not correctly represented my legal positions in the
21   case, he declined and at that time said that he would --
22   that I would need to pursue the case *Pro Se* or find another
23   counsel.
24              That night I wrote to him again to ask him to
25   please contact the Court and the defense so that the

1   defendants would not be prejudiced by the information that
2   he presented here that doesn't represent my positions.
3           And he -- I don't want to get into the substance
4   of the discussions but he declined.  And then I sent a few
5   more messages back and forth and it wasn't going anywhere.
6           The reason that I opposed or that I did not
7   consent to his withdrawal was that I'm unrepresented and
8   Your Honor has an order for exhibits to be produced today.
9           There was a deposition scheduled for today.
10          Tomorrow the jury instructions are supposed to be
11  revised and turned in and I'm not able to do that myself.
12  I'm not a lawyer and I need sufficient time to identify an
13  attorney who can correctly represent my positions in the
14  case and to correct the record and supplement the record
15  that was created in that hearing that's opposite to my
16  positions in the case in some instances.
17          THE COURT:  Well, what are you doing to find
18  another lawyer?
19          THE PLAINTIFF:  Since that day, I've been in
20  contact with six attorneys so far.  They've asked me
21  questions about the case.  They've requested documentation.
22  I've provided them with access to the docket and additional
23  information.
24          I intend to retain an attorney as quickly as
25  possible but, Your Honor, the docket is fairly extensive,

perhaps not as extensive as many of your cases but nevertheless fairly extensive; and whoever I retain is going to need time to come up to speed and be able to come back in and represent my positions in the case.

And one of those issues and without -- again, without getting into specifics on the infringements or anything like that. But the whole discussion about Warhol was opposite of my position and opposite of my previous efforts in this case to communicate with the defense to reach agreement on a stay in this matter.

Because I completely disagree with the statements that my counsel as to the relevance of the Warhol case to this case; and I am involved in the Warhol case directly as an expert on whose opinion was relied by the Second Circuit; and I submitted an *amicus* brief, et cetera.

I know that case and I know it's relevant to precisely the points that are at issue in this case and I don't want to try this case twice. I don't want to use the Court's time to try it twice. And for that reason, we made an earlier effort which was rejected by opposing counsel.

And I made that known to my counsel and I have never represented that I would not accept an opportunity such as what Your Honor seemed to present tentatively for us to wait for that Warhol decision because it will inevitably cause us to have to redo everything in this case.

1          THE COURT:  All right.
2          I'll hear from the defense.  You indicated you
3    weren't necessarily going to agree to a continuance; but if
4    I'm remembering correctly -- and I haven't had the chance
5    today to check it in the transcript -- you were the ones
6    that wanted the stay or, you know, you threw it back in my
7    lap which is where everything lands anyway.  But then all of
8    a sudden, you didn't want one so --
9          MR. GRODSKY:  Well, Your Honor, this is obviously
10   a difficult situation and I recognize we have a problem
11   here.  I -- if -- it would make sense to me if the Court
12   wanted to set a date by which, you know, to remove the trial
13   date as currently scheduled, set a date by which he needs to
14   get new counsel, and at that point we revisit whether we go
15   forward or whether we stay until the Warhol case is resolved
16   which, by the way, may not be until June.  We don't know.
17         THE COURT:  Not all that long in the scheme of
18   things compared to how long it takes to get back from some
19   other courts.
20         MR. GRODSKY:  That is true.  So that would make
21   sense to me.  If the Court decides to stay the matter, I
22   understand that.  As I said before, there are two issues
23   left in this case.  There's the substantial similarity and
24   there's fair use.  If we were to win on substantial
25   similarity, Warhol won't matter.

1      I do agree, though, that it is certainly possible
2 that the Supreme Court will make a decision in Warhol that
3 would effect the appropriate jury instructions in a fair use
4 decision.  It is likely to be the case that that will happen
5 and I understand that.
6      And I also -- and I'm certainly not interested in
7 trying this case twice as I'm sure I doubt anybody is.
8      THE COURT:  And that's why I was probably going to
9 stay it anyway.  But I do agree that I need to set a time
10 frame so that Mr. Sedlik has that in mind.  He can find
11 someone to represent him and then that person can
12 communicate with you and do what needs to be done to get
13 ready for the trial or maybe settle the case.  Maybe that
14 would be an opportunity to think about that again.
15      I don't know what else was said that Mr. Sedlik
16 apparently -- I should say -- says he did not authorize.  I
17 don't need to decide which of the people over here is being
18 more accurate because it's obvious that there's been an
19 irretrievable breakdown in the relationship between counsel
20 and their client.
21      So I'm going to relieve them and, Mr. Sedlik, I'll
22 give you 60 days to find new counsel to make an appearance.
23 That, I would think, would be plenty.  But if for some
24 reason you are diligently attempting to find someone and you
25 can't, you can certainly ask for additional time but that

1    would depend on your showing some diligence in the process.
2            In the meantime, we need your information to put
3    on the docket so that if counsel needs to contact you or the
4    Court needs to contact you, that's there.  So your counsel
5    will get that from you and provide it to me.
6            If you have to represent yourself because you
7    can't find counsel, then we have a *Pro Se* clinic that you
8    can contact for assistance and they can be reached based on
9    information that's on our website.
10           Counsel is ordered to provide Mr. Sedlik with his
11   file or copies of his file in a reasonable amount of time.
12   I think that should do it.
13           Anything else?
14           MR. GRODSKY:  I assume this is the case but the
15   current dates -- the trial date and the dates for submitting
16   revised jury instructions, I assume those are off calendar.
17           THE COURT:  Those dates are vacated and, as I
18   said, I will stay the case.  But I still want to have the
19   information on the docket in case we do need to contact
20   Mr. Sedlik.  If he finds counsel, they will obviously know
21   how to replace that with their information.
22           THE PLAINTIFF:  Your Honor, I have one request.
23           THE COURT:  Yes.
24           THE PLAINTIFF:  First of all, 60 days should be
25   sufficient, Your Honor, and I appreciate that.  I further

1  request the opportunity for my new counsel to supplement and
2  correct the record on the motions in limine and other issues
3  discussed in the hearing before the Court.  I mean, before
4  the Court in advance of the Court's issuance of an order on
5  the motions or other topics discussed at the hearing.
6           THE COURT:  Well, I'm not sure what all that means
7  but, generally, when something is done, it's done.  I
8  would -- I mean, counsel can file whatever counsel want to
9  file or *Pro Ses* can file; and anything that comes to the
10 window, we're required to take.
11          So if somebody comes in to represent you and he or
12 she feels that something needs to be supplemented, then that
13 person should contact opposing counsel and talk about a
14 stipulation to file something or, alternatively, a date for
15 Mr. Grodsky or his side to file whatever they want to file
16 in response to the supplement; and once -- if I get that
17 information, then I will decide what to do with it.
18          And that presumably means that whatever
19 depositions that I granted permission for is also going to
20 be stayed until the case is resumed.
21          Anything further?
22          THE PLAINTIFF:  Just for clarification for me
23 because I'm a layperson here, will I -- if I choose to
24 supplement, will I get that opportunity before Your Honor
25 issues an order that extends from the minutes or the

```
 1   preliminary minutes order that's on the docket?
 2            THE COURT:  I don't know what your question means.
 3   If you're asking me if I will withhold issuing my ruling
 4   until I get that documentation, yes.
 5            THE PLAINTIFF:  Thank you, Your Honor.
 6            THE COURT:  Anything else?
 7                    (No response.)
 8            THE COURT:  All right.  Thank you.
 9            THE CLERK:  Court's in recess.
10            (At 1:41 p.m., proceedings were concluded.)
11
12                          -oOo-
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**CERTIFICATE**

I, PAT CUNEO, CSR 1600, hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: November 24, 2022

/s/ _____

**PAT CUNEO, OFFICIAL REPORTER**
**CSR NO. 1600**

| | A | attorney [7] 1/19 2/2 2/3 2/7 5/3 6/13 6/24 | concluded [1] 12/10 | didn't [2] 4/11 8/8 |
|---|---|---|---|---|
| MR. GRODSKY: [4] 3/14 8/9 8/20 10/14 | able [2] 6/11 7/3 | attorneys [1] 6/20 | Conference [1] 13/9 | difficult [1] 8/10 |
| MR. ROTHMAN: [4] 3/9 3/18 4/17 4/22 | about [7] 4/15 4/18 5/4 6/21 7/7 9/14 11/13 | authorize [1] 9/16 | conformance [1] 13/8 | diligence [1] 10/1 |
| THE CLERK: [2] 3/3 12/9 | above [1] 13/7 | **B** | consent [1] 6/7 | diligently [1] 9/24 |
| THE COURT: [16] | above-entitled [1] 13/7 | back [5] 5/14 6/5 7/3 8/6 8/18 | contact [8] 5/19 5/25 6/20 10/3 10/4 10/8 10/19 11/13 | direction [1] 4/2 |
| THE PLAINTIFF: [7] 4/25 5/2 6/19 10/22 10/24 11/22 12/5 | accept [1] 7/22 | based [1] 10/8 | contacted [1] 4/5 | directly [2] 4/5 7/13 |
| | access [1] 6/22 | be [14] | continuance [2] 4/8 8/3 | disagree [2] 4/2 7/11 |
| | accurate [1] 9/18 | because [6] 5/11 7/11 7/24 9/18 10/6 11/23 | continue [1] 5/18 | disagreed [1] 3/20 |
| **-** | actually [1] 5/11 | been [2] 6/19 9/18 | continued [1] 3/20 | disagreement [3] 4/15 4/17 5/3 |
| -oOo [2] 3/2 12/12 | additional [2] 6/22 9/25 | before [5] 5/9 8/22 11/3 11/3 11/24 | controlled [1] 4/16 | discussed [2] 11/3 11/5 |
| **/** | adhere [1] 5/17 | behalf [1] 3/14 | conversation [1] 5/18 | discussion [1] 7/7 |
| /s [1] 13/15 | advance [1] 11/4 | being [1] 9/17 | copies [1] 10/11 | discussions [2] 3/19 6/4 |
| **1** | advise [1] 5/19 | between [2] 4/14 9/19 | correct [6] 3/22 5/13 5/16 6/14 11/2 13/5 | disintegrated [1] 3/25 |
| 100 [1] 2/4 | after [1] 3/18 | Boca [1] 2/4 | correctly [3] 5/20 6/13 8/4 | dismayed [1] 5/15 |
| 1070 [1] 2/8 | afternoon [2] 3/13 3/16 | Boulevard [1] 2/8 | counsel [21] | DISTRICT [3] 1/1 1/2 3/4 |
| 11111 [1] 2/8 | again [4] 3/4 5/24 7/5 9/14 | breakdown [1] 9/19 | counter [1] 5/5 | disturbed [1] 5/16 |
| 15th [1] 4/6 | agree [3] 8/3 9/1 9/9 | brief [1] 7/15 | court [13] 1/1 3/4 3/21 4/5 5/10 5/19 5/25 8/11 8/21 9/2 10/4 11/3 11/4 | DIVISION [1] 1/3 |
| 1600 [3] 1/20 13/3 13/16 | agreed [2] 3/23 5/6 | but [13] 4/19 6/4 6/25 7/1 7/7 8/3 8/7 9/9 9/23 9/25 10/14 10/18 11/7 | Court's [3] 7/19 11/4 12/9 | do [7] 6/11 9/1 9/9 9/12 10/12 10/19 11/17 |
| 1782 [1] 1/23 | agreement [1] 7/10 | **C** | Courthouse [1] 1/21 | docket [5] 6/22 6/25 10/3 10/19 12/1 |
| 1:29 [2] 1/18 3/1 | al [1] 3/7 | calendar [1] 10/16 | courts [1] 8/19 | documentation [2] 6/21 12/4 |
| 1:41 [1] 12/10 | all [7] 3/17 8/1 8/7 8/17 10/24 11/6 12/8 | CALIF [1] 3/1 | created [1] 6/15 | doesn't [1] 6/2 |
| 1st [1] 1/22 | Allan [1] 3/14 | CALIFORNIA [4] 1/2 1/17 1/23 2/9 | CRR [1] 1/20 | doing [1] 6/17 |
| **2** | Allan Grodsky [1] 3/14 | can [8] 6/13 9/10 9/11 9/25 10/8 10/8 11/8 11/9 | CRR-CM [1] 1/20 | don't [9] 4/18 4/20 6/3 7/18 7/18 8/16 9/15 9/17 12/2 |
| 2022 [3] 1/18 3/1 13/10 | allen [2] 2/7 2/10 | can't [2] 9/25 10/7 | CSR [3] 1/20 13/3 13/16 | done [3] 9/12 11/7 11/7 |
| 21 [2] 1/18 3/1 | also [5] 1/10 3/10 4/4 9/6 11/19 | cannot [1] 4/2 | CUNEO [3] 1/20 13/3 13/16 | doubt [1] 9/7 |
| 21-1102-DSF-MRW [1] 1/8 | alternatively [1] 11/14 | case [28] | current [1] 10/15 | DRACHENBERG [2] 1/9 3/7 |
| 213-894-1782 [1] 1/23 | am [1] 7/13 | Case No. CV 21-1102-DSF [1] 3/6 | currently [1] 8/13 | DSF [2] 1/8 3/6 |
| 21301 [1] 2/3 | amicus [1] 7/15 | cases [1] 7/1 | CV [2] 1/8 3/6 | during [2] 5/5 5/11 |
| 24 [1] 13/10 | amount [1] 10/11 | cause [1] 7/25 | **D** | **E** |
| 28 [1] 13/4 | Angeles [4] 1/17 1/23 2/9 3/1 | CENTRAL [1] 1/2 | DALE [1] 1/4 | earlier [1] 7/20 |
| **3** | another [2] 5/22 6/18 | certainly [3] 9/1 9/6 9/25 | date [6] 8/12 8/13 8/13 10/15 11/14 13/10 | effect [1] 9/3 |
| 3009 [1] 2/9 | any [1] 4/20 | CERTIFICATE [1] 13/1 | dated [1] 4/6 | effort [1] 7/20 |
| 310-315-3009 [1] 2/9 | anybody [1] 9/7 | certify [1] 13/3 | dates [3] 10/15 10/15 10/17 | efforts [1] 7/9 |
| 33433 [1] 2/4 | anything [5] 7/7 10/13 11/9 11/21 12/6 | cetera [2] 5/13 7/15 | day [2] 5/9 6/19 | else [3] 9/15 10/13 12/6 |
| 350 [1] 1/22 | anyway [2] 8/7 9/9 | chance [1] 8/4 | days [2] 9/22 10/24 | emphasis [1] 5/4 |
| **4** | anywhere [1] 6/5 | check [1] 8/5 | decide [2] 9/17 11/17 | entitled [1] 13/7 |
| 4311 [1] 1/22 | apparently [1] 9/16 | choose [1] 11/23 | decides [1] 8/21 | et [3] 3/7 5/13 7/15 |
| 4350 [1] 2/5 | appearance [1] 9/22 | Circuit [1] 7/14 | decision [3] 7/24 9/2 9/4 | et cetera [2] 5/13 7/15 |
| **5** | appearances [2] 2/1 3/8 | clarification [1] 11/22 | declined [2] 5/21 6/4 | everything [3] 3/25 7/25 8/7 |
| 561-404-4350 [1] 2/5 | appreciate [1] 10/25 | clear [1] 3/20 | defendant [3] 1/11 2/7 3/15 | exhibits [1] 6/8 |
| **6** | appropriate [1] 9/3 | client [3] 3/19 4/16 9/20 | defendants [1] 6/1 | expert [1] 7/14 |
| 60 [2] 9/22 10/24 | are [7] 6/10 6/17 7/17 8/22 9/24 10/16 10/17 | clinic [1] 10/7 | defense [3] 5/25 7/9 8/2 | express [1] 5/7 |
| **7** | as [16] | CM [1] 1/20 | depend [1] 10/1 | expressed [1] 5/11 |
| 753 [1] 13/4 | ask [2] 5/24 9/25 | Code [1] 13/4 | deposition [1] 6/9 | extends [1] 11/25 |
| **9** | asked [2] 5/19 6/20 | come [3] 3/3 7/3 7/3 | depositions [1] 11/19 | extensive [3] 6/25 7/1 7/2 |
| 90012 [1] 1/23 | asking [2] 5/16 12/3 | comes [2] 11/9 11/11 | detail [2] 4/18 4/21 | **F** |
| 90025 [1] 2/9 | assistance [1] 10/8 | communicate [3] 4/2 7/9 9/12 | did [4] 4/23 5/18 6/4 9/16 | fair [2] 8/24 9/3 |
| | assume [2] 10/14 10/16 | compared [1] 8/18 | | fairly [2] 6/25 7/2 |
| | assuming [1] 4/13 | completely [1] 7/11 | | far [1] 6/20 |
| | at [9] 2/2 2/3 2/7 3/10 5/21 7/17 8/14 11/5 12/10 | | | |
| | attempting [1] 9/24 | | | |

**F**

feels [1]  11/12
few [1]  6/4
file [8]  10/11 10/11 11/8 11/9 11/9 11/14 11/15 11/15
filed [1]  4/10
find [6]  5/22 6/17 9/10 9/22 9/24 10/7
finds [1]  10/20
first [3]  1/21 5/2 10/24
FISCHER [1]  1/4
Florida [1]  2/4
foregoing [1]  13/5
format [1]  13/7
forth [1]  6/5
forward [3]  3/24 4/1 8/15
frame [1]  9/10
further [2]  10/25 11/21

**G**

general [1]  4/19
generally [1]  11/7
get [8]  6/3 8/14 8/18 9/12 10/5 11/16 11/24 12/4
getting [1]  7/6
give [2]  4/20 9/22
given [1]  5/7
gmail.com [1]  1/24
go [1]  8/14
going [8]  3/17 4/7 6/5 7/2 8/3 9/8 9/21 11/19
Good [4]  3/12 3/13 3/13 3/16
granted [1]  11/19
GRODSKY [4]  2/7 2/7 3/14 11/15

**H**

had [6]  3/19 3/23 5/6 5/7 5/20 8/4
happen [1]  9/4
has [2]  6/8 9/10
have [7]  7/21 7/25 8/10 10/6 10/7 10/18 10/22
haven't [1]  8/4
he [21]
he's [1]  5/3
hear [2]  4/23 8/2
hearing [7]  3/18 5/5 5/9 5/11 6/15 11/3 11/5
held [1]  13/6
here [7]  3/10 3/17 4/10 6/2 8/11 9/17 11/23
hereby [1]  13/3
him [6]  5/7 5/16 5/19 5/24 5/24 9/11
his [5]  5/16 6/7 10/10 10/11 11/15
Honor [13]  3/12 3/18 4/18 4/19 4/25 6/8 6/25 7/23 8/9 10/22 10/25 11/24 12/5
HONORABLE [1]  1/4
how [3]  4/18 8/18 10/21

**I**

I'll [2]  8/2 9/21
I'm [11]  4/13 4/13 6/7 6/11 6/12 8/4 9/6 9/7 9/21 11/6 11/23
I've [4]  4/9 4/18 6/19 6/22
identify [1]  6/12
if [15]
incorrectly [1]  4/14
indicated [3]  4/6 4/11 8/2
indicating [1]  5/8
individual [1]  1/10
inevitably [1]  7/24
information [8]  5/8 6/1 6/23 10/2 10/9 10/19 10/21 11/17
infringements [1]  7/6
instances [1]  6/16
instructed [1]  3/22
instructions [3]  6/10 9/3 10/16
intend [1]  6/24
intends [1]  4/1
interested [1]  9/6
involved [1]  7/13
irretrievable [1]  9/19
is [24]
issuance [1]  11/4
issue [1]  7/17
issues [4]  7/5 8/22 11/2 11/25
issuing [1]  12/3
it [15]
it's [4]  5/4 7/16 9/18 11/7

**J**

JEFFREY [2]  1/6 3/6
JOEL [2]  2/2 3/9
Joel Rothman [1]  3/9
joel.rothman [1]  2/5
JUDGE [1]  1/4
Judicial [1]  13/8
June [1]  8/16
jury [3]  6/10 9/3 10/16
Just [1]  11/22

**K**

Kat [1]  1/10
KATHERINE [2]  1/9 3/7
kept [1]  5/16
know [8]  7/16 7/16 8/6 8/12 8/16 9/15 10/20 12/2
known [2]  1/10 7/21

**L**

laid [1]  4/4
lands [1]  8/7
lap [1]  8/7
last [1]  3/19
LAW [3]  2/2 2/3 2/7
lawyer [2]  6/12 6/18
layperson [1]  11/23
left [1]  8/23
legal [2]  5/17 5/20
Let [1]  4/23
letter [1]  4/6
like [2]  4/19 7/7
likely [1]  9/4
limine [1]  11/2
lines [1]  4/14
LLP [1]  2/7
long [2]  8/17 8/18
Los [4]  1/17 1/23 2/9 2/17

**M**

made [6]  3/20 3/21 3/23 5/5 7/19 7/21
make [4]  8/11 8/20 9/2 9/22
many [1]  7/1
matter [4]  7/10 8/21 8/25 13/7
MATTHEW [2]  2/3 3/9
Matthew Rollin [1]  3/9
may [2]  4/25 8/16
maybe [3]  4/13 9/13 9/13
me [10]  3/22 4/20 4/23 4/24 6/20 8/11 8/21 10/5 11/22 12/3
mean [2]  11/3 11/8
means [3]  11/6 11/18 12/2
meantime [1]  10/2
mere [2]  4/15 4/17
merely [1]  5/4
messages [1]  6/5
mind [1]  9/10
minutes [2]  11/25 12/1
Monday [2]  1/18 3/1
Monica [1]  2/8
more [5]  4/14 4/17 4/21 6/5 9/18
morning [2]  3/12 3/13
motion [4]  1/19 4/4 4/10 4/12
motions [2]  11/2 11/5
move [1]  4/1
moving [1]  3/24
Mr. [11]  3/10 4/1 4/5 4/10 4/23 9/10 9/15 9/21 10/10 10/20 11/15
Mr. Grodsky [1]  11/15
Mr. Sedlik [10]  3/10 4/1 4/5 4/10 4/23 9/10 9/15 9/21 10/10 10/20
MRW [1]  1/8
much [1]  4/18
my [17]
myself [1]  6/11

**N**

necessarily [1]  8/3
need [8]  4/20 5/22 6/12 7/3 9/9 9/17 10/2 10/19
needs [5]  8/13 9/12 10/3 10/4 11/12
never [2]  5/6 7/22
nevertheless [1]  7/2
new [4]  4/7 8/14 9/22 11/1
night [1]  5/24
No [4]  1/8 5/14 12/7 13/16
No. [1]  3/6
not [16]
November [4]  1/18 3/1 4/6 13/10
November 15th [1]  4/6
now [1]  4/21

**O**

object [1]  5/13
objections [1]  5/12
obtain [1]  4/7
obtained [1]  4/9
obvious [1]  9/18
obviously [2]  8/9 10/20
off [1]  10/16
Official [2]  1/21 13/16
Okay [1]  4/22
OLECKI [1]  2/7
on [16]
once [1]  11/16
one [3]  7/5 8/8 10/22
ones [2]  3/23 8/5
oOo [2]  3/2 12/12
opinion [1]  7/14
opportunity [4]  7/22 9/14 11/1 11/24
oppose [1]  4/11
opposed [1]  6/6
opposing [3]  4/11 7/20 11/13
opposite [4]  5/8 6/15 7/8 7/8
or [14]
order [5]  3/4 6/8 11/4 11/25 12/1
ordered [1]  10/10
ordinarily [1]  4/15
other [4]  3/11 8/19 11/2 11/5
our [3]  4/4 4/10 10/9
out [1]  4/4
outside [2]  3/19 5/18
over [1]  9/17

**P**

p.m [3]  1/18 3/1 12/10
PA [1]  2/2
pad [2]  5/12 5/14
page [1]  13/7
papers [1]  4/4
PAT [3]  1/20 13/3 13/16
patcuneo1600 [1]  1/24
people [1]  9/17
perhaps [1]  7/1
permission [1]  11/19
person [2]  9/11 11/13
plaintiff [3]  1/7 2/2 3/10
please [4]  3/3 3/8 5/19 5/25
plenty [1]  9/23
point [1]  8/14
points [1]  7/17
position [1]  7/8
positions [7]  5/6 5/17 5/20 6/2 6/13 6/16 7/4
possible [2]  6/25 9/1
Powerline [1]  2/3
precisely [1]  7/17
prejudiced [1]  6/1
preliminary [1]  12/1
present [1]  7/23
presented [1]  6/2
PRESIDING [1]  1/4
presumably [1]  11/18
previous [1]  7/8
previously [1]  3/23
Pro [3]  5/22 10/7 11/9
Pro Se [2]  5/22 10/7
Pro Ses [1]  11/9
probably [1]  9/8
problem [1]  8/10
proceedings [3]  1/15 12/10 13/6
process [1]  10/1
produced [1]  6/8
provide [2]  10/5 10/10
provided [1]  6/22
PURITSKY [1]  2/7
pursuant [1]  13/4
pursue [1]  5/22
put [1]  10/2

**Q**

question [1]  12/2
questions [1]  6/21
quickly [1]  6/24

**R**

Raton [1]  2/4
reach [1]  7/10
reached [1]  10/8
reading [1]  4/13
ready [1]  9/13
reason [4]  5/10 6/6 7/19 9/24
reasonable [1]  10/11
recently [1]  5/9
recess [1]  12/9
recognize [1]  8/10

**R**

**record [3]**  6/14 6/14 11/2
**redo [1]**  7/25
**refused [1]**  5/17
**regulations [1]**  13/8
**rejected [1]**  7/20
**relationship [1]**  9/19
**relevance [1]**  7/12
**relevant [1]**  7/16
**relied [1]**  7/14
**relieve [1]**  9/21
**remain [1]**  3/3
**remembering [1]**  8/4
**remove [1]**  8/12
**repeatedly [1]**  5/15
**replace [1]**  10/21
**reported [1]**  13/6
**Reporter [2]**  1/21 13/16
**REPORTER'S [1]**  1/15
**represent [6]**  6/2 6/13 7/4 9/11 10/6 11/11
**representation [1]**  4/7
**represented [2]**  5/20 7/22
**request [2]**  10/22 11/1
**requested [1]**  6/21
**required [1]**  11/10
**resolved [1]**  8/15
**respect [1]**  5/3
**respected [1]**  5/3
**responded [1]**  5/14
**response [3]**  5/2 11/16 12/7
**result [1]**  4/3
**resumed [1]**  11/20
**retain [2]**  6/24 7/2
**Retract [1]**  5/12
**revised [2]**  6/11 10/16
**revisit [1]**  8/14
**right [4]**  3/17 4/21 8/1 12/8
**Road [1]**  2/3
**ROLLIN [2]**  2/3 3/9
**Room [1]**  1/22
**ROTHMAN [2]**  2/2 3/9
**ruling [1]**  12/3

**S**

**said [4]**  5/21 8/22 9/15 10/18
**Santa [1]**  2/8
**say [2]**  4/24 9/16
**saying [2]**  5/8 5/12
**says [1]**  9/16
**scheduled [2]**  6/9 8/13
**scheme [1]**  8/17
**Se [2]**  5/22 10/7
**seated [1]**  3/3
**Second [1]**  7/14
**Section [1]**  13/4
**SEDLIK [12]**  1/6 3/6 3/10 4/1 4/5 4/10 4/23 9/10 9/15 9/21 10/10 10/20
**seeking [2]**  4/3 4/7
**seemed [1]**  7/23
**sense [2]**  8/11 8/21
**sent [1]**  6/4
**Ses [1]**  11/9
**session [1]**  3/5
**set [3]**  8/12 8/13 9/9
**settle [1]**  9/13
**she [1]**  11/12
**shock [1]**  5/15
**should [4]**  9/16 10/12 10/24 11/13
**showing [1]**  10/1
**side [2]**  3/11 11/15
**similarity [2]**  8/23 8/25
**Since [2]**  4/9 6/19
**sir [1]**  4/24
**situation [1]**  8/10
**six [1]**  6/20
**so [12]**  4/3 4/13 5/2 5/25 6/20 8/8 8/20 9/10 9/21 10/3 10/4 11/11
**some [4]**  6/16 8/18 9/23 10/1
**somebody [1]**  11/11
**someone [2]**  9/11 9/24
**something [5]**  4/24 5/4 11/7 11/12 11/14
**specifics [1]**  7/6
**speed [1]**  7/3
**SRIPLAW [2]**  2/2 3/10
**sriplaw.com [1]**  2/5
**state [1]**  3/8
**statements [7]**  3/21 3/22 5/5 5/6 5/7 5/16 7/11
**STATES [4]**  1/1 3/4 13/4 13/9
**stay [6]**  7/10 8/6 8/15 8/21 9/9 10/18
**stayed [1]**  11/20
**stenographically [1]**  13/6
**still [1]**  10/18
**stipulation [1]**  11/14
**strategy [3]**  3/24 4/15 4/18
**Street [2]**  1/21 1/22
**stylistic [1]**  5/4
**submitted [1]**  7/15
**submitting [1]**  10/15
**substance [1]**  6/3
**substantial [2]**  8/23 8/24
**such [1]**  7/23
**sudden [1]**  8/8
**sufficient [2]**  6/12 10/25
**Suite [2]**  2/4 2/8
**supplement [4]**  6/14 11/1 11/16 11/24
**supplemented [1]**  11/12
**supposed [1]**  6/10
**Supreme [1]**  9/2
**sure [2]**  9/7 11/6

**T**

**table [1]**  3/11
**take [1]**  11/10
**takes [1]**  8/18
**talk [1]**  11/13
**tentatively [1]**  7/23
**terms [1]**  3/23
**than [2]**  4/14 4/17
**Thank [2]**  12/5 12/8
**that [78]**
**that's [6]**  5/13 6/15 9/8 10/4 10/9 12/1
**thegolawfirm.com [1]**  2/10
**their [2]**  9/20 10/21
**them [3]**  3/22 6/22 9/21
**then [9]**  3/24 4/9 5/18 6/4 8/7 9/11 10/7 11/12 11/17
**there [4]**  3/25 6/9 8/22 10/4
**there's [3]**  8/23 8/24 9/18
**they [4]**  4/11 10/8 10/20 11/15
**They've [2]**  6/20 6/21
**things [1]**  8/18
**think [3]**  9/14 9/23 10/12
**this [14]**
**those [3]**  7/5 10/16 10/17
**though [1]**  9/1
**threw [1]**  8/6
**time [7]**  5/21 6/12 7/3 7/19 9/9 9/25 10/11
**Title [1]**  13/4
**today [3]**  6/8 6/9 8/5
**Tomorrow [1]**  6/10
**topics [1]**  11/5
**transcript [5]**  1/15 4/9 8/5 13/5 13/7
**trial [3]**  8/12 9/13 10/15
**true [2]**  8/20 13/5
**try [2]**  7/18 7/19
**trying [1]**  9/7
**turned [1]**  6/11
**twice [3]**  7/18 7/19 9/7
**two [1]**  8/22

**U**

**understand [3]**  4/5 8/22 9/5
**UNITED [4]**  1/1 3/4 13/4 13/9
**unrepresented [1]**  6/7
**until [4]**  8/15 8/16 11/20 12/4
**up [1]**  7/3
**us [2]**  7/23 7/25
**use [3]**  7/18 8/24 9/3

**V**

**vacated [1]**  10/17
**very [1]**  3/20
**VON [3]**  1/9 1/10 3/7

**W**

**wait [1]**  7/24
**want [8]**  4/24 6/3 7/18 7/18 8/8 10/18 11/8 11/15
**wanted [2]**  8/6 8/12
**Warhol [7]**  7/7 7/12 7/13 7/24 8/15 8/25 9/2
**was [13]**  4/7 4/7 5/8 5/10 5/15 6/7 6/9 6/15 7/8 7/14 7/20 9/8 9/15
**wasn't [1]**  6/5
**way [1]**  8/16
**we [12]**  3/23 4/2 7/19 8/10 8/14 8/14 8/15 8/16 8/24 10/2 10/7 10/19
**we're [2]**  4/3 11/10
**we've [2]**  4/9 4/10
**website [1]**  10/9
**week [1]**  3/19
**Well [5]**  3/18 4/20 6/17 8/9 11/6
**were [5]**  3/23 5/5 8/5 8/24 12/10
**weren't [1]**  8/3
**West [1]**  1/22
**WESTERN [1]**  1/3
**what [8]**  5/8 6/17 7/23 9/12 9/15 11/6 11/17 12/2
**What's [1]**  3/17
**whatever [3]**  11/8 11/15 11/18
**when [2]**  5/19 11/7
**where [1]**  8/7
**whether [2]**  8/14 8/15
**which [9]**  4/6 4/15 5/7 7/20 8/7 8/12 8/13 8/16 9/17
**who [2]**  5/3 6/13
**whoever [1]**  7/2
**whole [1]**  7/7
**whose [1]**  7/14
**why [1]**  9/8
**will [11]**  5/14 7/24 9/2 9/4 10/5 10/18 10/20 11/17 11/23 11/24 12/3
**win [1]**  8/24
**window [1]**  11/10
**withdraw [2]**  1/19 4/3
**withdrawal [1]**  6/7
**withhold [1]**  12/3
**without [2]**  7/5 7/6
**won't [1]**  8/25
**would [14]**

**writing [1]**  5/12
**wrote [2]**  5/10 5/24
**www.patcuneo.com [1]**  1/24

**Y**

**yes [3]**  5/1 10/23 12/4
**you [24]**
**you're [1]**  12/3
**your [19]**
**yourself [1]**  10/6