1  (Name / Nombre): __Jeffrey B. Sedlik__

2  (Address / Dirección): __145 North Sierra Madre Blvd__

3  (Address / Dirección): __Suite 4__

4  (Phone / Teléfono): __626 808 0000__

5  (Email / Correo electrónico): __jeff.sedlik@artcenter.edu__

6  __Plaintiff__ in Pro Per
(Plaintiff / Demandante or Defendant / Demandado)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| __JEFFREY B. SEDLIK__, <br><br> Plaintiff, <br><br> vs. <br> __KATHERINE VON DRACHENBERG__ <br> __(a.k.a. KAT VON D) an individual;et al.__ <br><br> Defendant(s). | Case No.: __2:21-cv-01102-DSF-MRW__x <br> *(número de caso)* <br><br> **REQUEST FOR EXTENSION** <br> *(Solicitud de Extensión)* |

1.  I, __Jeffrey B. Sedlik__, am the (*check one / seleccione uno*)
    *(name / nombre)*

    ☒ Plaintiff *(Demandante)* in this case.

    ☐ Defendant *(Demandado)* in this case.

*Revised: March 2020*
*Form Prepared by Public Counsel*
*© 2011-2020 Public Counsel.*
*All Rights Reserved*

2. I respectfully request an extension of time to file:
   *(Respetuosamente solicito una extensión de tiempo para entregar lo siguiente:)*

   ☐ Response to Complaint *(Respuesta a la demanda)*

   ☐ Opposition to Motion to Dismiss *(Oposición a la moción para desestimar)*

   ☐ Opposition to Motion for Summary Judgment *(Oposición a la moción para juicio sumario)*

   ☒ Other document *(Otro documento)*:

   Request a thirty day extension to allow sufficient time to obtain new counsel and report back to the Court pursuant to the Court's November 21, 2022 order (Dkt. 124) regarding obtaining new counsel.

3. The above-referenced document(s) is/are currently due on:

   January 20, 2023.
   *(insert date/s / indique fecha límite actual)*

4. I have received __3__ prior extensions in this case.
   *(insert number of prior extensions granted / inserte el número de extensiones otorgadas previamente)*

5. This extension is necessary because I am a pro se litigant and:
   *(Esta extensión es necesaria porque no tengo un abogado y):*

   ☐ I need more time to do research on my case.
   *(Necesito más tiempo para investigar.)*

   ☐ I need more time to schedule an appointment with the pro se clinic.
   *(Necesito más tiempo para hacer una cita con la clínica pro se.)*

   ☐ I need more time to write my document(s).
   *(Necesito más tiempo para escribir mis documentos.)*

   ☒ I need more time to look for an attorney to represent me.
   *(Necesito más tiempo para conseguir a un abogado.)*

(Please use the area below to provide more details about your situation. Please be as detailed as possible about why you cannot meet the current deadline.)

*(Favor de usar esta área para proporcionar más detalles sobre su situación. Sea lo más detallado posible sobre por qué no puede cumplir con la fecha límite actual.)*

Despite conducting a diligent search, I have not yet obtained new counsel. I expect to obtain new counsel on or before February 19, 2023. For good cause, I request a thirty day extension to the sixty day period specified by the Court in the November 21, 2022 motion hearing (Dkt. 124), extending that period to February 19, 2023. As the Court has stayed the case pending the U.S. Supreme Court's decision in Andy Warhol Foundation v. Goldsmith, this request for a thirty day extension will not prejudice Defendants. Pursuant to L.R. 7-3 and the Court's standing order, on January 16, 2023 I conferred via email with Allen Grodsky, counsel for Defendants, who indicated that Defendants would stipulate to the requested thirty day extension.

6. Therefore, I ask that the Court grant me an additional  30 days.
(# of days / número de días extras que quiere solicitar)

Date: January 16, 2023
(fecha)

/s/ Jeffrey B. Sedlik
(signature / firma)

Jeffrey B. Sedlik
(name / nombre)

Plaintiff in Pro Per
(indicate Plaintiff or Defendant / indique Plaintiff o Defendant)

3
Request for Extension