# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK, <br><br> Plaintiff, <br><br> vs. <br><br> KATHERINE VON DRACHENBERG ("Kat Von D"), an individual; et al. <br><br> Defendant(s). | Case No.: 2:21-cv-01102-DSF-MRWx <br><br> **ORDER GRANTING REQUEST FOR EXTENSION** |

Having considered ___Plaintiff___'s Request,
(indicate Plaintiff or Defendant)

IT IS HEREBY ORDERED that the Request for Extension of Time is GRANTED. ___Plaintiff___ has ___30___ days from January 20, 2023 to ___obtain new counsel.___
(indicate Plaintiff or Defendant)   (# of days)

DATED: ___January 18, 2022___   Signed: ___Dale S. Fischer___

Hon. ___Dale S. Fischer___
(insert Judge's name)