1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"", an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01102-DSF (MRWx)<br><br>Hon. Dale D. Fischer<br><br>**ORDER APPROVING STIPULATION REGARDING SUPPLEMENTAL BRIEFING OF DEFENDANTS' MOTION *IN LIMINE* NO. 1** |

The Court has received, reviewed, and considered the parties' Joint Stipulation Regarding Supplemental Briefing of Defendants' Motion *In Limine* No. 1 (the "Stipulation").

NOW THEREFORE, for good cause shown, the Stipulation is **APPROVED**. The Court hereby **ORDERS** as follows:

1. The parties shall not submit supplemental briefing regarding Defendants' Motion *In Limine* No. 1, until after the stay of the case has been lifted.

2. Promptly after the stay has been lifted, the parties shall file with the Court a proposed schedule for the supplemental briefing.

**IT IS SO ORDERED.**

Dated: April 25, 2023

Dale S. Fischer
United States District Judge