# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br>　　Plaintiff,<br><br>　　　　v.<br><br>KATHERINE VON<br>DRACHENBERG, et al.,<br>　　Defendant. | CV 21-1102 DSF (MRWx)<br><br>ORDER LIFTING STAY AND<br>ORDER RE PRETRIAL AND<br>TRIAL MATTERS |

　　The stay imposed on November 21, 2022 is lifted. The parties are ordered to meet and confer concerning the impact, if any, of the decision of the United States Supreme Court in <u>Andy Warhol Foundation for the Visual Arts, Inc. v. Goldsmith</u>. In addition, the parties are ordered to engage in a further effort to resolve this matter, either by private mediation, mediation with a member of the Court's volunteer panel, or the assigned magistrate judge. If mediation is not successful, the parties are to provide the Court with appropriately revised pretrial documents that comply with the Court's orders at the November pretrial conference, and proposed dates for a further pretrial conference (a Monday that is not a holiday) and trial (a Tuesday that is not a holiday no later than November 2023).

　　IT IS SO ORDERED.

Date: May 26, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge