UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV21-1102 DSF (MRWx) | Date | June 8, 2023 |
|---|---|---|---|
| Title | Jeffrey Sedlik v. Katherine Von Drachenberg et al. | | |

| Present: The Honorable | Michael R. Wilner, United States Magistrate Judge |
|---|---|

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| Robert Allen | Allen Grodsky |

**Proceedings:**   STATUS CONFERENCE RE SETTLEMENT (VIDEO)

Case called.  Counsel make their appearance.

Status conference re settlement held.

:37
JM