1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

11 JEFFREY B. SEDLIK,

12             Plaintiff,

13 v.

14 KATHERINE VON DRACHENBERG
(a.k.a. "KAT VON D""), an individual;
15 KAT VON D., INC., a California
corporation; HIGH VOLTAGE
16 TATTOO, INC., a California corporation;
and DOES 1 through 10, inclusive,
17

18             Defendants.

19

20

Case No.: 2:21-cv-01102-DSF (MRWx)

Hon. Dale S. Fischer

**ORDER REGARDING: (1)
BRIEFING SCHEDULE FOR
MOTIONS FOR
RECONSIDERATION OF
SUMMARY JUDGMENT ORDER;
(2) BRIEFING SCHEDULE FOR
SUPPLEMENTAL BRIEFING
REGARDING DEFENDANTS'
MOTION *IN LIMINE* NO. 1; AND
(3) DATES FOR PRETRIAL
CONFERENCE AND TRIAL**

21

22

23

24

25

26

27

28

The Court has received, reviewed, and considered the parties' July 14, 2023 Joint Status Report (ECF No. 138), including the parties' proposed briefing schedule for motions in reconsideration of the Court's summary judgment decision (ECF No. 69), a supplemental briefing schedule for the motion *in limine* regarding rebuttal expert testimony by Professor Sedlik (Defendants' Motion *In Limine* No. 1), and dates for a pretrial conference and the first day of trial.

NOW THEREFOR, for good cause shown, the proposed briefing schedule and dates in the Joint Status Report are **APPROVED**. The Court hereby **ORDERS** as follows:

1.     The parties may file motions in reconsideration of the Court's summary judgment decision, with the following schedule:

>        Motions to be filed: August 7, 2023

>        Oppositions to be filed: August 21, 2023

>        Replies to be filed: August 30, 2023

>        Hearing date: September 18, 2023

2.     The parties may file supplemental briefing on Defendants' Motion *In Limine* No. 1, with the following schedule (Plaintiff agrees to Defendants' proposal):

>        Plaintiff's Supplemental Brief due October 4, 2023

>        Defendants' Supplemental Response due October 18, 2023

3.     The pretrial conference is set for Monday, October 30, 2023.

4.     The first day of trial is set for Tuesday, November 28, 2023.

**IT IS SO ORDERED.**

Dated:    July 18, 2023

Dale S. Fischer
United States District Judge