GRODSKY, OLECKI & PURITSKY LLP
Allen B. Grodsky (SBN 111064)
allen@thegolawfirm.com
11111 Santa Monica Boulevard, Suite 1070
Los Angeles, California 90025
Telephone: (310) 315-3009
Facsimile: (310) 315-1557

Attorneys for Defendants
Katherine Von Drachenberg, Kat Von D, Inc.,
and High Voltage Tattoo, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:21-cv-01102-DSF-MRWx <br><br> Before the Hon. Dale S. Fischer, U.S. District Judge <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT** <br><br> Hearing <br> Date: September 18, 2023 <br> Time: 1:30 p.m. <br> Place: Courtroom 7D <br> First Street Courthouse <br> 350 West 1st Street <br> Los Angeles, CA 90012 <br><br> Action filed: February 7, 2021 <br> Trial: November 28, 2023 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 18, 2023, at 1:30 p.m. or as soon thereafter as the matter may be heard before the Hon. Dale S. Fischer in Courtroom 7D of the First Street Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, Defendants Katherine Von Drachenberg and High Voltage Tattoo, Inc. (together, "Defendants") will and hereby do move for reconsideration of the order granting in part and denying in part Defendants' motion for summary judgment and partial summary judgment (Dkt 69).

Defendants file this motion pursuant to the Court's July 18, 2023 Order Regarding (1) Briefing Schedule for Motions for Reconsideration of Summary Judgment Order, et al. (Dkt. 139).

This motion is made on the grounds that the Supreme Court's opinion in *Andy Warhol Foundation for the Visual Arts, Inc. v. Goldsmith*, 143 S.Ct. 1258 (2023), constitutes a change in the law within the meaning of C.D. Cal. Local Rule 7-18.  Based thereon, the Court should reconsider its denial of Defendants' summary judgment on the issue of whether the tattoo at issue (the "Tattoo") is a fair use, and in particular should find, based on the undisputed facts, that (1) the Tattoo is a non-commercial use under the first fair use factor; (2) as specifically applied to the Tattoo, the first factor of the fair use analysis weighs in favor of a finding of fair use; and (3) weighing all the factors together, as a matter of law given the facts in this case, the Tattoo is a fair use.

This motion is and will be based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, as well as the pleadings and papers on file with the Court, and any argument or evidence that may be presented to or considered by the Court at or prior to its ruling.

This motion is made following the conference of counsel pursuant to C.D. Cal. L.R. 7-3, which took place on June 24, 2023 and July 11, 2023.

| | | |
|---|---|---|
| Dated: August 7, 2023 | | GRODSKY, OLECKI & PURITSKY LLP |
| | By: | /s/ Allen B. Grodsky |
| | | Allen B. Grodsky |
| | | Attorneys for Defendants Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc. |