ROBERT E. ALLEN (SBN 166589)
rallen@glaserweil.com
LARA A. PETERSEN (SBN 318475)
lpetersen@glaserweil.com
JASON C. LINGER (SBN 323031)
jlinger@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

Attorneys for Plaintiff
JEFFREY B. SEDLIK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>        Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D""), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:21-cv-01102-DSF (MRWx)<br><br>Hon. Dale S. Fischer<br><br>**DECLARATION OF JASON LINGER IN SUPPORT OF MOTION FOR RECONSIDERATION** |

I, Jason Linger, hereby declare as follows:

1. I am an attorney licensed to practice in this Court and in the State of California. I am with the law firm Glaser Weil Fink Howard Jordan & Shapiro LLP, counsel for Plaintiff Jeffrey B. Sedlik ("Plaintiff" or "Sedlik") in this case.

2. I submit this Declaration in support of Plaintiff's Motion for Reconsideration.

3. Attached hereto as Exhibit 1 is a true and correct copy of the relevant excerpts from the January 18, 2022 deposition of Katherine Von Drachenberg.

4. Attached hereto as Exhibit 2 is a true and correct copy of the relevant excerpts from the July 31, 2023 deposition of Bryan Vanegas.

5. Attached hereto as Exhibit 3 is a true and correct copy of a license of one pre-existing photograph of Miles Davis independently created and owned by Sedlik, exhibit 321 from the deposition of Bryan Vanegas.

6. Attached hereto as Exhibit 4 is a true and correct copy of images of various tattoo references, exhibit 327 from the deposition of Bryan Vanegas.

7. Attached hereto as Exhibit 5 is a true and correct copy of images of screenshots from various websites, exhibit 328 from the deposition of Bryan Vanegas.

8. Attached hereto as Exhibit 6 is a true and correct copy of Sedlik Studio Info - Assignments, Licensing, and Print Sales, exhibit 329 from the deposition of Bryan Vanegas.

9. Attached as Exhibit 7 is a true and correct copy of the relevant excerpts from the January 11, 2022 deposition of Jeffrey B. Sedlik.

10. Attached as Exhibit 8 is a true and correct copy of the photographs at issue from *Andy Warhol Found. for the Visual Arts, Inc. v. Goldsmith*, 143 S. Ct. 1258 (2023).

Executed on: August 7, 2023          Respectfully submitted,

                                     By: /s/ Jason Linger