# EXHIBIT 3

**JEFF SEDLIK PHOTOGRAPHY: LICENSE # ROM1401**

April 15, 2014
PAGE 1 OF 2

**CLIENT:** Rize of the Machinez – Tattoo Studio
**CONTACT:** Bryan Vanegas

**DESCRIPTION:** License of one pre-existing photograph of Miles Davis independently created and owned by Sedlik.

**LICENSE:** Media: Personal Use | Art | Artist's Reference (Tattoo) | Printed
Placement: Any Placements
Size: Any Size Image | Any Size Media
Version: All Versions
Quantity: One Copy
Duration: In Perpetuity
Regions: Broad International Region | Worldwide
Industries: Personal Use Only
Languages: English
Exclusivity: Non-Exclusive

PLUS Media Summary Code Version 1.21
|PLUS|V0121|U001|1IAK1UNA2TAT3PAA4SAA5VAA6QFT7DAA8RAA8IPO8LEN9ENE|

Additional Usage: Photographs of tattoo may be reproduced in print, POP, trade show and web advertising for Tattoo.

Constraints: License start date: April 15, 2012. Tattoo may be reproduced on one person only. Tattoo design may not be sublicensed to third parties. Photograph may only be used for artist reference, and may not be otherwise used or reproduced. Client to secure necessary rights to reproduce Miles Davis likeness.

Requirements: All advertising usages of photographs of tattoo must provide credit line and copyright notice to Jeff Sedlik: "Design based on photograph by Jeff Sedlik © 1989." Credit line not required on original tattoo.

**LICENSE FEE** $0.00 ($5,000 license fee waived as a professional courtesy). Agreement subject to additional terms and conditions on Page 2 of 2

**RIGHTS GRANTED** _[signature]_ 4/15/2014

Jeff Sedlik
Sedlik Photography

Jeff Sedlik Photography  1528 Braeburn Road  Altadena, CA 91001  (626) 808 0000  JS@SEDLIK.COM

Exhibit 0321

JSP008196

(REVERSE SIDE OF ESTIMATE/INVOICE)

## ALL ASSIGNMENTS AND LICENSES ARE SUBJECT TO THE FOLLOWING AGREEMENT TERMS AND CONDITIONS

1. DEFINITIONS: This agreement is by and between Sedlik Photography ("Photographer") and the commissioning party, ("Client", named on the face of this Agreement, including Client's representatives). Photographer's relationship with Client is that of an independent contractor. "Image" or "Image(s)" refers to the photographic or other visual materials delivered or caused to be delivered by Photographer to Client. Photographer shall be considered the sole author of the Image(s). The Image(s) shall be the Photographer's interpretation, rather than a literal re-creation of any concepts or layouts provided the Photographer by Client or Client's representative. "Assignment" refers to the photography Assignment described on the face of this Agreement that Client is specifically commissioning Photographer to perform pursuant to this Agreement.

2. FEES, CHARGES AND EXPENSES: Client and Client's representatives are jointly and severally responsible for full payment of all fees, charges and expenses. The rights licensed, fees, charges and expenses listed on this Agreement only apply to the original Assignment description. Additional compensation is required for any subsequent changes, additions or variations requested by Client.

3. POSTPONEMENTS AND CANCELLEONS: A "postponement" is the rescheduling of the Assignment by the Client to a mutually agreeable date within 30 calendar days of the original Assignment date. Client shall pay all fees, charges and expenses which have been incurred on a postponed or cancelled assignment. If Client postpones or cancels the Assignment without the prior written consent of Photographer, Client shall pay 50% of Photographer's fees, but if Client postpones or cancels with less than two (2) business days (48 hours) prior notice, Client shall pay 100% of Photographer's fees.

4. WEATHER DELAYS: Client will pay 100% of Photographer's daily weather delay fee (as set forth on the face of this Agreement), or $2500, whichever is greater, for any delays due to weather conditions or Acts of God, plus all charges and expenses incurred.

5. CLIENT APPROVAL: Client is responsible for having its authorized representative present during all "shooting" phases of the Assignment to approve Photographer's interpretation of the Assignment. If no representative is present, Photographer's interpretation shall be accepted. Client shall be bound by all approvals and job changes made by Client's representatives.

6. OVERTIME: In the event any Assignment extends beyond ten (10) consecutive hours in one day, Photographer will charge overtime for crew members and assistants at the rate of one and one half (1 1/2) times their hourly rate or fee.

7. RESHOOTS: Client will be required to pay 100% of Photographer's fee, charges and expenses for any reshoot requested by Client. If the Image(s) becomes lost or unusable by reason of defects, damage, equipment malfunction, processing, or other technical error prior to delivery of the Image(s) to the Client, Photographer will reshoot without additional fees, provided Client advances and pays all charges and expenses for the reshoot and pays all fees, charges and expenses for the initial Assignment.

8. INDEMNITY: Client shall indemnify and hold Photographer and Photographer's representative/s harmless from any and all claims, liabilities, damages, and expenses including reasonable attorney fees and court costs arising from Client's' use of the Image(s) or from Photographer's reliance on any representations, instructions, or materials provided or approved by the Client.

9. RIGHTS LICENSED: The right to reproduce or use any Image(s) is conditioned on Photographer's receipt of payment in full and on use of copyright notice on all copies of the Image(s). Unless otherwise stated on the face of this Agreement, the duration of any license is one year from the date of Photographer's invoice and is for English language use in the United States of America only. Except as expressly licensed by Photographer in this Agreement, Photographer reserves all other rights in and to the Image(s) of every kind and nature. No license is valid unless signed by Photographer on Photographer's invoice. No rights licensed may be assigned or transferred without Photographer's prior written consent or acceptance of a resale certificate properly issued by Client.

10. RETURN OF IMAGES: Client assumes all risk for all Image(s) delivered by Photographer to Client from time of receipt by Client, to time of return receipt of Image(s) to Photographer. If no return date appears on the face of this Agreement or on any corresponding delivery memo, Client shall return all Image(s) in an undamaged, unaltered and unretouched condition within 30 days after first publication of the Image(s).

11. LOSS OR DAMAGE: IN CASE OF LOSS OR DAMAGE OF ANY ORIGINAL IMAGE(S), CLIENT AND PHOTOGRAPHER AGREE THAT THE REASONABLE VALUE OF EACH ORIGINAL IMAGE IS $2,500.00. Once original Image(s) are lost or damaged it is extremely difficult and impracticable to fix their exact individual value. Accordingly, Photographer and Client agree that the reasonable liquidated value of each original Image is $2,500.00. Client agrees to pay Photographer $2,500.00 for each lost or damaged original Image and Photographer agrees to limit Photographer's claim to that amount without regard to the actual value of the Image.

12. PAYMENT AND COLLECTION TERMS: Invoices from Photographer are payable upon receipt by Client. In any action to enforce the terms of this Agreement, the prevailing party shall be entitled to recover their attorney's fees, court costs and the maximum interest rate allowable by law. No lawsuits pertaining to any matter arising under or growing out of this Agreement shall be instituted in any other state other than the state of Photographer's principal place of business.

13. SALES, USE, OR TRANSIT TAX: Client is responsible for full payment of applicable sales, use and/or transit taxes invoiced, and for any subsequent assessment made by sales, use and/or transit tax authorities.

14. RELEASES: NO MODEL OR PROPERTY RELEASE EXISTS FOR ANY IMAGE(S) UNLESS PHOTOGRAPHER SUBMITS A SEPARATE WRITTEN MODEL OR PROPERTY RELEASE TO CLIENT.

15. STORING OF ELECTRONIC DATA: Client is strictly prohibited from digitizing or electronically scanning any Image other than for the purpose of reproducing the Image in accordance with the rights licensed on the front of this Agreement. In no event may Client or Client's representatives retain or store any kind of electronic data derived from any Image after first publication of the Image.

16. MODIFICATIONS, GOVERNIING LAW AND MISCELLANEOUS: This Agreement sets forth the entire Agreement between Photographer and Client in regard to the Assignment and/or the Image(s). This Agreement cancels or supersedes all other prior representations and agreements between the same, whether written or verbal. Neither Photographer nor Client shall be bound by any purchase order or definition, condition, representation, warranty, or provision other than expressly stated in this Agreement, or as set forth in writing and signed by the party to be bound thereby. No waiver or modification may be made to any term or condition contained in this Agreement unless in writing and signed by Photographer. Waiver of any one provision of this Agreement shall not be deemed to be waiver of any other provision of this Agreement. Any objections to the terms of this Agreement must be made in writing and delivered to Photographer within ten (10) days of the receipt of this Agreement by Client or Clients representatives, or this Agreement shall be binding. Client's reproduction or use of any Image(s) in any manner whatsoever constitutes acceptance of this Agreement. The formation, interpretation, and performance of this Agreement shall be governed by the laws of the state of Photographer's principal place of business, excluding the conflict of laws and rules in the state of Photographer's principal place of business. All paragraph captions are for reference only, and shall not be considered in construing this Agreement. This Agreement shall be to construed in accordance with its terms and shall not be construed more favorable for or more strongly against Photographer or Client.

Client Initials: _____

JSP008197