# EXHIBIT 5














Exhibit 0328

JSP00008155

**SHOP & SAVE UP TO 50% OFF ON SELECT ITEMS!** Free Worldwide Shipping on all apparel and any orders over $25! **Shop Now!**

LINKS

STARGARDEN
BY ALBANUS DESIGN

HOME SHOP CONTACT

‹ PREVIOUS / NEXT ›

**$50.00** ~~$100.00~~

## PLEASE READ FOR DETAILS:

***You can only purchase this license after contacting me to request tattoo permission. Some pieces are not available for tattoo licenses at this time.*** By purchasing this license you are allowed to use one piece of my artwork for personal tattoo use. This means you exclusively are authorized to have this artwork placed on your own body only. You cannot share this license. Additional pieces and or uses require additional licenses.

I will send you a high resolution print of the artwork and your personal use tattoo license. ***Your tattoo artist will need to size this piece to your exact measurements for the tattoo.*** I also request that when you get the artwork tattooed, you send me a photo for portfolio purposes/social media. I will credit the tattoo artist and feature them on my social media platforms. ***Your tattoo artist can use these photos in their portfolio as well, but they must credit me as the original creator of the artwork.***

***This license does not allow the artwork to be modified for any other purpose*** than the personal tattoo, unless you have written permission. This license does not allow tattoo shops or other artists to resale any of my designs in any way. If you have any questions or concerns please contact me by email at: albanus.design@gmail.com.

Package includes:

1 - High Resolution Scan of the Artwork.

1 - Personal Use Tattoo License (Use Order Invoice as License & Proof of Purchase)

QUANTITY:

1

ADD TO CART



Home / Tattoo Ticket

WORK    ABOUT    SHOP    CONTACT    FAQ
< Prev | Next >

              

**Tattoo Ticket**

$49.99

If you would like to get one of my existing illustrations tattooed:

Tattoo artists require written approval before tattooing another artist's work to avoid copyright issues. This is an easy way to obtain my approval for a tattoo, as well as support my work.

Please write the **number & title** of the illustration you would like to tattoo in the text box (Both can be found on the "Work" page). One PDF Ticket will be sent to your email within 48 hours of purchase. There is no shipping on this item.

Illustrations found on the "Contact" page are not available for tattoos as my clients own all rights to their commissions.

Please note: You are purchasing a non-exclusive Tattoo License for 1 specified illustration for 1 personal tattoo. Any other reproduction or use of the image will be a violation of copyright law.

Please write the number & title here!

500

Quantity

1

Add to Cart