# EXHIBIT 6

## Sedlik Studio

studio@sedlik.com
LA 626 808 0000  NYC  212 447 1255
145 North Sierra Madre Blvd, Studio 4, Pasadena CA 91107
Map

### Portfolio Access

Clients and potential clients may request an access code

### Assignments, Licensing, and Print Sales

I rely on licensing revenue and print sales to sustain my business and to support my family. When I create a photograph, I anticipate earning licensing revenue from that work by licensing my copyright for use in all manner of media, for all manner of usages, throughout the copyright life of each image (my life, plus 70 years). In addition I support family by selling fine art prints of my work, both directly and through galleries.

I offer limited licenses for marketing, editorial, merchandising, personal, and artist reference uses of  my photographs.

> Examples of marketing/advertising use include but are not limited to reproduction on commercial websites (and on non-commercial websites on which advertising appears on the same page as the photographs), branding, advertising, promotional items, collateral, packaging, annual

Exhibit 0329

reports, corporate social media accounts, social media profile image or cover image, and memes employed to promote products, services, brands or causes.

Examples of editorial use include but are not limited to editorial, unpaid insertions in features in books, magazines, newspapers, news media websites/blogs, and memes not employed to promote products, services, brands or causes.

Examples of personal use include but are not limited to home display, personal social media postings, personal memes, reproduction in personal websites and blogs on which advertising does not appear on the same page as the photograph.

Examples of merchandising use include but are not limited to reproduction on posters, shirts, hats, ties, other articles of clothing and accessories, greeting cards, mugs, calendars.

Examples of artist reference use include but are not limited to any derivative work based in whole or in part on one of my photographs, such as tattoos, paintings, sketches, illustrations, woodcarvings, charcoal renderings, posterizations, CGI, photoshop manipulations, photo compositions, collages, murals and works in photography or in any other medium in which my photograph or a representation of my photograph is rendered.

In addition, for any social media use, it is my intention to generate licensing revenue from the sharing, linking and embedding of my photographs and from derivative works based on my photograph.

The above is not a comprehensive list of the types of usage for which I intend to license my photographs. My intention is to license my photographs for use in any and all media, now existing or yet to be developed. I may withhold certain of my photographs from certain media temporarily. This does not indicate a lack of intent to license photographs for use in that media. Rather, it is an effort to preserve and maximize the value of my photographs in anticipation of future licensing opportunities.

I am the exclusive copyright owner in each of my photographs, and reserve all rights. My photographs may not be reproduced, distributed, displayed, or altered without my advance permission and license.

My photographs on this website may be copied only for the purpose of allowing you to view the photographs. Additional reproduction is prohibited.

Thank you for respecting my work and my rights.

Jeff Sedlik
Contact Sedlik Studio
LA 626 808 0000  NYC 212 447 1255
studio@sedlik.com


**Partial Client List**

Clients: 3m; 20th Century Fox; A&E Television Network; ABR Information

Services; Alpo; AmSouth Bank; Andazia, Inc; Arista Records; Association of Tennis Professionals; AT&T; Avery Dennison; Bank of America; Barrington Music Products; BBC; Blue Cross; BMG/RCA Records; Bristol Myers Squibb; Buena Vista Pictures; Bureau of Census; CareAmerica; Chesebrough-Ponds; CBS/Sony Music; Cedars Sinai; Century 21; Cherokee; Columbia Pictures; Computer Associates; Concord Records; Conroy's Florist; Direct TV; Disney; Doubleday; Dreyfus; Epson; Essilor; Farmer's Insurance; Federal Express; Fitzgerald-Hartley Co.; Ford; Gannon/Hartley; Geffen Records; Georgia Pacific; Great Performances; Great Western Bank; GRP Records; GTE; Guinness Museum; Hanna-Barbera; Harcourt Publishers; Hopper Papers; Ikea; Infiniti Automobiles; Island Records; Janssen Pharmaceuticals; JVC Musical Industries; Kraft Food Products; Korg, Inc.; LaFace Records; Laura Ashley; Levi Strauss; Mark Taper Forum; Missouri Historical Society; MCA Records; MCA International; Metro Goldwyn Mayer; Microsoft; Motion Picture & TV Fund; Movieland; MSN; MTM Entertainment; MTV Networks; Navisite; NBC Television; Neenah Paper; Nestle'; New World Pictures; Nike; Pacific Bell; Palm Press; Paramount Pictures; Phillip Morris; Polygram Records; Pomegranate Books; Potlatch; Prentice-Hall; San Diego Zoo; Schering Plough; SBC; Signature Eyewear; Smithsonian Institution; Sony Inc.; Southern Natural Gas; Spanish Tourism Office; Sugar Hill Records; Taco Bell; Telarc International; Toyota; Turner Broadcasting; U. C. Press; United Airlines; United Way; Universal Studios; VH-1; Warner Brothers Records; Web TV; Windham Hill Records; Word

Records; World Savings; Yamaha; Zellerbach; Ziff-Davis; Zildjian

Advertising Agencies & Design Firms: Alan Sekuler & Associates; Asher Gould; BBDO; Bozell, Brierley & Partners; Brooks-Gruman Advertising; Campbell, Mithun, Esty; Cline, Davis, & Mann; Cross & Associates Design; Dailey & Associates; Davis, Elen; Daymark; DDB Needham, Worldwide; Deutsch; Douglas Oliver Design; DVC Marketing; DZN; The Design Group; East/West Network; Fitzgerald & Associates; FKQ Advertising; FP Horak Advertising; Foote, Cone, & Belding; GBF Ayer; Goodby Silverstein; Grey Advertising; Hill & Knowlton; Huerta Design; Ikkanda Design; Interbrand; J. Walter Thompson; Kang & Lee; Kaufman/Stewart; Ketchum Advertising; Klemtner Advertising; Kovel Kresser; Kuester Group; Lehman Millet, Inc; Lintas Campbell Ewald; Mangos; Mediatrix; Melia Design Group; Ogilvy & Mather; OZ Advertising; Phillips Ramsey; Poppe-Tyson; Potter Katz & Partners; John Ryan Company; Saatchi & Saatchi; Seineger Advertising; Slaughter Hanson; SmithKlein Beecham; Strike Group; Team One Advertising; Team Creatif; Torre Lazur; Tracy-Locke; Tribe Design; Vrontikis Design; White Rhino Advertising; Young & Rubicam

Editorial: American Film; Arts & Entertainment; CD Review; Cosmopolitan; Details; Downbeat; Elle; Entertainment Weekly; Glamour; GuestInformant; Imperial Press; In Focus; Interiors & Sources; Jazziz; Jazz Times; Life; Los Angeles Magazine; Los Angeles Times Magazine; Mirabella; Music Connection; Newsweek; Photo District News; People; Premiere; Pulse; Q Magazine; Rolling Stone;

Select; Spin; Time-Life

**Selected Awards and Recognition**

Clio Award (Silver); Photo Media Magazine - Photographer of the Year; Print's Regional Design Annual - Award of Excellence (3x); Art Directors Club - Excellence in Photography (3x); PDN/Nikon Award of Excellence in Photography; Advertising Photographers of America Awards - Best in Show; Communication Arts Award of Excellence in Editorial Photography (3x); Communication Arts Award - Excellence in Self Promotion; Communication Arts Award - Excellence in Advertising Photography (4x); Communication Arts Award - Excellence in a Book Series; Art Direction Magazine - Creativity Award (2x); One Show Award for Excellence in Advertising Photography (5x); Mamiya Award of Excellence in Photography Education; International Photography Council - Photography Industry Leadership Award; American Photographic Artists - Industry Leadership Award; Ozzie Awards - Silver Ozzie for Best Photography