UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-01102-DSF-MRWx | Date | 9/20/2023 |
|---|---|---|---|
| Title | Jeffrey B. Sedlik v. Katherine Von Drachenberg et al | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Holidae Crawford | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Robert Edward Allen | Allen B Grodsky |

**Proceedings:**   MOTION HEARING (Non-Evidentiary – Held and Completed)

   The matter is called and counsel state their appearances.  The Court questions counsel as stated in court and on the record on above motion and invites counsel to present their oral arguments.  Oral arguments by counsel are heard and the matter is taken under submission.  A written order will follow.