ROBERT E. ALLEN (SBN 166589)
rallen@glaserweil.com
LARA A. PETERSEN (SBN 318475)
lpetersen@glaserweil.com
JASON C. LINGER (SBN 323031)
jlinger@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

Attorneys for Plaintiff
JEFFREY B. SEDLIK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D""), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01102-DSF (MRWx)<br><br>Hon. Dale S. Fischer<br><br>**DECLARATION OF ROBERT E. ALLEN IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEFING ON DEFENDANTS' MOTION IN LIMINE NO. 1** |

I, Robert E. Allen, hereby declare as follows:

1. I am an attorney licensed to practice in this Court and in the State of California. I am with the law firm Glaser Weil Fink Howard Jordan & Shapiro LLP, counsel for Plaintiff Jeffrey B. Sedlik ("Plaintiff" or "Sedlik") in this case.

2. I submit this Declaration in support of Plaintiff's supplemental brief on Defendants' Motion in Limine No. 1 to exclude expert testimony from Plaintiff Jeffrey Sedlik.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the relevant excerpts from the November 14, 2022 Final Pretrial Conference hearing transcript.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the February 8, 2022 Expert Rebuttal Report of Professor Jeffrey B. Sedlik.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the relevant excerpts from the January 11, 2022 deposition of Jeffrey B. Sedlik.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this October 4, 2023, in Los Angeles, California.

Respectfully submitted,

By: /s/ Robert E. Allen