# EXHIBIT A



JSP00008158

This book is for tattoo reference. None of the images in this book can be used for anything besides tattoo reference without written permission from the artist.

All Images and Layout by Tony Ciavarro. I did everything but print it.

© Tony Ciavarro 2009

Second Printing 2009

Artwork by Tony Ciavarro available at www.stinkymonkeybrand.com

Also checkout www.tonyciavarro.com

I have to get something off my mind. In the past it has come to my attention that people have been illegally reproducing my art, traveling from shop to shop peddling shitty copies of the art I put my heart and soul into. I spend a small fortune each year to bring fans of my art the best quality copies I can. It is aggravating to see people ripping me and other artists off. It is always a dilemma, do I sell this and share it with the world or do I keep it for my eyes only. I try to get my art out to everyone possible, and I try to keep the prices fair to both customers and myself. You know people always seem to blame the scumbags selling the stuff, but it's not just them we should blame. The people buying these poor copies of my art as well as other artists' are also to blame. Supply and demand, if there's no demand there's no need for supply. Buy the art from the artist or authorized distributor and keep the money where it should be going to the artist that produces it.



Thank You!

On a lighter note, I would like to thank the following people. My mom and dad, without them I wouldn't be able to drop a deuce or anything else for that matter. My Bros Mike and Paul, my two bestest friends ever. The rest of my family for always supporting me and my art. Jerry Issel for being my Yoda "teach me master Jedi," Andrew "higgles" Higgins for teaching me this world is full of shit. Brant B. for keeping my shit straight. Wendy Belzel for helping me get the books to people I might never meet. Jason, Dan and Jared for making the machines I use on a daily basis, put down the volcano and get some work done. My little buttercup Adam and Peggy Poo for making the best friggin ink ever. Eddie from Garment Printing Master for helping me with my shirts and shit. For my artistic inspiration Jime Litwalk, Joe Capobianco, Matt Walker, Cory Kruger, Frank Lee, Joe Chiodo, Bobby and Bruce from Evolution in Florida. Last but not least the shortest person on my list, my beautiful wife Christine, for putting up with me being a work-a-holic and traveling the world with me. You're the reason I do what I do.

JSP00008159





**Thank You**

For picking up a copy of this book! Every sheet and design in this collection was produced by hand, something becoming increasingly rare in our once secret and guarded way of life. This project, although lengthy in it's thesis, mimics the days of corresponding with tattooers before the phones ruled the world. It all started after looking at my friend Heather's flash and thinking that our styles would clash enough to look kinda cool on a sheet together. Fast forward a few days, and a good old fashioned chain smoking brain storm with my buddy Dru and here we all are. However this project started, the end result speaks for itself; every tattooer in this book embodies the raw energy, work ethic, talent and passion that I feel cannot be faked, and I can't put into words how exciting it was every time I got a package in the mail from one of the participating artists. I hope this project was as fun for everyone involved as I found it to be. Thanks especially to Dru Bias, Jason Brooks and Ben Siebert for guidance and support, and for James Yocum, who showed me Coquille about 150 sheets ago, this book is especially in debt to you.

"To Reference is to respect, To Rip-off is, well, complete SHIT!" (choose wisely!)

– Nick Razzano
Great Wave Tattoo
Austin, Texas



JSP00008162

I would like to thank everyone who purchased this book and my previous volumes.

Thank you and enjoy.... Noble



2014
COPYRIGHT

This book has been compiled and produced by Noble. The drawings contained within are to be used solely for the purpose of tattoo reference. No other uses are permitted without written consent from Noble.

**RIGHT COAST TATTOO**
**205 COASTAL HWY**
**FENWICK ISLAND, DE 19944**
(302) 539-2828
www.RightCoastTattooing.com

Pick up all Noble Books at www.RightCoastTattooing.com

     

Book Layout by www.zzhousedesign.com
Printed in the U.S.A. by Delmarvaprinting.com



Case 2:21-cv-01102-DSF-MRW  Document 155-6  Filed 10/04/23  Page 9 of 20  Page ID #:3176

# The Coloring Book Project

## 2ND EDITION

### A Collection By 185 Artists From Around The World



**MEMENTO**
PUBLISHING

Copyright © 2013 Memento Publishing
ISBN: 978-0-9896811-1-7
Printed & Bound in China

All Rights Reserved. No part of this book may be copied or reproduced in any manner whatsoever: electronic, mechanical, photocopy, recording, etc., without written permission from the author. Out of respect for the artists & collectors involved, NO images from this book may be copied or reproduced in any shape or form; rather, use the contents and photos for enjoyment and inspiration.

Editors: Spencer Caligiuri, Mike DeVries & Brett Herman
Design and Layout: Spencer Caligiuri, Jamie Parker & Mike DeVries
Compiled by: Brett Herman
Cover Art: Katelyn Crane
Cover Script: Josh Duffy

www.MementoPublishing.com
www.MdTattoos.com
www.ArtofBrettHerman.com

JSP00008165


# Number 10

This book is for tattoo reference.
None of the images in this book can be used for anything besides tattoo reference without written permission from the artist.

All Images and Layout by Tony Ciavarro. I did everything but print it.
© Tony Ciavarro 2010

Artwork and other merchandise by Tony available at www.stinkymonkeybrand.com

Also checkout www.tonyciavarro.com
Printed in USA.



JSP00008167



# Tattoo Prodigies

### A Collection of the Best Tattoos by the World's Best Tattoo Artists

Copyright © 2010 by Mike DeVries

EDITOR & INTERVIEWS: JINXI CADDEL
DESIGN & LAYOUT: JAMIE PARKER & MIKE DEVRIES
COVER SCRIPT: RYAN SMITH / Sullen

**All rights reserved.** No part of this book may be copied or reproduced in any manner whatsoever: electronic, mechanical, photocopy, recording, etc., without written permission from the author. Out of respect for the artists and the collectors, no photos from this book may be copied or reproduced in any shape or form; rather, use the contents and photos for enjoyment and inspiration.

ISBN: 978-0-615-31783-0

Printed and bound in China

MEMENTO PUBLISHING

PROTON

www.MdTattoos.com
www.MementoPublishing.com
www.HyperspaceStudios.com
www.ProtonPress.com
www.JinxiBoo.com

JSP00008169



This book is for tattoo reference. None of the images in this book can be used for anything besides tattoo reference without written permission from the artist.

All Images and Layout by Tony Ciavarro. I did everything but print it.
©Tony Ciavarro 2009

Artwork and other merchandise by Tony available at www.stinkymonkeybrand.com

Also checkout www.tonyciavarro.com
Printed in USA.



JSP00008172



# THE FAMILY JEWELS

THE MOST PRECIOUS STONES ON EARTH...

This Book is intended for use as inspiration for tattoos.

Not for shirt designs, shop logos, business cards, temporary tattoos, jeans or Jean jackets.
Nothing but real ink under the skin tattoos.

No part of this book may be reproduced, in any way besides tattoos, without written permission from the publisher.

Copyright © 2009 Tony Ciavarro
All rights reserved.

Printed in the USA.

Please visit
www.stinkymonkeybrand.com
www.tonyciavarro.com
for more books and art by
Tony Ciavarro.

Stinky monkey Tattoos
70C Summer Street
Kingston, Ma 02364

E-mail: Stinkymunky@aol.com





number 346

*Allan Davidson*

## Paintings by
# ALLAN DAVIDSON
### THE RED BOOK

COPYRIGHT ©2009 BY ALLAN DAVIDSON
ALL RIGHTS RESERVED UNDER INTERNATIONAL AND PAN-AMERICAN COPYRIGHT CONVENTIONS

ALL RIGHTS RESERVED. NO PART OF THIS PUBLICATION MAY BE REPRODUCED OR USED IN ANY FORM OR BY ANY MEANS-GRAPHIC, ELECTRONIC, OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR INFORMATION-STORAGE-AND-RETRIEVAL SYSTEMS WITHOUT THE WRITTEN PERMISSION OF ALLAN KIRVAN DAVIDSON



ANYONE COPYING REPRODUCING MY ARTWORK IN ANY WAY WITHOUT PRIOR WRITTEN PERMISSION WILL HAVE BAD KARMA, WILL NEVER WIN THE LOTTERY, WILL HAVE STUPID UGLY CHILDREN, NECESSARY BODY PARTS WILL FALL OFF, YOU WILL GO BLIND, AND YOU WILL GET WARTS. PLEASE DO NOT STEAL MY ARTWORK. HAVE YOUR CHEAP FRIENDS BUY THE BOOK. DO NOT COPY THE PAGES FOR THEM. IF YOU WOULD LIKE TO HAVE PRINTS WE WOULD BE HAPPY TO SELL THEM TO YOU. HOW WOULD YOU FEEL IF IT WAS YOUR ARTWORK? THANK YOU FOR PURCHASING MY BOOK.

JSP00008176