| | |
|---|---|
| ROBERT E. ALLEN (SBN 166589)<br>rallen@glaserweil.com<br>LARA A. PETERSEN (SBN 318475)<br>lpetersen@glaserweil.com<br>JASON C. LINGER (SBN 323031)<br>jlinger@glaserweil.com<br>GLASER WEIL FINK HOWARD<br>  JORDAN & SHAPIRO LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, California 90067<br>Telephone:  (310) 553-3000<br>Facsimile:   (310) 556-2920<br><br>Attorneys for Plaintiff<br>JEFFREY B. SEDLIK | Allen B. Grodsky (SBN 111064)<br>**GRODSKY, OLECKI & PURITSKY LLP**<br>11111 Santa Monica Boulevard<br>Suite 1070<br>Los Angeles, CA 90025<br>(310) 315-3009 – Telephone<br>(310) 315-1557 – Facsimile<br>allen@thegolawfirm.com<br><br><br>Attorneys for Defendants<br>Katherine Van Drachenberg aka Kat<br>Von D, Kat Von D, Inc., and High<br>Voltage Tattoo, Inc. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE VAN DRACHENBERG aka KAT VON D, KAT VON D, INC., and HIGH VOLTAGE TATTOO, INC.,<br><br>Defendants. | Case No.: 2:21-cv-01102-DSF-MRW<br><br>**AMENDED JOINT WITNESS LIST**<br><br>Judge:  Dale S. Fischer<br><br>FPTC:    October 30, 2023<br>Trial:      November 28, 2023 |

Pursuant to Federal Rules of Civil Procedure 26(a)(3)(A)(i)-(ii),Local Rule 16-5, and Paragraph D.4 of the Jury Trial Order, Plaintiff JEFFREY B. SEDLIK ("Sedlik") and Defendants KATHERINE VAN DRACHENBERG and HIGH VOLTAGE TATTOO, INC. (collectively referred to herein as "Defendants") hereby disclose the following witnesses that they expect to present at trial, together with witnesses that it may present if the need arises, marked with a "*".

1

## PLAINTIFF'S WITNESS LIST:

| Name | Subject of Testimony | Estimated Time - Direct | Estimated Time - Cross |
|---|---|---|---|
| Jeffrey B. Sedlik | <ul><li>Background</li><li>Creation of Work (Validity)</li><li>Registration of Work</li><li>Infringement (Violation of 106 Rights)</li><li>Value of Work (Damages)</li><li>Continued Infringement (Need for Injunction)</li></ul> | 2:30 | 1.00 |
| Brad Lyon* | <ul><li>Agent for High Voltage Tattoo</li></ul> | 0:15 | 0:15 |
| Rhian Gittins (FRE 611(c)(2)) | <ul><li>Asst. to Kat Von D, communications and interactions with Farmer and policies and procedures at High Voltage</li></ul> | :15 | 0:15 |
| Katherine Van Drachenberg (FRE 611(c)(2)) | <ul><li>Copying of Photograph, copying and uses of Photograph and Tattoo; use of social media by Kat Von D and High Voltage; policies and</li></ul> | 0:45 | 0:30 |

|  | | Subject | Est. Direct | Est. Cross |
|---|---|---|---|---|
| | | procedures at High Voltage | | |
| | Stephanie Davidson | • Policies and procedures at High Voltage and events related to the dispute. | :15 | 0:15 |

### DEFENDANT'S WITNESS LIST:

| Name | Subject of Testimony | Estimated Time - Direct | Estimated Time - Cross |
|---|---|---|---|
| Katherine Van Drachenberg | Creation of tattoo and how photograph was used as a reference; differences and lack of similarities between tattoo and photograph; transformativeness of the tattoo and other facts relevant to fair use factors; depictions of tattoo in social media and use of social media by Defendants; lack of awareness or reason to believe that use of photograph as a reference for a tattoo could constitute infringement. | 2:00 | 0:30 |
| Blake M. Farmer | Creation of and lack of payment for tattoo; ; | 0:30 | 0:15 |

| | | | | |
|---|---|---|---|---|
| | | display of tattoo to the jury. | | |
| | Catherine Montie | Custom and practice in the tattoo industry regarding use of photographs as reference for tattoo. | 0.30 | 0:30 |
| | David C. Lane* | (Same subjects as Montie; backup expert in case Montie were unavailable.) | (no additional time) | (no additional time) |
| | Brad Lyon* | Lack of profitability of High Voltage Tattoo and closing of business | 0:30 | 0:15 (not needed if called in case in chief) |
| | Jeffrey B. Sedlik (FRE 611(c)(2)) | Publication of the photograph; licensing of the photograph and other information relevant of factor four; claimed discovery of the alleged infringement. | 0:30 | 0:15 |
| | Bryan Vanegas (by video deposition) | Communications with Sedlik and circumstances under which license was sent to him by Sedlik | 0:30 | 0:30 |

| | | |
|---|---|---|
| 1 | DATED: October 10, 2023 | GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP |

DATED: October 10, 2023   GLASER WEIL FINK HOWARD
                                                      JORDAN & SHAPIRO LLP

By: */s/ Robert E. Allen*

ROBERT E. ALLEN
LARA A. PETERSEN
JASON C. LINGER

*Attorneys for Plaintiff*

DATED: October 10, 2023   GRODSKY, OLECKI & PURITSKY LLP

By: */s/ Allen B. Grodsky*

ALLEN B. GRODSKY

*Attorneys for Defendants*

5

# ATTESTATION

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Robert E. Allen*

ROBERT E. ALLEN