ROBERT E. ALLEN (SBN 166589)
rallen@glaserweil.com
LARA A. PETERSEN (SBN 318475)
lpetersen@glaserweil.com
JASON C. LINGER (SBN 323031)
jlinger@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiff
JEFFREY B. SEDLIK

Allen B. Grodsky (SBN 111064)
**GRODSKY, OLECKI & PURITSKY LLP**
11111 Santa Monica Boulevard
Suite 1070
Los Angeles, CA 90025
(310) 315-3009 – Telephone
(310) 315-1557 – Facsimile
allen@thegolawfirm.com

Attorneys for Defendants
Katherine Van Drachenberg aka Kat Von D, Kat Von D, Inc., and High Voltage Tattoo, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KATHERINE VAN DRACHENBERG aka KAT VON D; KAT VON D, INC.; and HIGH VOLTAGE TATTOO, INC.,<br><br>　　　　　Defendants. | CASE NO.: 2:21-cv-01102-DSF-MRW<br><br>Hon. Dale S. Fischer<br><br>**STATUS REPORT REGARDING SETTLEMENT**<br><br>Pretrial Conference: October 30, 2023<br>Trial Date:　November 28, 2023 |

1     Pursuant to the Court's Order Setting Scheduling Conference (Dkt. 15), the parties submit this joint status report regarding the progress of settlement discussions.

    On June 8, 2023, the parties participated in a continued settlement conference before Magistrate Judge Wilner.

    The matter did not settle at the continued settlement conference.

    The parties have had additional settlement communications since the settlement conference, but to date have not reached any agreement.

DATED: October 10, 2023

GLASER WEIL FINK HOWARD
    JORDAN & SHAPIRO LLP

By: */s/ Robert E. Allen*

ROBERT E. ALLEN
LARA A. PETERSEN
JASON C. LINGER

*Attorneys for Plaintiff*

DATED: October 10, 2023

GRODSKY, OLECKI & PURITSKY LLP

By: */s/ Allen B. Grodsky*

ALLEN B. GRODSKY

*Attorneys for Defendants*

## **ATTESTATION**

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                        */s/ Robert E. Allen*
                                        ROBERT E. ALLEN