1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| Jeffrey B. Sedlik; | Case No. 2:21-cv-01102-DSF-MRWx |
|---|---|
| Plaintiff, | Before the Hon. Dale S. Fischer, U.S. District Judge |
| vs. | |
| Katherine Von Drachenberg and High Voltage Tattoo, Inc., | **SPECIAL VERDICT FORM** **[*PROPOSED BY DEFENDANTS*]** |
| Defendants. | |

We, the jury in the above-entitled cause, find the following on the questions submitted to us:

### Question 1

Has Plaintiff proved by preponderance of the evidence that the following are substantially similar to the Miles Davis Photograph?

|  | Yes (Substantially Similar) | No (Not Substantially Similar) |
|---|---|---|
| Tattoo |  |  |
| Sketch (Ex. 202) |  |  |
| Social Media Post (Ex. 203) |  |  |
| Social Media Post (Ex. 207) |  |  |
| Social Media Post (Ex. 209) |  |  |
| Instagram Story (Ex. 253) |  |  |

**If you answered "No" to all parts of Question 1, then you can skip the remaining questions and have the jury foreperson sign and date this form.**

**Question 2**

Have Defendants shown by a preponderance of the evidence that the following constitute a "fair use" under the Copyright Act?

|  | Yes (Fair Use) | No (Not Fair Use) |
|---|---|---|
| Tattoo |  |  |
| Sketch (Ex. 202) |  |  |
| Social Media Post (Ex. 203) |  |  |
| Social Media Post (Ex. 207) |  |  |
| Social Media Post (Ex. 209) |  |  |
| Instagram Story (Ex. 212) |  |  |

**If you answered "Yes" to all parts of Question 2, then you can skip the remaining questions and have the jury foreperson sign and date this form.**

**Question 3**

Do you find that Plaintiff Jeffrey Sedlik was aware, or through the exercise of reasonable diligence, should have been aware, of the infringement prior to February 7, 2018?

       Yes    _____

       No     _____

### Question 4

Have the Defendants shown by a preponderance of the evidence that their infringement was innocent infringement?

       Yes   _____

       No   _____

**If you answer "Yes" to Question 4, skip Question 5 and go to Question 6.**
**If you answer "No" to Question 4, go to Question 5.**

### Question 5

Has the Plaintiff shown by a preponderance of the evidence that the Defendants' infringement was willful infringement?

       Yes   _____

       No   _____

## Question 6

What amount do you award as statutory damages?

$ _____

Four notes on the amount you may award:

1. If you answered "Yes" to Question 3, then you may not award any statutory damages based on conduct that happened prior to February 7, 2018.

2. If you answered "Yes" to Question 4, then you have found the infringement was innocent, and the range of your award may be as low as $200 and as high as $30,000.

3. If you answered "Yes" to Question 5, then you have found the infringement was willful, and the range for your award may be as low as $750 and as high as $150,000.

4. If you answered "No" to both Question 4 and Question 5, then you have found the infringement was neither innocent nor willful, and the range for your award may be as low as $750 and as high as $30,000.

**After answering Question 6, have the jury foreperson sign and date this form below.**

## Signature of Jury Foreperson

Dated: _____

_____
Foreperson