# EXHIBIT A

## Plaintiffs' Objections To Exhibits

| Exhibit No. | Objection |
| --- | --- |
| 2 | Authentication (FRE 901); Irrelevant (FRE 402) |
| 12 | Irrelevant (FRE 402); Hearsay (FRE 802) |
| 13 | Irrelevant (FRE 402) |
| 200 | Authentication (FRE 901) |
| 217 | Authentication (FRE 901) |
| 236 | Authentication (FRE 901) |
| 237 | Authentication (FRE 901) |
| 238 | Authentication (FRE 901) |
| 239 | Authentication (FRE 901) |
| 245 | Irrelevant (FRE 402) |
| 246 | Irrelevant (FRE 402) |
| 247 | Irrelevant (FRE 402); Hearsay (FRE 802) |
| 248 | Irrelevant (FRE 402) |
| 249 | Authentication (FRE 901) |
| 261 | Irrelevant (FRE 402) |
| 262 | Probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403) |
| 263 | Probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403) |
| 265 | Probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403) |
| 266 | Probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403) |
| 267 | Probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403) |