# EXHIBIT B

Defendants' objections to exhibits

| Exhibit No. | Objection |
|---|---|
| 3. | Hearsay (FRE 802). |
| 10. | Hearsay (FRE 802) |
| 16. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403) |
| 17. | Hearsay (FRE 802); improper opinion (FRE 704); irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403) |
| 18. | Hearsay (FRE 802); irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403) |
| 19. | Hearsay (FRE 802); irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403) |
| 20. | Hearsay (FRE 802); Not authenticated (FRE 901) |
| 21. | Hearsay (FRE 802); irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403) |
| 232. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403) |
| 233. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403) |
| 277. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |
| 278. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |
| 279. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |

| | |
|---|---|
| 280. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403) |
| 281. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |
| 282. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |
| 283. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |
| 284. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |
| 285. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |
| 286. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |
| 287. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |
| 288. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |
| 289. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |
| 290. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |
| 291. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |
| 292. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |

| | |
|---|---|
| 293. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |
| 294. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); incomplete (FRE 106). |
| 295. | Hearsay (FRE 802) |
| 297. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403) |
| 299. | Irrelevant (FRE 402); hearsay as to e-mail from Cawthra (FRE 802); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403). |
| 302. | Irrelevant (FRE 402); hearsay (FRE 802); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403). |
| 303. | Hearsay (FRE 802); improper opinion (FRE 704); irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403); and for reasons set forth in motion in limine. |
| 305. | Not authenticated (FRE 901); irrelevant (FRE 402); demonstrative document that should not be admitted into evidence. |
| 307. | Demonstrative document that should not be admitted into evidence. |
| 308. | Not authenticated (FRE 901); irrelevant (FRE 402); hearsay (FRE 802); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403). |
| 309. | Irrelevant (FRE 402); hearsay (FRE 802); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403). |
| 310. | Not authenticated (FRE 901); irrelevant (FRE 402); hearsay (FRE 802); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403). |
| 311. | Not authenticated (FRE 901); irrelevant (FRE 402); hearsay (FRE 802); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403). |

| | |
|---|---|
| 312. | Not authenticated (FRE 901); irrelevant (FRE 402); demonstrative document that should not be admitted into evidence. |
| 313. | Not authenticated (FRE 901); irrelevant (FRE 402); hearsay (FRE 802); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403). |
| 314. | Not authenticated (FRE 901); irrelevant (FRE 402); hearsay (FRE 802); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403). |
| 315. | Demonstrative that should not be admitted into evidence. |
| 316. | Not authenticated (FRE 901); hearsay (FRE 802); not produced during discovery or as part of disclosures. |
| 317. | Not authenticated (FRE 901); irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403). |
| 318. | Not disclosed or produced until 11/2/2022 and therefore should be excluded under FRCP 37(c)(1); not authenticated (FRE 901); irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403). |
| 319. | Not disclosed or produced until 11/2/2022 and therefore should be excluded under FRCP 37(c)(1); not authenticated (FRE 901); irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403). |
| 320. | Not disclosed or produced until 11/2/2022 and therefore should be excluded under FRCP 37(c)(1); hearsay (FRE 802); irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403). |
| 322. | Not disclosed or produced until 11/2/2022 and therefore should be excluded under FRCP 37(c)(1); hearsay (FRE 802); irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403). |
| 323. | Not disclosed or produced until 11/2/2022 and therefore should be excluded under FRCP 37(c)(1); not authenticated (FRE 901); irrelevant (FRE 402); probative value outweighed |

|      |                                                                                                                                                                                                                                                       |
|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      | by prejudice, confusing the issues, and misleading the jury (FRE 403).                                                                                                                                                                                |
| 324. | Not disclosed or produced until 11/2/2022 and therefore should be excluded under FRCP 37(c)(1); hearsay (FRE 802); irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403).            |
| 325. | Not disclosed or produced until 11/2/2022 and therefore should be excluded under FRCP 37(c)(1).                                                                                                                                                       |
| 326. | Not disclosed or produced until 11/2/2022 and therefore should be excluded under FRCP 37(c)(1); hearsay (FRE 802); irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403).            |
| 328. | Irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403).                                                                                                                               |
| 330. | No objection to the license on p. 594, but as to pp. 595-604: Hearsay (FRE 802); irrelevant (FRE 402); probative value outweighed by prejudice, confusing the issues, and misleading the jury (FRE 403).                                              |
| 335. | Not disclosed or produced until 10/12/2023 and therefore should be excluded under FRCP 37(c)(1)                                                                                                                                                       |
|      |                                                                                                                                                                                                                                                       |