ROBERT E. ALLEN (SBN 166589)
rallen@glaserweil.com
LARA A. PETERSEN (SBN 318475)
lpetersen@glaserweil.com
JASON C. LINGER (SBN 323031)
jlinger@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiff
JEFFREY B. SEDLIK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK, | Case No.: 2:21-cv-01102-DSF (MRWx) |
| Plaintiff, | Hon. Dale S. Fischer |
| v. | **PLAINTIFF'S AMENDED PROPOSED VERDICT FORM** |
| KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D""), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive, | Pretrial Conference: October 30, 2023<br>Trial Date:   November 28, 2023 |
| Defendants. | |

We, the jury in the above-entitled cause, find the following on the questions submitted to us:

### Question 1

Do you find by a preponderance of the evidence that plaintiff proved Defendants Katherine Von Drachenberg and High Voltage Tattoo, Inc. copied, displayed, created derivative works of, or distributed protected expression from the Miles Davis Photograph with respect to any of Defendants' uses?

Yes _____

No _____

If you answered "No," you don't need to answer the remaining questions.

### Question 2

Do you find by a preponderance of evidence that Defendants proved that all of Defendants' uses of the Miles Davis Photograph were fair use?

Yes _____

No _____

If you answered "Yes," you don't need to answer the remaining questions.

### Question 3

What amount do you award as actual damages and profits against Defendants for infringement?

$ _____

**Question 4**

What amount do you award as statutory damages against Defendants for infringement? Please enter an amount from $750 up to $30,000.

$ _____

**Question 5**

Has plaintiff shown by a preponderance of the evidence that at least one of Defendants' infringement was willful?

Yes _____

No _____

If you answer "Yes" to Question 5, skip Question 6 and go to Question 7.
If you answer "No" to Question 5, go to Question 6.

**Question 6**

Have Defendants shown by a preponderance of the evidence that all of their infringement were innocent?

Yes _____

No _____

If you answer "Yes" to Question 6, go to Question 7.
If you answer "No" to Question 6, you are finished. Please sign and date this

form.

## Question 7

What additional amount do you award as willful statutory damages against Defendants for infringement? Please enter an amount from $750 up to $150,000. This amount will be your award of statutory damages instead of the amount you entered in response to Question 4.

$ _____

After answering Question 7, the jury foreperson should sign and date this form below.

## Signature of Jury Foreperson

Dated:

_____
Foreperson