UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-01102-DSF (MRWx) | Date | October 30, 2023 |
|---|---|---|---|
| Title | Jeffrey B. Sedlik v. Katherine Von Drachenberg, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Patricia Kim | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert E. Allen | Allen B. Grodsky |
| Jason Linger | Tim B. Henderson |

**Proceedings:** PRETRIAL CONFERENCE (Held and Completed)

The matter is called and counsel state their appearances.

Pretrial Conference is held.

The Court provides tentative rulings on the motions in limine. A written order will be issued.

The parties are to provide amended jury instructions in accordance with the Court's instructions no later than November 10, 2023 at 12:00 p.m. Counsel are to provide the Court with a clean set of jury instructions in Word to the Judge's chambers email.

The parties are to provide a glossary of names and any unusual terms that may be used during the trial to the chambers email at least one week before trial.

A further Pretrial Conference is set for November 13, 2023 at 3:00 p.m.

The Court encourages the parties to continue settlement talks. Trial remains scheduled for November 28, 2023 at 8:30 a.m.