UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-01102-DSF-MRWx | Date | November 13, 2023 |
| Title | Jeffrey B. Sedlik v. Katherine Von Drachenberg, et al. | | |

Present: The Honorable  DALE S. FISCHER, United States District Judge

| Renee Fisher | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jason Linger | Allen Grodsky / Tim Henderson |

**Proceedings:** FURTHER PRETRIAL CONFERENCE (Held and Completed)

The matter is called and counsel state their appearances.

The Further Pretrial Conference is held. As more fully reflected on the record, Court and counsel discuss trial scheduling and expert testimony.

Additionally, no later than November 20, 2023, the parties shall submit:

1) A corrected version of the proposed jury instructions, in Word format, organized in the order in which they are to be given; and

2) Paper copies of any objected to exhibit and deposition transcripts for the Court's review.

The Court encourages the parties to continue settlement talks.

IT IS SO ORDERED.