UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>              Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D""", an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.: 2:21-cv-01102-DSF (MRWx)<br><br>Hon. Dale S. Fischer<br><br>**ORDER REGARDING CONTINUED SETTLEMENT CONFERENCE AND TRIAL DATE** |

2345251.1

The Court has received, reviewed, and considered the parties' November 17, 2023 Joint Stipulation Regarding Continued Settlement Conference and Trial Date.

NOW, THEREFORE, for good cause shown, the stipulation is **APPROVED**. The Court hereby **ORDERS** as follows:

1. Trial shall be continued to January 23, 2024, subject to the Court's availability.

2. All remaining pre-trial deadlines are re-set in accordance with the January 23, 2024 trial date.

3. The parties shall proceed with a continued settlement conference before Magistrate Judge Wilner at a mutually agreed-upon date in December 2023.

4. The parties shall promptly inform the Court if a settlement is reached.

**IT IS SO ORDERED.**

Dated:   November 20, 2023

*Dale S. Fischer*
Dale S. Fischer
United States District Judge