ROBERT E. ALLEN (SBN 166589)
rallen@glaserweil.com
LARA A. PETERSEN (SBN 318475)
lpetersen@glaserweil.com
JASON C. LINGER (SBN 323031)
jlinger@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiff
JEFFREY B. SEDLIK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>            Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D", an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 2:21-cv-01102-DSF-MRW<br><br>Hon. Dale S. Fischer<br><br>**PLAINTIFF'S NOTICE OF LODGING PLAINTIFF'S TRIAL EXHIBITS AS TO WHICH DEFENDANTS HAVE OBJECTED**<br><br>Action Filed: February 7, 2021<br><br>Trial Date:   January 23, 2024 |

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR
2  ATTORNEYS OF RECORD:

3  PLEASE TAKE NOTICE that pursuant to the Court's order at the final pretrial
4  conference held on November 13, 2023 and the Court's November 20, 2023
5  continuing the trial date, Plaintiff Jeffrey B. Sedlik ("Plaintiff"), by and through his
6  undersigned attorneys, have lodged today with the Court the following trial exhibits
7  offered by Plaintiff to which Defendants have raised an objection.

8  For the various video files, Plaintiff has included a thumb drive containing an
9  electronic copy of the file.

10  Plaintiff is concurrently filing a response to the hearsay objections raised by
11  Defendants to certain exhibits.

12  / / /
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

PLAINTIFF'S NOTICE OF LODGING PLAINTIFF'S TRIAL EXHIBITS
AS TO WHICH DEFENDANTS HAVE OBJECTED

2336907.1

| NO. | Description of Exhibit |
|---|---|
| 3 | Sedlik's Description of the "Miles Session" (JSP000411) |
| 10 | Sedlik's Responses to Interrogatories |
| 16 | Email from Jeff Sedlik to Shane Wallin – February 13, 2018 (JSP007702) |
| 17 | Email from Shane Wallin to Jeff Sedlik – February 13, 2018 (JSP007700) |
| 18 | Email from Jeff Sedlik to info@safe- tattoos.com – February 13, 2018 (JSP007701) |
| 19 | Email from Jeff Sedlik to Daniel Bergeron – February 26, 2018 (JSP007695-7696) |
| 20 | Email from Daniel Bergeron to Jeff Sedlik – February 27, 2018 (JSP007693-7694) |
| 21 | Email from Tattoo to Jeff Sedlik – February 21, 2021 (JSP004121-4122) |
| 232 | Duplicate |
| 233 | Screenshot of Youtube Video (no Bates number; depo. exhibit marked by Plaintiff) |
| 277 | Kat Von D "Go Big or Go Home" Copyright "Article" (JSP008122-8130) |
| 278 | "High Voltage Tattoo" By Kat Von D (JSP008131-8135) |
| 279 | "The Tattoo Chronicles" By Kat Von D (JSP008136-8137) |
| 280 | Print out from Jeffrey Sedlik's website titled "Sedlik Studio Info" (JSP007945- 7950) |
| 281 | Excerpt from a Youtube Video of Kat Von D discussing artists. (JSP007930) |
| 282 | Excerpt from a Youtube Video of Kat Von D discussing artists. (JSP007931) |
| 283 | Excerpt from a Youtube Video of Kat Von D discussing artists. (JSP007932) |
| 284 | Excerpt from a Youtube Video of Kat Von D discussing artists. (JSP007933) |
| 285 | Excerpt from a Youtube Video of Kat Von D discussing artists. (JSP007934) |

PLAINTIFF'S NOTICE OF LODGING PLAINTIFF'S TRIAL EXHIBITS
AS TO WHICH DEFENDANTS HAVE OBJECTED

2336907.1

| 286 | Excerpt from a Youtube Video of Kat Von D discussing artists. (JSP007935) |
|---|---|
| 287 | Excerpt from a Youtube Video of Kat Von D discussing artists. (JSP007936) |
| 288 | Excerpt from a Youtube Video of Kat Von D discussing artists. (JSP007937) |
| 289 | Excerpt from a Youtube Video of Kat Von D discussing artists. (JSP007938) |
| 290 | Excerpt from a Youtube Video of Kat Von D discussing artists. (JSP007939) |
| 291 | Excerpt from a Youtube Video of Kat Von D discussing artists. (JSP007943) |
| 292 | Excerpt from a Youtube Video of Kat Von D discussing artists. (JSP007952) |
| 293 | Excerpt from a Youtube Video of Kat Von D discussing artists. (JSP007961) |
| 294 | Excerpt from a Youtube Video of Kat Von D discussing artists. (JSP007974) |
| 295 | Sedlik's Second Supplemental Responses to Defendants First Set of Interrogatories |
| 297 | Sedlik Insertion Order (JSP000475) |
| 299 | Sedlik Invoice MHS0101 (JSP002345-53) |
| 302 | Sedlik Settlement Agreement with Denard Stalling (JSP002878-89) |
| 303 | Duplicate of Ex. 225 |
| 305 | Variations of Miles Davis Photograph (no Bates number) |
| 307 | Side-by-Side Comparison of Photograph and Tattoo (JSP007969) |
| 308 | Pages from "Tattoo Flash" (JSP008158- 76) |
| 309 | Sedlik Email with Rhino Records Regarding Licensing (JSP007354-55) |
| 310 | Tattoo Johnny Offering (JSP007944) |
| 311 | Miaohiki Offering (JSP007957) |
| 312 | Comparison of Photograph to Tracing (JSP007964) |

PLAINTIFF'S NOTICE OF LODGING PLAINTIFF'S TRIAL EXHIBITS
AS TO WHICH DEFENDANTS HAVE OBJECTED

2336907.1

Glaser Weil

| 313 | Stargarden Design Offering (JSP008002) |
|---|---|
| 314 | Google Search Result of "Miles Davis Portrait" (JSP008101) |
| 315 | Enlargement of Miles Davis Photograph – Detailed (JSP008138) |
| 316 | Feedstyle Publication of Tattoo (no Bates number) |
| 317 | Photographs of Miles Davis (JSP007954) |
| 318 | Screenshot of "Grazia" Website Showing a KVD Social Media Post (JSP008181) |
| 319 | Screenshot of "The Fix" Website Showing a KVD Social Media Post (JSP008182-94) |
| 320 | Sedlik License dated April 19, 2010 (JSP008195) |
| 322 | Sedlik License dated May 1, 2021 (JSP008198-8202) |
| 323 | Miles Davis Painting (JSP008203) |
| 324 | Sedlik invoice dated May 13, 2021 (JSP008204) |
| 325 | Sedlik Binder of Miles Davis Photos (JSP008205-54) |
| 326 | Sedlik License dated December 1, 2019 (JSP008255) |
| 328 | Tattoo Johnny, Stargarden and Miahki offerings (JSP008155-8157) |
| 330 | Sedlik License dated Nov. 5, 1997 (JSP00594-604) |
| 335 | Sedlik License dated Mar. 14, 2005 (JSP008257-59) |

DATED:  January 16, 2024            Respectfully Submitted,


By: */s/ Robert E. Allen*

ROBERT E. ALLEN
LARA A. PETERSEN
JASON C. LINGER
GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

*Attorneys for Plaintiff*

2336907.1