# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br>    Plaintiff,<br><br>        v.<br><br>KATHERINE VON DRACHENBERG, et al.,<br>    Defendants. | No.: 2:21-cv-01102-DSF-MRW<br><br>Rulings on Evidentiary Objections to Vanegas Deposition |

## Plaintiff's Objections

Plaintiff's objections to the testimony at 30:21-31:7 and 55:13-56:6 are sustained. All other objections are overruled.

## Defendants' Objections

Defendants' objections to the specified testimony from 31:15 through 58:3 are sustained. All other objections are overruled.

IT IS SO ORDERED.

Date: January 22, 2024

Dale S. Fischer
United States District Judge