# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 21-01102-DSF (MRWx) |
| Title: | Jeffrey B. Sedlik v. Katherine Von Drachenberg et al |
| Date | January 23, 2024 |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Patricia Kim | Pat Cuneo |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Robert E. Allen | Allen B. Grodsky |
| Jason Linger | Tim B. Henderson |

_____ Day Court Trial         First Day Jury Trial

_____ One day trial:   X  Begun (1st day);   X  Held & Continued;   _____ Completed by jury verdict/submitted to court.

X   The Jury is impaneled and sworn.

X   Opening statements made by    Plaintiff, Defendants

X   Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.

___ Plaintiff(s) rest.                    ___ Defendant(s) rest.

___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.

___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.

___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.

___ Jury polled.   ___ Polling waived.

___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.

___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).

___ Case submitted.   ___ Briefs to be filed by _____

___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.

___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.

___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

X   Case continued to   January 24, 2024 at 7:45 a.m.   for further trial/further jury deliberation.

___ Other:

                                                                              5 : 49

Initials of Deputy Clerk   pk

cc: