GRODSKY, OLECKI & PURITSKY LLP
Allen B. Grodsky (SBN 111064)
allen@thegolawfirm.com
Tim B. Henderson (SBN 281159)
tim@thegolawfirm.com
11111 Santa Monica Boulevard, Suite 1070
Los Angeles, California 90025
Telephone:  (310) 315-3009
Facsimile:   (310) 315-1557

Attorneys for Defendants
Katherine Von Drachenberg, Kat Von D, Inc.,
and High Voltage Tattoo, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01102-DSF-MRWx<br><br>Before the Hon. Dale S. Fischer, U.S. District Judge<br><br>**DEFENDANTS' PROPOSED REVISED JURY INSTRUCTION RE FIRST FAIR USE FACTOR**<br><br>Action filed:　February 7, 2021<br>Trial:　　　　January 23, 2024 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Per the discussion with the Court on January 24, 2024, Defendants submit the attached proposed revised jury instruction regarding the first fair use factor.

Dated: January 24, 2024

Respectfully submitted,

GRODSKY, OLECKI & PURITSKY LLP

By:   /s/ Tim B. Henderson
       Tim B. Henderson

Attorneys for Defendants Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc.