UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
1/26/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___pk___ DEPUTY

Case No. CV 21-01102 DSF

Date: 1/26/24

Time: 1:05 PM

JURY NOTE NUMBER  8  ①

✓    THE JURY HAS REACHED A UNANIMOUS VERDICT

_____    THE JURY REQUESTS THE FOLLOWING:

SIGNED:

FOREPERSON OF THE JURY