FILED
CLERK, U.S. DISTRICT COURT
1/26/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: pk DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 21-01102 DSF             Date: 1/26/24

                                     Time: 1:32

JURY NOTE NUMBER ___8__ ②

√    THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

SIGNED: _____
        FOREPERSON OF THE JURY