F I L E D
CLERK, U.S. DISTRICT COURT
1/26/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___pk___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>    Plaintiff,<br><br>vs.<br><br>KATHERINE VON DRACHENBERG aka KAT VON D, et al.,<br><br>    Defendants. | 2:21-cv-01102-DSF-MRW<br><br>**VERDICT FORM** |

We, the jury in the above-entitled case, find the following on the questions submitted to us:

### Question 1

Has Plaintiff shown by a preponderance of the evidence that the following works are substantially similar to the Miles Davis Photograph? Please check either "Yes" or "No" for each work.

|  | Yes (Substantially Similar) | No (Not Substantially Similar) |
|---|---|---|
| Tattoo |  | ✓ |
| Sketch (Ex. 202) |  | ✓ |
| "Messy Progress" Social Media Post (Exs. 207, 208) |  | ✓ |
| Final Tattoo Social Media Post (Exs. 209, 210, 211, 214, 215, 216, 240, 242) |  | ✓ |
| Instagram Story (Ex. 253) |  | ✓ |
| KVD at Light Box Post (Exs. 338, 339) |  | ✓ |

**Please proceed to Question 2.**

-2-

**Question 2**

Have Defendants shown by a preponderance of the evidence that the following constitute a "fair use"? Please check either "Yes" or "No." **Skip any work for which you answered "no" in Question No. 1.**

|  | Yes (Fair Use) | No (Not Fair Use) |
|---|---|---|
| Tattoo |  |  |
| Sketch (Ex. 202) |  |  |
| Posts of KVD working on tattoo on KVD Social Media (Exs. 203, 204) | ✓ |  |
| Posts of KVD working on tattoo on High Voltage social media (Ex. 212, 213) | ✓ |  |
| Messy Progress Social Media Posts on KVD Social Media (Exs. 207, 208) |  |  |
| Final Tattoo Social Media Posts on KVD Social Media (Exs. 209, 210, 211) | ✓ |  |
| Final Tattoo Social Media Posts on High |  |  |

| | | |
|---|---|---|
| Voltage Social Media (Exs. 214, 215, 216, 240, 242) | ✓ | |
| Instagram Story (Ex. 253) | | |
| KVD at Light Box Posts (Exs. 338, 339) | | |

**If you answered "No" to <u>any</u> work in Question 2, then proceed to Question 3. Otherwise, stop, answer no further questions, and please sign and date this form.**

### Question 3

What amount do you award as actual damages in the form of a hypothetical license fee against Defendants?

$ _____

**Proceed to Question 4.**

### Question 4

Has the Plaintiff shown by a preponderance of the evidence that at least one of the Defendants' infringements was willful infringement?

Yes \_\_\_\_      No \_\_\_\_

**If you answer "Yes" to Question 4, skip Question 5 and go to Question 6.**

**If you answer "No" to Question 4, go to Question 5.**

### Question 5

Have the Defendants shown by a preponderance of the evidence that all of their infringements were innocent?

Yes _____    No _____

**Please proceed to Question 6.**

### Question 6

What amount do you award as statutory damages?

$ _____

**After answering Question 6, have the jury foreperson sign and date this form below.**

### Signature of Jury Foreperson

Dated: ~~1/24~~ 1/26/24          _____
                                        Foreperson