**F I L E D**
CLERK, U.S. DISTRICT COURT

1/26/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ pk _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey B. Sedlik, | Case No.: 2:21-cv-01102-DSF-MRW |
| Plaintiff, | |
| v. | **CONFIRMATION OF EXHIBIT REVIEW AND AUTHORIZATION TO SUBMIT EXHIBITS TO JURY** |
| Katherine Von Drachenberg et al., | |
| Defendant. | |

The undersigned counsel hereby declare that the exhibit list and exhibits prepared to be given to the jury during deliberations were personally and individually reviewed by counsel for Plaintiff(s) and Defendant(s) prior to submission to the jury. The undersigned counsel also declare that the exhibits prepared to be given to the jury contain only admitted exhibits.

Counsel for Plaintiff(s) (Printed Name): Jason Linger

Counsel for Plaintiffs(s) (Signature): _____

Date: 1/26/24

Counsel for Defendant(s) (Printed Name): Tim B. Henderson

Counsel for Defendant(s) (Signature): _____

Date: 1/26/24

-1-