JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br>      Plaintiff,<br><br>      v.<br><br>KATHERINE VON DRACHENBERG aka KAT VON D, et al.,<br>      Defendants. | 2:21-cv-01102-DSF-MRW<br><br>JUDGMENT |

    The Court having granted summary judgment as to all claims against Kat Von D, Inc. and a jury having rendered a verdict in favor of Katherine Von Drachenberg aka KAT VON D and High Voltage Tattoo, Inc.,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed on the merits with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  January 30, 2024

_Dale S. Fischer_
Dale S. Fischer
United States District Judge