# EXHIBIT 1



**JOHN MUIR WHITNEY**

3080 HOMEWOOD DRIVE
RENO, NV 89509

JOHN@THINKTWICELEGAL.COM
415.971.9088

December 8, 2022

**INVOICE**

No. 1280

**TO**

Allen Grodsky
2001 Wilshire Blvd UNIT 210
Santa Monica, CA 90403

Re: Kat Von D

**FOR**

| Date | Description | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 11/21/22 | Process graphic and template design | 2.5 | $300/hour | $750.00 |
| 11/22/22 | Finish process graphic | 1.5 | | $450.00 |
| **TOTAL** | | | | $1,200.00 |

**TOTAL DUE:**     $1,200.00

**TERMS & CONDITIONS**
Please send payment to the address above. Payable upon receipt.

**THANK YOU FOR YOUR BUSINESS.**

# EXHIBIT 2



JOHN MUIR WHITNEY

3080 HOMEWOOD DRIVE  
RENO, NV 89509

[JOHN@WHITNEY.STUDIO](mailto:JOHN@WHITNEY.STUDIO)  
415.971.9088

November 22, 2023

## INVOICE

No. 1318

## TO

Allen Grodsky  
2001 Wilshire Blvd UNIT 210  
Santa Monica, CA 90403

Re: Kat Von D

## FOR

| Date | Description | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 10/12/23 | Read briefs | 1.25 | $300/hour | $375.00 |
| 10/13/23 | Begin demonstrative plan | 1.5 | | $450.00 |
| 10/17/23 | Read brief, revise open plan per new brief | 2.75 | | $825.00 |
| 10/18/23 | Create initial draft of opening PPT | 2.25 | | $675.00 |
| 11/1/23 | Conf. call | .5 | | $150.00 |
| 11/8/23 | Revise opening PPT | 1.5 | | $450.00 |
| 11/9/23 | Revise PPT | 2.75 | | $825.00 |
| 11/10/23 | Conf. call | .25 | | $75.00 |
| 11/14/23 | Revise opening | 3.25 | | $975.00 |
| 11/15/23 | Revise opening | 2.0 | | $600.00 |
| TOTAL | | | | $5,400.00 |

**TOTAL DUE:**     $5,400.00

**TERMS & CONDITIONS**  
Please send payment to the address above. Payable upon receipt.

**THANK YOU FOR YOUR BUSINESS.**

# EXHIBIT 3



JOHN MUIR WHITNEY

3080 HOMEWOOD DRIVE
RENO, NV 89509

JOHN@WHITNEY.STUDIO
415.971.9088

February 1, 2024

### INVOICE

No. 1329

### TO

Allen Grodsky
2001 Wilshire Blvd UNIT 210
Santa Monica, CA 90403

Re: Kat Von D Closing

### FOR

| Date | Description | Hours | Rate | Subtotal |
|---|---|---|---|---|
| 1/21/24 | Begin PPT for closing | 2.5 | $300/hour | $750.00 |
| 1/22/24 | Closing PPT creation | 2.5 | | $750.00 |
| 1/24/24 | Conf. call, PPT edits | 2.25 | | $675.00 |
| 1/25/24 | Clsong PPT creation/edits | 9.25 | | $2,775.00 |
| TOTAL | | | | $4,950.00 |

**TOTAL DUE:**     $4,950.00

**TERMS & CONDITIONS**
Please send payment to the address above. Payable upon receipt.

**THANK YOU FOR YOUR BUSINESS.**