Allen B. Grodsky (111064)
allen@thegolawfirm.com
Tim B. Henderson (281159)
tim@thegolawfirm.com
Grodsky, Olecki & Puritsky LLP
11111 Santa Monica Blvd., Ste. 1070
Los Angeles, CA 90025
Phone: 310-315-3009 / Fax: 310-315-1557

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey B. Sedlik | CASE NUMBER: 2:21-cv-01102-DSF-MRW |
| PLAINTIFF(S), v. | |
| Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc. | **APPLICATION TO THE CLERK TO TAX COSTS** |
| DEFENDANT(S) | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | |
|---|---|
| Name(s) of party or parties claiming costs: | Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo |
| Judgment entered on: | January 30, 2024     Docket #: 223 |
| Names of party(ies) against whom judgment was entered: | Jeffrey B. Sedlik |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: February 13, 2024  
Signature: /s/ Tim B. Henderson  
Name: Tim B. Henderson  
☒ Attorney of Record for: Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc.

**COURT USE ONLY**

☐ Application GRANTED in whole/part; costs are taxed in the amount of $ *Enter total amount taxed here.*
☐ Application DENIED because:   ☐ Not timely filed (L.R. 54-2.1).
  ☐ Insufficient supporting documentation provided (L.R. 54-2.1).
  ☐ Filer is not prevailing party (L.R. 54-1).

Date: *Enter date here.*   **Brian D. Karth, District Court Executive/Clerk of Court**
By: _____
Deputy Clerk

Case Title: <u>Sedlik v. Von Drachenberg et al.</u>; Case No: 2:21-cv-01102-DSF-MRW

# BILL OF COSTS

*The Clerk does not have discretion to tax any item not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | \~ IF ANY AMOUNT DISALLOWED \~ AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|
| | | | *(Shaded columns for Court use only.)* | | | |
| 1 | **L.R. 54-3.1 Clerk's Fees** *(only if in 28 USC § 1914 or [www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule](http://www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule))* | | | | | |
| | $0.00 | N/A | | | | |
| 2 | **L.R. 54-3.2 Fees for Service of Process** | | | | | |
| | $596.00 | Tab 2A - 11/11/22 invoice for service of subpoena on Bryan Vanegas<br>Tab 2B - 7/31/23 invoice for service of subpoena on Bryan Vanegas | | | | |
| 3 | **L.R. 54-3.3 United States Marshal's Fees** | | | | | |
| | $0.00 | N/A | | | | |
| 4 | **L.R. 54-3.4 Transcripts of Court Proceedings** *(order or stipulation required and must be attached)* | | | | | |
| | $0.00 | N/A | | | | |
| 5 | **L.R. 54-3.5 Depositions** *(if order or stipulation required by rule, it must be attached)* | | | | | |
| | $6,337.60 | The deposition costs in the below Tabs 5A-5D are taxable under L.R. 54-3.5(a) because the depositions were used in the case, including in the documents and proceedings referenced below.<br>Tab 5A - invoice for Sedlik deposition (used at trial and in Dkt. 35-12, 143-9)<br>Tab 5B - invoice for Von Drachenberg deposition (used at trial and in Dkt. 35-11, 37-4, 43-4, 51-5)<br>Tab 5C - invoice for Friedman deposition (used in Dkt. 34-3, 44-2)<br>Tab 5D - invoice for Vanegas deposition (used at trial and in Dkt. 143-4, 176-1) | | | | |
| 6 | **L.R. 54-3.6 Witness Fees** *(TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | $80.00 | Tab 6A - 11/11/22 invoice for witness fee for Bryan Vanegas<br>Tab 6B - 7/14/23 invoice for witness fee for Bryan Vanegas | | | | |
| 7 | **L.R. 54-3.7 Interpreter's Fees** *(document translation costs are not taxable)* | | | | | |
| | $0.00 | N/A | | | | |
| 8 | **L.R. 54-3.8 Docket Fees** *(only as provided by 28 U.S.C. § 1823)* | | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | | |
| | | $0.00 | N/A | | | | |
| 9 | | **L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers** *(attach appointment order)* | | | | | |
| | | $0.00 | N/A | | | | |
| 10 | (a) | $2,082.83 | **L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents** *(if order or stip required, it must be attached)* <br> *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* <br><br> The below costs (10A-10U) consist of mandatory chamber's copies required by the Court's Standing Order (Tab 10V) and Order Re Jury Trial (Dkt. 19, Tab 10W), and the printing of copies required by the Court's Order Re Jury Trial (Dkt. 19, Tab 10Y): <br><br> Tab 10A 02/16/22 - invoice for Stipulation and Order (Dkt. 27) <br> Tab 10B 03/16/22 - invoice for Motion for Summary Judgment exhibit binders (Dkt. 31) <br> Tab 10C 03/17/22 - invoice for mandatory chambers copy delivery of Motion for Summary Judgment (Dkt. 31-36) <br> Tab 10D 03/29/22 - invoice for mandatory chambers copy delivery of Opposition to Motion for Summary Judgment (Dkt. 41) <br> Tab 10E 04/05/22 - invoice for mandatory chambers copy delivery of Reply re Motion for Summary Judgment (Dkt. 51-52) <br> Tab 10F 05/18/22 - invoice for mandatory chambers copy delivery of Joint Report (Dkt. 63) <br> Tab 10G 10/26/22 - invoice for mandatory chambers copy delivery of Motion in Limine (Dkt.75-81) <br> Tab 10H 11/07/22 - invoice for mandatory chambers copy delivery of trial documents (Dkt. 92-99) <br> Tab 10I 11/17/22 - invoice for copying objected to trial exhibits <br> Tab 10J 08/08/23 - invoice for mandatory chambers copy delivery of Motion for Reconsideration (Dkt. 140-143) <br> Tab 10K 08/21/23 - invoice for mandatory chambers copy delivery of Aug 21 filings (Dkt. 145-147) <br> Tab 10L 08/30/23 - invoice for mandatory chambers copy delivery of Reply re Motion for Reconsideration (Dkt. 149) | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (Must be itemized below and cross-referenced to attachments.) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | *(Shaded columns for Court use only.)* | | | |
| | | Tab 10M 10/11/23 - invoice for mandatory chambers copy delivery of Amended Contentions of Law (Dkt. 161) Tab 10N 10/18/23 - invoice for mandatory chambers copy delivery of Trial Documents and Motions in Limine (Dkt. 163-167) Tab 10O 11/13/23 - invoice for Exhibit Copying Tab 10P 11/15/23 - invoice for binding of Depositions for use at trial Tab 10Q 12/18/23 - invoice for mandatory chambers copy delivery of Motion to Quash Farmer Subpoena (Dkt. 194) Tab 10R 12/27/23 - invoice for mandatory chambers copy delivery of Reply re Motion to Quash (Dkt.196) Tab 10S 01/08/24 - invoice for mandatory chambers copy delivery of Supplemental Memorandum in Opposition of Motion to Compel (Dkt. 199) Tab 10T 01/17/24 - invoice for mandatory chambers copy delivery of Defendants' Trial Brief (Dkt. 202) Tab 10U 01/18/24 - invoice for printing of trial documents Tab 10V - Judge's Standing Order requiring Mandatory Chambers Copies (see p. 3) Tab 10W - 05/19/21 – Order Re Jury Trial requiring chambers copies and copies of certain documents (Dkt. 19) (see pp. 2-4, 7, 9-10, 15) | | | | |
| | | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | |
| (b) | $1,202.36 | The below costs consist of the cost of printing copies for trial exhibits admitted into evidence as required by the Court's Order Re Jury Trial (Dkt. 19, 10Z): Tab 10X - 11/15/23 - invoice for printing of Trial Exhibits Tab 10Y - 11/17/23 - invoice for printing of Trial Exhibits Tab 10Z 05/19/21 – Order Re Jury Trial requiring chambers copies and copies of certain documents (Dkt. 19) (see pp. 2-4, 7, 9-10, 15) | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (Must be itemized below and cross-referenced to attachments.) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | | |
| | (c) | \colspan | L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record" | | | | |
| | (c) | $0.00 | N/A | | | | |
| | (d) | | L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents" | | | | |
| | (d) | $0.00 | N/A | | | | |
| | (e) | | L.R. 54-3.10(e): "Notary fees" of taxable documents | | | | |
| | (e) | $0.00 | N/A | | | | |
| | (f) | | L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case" | | | | |
| | (f) | $0.00 | N/A | | | | |
| | (g) | | L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case" | | | | |
| | (g) | $0.00 | N/A | | | | |
| 11 | | **L.R. 54-3.11 Premiums on Undertakings and Bonds** | | | | | |
| 11 | | $0.00 | N/A | | | | |
| 12 | | **L.R. 54-3.12 Other Costs** (Court order must be attached; only visual aids, models, and photographs taxable under this rule) | | | | | |
| 12 | | $11,550.00 | Supported by Concurrently Filed Motion To Tax Cost of Visual Aids<br>Tab 12A - trial graphics template design<br>Tab 12B - opening trial graphics<br>Tab 12C - closing trial graphics<br>Tab 12D - Motion to Tax Cost of Visual Aids (filed 2/13/24) | | | | |
| 13 | | **L.R. 54-3.13 State Court Costs** (taxable only if taxable in state court; include citation to applicable state statute or rule) | | | | | |
| 13 | | $0.00 | N/A | | | | |
| 14 | | **L.R. 54-4 Items Taxable as Costs on Appeal** (only items taxable under Fed. R. App. P. 39(e)) | | | | | |
| 14 | | $0.00 | N/A | | | | |
| 15 | | **L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court** | | | | | |
| 15 | | $0.00 | N/A | | | | |
| TOTAL | | $21,848.79 | | $0.00 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** <u>Sedlik v. Von Drachenberg et al.</u>; **Case No:** 2:21-cv-01102-DSF-MRWx

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate.  28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Bryan Vanegas, Somerville, New Jersey | 1 | $40.00 | | | | | $40.00 |
| Bryan Vanegas, Somerville, New Jersey | 1 | $40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $80.00 |