ROBERT E. ALLEN (SBN 166589)
rallen@glaserweil.com
LARA A. PETERSEN (SBN 318475)
lpetersen@glaserweil.com
JASON C. LINGER (SBN 323031)
jlinger@glaserweil.com
GLASER WEIL FINK HOWARD
 JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Plaintiff
JEFFREY B. SEDLIK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01102-DSF-MRW<br><br>Before the Hon. Dale S. Fischer, U.S. District Court Judge<br><br>**PLAINTIFF JEFFREY B. SEDLIK'S NOTICE OF RENEWED MOTION AND RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND REQUEST FOR A NEW TRIAL**<br><br>*[Memorandum of Points and Authorities and Declaration of Jason C. Linger in support thereof; and (Proposed) Order filed concurrently herewith]*<br><br>Hearing Date: April 1, 2024<br>Time:　　　　1:30 p.m.<br>Place:　　　 Courtroom 7D<br>　　　　　　 First Street Courthouse<br>　　　　　　 350 West 1st Street<br>　　　　　　 Los Angeles, CA 90012 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on April 1, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Dale S. Fischer in Courtroom 7D of the First Street Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiff Jeffrey B. Sedlik will and hereby does move for judgment as a matter of law and for a new trial.

Plaintiff files this notice and motion pursuant to Fed. R. Civ. P. 50 and 59 and Local Rules 50 and 59.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on February 20, 2024.

This motion is and will be based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, as well as the pleadings and papers on file with the Court, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

DATED: February 27, 2024

GLASER WEIL FINK HOWARD
   JORDAN & SHAPIRO LLP

By:  /s/ Robert E. Allen

ROBERT E. ALLEN
LARA A. PETERSEN
JASON C. LINGER

*Attorneys for Plaintiff*