ROBERT E. ALLEN (SBN 166589)
rallen@glaserweil.com
LARA A. PETERSEN (SBN 318475)
lpetersen@glaserweil.com
JASON C. LINGER (SBN 323031)
jlinger@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiff
JEFFREY B. SEDLIK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>             Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 2:21-cv-01102-DSF-MRW<br><br>Hon. Dale S. Fischer,<br>U.S. District Court Judge<br><br>**DECLARATION OF JASON C. LINGER IN SUPPORT OF PLAINTIFF JEFFREY B. SEDLIK'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND REQUEST FOR A NEW TRIAL**<br><br>*[Notice and Renewed Motion; Memorandum of Points and Authorities and Declaration of Jason C. Linger in support thereof; and (Proposed) Order filed concurrently herewith]*<br><br>Hearing Date: April 1, 2024<br>Time:         1:30 p.m.<br>Place:        Courtroom 7D<br>              First Street Courthouse<br>              350 West 1st Street<br>              Los Angeles, CA 90012 |

1

DECLARATION OF JASON LINGER

I, Jason Linger, hereby declare as follows:

1. I am an attorney licensed to practice in this Court and in the State of California. I am with the law firm Glaser Weil Fink Howard Jordan & Shapiro LLP, counsel for Plaintiff Jeffrey B. Sedlik ("Plaintiff" or "Sedlik") in this case.

2. I submit this Declaration in support of Plaintiff Jeffrey B. Sedlik's Renewed Motion For Judgment As A Matter Of Law And Request For A New Trial.

3. Attached hereto as Exhibit 1 is a true and correct copy of the relevant transcript excerpts from the trial from January 23, 2024 – January 26, 2024.

4. Attached hereto as Exhibit 2 are true and correct copies of certain trial exhibits cited in Plaintiff's motion (Trial Exhibits 11, 203, 204, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 229, 237, 238, 239, 240).

5. Attached hereto as Exhibit 3 are true and correct copies of certain trial exhibits cited in Plaintiff's motion (Trial Exhibits 242, 251, 280, 308, 315, 321, 322, 326, 332).

6. Attached hereto as Exhibit 4 are true and correct copies of certain trial exhibits cited in Plaintiff's motion (Trial Exhibits 336, 337, 338, 339, 341).

Executed on: February 27, 2024    Respectfully submitted,

By: /s/ Jason Linger