# EXHIBIT 2
# to Linger Declaration

# EXHIBIT 11

**To:**     'brad@fsmanagement.com'[brad@fsmanagement.com];
'info@fsmanagement.com'[info@fsmanagement.com]
**Cc:**     'COPYRIGHT@sedlik.com'[COPYRIGHT@sedlik.com]
**From:**  Jeff Sedlik
**Sent:**  Thur 12/24/2020 1:35:14 AM
**Subject:**  Sedlik photograph - infringement
[SEDLIK EXHIBIT 1 TO KAT VON D EMAIL DECEMBER 23 2020.pdf]

Dear Mr. Lyon and Ms. Drachenberg, I am writing to you at the fsmanagement.com email addresses because you are the designated agents for service of process for Kat von D Inc, Katherine Drachenberg, and High Voltage Tattoo,  and I do not have an email address for Ms. Drachenberg. Mr. Lyon, please forward this message to Ms. Drachenberg.


Dear Ms. Drachenberg,

I am a photographer based in Los Angeles. I recently learned that you have reproduced my photograph of Miles Davis in a tattoo on Blake Farmer, one of your customers. I searched my records but have no record of issuing a license for this particular tattoo, whether to you.  High Voltage or any of your other companies.

As a fellow artist I know that you understand that as a visual artist, I support myself and my family by licensing my photographs for use in various media, for commercial and non-commercial purposes. I create my photographs with the expectation that I will earn licensing income from those photographs whenever they are reproduced, distributed, displayed, or used to create derivative works, during  the copyright life of my photographs, which is my life plus 70 years.

In 1989, I created the photograph of Miles Davis that reproduced in a tattoo in 2017. See the attached Exhibit 1, which includes my photograph and a copy of my 1994 copyright registration.  I am the sole copyright owner of the photograph.

Before I made that photograph, I worked for years on concepts. I then went to Miles' home in Malibu with a full crew and a truckload full of equipment. I set up a photography studio in his back yard. I went into his closet and chose  his wardrobe and jewelry. I directed him very precisely in his body position, shoulder position, head position, and expression. I designed and precisely controlled the lighting and created the shadows, contrast and texture in the photograph. My photograph is the result of years of work, and of my creative efforts, my original expression, and my especially my personal interaction with Miles at the moment that I captured the photograph, which an iconic image of Miles. I even positioned the cascade of  his fingers, exactly as you have  copied them in the tattoo.

Before  you create a tattoo based my work, at a minimum you are required to reach out to me and request and obtain permission from me,  whether you sourced the image or the image was sourced by a client.  Not only is this required by law, but it is a personal and professional courtesy, and ethically, it is the right thing to do.  It  would have taken you only a few seconds to identify me as the photographer.  You easily could have contacted me to discuss and obtain a license, before reproducing, distributing, displaying and creating derivatives of my image, and using my image to promote your various businesses.

I have no record of such a license. If you did not obtain a license before you traced my photograph on

<div style="border: 2px solid black; background: gold; width: 120px; text-align: center; float: right;">
**Exhibit**
11
</div>

 JSP004257

a light table, transferred my traced photograph onto your client's skin,  then referenced my photograph while copying the shading, contrast and texture of my photograph onto your client's skin to create a  photorealistic reproduction of my photograph as a tattoo, then  posted your copy of my photograph to your millions of social media followers and published your copy of my photograph  in magazine articles and website articles  to promote your various business interests, then you have infringed on my  registered copyright. In addition you have claimed to be the creator of work that I created. I would never do that to you or to any artist, and  I would never copy your work and sell it without first requesting your permission and obtaining a license from you.

I bear you no ill will. I am contacting you artist-to-artist to discuss this and to resolve it amicably, rather than involving an attorney. Please respond by January 9, 2021 to either provide a copy of a license permitting you to make use of my image, or to confirm that you have no license.  If this usage was unlicensed, please confirm, and I will respond to request additional information from you regarding the scope and circumstances of the unlicensed use.

If you do not contact me by January 9, 2021, or if you or anyone at any of your companies choose to publicly comment on this matter, whether on social media or otherwise, or if you claim (incorrectly)  that your tattoo is fair use of my copyright,  I will assume that you have no interest in resolving the matter, and I will hand this over to my attorney, who will escalate this without further notice or discussion.

I would prefer to cooperate with you so that we can resolve this matter amicably. I look forward to your reply.

Respectfully,
Jeff Sedlik
Jeff Sedlik Photography
145 North Sierra Madre Blvd, Studio 4, Pasadena CA 91107
213 716 6627

Notice: Please preserve (do not yet delete or destroy) any copies of my photograph, whether in electronic or hard-copy form, and any videos, tracings, stencils, illustrations or other artwork created by you in preparation for the tattoo, and all contracts, waivers and communications with your client and others in relation to my photograph and the tattoo, together with all reproductions in social media, websites, advertisements, and all other reproductions in all other media. This email is not intended to be a complete recitation of all the facts. This communication is an attempt to settle a dispute and is subject to FRE408. Nothing in this communication will prejudice our rights in law or in equity, all of which are expressly preserved.

CONFIDENTIAL

**SEDLIK EXHIBIT 1 TO KAT VON D EMAIL DECEMBER 23, 2020**

Sedlik Photograph ©1989     KVD Tracing Sedlik Photograph     KVD Copying Shading from Sedlik Photograph



Grazia     KVD Instagram     High Voltage Instagram     KVD Twitter     KVD Facebook



JSP004259

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

# FORM VA
**UNITED STATES COPYRIGHT OFFICE**

REGISTI

## VA 645~610



EFFECTIVE DATE OF REGISTRATION

*July 6 1994*
Month  Day  Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

TITLE OF THIS WORK ▼

**MILES DAVIS PHOTOS**

NATURE OF THIS WORK ▼ See Instructions

Photographs

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

JAZZIZ

| If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|
| 6 | 5 | Aug/Sept 1989 | Cover, 5, 44, 46 & 48 |

---

**2**

**a**

NAME OF AUTHOR ▼

**JEFF SEDLIK**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1962

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire photographs and negatives

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1989 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ July  Day ▶ 28  Year ▶ 1989
U.S.A. ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

JEFF SEDLIK
940 E. Second St., Studio 8
Los Angeles, California 90012

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
JUL 06 1994
ONE DEPOSIT RECEIVED
JUL 06 1994
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

CONFIDENTIAL

JSP004260

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼ **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Stephen A. Spataro, Esq.
Spataro & Associates
100 Wilshire Bl., Suite 200
Santa Monica, CA 90401-1113
Area Code & Telephone Number ▶ **(310) 917-4557**

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **JEFF SEDLIK**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
STEPHEN A. SPATARO                                  date ▶ 7/1/94

Handwritten signature (X) ▼ [signature]

**MAIL CERTIFI-CATE TO**
Name ▼
Stephen A. Spataro, Esq.
Number/Street/Apartment Number ▼
100 Wilshire Bl., Suite 200
City/State/ZIP ▼
Santa Monica, California 90401-1113

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—135,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,007

CONFIDENTIAL

JSP004261

# CERTIFICATE OF REGISTRATION



**FORM VA**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**VA 716-250**

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

EFFECTIVE DATE OF REGISTRATION

OCT   6   1995
Month   Day   Year

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Miles Davis

**NATURE OF THIS WORK ▼** See instructions

Poster

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**

Jeff Sedlik

**DATES OF BIRTH AND DEATH**
Year Born ▼   1962   Year Died ▼

**NOTE**

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Photographic film and poster

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1994 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 20   Year ▶ 1994
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Jeff Sedlik dba Mason Editions
P.O. Box 1952
Los Angeles, CA 90086-1952

See instructions before completing this space

**APPLICATION RECEIVED**
SEP 18 1995
**ONE DEPOSIT RECEIVED**
SEP 18 1995
**TWO DEPOSITS RECEIVED**
**REMITTANCE NUMBER AND DATE**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**FUNDS RECEIVED**  OCT  6 1995

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages.

CONFIDENTIAL                                                                      JSP004262

EXAMINED BY _____                    **FORM VA**

CHECKED BY _____

☐ CORRESPONDENCE                              FOR
  Yes                                         COPYRIGHT
                                              OFFICE
                                              USE
                                              ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

_____

_____

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

_____

_____

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                   **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Spataro & Associates
Stephen A. Spataro, Esq.
100 Wilshire Bl., Suite 200
Santa Monica, CA 90401-1113
Area Code & Telephone Number ▶    **(310) 917-4557**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of _____ **Jeff Sedlik** _____
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

STEPHEN A. SPATARO                                date ▶  9/8/95

✕ Handwritten signature (X) ▼

_Stephen A. Spataro_

**8**

**MAIL CERTIFICATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
Spataro & Associates
Number/Street/Apartment Number ▼
100 Wilshire Bl., Suite 200
City/State/ZIP ▼
Santa Monica, CA 90401-1113

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—135,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—262-170/20,007

CONFIDENTIAL                                                    JSP004263



SEPTEMBER 1989

MILES

U.S. $2.95
CANADA $3.50

CONFIDENTIAL

JSP004264

# JAZZIZ

*Publishers*
MICHAEL FAGIEN
LORI B. FAGIEN

*Art Director*
DAN NEVINS

*Editors*
ROGER DRURY
MICHAEL FAGIEN

*Contributing Writers*

SCOTT ADAMS        BRUCE KLAUBER
LARRY BIRNBAUM     WAYNE LEE
HANK BORDOWITZ     STEVE MAYS
PETER CARNELI      BILL MILKOWSKI
DANIEL CERONE      DAVID OKAMOTO
DIDIER DEUTSCH     NORMAN PROVIZER
JOHN DILIBERTO     ERIC SNIDER
STEVEN FAGIEN      STEPHANIE STEIN
MICHAEL GAM        MARK STRYKER
JO ANN GUIDO       ROBIN TOLLESON
FRANK-JOHN HADLEY  NORMAN WEINSTEIN
CHRISTOPHER HOARD  JOSEF WOODARD
MARK HOLSTON       SCOTT YANOW
WILLIAM KINNALLY   BOB YOUNG

*Advertising*
LORI B. FAGIEN
KARLA A. THARIN

*Retail Coordinator*
GAIL RING

*Radio Relations*
WILLIAM KINNALLY

*Circulation*
ERIN BIRX
KARLA A. THARIN

*Typography*
PATTY SHEPPARD
CHARLENE STEFANELLI

*Corporate General Counsel*
DARRYL KENDRICK ESQ

Vol 6 No 5
August / September 1989

JAZZIZ Magazine (USPS 002-223) (ISSN 074-5885) At VG  SLPI
1989 Vol. 6 No. 5 Published bimonthly by The JAZZIZ Magazine
Inc., 3620 NW 43rd Street, Suite D, Gainesville, FL 32606 second-
class postage paid at Gainesville FL and at additional mailing offices.
All contents copyright © 1989 by The JAZZIZ Magazine Inc. All
rights reserved JAZZIZ is a trademark of The JAZZIZ Magazine Inc.
Editorial and Executive Offices, JAZZIZ Magazine, 3620 NW 43rd
Street, Suite D, Gainesville, FL 32606. Telephone (904) 375-3705
Michael Fagien, President; Lori B. Fagien, Vice President. ADVER-
TISING SALES OFFICE: Main, Lori B. Fagien, JAZZIZ Advertising,
3620 NW 43rd Street, Suite D, Gainesville, FL 32606,
1-904-375-3705 Subscription Service: One-year subscription rate for
the United States and its possessions $12.95, two years $23.00.
Canada one-year $18.00. All others one-year $30.00. Single issue
$2.95 United States all others $3.50. Back issues $3.50 each in United
States, all others $5.00 each (includes postage and handling).
POSTMASTER: Send address changes to JAZZIZ, Circulation
Department, P.O. Box 8309, Gainesville, FL 32605-8309, or call
1-904-375-3705 For change of address, please enclose both old and
new address and most recent mailing label. Allow 8 weeks for change
to become effective. Direct non-subscription correspondence to
Editorial Department. Permissions: Nothing can be reproduced in
any manner without prior written permission of JAZZIZ. Printed
in USA. Editorial Contributions: Must be accompanied by return
postage and will be handled with care, however publisher assumes
no responsibility for the return or safety of artwork, photography
or manuscripts. All rights in letters sent to JAZZIZ will be treated
as unconditionally assigned for publication and copyright purposes
subject to unrestricted right to edit and to comment editorially.

JAZZIZ AUG / SEPT



*Cover photography: Jeff Sedlik   Make-up: Tara Posey*
*Black and white prints: Photo Impact, LA*

## FEATURES

Tuck & Patti . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Thinking Out Loud . . . . . . . . . . . . . . . . . . . . . . 12
Ralph Towner . . . . . . . . . . . . . . . . . . . . . . . . . . 16
Hilton Ruiz . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Rob Mullins . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Glasnost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
William Galison . . . . . . . . . . . . . . . . . . . . . . . . 36
Peter Moffitt . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
Miles Davis . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
Masterpieces . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

## DEPARTMENTS

8   Contempo              52  Independents
14  Brazilian             58  Blues & Rhythm
21  Acoustics             59  New Products – Players
24  Outside in            62  Cosmopolitan
34  Traditions            66  Bookmarks
38  Retrospectives        68  Soundscapes
42  Video                 72  New Products - Audio
50  Cinemusic             85  Voices

5

CONFIDENTIAL



CONFIDENTIAL

JSP004266



I   N   T   E   R   V   I   E   W

# MILES
## SMILES

The Prince of Darkness lightens up
and talks about life, music and painting.



BY JOSEF WOODARD

PACIFIC COAST HIGHWAY IS ON THE FLIPSIDE OF THE CONTINENT
from 52nd Street — both in geography and culture. One was the birth-
place of bebop in the late '40s, where the young Miles Davis first
hung his hat and blew his horn to an awed public. In the late '80s,
the other avenue, wending its way alongside the Pacific coast, is the
preferred landing spot for the show biz elite. Johnny Carson is there.
So is Miles Davis, in a house that's only spit from the Pacific.

You turn off of P.C.H. and approach the imposing grey slab of a
house. Outside, an Everlast punching bag and a Ferrari with plates
reading *MILES 2 2* quell any doubts that you've arrived *chez* Miles.
Here, the trumpeter enjoys the good life and has big fun, playing his
horn, cooling his heels, painting his semi-abstract fantasies on can-
vas and, sometimes, entertaining visiting journalist types who come
here, when admitted, to enjoy an audience with a living myth of jazz.

At sixty-three (the youngest looking sixty-three-year-old I know),
Miles is a walking paradox. He's a survivor of multiple jazz wars. Far
from resting on his veteran laurels, he's looking ahead, listening,
ignoring the advice of critics and record people alike. He runs hot
and cold, and it's hard at times to separate the man from the image.
He runs the voodoo down and yet retains a child-like innocence
which, no doubt, accounts for his musical freshness. Both out of

Case 2:21-cv-01102-DSF-MRW   Document 234-4   Filed 02/27/24   Page 14 of 49   Page ID #:5211



respect for his legend and because he's so disarming that a first-name basis seems apt, everybody knows him as Miles (or Sir Miles, since he received the Order of Malta in 1988).

The Miles paradox was tangible on the crisp, windy May day that he met with JAZZIZ. Photographer Jeff Sedlik and his assistants had set up their studio-on-the-run in Miles' backyard overlooking the ocean. We waited. Miles returned late from his daily swim, and his assistant came out to warn us, in a conspiratorial whisper, that "Miles is in a really shitty mood." Whether this was the truth or a ploy by a master manipulator was anybody's guess.

Finally emerging, a lean, swarthy figure slinking into the sunlight, the grimacing Miles sat through a long photo session as whatever resistance he had gradually eroded. Cool phrases spilled from his gleaming red trumpet as he sat on the lawn, the Pacific providing an uncanny backdrop. Asked to put on his painting clothes, Miles sparked up; he came out minutes later with paint-splattered overalls. "The junkman is here," he dead-panned in his gravelly whisper.

Days later, after a performance in Chicago, Miles met with JAZZIZ once again. This time he would pour over the proofs from the photo session before turning abruptly to Publisher Lori Fagien, handing her the stack, and saying, "Here, you pick." Nobody second guesses Miles Davis. He makes sure of that.

The hot-and-cold factor is also important to bear in mind when listening to *Amandla*, Miles' second recording as a leader for Warner Bros. after three decades on Columbia. Less angular than *Tutu*, less blandly silken than Miles' curious dips into the Cyndi Lauper and Michael Jackson song books, his latest is a winning entry from a latter-day cool period. Marcus Miller's sharp writing and production envelope Miles' muted trumpet with slick but innovative, funky rhythm tracks. Miles, who was produced by Teo Macero for decades, seems to have found a new soul-mate in Miller, who started with Miles in the bass role. "Tommy Lipuma put us together. Tommy said, 'Marcus writes his ass off.' He was working with me, and I was so sick then I wasn't writing much."

Shuffling go-go beats rule the rhythmic landscape (this may become known as Miles' go-go disc). Miles the player is in truly fine form, saying a great deal with a few slicing, well-placed notes. Dispensing with his mute, Miles hits an eloquent stride above the sampled big band textures of Miller's lustrous ballad "Mr.Pastorius" — which seems as much a tribute to Miles' old cohort, Gil Evans, as to Pastorius. This is pop-jazz as an art form, just when we need it most.

Forget what you read in the tabloids at the check out line: Miles sniffs at the spurious rumors of his having AIDS. Long afflicted with various health problems — including a recent bout of pneumonia, which he also had in the mid-70s — Miles may have been ripe pickings for yellow journalists. But he has always stubbornly forged ahead in spite of health problems, playing on pained bended knee if necessary. Apart from his absence, a regeneration period in the late-70s, Miles has answered to his muse diligently.

Now, he's the picture of health. Something in his gait is athletic. Something in his steady gaze is both profound and ever-young. Something in his low, gruff voice is both commanding and introspective. And all of that seeps into his playing.

From bop to cool, from his days with John Coltrane and *Kind of Blue* to his mid-60s quintet of saxist Wayne Shorter, drummer Tony Williams, pianist Herbie Hancock, and bassist Ron Carter, Miles personified the jazz ethos as an adventure in change and evolution. Slouching towards the '70s, he plugged in and turned everyone on

their ears. After *In a Silent Way* and *Bitches Brew*, Miles' seminal jazz-rock phase led him into a dark era in the mid-70s. His bill of health was quavering, but several of the "lost" '70s works — *On the Corner, Big Fun, Get Up With It, Agartha* — were mysteriously captivating; it could even be argued that they laid the groundwork for the M-Base music out of Brooklyn. And after a five-year hiatus, Miles re-emerged with his horn.

Today, you could sense in him a man of action coiled, ready to hit the road and dispel rumors of his infirmity. "I get itchy," he says. "I get restless. But, when I get like that, it's something with the band that I want them to do. I have to wait." Talking about Miles' cast of players is always a conversational rope-a-dope. Miles likes to play devil's advocate, dishing out equal parts admiration and admonition.

As we speak, Miles is reserving his highest praise for the new blood in the band, the prodigious young keyboardist, Kei Akagi. How does a new musician get to the inner circle with Miles? "I just sent out notice that I was looking for a piano player. His name came up. He's a hell of a musician. He's so funny. He never did say anything. I just told him to learn the parts. I walked up to him one night and said 'Kei, is there anything we play that you'd really like to play on?' He's quiet, you know.

"The next day he came into rehearsal and said 'I'd like to play Tutu.' He's so good, he just set a whole 'nother groove. The groove is him. So I ask him again, 'Is there anything else you want to do?' He says, 'Wrinkles.' I know that still waters run deep because I was quiet like that. He's going to be something. He's already something."

**JAZZIZ:** Your band is always changing. Does that affect you and the way you hear music, or is it the other way around?

**MILES:** In the first place, you've got to get the drummer. No drummer, no band. The band drummer has to listen to what's going on. I used to tell them, "Play these two bars 3/4, the rest of them shuffle [sings what he means]. I don't care how you all do that, but that's all I want to hear." You have to tell them, "No filling," because a man's ego is such that if a girl comes that he likes, he loses control.

**JAZZIZ:** You're saying that maybe the influence of women — the desire to impress women — has had a lot to do with musicians overplaying or playing too loud?

**MILES:** Definitely. Because they want them to know. Mine used to do that on drums. I'm not like that, and it's my band, so I don't figure anybody else should. They stand on stage like me.

**JAZZIZ:** Did you ever go through that phase yourself, when you were starting out?

**MILES:** Who? Me? Shit. Hell no. One time, Bird walks up and says, "You're playing too loud." But I know he was out for coke, and coke makes everything too loud. I was playing with a mute. I would always play under him. I could feel when he was going to fill in. I would wait and then play right under. You know what I'm saying? It's hard to do that.

I used to do that to Coleman Hawkins, too. Some parts of the melody you harmonize with him on, and then maybe you'll fall off and play a variation. You know, it has to be spontaneous, plus you really have to know the chords so you won't play the wrong thing.

**JAZZIZ:** Did you have that same kind of rapport with Wayne Shorter, where you would gauge your own voice with his?

Bird says, "You're playing too loud." But he was out for coke, and coke makes everything too loud.

CONFIDENTIAL                                                       JSP004268



It's not that serious. Social music, social sound. It's not that serious.

**MILES:** Yeah. You could tell what part of the note, what part of his sound you could play off of. Wayne had some different ideas. We used to play [he sings a rubbery "Footprints" melody], and the way we were playing it, nobody else could play it like that — except for me and Wayne. We knew the rhythm wasn't going to drop, so we could delay it and pull on it. Tony never dropped time.

**JAZZIZ:** Rhythmically, that mid-'60s band dealt with pretty much of a departure from bebop, from cymbal-riding, time-in-your-face drumming.

**MILES:** Well you know, right now, the drums have the lead. There's no melody. The drums have it [he imitates a drum groove]. See, when that comes around again, and you're singing the melody, you can attack it differently. You can set it up. Plop, bang! It goes because the drums have a certain pattern that they play.

That's why commercials sound better than most of the bands we have today, because now you can take a funky drum beat and program it. And it will sound like that all night. You can just set it there and, as long as you pay your light bill, it will sound like that [goes back into a rolling groove].

I hear these drum programs every day on the television, with great melodies. I say, 'Damn, sounds good.' I don't know no band that sounds like that.

**JAZZIZ:** You had Al Foster doing those kinds of twisted high hat patterns during the '70s. It was almost straight funk that he'd keep going, but then he would inject weird syncopations into the groove.

**MILES:** He did it better in the '70s; he can't do it now. You see, Al is a musician, right? He plays baritone saxophone and piano. So when I'm playing, he wants to hear me. I say, "Al, fuck that, just play the drums."

Miles doesn't have time for false politeness when it comes to questions of racial attributes. He's convinced that white and black jazz players have a different sense of time. "Jazz phrasing is delayed, but it's not delayed to the point where the time drops. Most white arrangers are like that." He starts singing a languid, medium-tempo swing melody. "They play like that. I can tell a white arranger when I hear one. But see, that's not the way Basie and those cats played. They played like [he sings a tight, crisp line]. That brass section used to kill me because that's the way they would phrase."

Even after close to fifty recordings, Miles hasn't taken for granted the process of creating new music. The realities of Amandla, and the pending tour, are obviously at the front of his lobes. "That go-go in the song 'Big Time.' " he suddenly announces to me, as if he'd been thinking about it all day, "I don't know if that'll hold together. I've got to make it hold together. I told Marcus, 'There's a dull spot in there.' We just have to do something to fix it." Miles stares off for a moment, and starts singing the tune. "You know it pretty good? It's empty right there. It's going to knock me out to find something there. I can't wait."

Does he analyze his tunes that closely?

Miles shakes his head. "If you'd asked me to sing it yesterday, I couldn't have."

Since his electric phase began, Miles has proven to be an impeccable talent scout for guitarists, starting with John McLaughlin and including, over the years, Pete Cosey, Reggie Lucas (who went on to produce the first Madonna release), Mike Stern and John Scofield. The new disc features the fine young guitar player Jean-Paul Bourelly ("I heard him do something, and he did what I wanted him to do," Miles asserts. "Maybe he'll do something else") and the soulful Los Angeleno, Mike Landau.

Did Miles fall in love with the guitar after working with McLaughlin? "I was in love with Charlie Christian. Charlie Christian started all of that stuff, playing the way Bird plays. Like you said, it's the single-line stuff, without the [he plays some Freddie Green-type comping]. But I finally got a guitar player that I like: Mike Stern and John McLaughlin are great players, but they don't know nothing about inside playing. In between playing, like rhythm guitar. Nothing. Nothing at all." The coach speaks.

Listening to certain tracks on Amandla — such as the oblique ballad of the title cut, various synthesizer colorings or the slithering countermelody of John Bigham's "Jilli" — it's hard to miss the influence of Joe Zawinul, Miles' one time keyboardist (now his neighbor since he lives a few miles up the road above P.C.H.). When Zawinul's name comes up, Miles says, "Somebody asked me the other day, 'Does Joe play white?' He doesn't play white. See, with piano players, those who have played with singers are good piano players. Joe played for so long with Dinah Washington, he plays good piano. What I like about him is that he doesn't try to play too fast."

Would he consider playing with Zawinul, or some of his other numerous comrades, again? "Yeah, if I could play with him, I would. He's something. He has a funny way with phrasing."

Miles gets up to show me some of his recent paintings, canvases laying in a pile by the kitchen. If an uninitiated visitor were to walk into Miles' living room, he might assume that this was the residence of an artist, not a musician. Art, by Miles and others, is scattered with a casualness that bespeaks obsession. In the bathroom is a small painting of a famous Matisse image on a chair, inscribed "to Miles and Cicely Tyson," Miles' former wife. It's signed Joni Mitchell. "I've got to bring that out here somewhere," Miles says, suddenly embarrassed to have Mitchell's art behind closed doors.

Unlike the bad ass cartoon figures of Miles' that graced the covers of On the Corner and In Concert, his new paintings are vivid, painterly blends of influences as disparate as Joan Miro, inner city mural art and Matisse. I offer that I'm not the only who sees the Matisse connection. "Yeah, everybody says that," he nods. "But I like to think this is a Memphis style that I do. Things that you would never see. A car. . ." They are large, sprawling canvases, full of color and strange surreal details, sometimes inter mingling bodies or abstract color swatches. "I paint them right on here," he points to a big glass table. "Lionel Richie bought a lot of paintings. Quincy did, too. Quincy wants five paintings."

Miles shares with Tony Bennett (a.k.a. Anthony Bennedetto) a promising side line career in visual art. But it's all of a piece in the creative fiber of Miles' life. Like his musical canvases, Miles' paintings are at once direct and illusive, scattered gestures of color. It may be that he keeps his head above the torrents of self-doubt or stasis because he's stubborn, gifted, proud and perpetually listening. He also has his mystique in perspective.

"It's not that serious," Miles smiles. "Social music, social sound. It's not that serious. It's not even that serious to be reviewed. They get mad at me for playing like I do, but I don't care, because someone always does," he laughs.

"When I got Sonny Rollins in the band, the record company said, 'Who is that player? What kind of saxophone is that?' I said, 'Shut up.' When I got 'Trane — he had one tooth out — they said, 'Who is that guy?' When I had Art Blakey, they said, 'Let's take this quilt and put it over the drums.' I said, 'Man, don't do that. You don't see no African covering up the drums.'"

You don't see Miles Davis playing by anyone's rules other than his own, even by his own rules of last year or the year before. He's a man in flux, in fighting form. And he might just become a household name yet. Miles. ●

CONFIDENTIAL                                                    JSP004269

EXHIBIT 203



**thekatvond** ✔ • Follow
High Voltage Tattoo

**thekatvond** ✔ Can't believe this is first time I've gotten to tattoo a portrait of #MilesDavis! [thank you, Blake for letting me tattoo you!] 🖤 @highvoltageat

201w

**alvaro_lopez_awk** Good work
200w

**josephhaefstattooer** Dope @thekatvond
200w

89,299 likes
MARCH 18, 2017

Comments on this post have been limited.

**Exhibit 203**

# EXHIBIT 204



**Exhibit 204**

Kat Von D
March 18, 2017 · 🌐

Can't believe this is first time I've gotten to tattoo a portrait of #MilesDavis! [thank you, Blake for letting me tattoo you!] 🖤 @highvoltagetat

👍❤️😮 28K          311 Comments  543 Shares

👍 Like     💬 Comment     ↪ Share

Most Relevant ▾

Hannah Chapman
Would you be able to fly me out to you for a tattoo. Im a great fan I love your work
Like · Reply · 3y

Dawn Bratton
How immensely talented is this beaut?! On my bucket list to be inked by Miss Von D 💕
Like · Reply · 3y                    👍 9
↳ 1 Reply

Hart Lloyd
I know she hears it a billion times a day but she is so sexy and beautiful
Like · Reply · 3y

Calvin Barber Jr.
Didn't realize you still did ink. Thought you was selling dominatrix costumes and such now.
Like · Reply · 3y                    👍 2

Anthony Jones
Much respect to KATVOND MAJOR CRUSH ON HER STILL TO THIS DAY

Write a comment...

# EXHIBIT 207



thekatvond ✓ • Follow
High Voltage Tattoo

thekatvond ✓ Messy progress shot of the Miles Davis portrait I tattooed at @highvoltagetat on @van106 🖤

193w

euandersonmartins Perfect!!!

193w

gotbenz_e55 How long is the wait to get a tattoo done by you? @thekatvond

193w

dirtyflawsss This is incredible xx

13,184 likes

MAY 16, 2017

Comments on this post have been limited.

Exhibit 207

EXHIBIT 208



**Kat Von D**
May 16, 2017 · 🌐

Messy progress shot of the Miles Davis portrait I tattooed at @highvoltagetat on @van106 🖤

👍❤️😮 639                    4 Comments 5 Shares

👍 Like      💬 Comment      ↗ Share

Most Relevant ▼

**Eloïse Vanhouttegem**
**Marius Amisse** regarde l'intensité du regard ..
Like · Reply · See Translation · 3y                    👍 1
↳ 1 Reply

**Dorothy Quill**
Beautiful work Kat. It's great to see you back. 😊
Like · Reply · 3y                    👍 1

**Lee Gallaugher**
💥😊❤️❗
Like · Reply · 3y

Write a comment...

**Exhibit 208**

EXHIBIT 209



# EXHIBIT 210



Exhibit 210

Kat Von D
May 16, 2017 · 🌐

Final #MilesDavis portrait I tattooed at @highvoltagetat 🖤

2.7K    52 Comments  68 Shares

👍 Like    💬 Comment    ➤ Share

Most Relevant ▼

Lang Gerd

Like · Reply · 3y

Marcelo Lopez
😂😂😂😂😂😂

Like · Reply · 3y

Francisco Lopez
Eres la reina de los tatuadores de rostros, mujer artista de un talento incomparable

Like · Reply · See Translation · 3y

Anthony Mechname
Gaël Vanbeveren Ce réalisme.  👍 1

Like · Reply · See Translation · 3y

↳ 1 Reply

Nuša Kavčič
Beautiful..

Like · Reply · 3y

Terri Krische
Beautiful

Write a comment...

# EXHIBIT 211

← **Tweet**



**Kat Von D** ✔
@thekatvond



#MilesDavis portrait I tattooed at @highvoltagetat 🖤



👤 High Voltage Tattoo

10:43 AM · May 16, 2017 from High Voltage Tattoo · Twitter for iPhone

**52** Retweets   **7** Quote Tweets   **442** Likes

**Exhibit 211**

# EXHIBIT 212

Instagram    Log in    Sign Up



 **highvoltagetat** ✓ • Follow    ...
High Voltage Tattoo

 **highvoltagetat** ✓ Shhhhhhhh! Don't tell anyone but this is actually @thekatvond's 1st time doing a portrait of the incomparable #MilesDavis. So far go good, huh?? What musician would you get?

201w



 **fahlstromlovisa** Bonnie Taylor or John Fogerty

201w    Reply

 **therealjcv** 2Pac 🙏

201w    Reply

   

11,656 likes

MARCH 17, 2017

 **Exhibit 212**

Log in to like or comment.

# EXHIBIT 213



Exhibit 213

High Voltage Tattoo
March 17, 2017 · 🌐

Shhhhhhhh! Don't tell anyone but this is actually **Kat Von D**'s 1st time doing a portrait of the incomparable **#MilesDavis**. So far go good, huh??
What musician would you get?

👍❤️😮 1.1K                    77 Comments  22 Shares

👍 Like        💬 Comment        ↪ Share

Most Relevant ▾

**Mara Woolf**
Nikki Sixx 😊  👍 2
Like · Reply · 3y

**Becky Offenbacher**
**Melissa Etheridge**, rockin' the bald head!
Like · Reply · 3y

**Mark Miniely**
Ronnie James Dio  👍 2
Like · Reply · 3y

**Keith Icenhour**
Jimi Hendrix who else!
Like · Reply · 3y

**Wen Dy**
Angus Young ✌️  👍 2
Like · Reply · 3y

**Kala Brinson**
Micheal Jackson
Like · Reply · 3y

View 44 more comments                6 of 54

Write a comment...

# EXHIBIT 214



# EXHIBIT 215



High Voltage Tattoo
April 15, 2017

It still amazes us that **Kat Von D** can make a face as majestic & deep as this emerge from the flesh!!! #milesdavis #bitchesbrew #jazz #blackandgreytattoo

282                                              10 Comments  5 Shares

👍 Like          💬 Comment          ➢ Share

Most Relevant ▾

**Mary L Miller**
Holy moly.....Kat is the queen of portraits!!! Need a tat by Kat!!!
Like · Reply · 3y

**Meredith Seader**
Amazing!!!!          👍 1
Like · Reply · 3y

**Trish Valliere**
Kat 🐱😍          👍 1
Like · Reply · 3y

**Debbie Garibay**
Spectacular          👍 2
Like · Reply · 3y

**Sheri Erickson Wolford**
Gorgeous!
Like · Reply · 3y

**Elske Saartje**
IttGorgeous done kat, we missed you but we follow you too Londen an Italy and you did iT all over again girl, you and your friends are fabuleus kat👏👏🤙🤘🖤🖤🖤 we

Write a comment...

**Exhibit 215**

EXHIBIT 216





**highvoltagetat** • Follow
High Voltage Tattoo

**highvoltagetat** "When you're creating your own shit, man, even the sky ain't the limit." -Miles Davis [tattoo by @thekatvond]

144w

**discodancer1234** Man!!!! You did the damn thing!!! 👏🏾👏🏾👏🏾😍

144w   1 like   Reply

——   View replies (1)

**worthytarot** Yes MILES.............................
Where would I be without you brother?

144w   2 likes   Reply

 

**Exhibit 216**

1,906 likes
APRIL 26, 2018

Log in to like or comment.

EXHIBIT 229



EXHIBIT 237



**JD Stain Glass (Raul Aleman)** >

Kat no longer charges for tattoos—but does ask for you to bring a tip for the shop helper Alex (between $100-$150)

Tequila to

Noooooo!! Hahhah

Also Kat is super stoked to be tattooing you—it's going to be amazing

Do you have any questions for me?

No tnks

Were you planning on bringing your son or coming solo or ?

Solo

Okay sounds good.  Please text me with any questions at all I am here for you.  And it's gonna be awesome!

Sat, Aug 22, 8:34 AM

Hey good morning are you send my

iMessage

KVD 000005

EXHIBIT 238



**Kyle** ›

Okay so you know the deal, come well rested, well hydrated, well fed.

Will do

So you know, Kat no longer charges for tattoos, she gifts them to friends and family. If it's okay with you, we do ask you bring a tip for the shop manager of $100–$150 in cash. Let me know if that works for you?

That works for me. Thank you

SO you are confirmed this Friday December 6th at 1PM. Please let me know if anything changes for you.

I'm Rhian btw, I think we spoke once ages ago.

Thank you! Looking forward to it!

Kat is super stoked to be tattooing you.

KVD 000006

EXHIBIT 239



Kat no longer charges for tattoos but does ask that you bring a tip for the shop manager from $100-150 are you cool with that?

Of course!

I'm sue you have been tattooed before, but will you arrive well fed, well rested and well hydrated?

Yes I will

Okay great.  Parking is upstairs at Ralph's.  We only have 3 spots behind the shop.

On the day of your tattoo you can park upstairs at Ralph's and then enter through the back door at HVT.

Excellent

That should about cover it.

Awesome thanks lady!

KVD 000007

EXHIBIT 240

12:48

 **highvoltagetat** ✔
High Voltage Tattoo   ...



View Insights                    **Promote**

                      

 Liked by **saigonkicker** and **3,124 others**

**highvoltagetat** It still amazes us that @thekatvond can make a face as majestic & deep as this emerge from the flesh!!! #milesdavis #bitchesbrew #jazz #blackandgreytattoo

View all 22 comments

April 15, 2017

    

KVD 000008