# EXHIBIT 3
# to Linger Declaration

EXHIBIT 242

12:45

< **HIGHVOLTAGETAT**
**Posts**



View Insights                    Promote

♡   ○   ◁                              ⊓

Liked by **blackshadowstattoos** and **1,901 others**

**highvoltagetat** "When you're creating your own shit, man, even the sky ain't the limit." -Miles Davis [tattoo by @thekatvond]

View all 10 comments

**discodancer1234** Man!!!! You did the damn thing!!!     ♥

**highvoltagetat** @discodancer1234    ♡

April 26, 2018

            

KVD 000010

EXHIBIT 251

# THE JAZZ AND BLUES MASTERS

home    free newsletter    **buy** posters    artists    links    suggestions    contact us



## Unsigned Posters



**Miles Davis Poster, Unsigned**
**$26.00**
WEB STORE SPECIAL: Miles Davis
Photographed by Jeff Sedlik, 1989, Unsigned.
23.5" x 31.5" (Note: This special $26
discounted price applies to web orders only,
and does not apply to phone, mail or fax
orders).
[Add to Cart]  [View Cart]

Mason Editions Poster Store

Special Collectors' Poster Sets

Signed Posters




**Dizzy Gillespie Poster, Unsigned Version**
**$26.00**
WEB STORE SPECIAL: Dizzy Gillespie Poster,
Unsigned Version. 23.5" x 31.5" Note: This
special $26 discounted price applies to web
orders only, and does not apply to phone, mail
or fax orders).
[Add to Cart]  [View Cart]



**John Coltrane Poster**
**$26.00**
John Coltrane Poster. Photographed by Francis
Wolf. 23.5" x 31.5" This poster is not available
signed. (Note: This special $26 discounted price
applies to web orders only, and does not apply to
phone, mail or fax orders).
[Add to Cart]  [View Cart]



**B.B. King Poster, Unsigned Version**
**$26.00**
WEB STORE SPECIAL: BB King Photographed
by Jeff Sedlik, 1987, Unsigned. 23.5" X 31.5"
(Note: This special $26 discounted price
applies to web orders only, and does not apply
to phone, mail or fax orders).
[Add to Cart]  [View Cart]

KVD 000135

EXHIBIT 280

## Sedlik Studio

studio@sedlik.com
LA 626 808 0000  NYC  212 447 1255
145 North Sierra Madre Blvd, Studio 4, Pasadena CA 91107
Map

## Portfolio Access

Clients and potential clients may request an access code

## Assignments, Licensing, and Print Sales

I rely on licensing revenue and print sales to sustain my business and to support my family. When I create a photograph, I anticipate earning licensing revenue from that work by licensing my copyright for use in all manner of media, for all manner of usages, throughout the copyright life of each image (my life, plus 70 years). In addition I support family by selling fine art prints of my work, both directly and through galleries.

I offer limited licenses for marketing, editorial, merchandising, personal, and artist reference uses of  my photographs.

Examples of marketing/advertising use include but are not limited to reproduction on commercial websites (and on non-commercial websites on which advertising appears on the same page as the photographs), branding, advertising, promotional items, collateral, packaging, annual

JSP007945

reports, corporate social media accounts, social media profile image or cover image, and memes employed to promote products, services, brands or causes.

Examples of editorial use include but are not limited to editorial, unpaid insertions in features in books, magazines, newspapers, news media websites/blogs, and memes not employed to promote products, services, brands or causes.

Examples of personal use include but are not limited to home display, personal social media postings, personal memes, reproduction in personal websites and blogs on which advertising does not appear on the same page as the photograph.

Examples of merchandising use include but are not limited to reproduction on posters, shirts, hats, ties, other articles of clothing and accessories, greeting cards, mugs, calendars.

Examples of artist reference use include but are not limited to any derivative work based in whole or in part on one of my photographs, such as tattoos, paintings, sketches, illustrations, woodcarvings, charcoal renderings, posterizations, CGI, photoshop manipulations, photo compositions, collages, murals and works in photography or in any other medium in which my photograph or a representation of my photograph is rendered.

JSP007946

In addition, for any social media use, it is my intention to generate licensing revenue from the sharing, linking and embedding of my photographs and from derivative works based on my photograph.

The above is not a comprehensive list of the types of usage for which I intend to license my photographs. My intention is to license my photographs for use in any and all media, now existing or yet to be developed. I may withhold certain of my photographs from certain media temporarily. This does not indicate a lack of intent to license photographs for use in that media. Rather, it is an effort to preserve and maximize the value of my photographs in anticipation of future licensing opportunities.

I am the exclusive copyright owner in each of my photographs, and reserve all rights. My photographs may not be reproduced, distributed, displayed, or altered without my advance permission and license.

My photographs on this website may be copied only for the purpose of allowing you to view the photographs. Additional reproduction is prohibited.

Thank you for respecting my work and my rights.

Jeff Sedlik
Contact Sedlik Studio
LA 626 808 0000  NYC 212 447 1255
studio@sedlik.com


**Partial Client List**

Clients: 3m; 20th Century Fox; A&E Television Network; ABR Information

JSP007947

Services; Alpo; AmSouth Bank; Andazia, Inc; Arista Records; Association of Tennis Professionals; AT&T; Avery Dennison; Bank of America; Barrington Music Products; BBC; Blue Cross; BMG/RCA Records; Bristol Myers Squibb; Buena Vista Pictures; Bureau of Census; CareAmerica; Chesebrough-Ponds; CBS/Sony Music; Cedars Sinai; Century 21; Cherokee; Columbia Pictures; Computer Associates; Concord Records; Conroy's Florist; Direct TV; Disney; Doubleday; Dreyfus; Epson; Essilor; Farmer's Insurance; Federal Express; Fitzgerald-Hartley Co.; Ford; Gannon/Hartley; Geffen Records; Georgia Pacific; Great Performances; Great Western Bank; GRP Records; GTE; Guinness Museum; Hanna-Barbera; Harcourt Publishers; Hopper Papers; Ikea; Infiniti Automobiles; Island Records; Janssen Pharmaceuticals; JVC Musical Industries; Kraft Food Products; Korg, Inc.; LaFace Records; Laura Ashley; Levi Strauss; Mark Taper Forum; Missouri Historical Society; MCA Records; MCA International; Metro Goldwyn Mayer; Microsoft; Motion Picture & TV Fund; Movieland; MSN; MTM Entertainment; MTV Networks; Navisite; NBC Television; Neenah Paper; Nestle'; New World Pictures; Nike; Pacific Bell; Palm Press; Paramount Pictures; Phillip Morris; Polygram Records; Pomegranate Books; Potlatch; Prentice-Hall; San Diego Zoo; Schering Plough; SBC; Signature Eyewear; Smithsonian Institution; Sony Inc.; Southern Natural Gas; Spanish Tourism Office; Sugar Hill Records; Taco Bell; Telarc International; Toyota; Turner Broadcasting; U. C. Press; United Airlines; United Way; Universal Studios; VH-1; Warner Brothers Records; Web TV; Windham Hill Records; Word

JSP007948

Records; World Savings; Yamaha; Zellerbach; Ziff-Davis; Zildjian

Advertising Agencies & Design Firms: Alan Sekuler & Associates; Asher Gould; BBDO; Bozell, Brierley & Partners; Brooks-Gruman Advertising; Campbell, Mithun, Esty; Cline, Davis, & Mann; Cross & Associates Design; Dailey & Associates; Davis, Elen; Daymark; DDB Needham, Worldwide; Deutsch; Douglas Oliver Design; DVC Marketing; DZN; The Design Group; East/West Network; Fitzgerald & Associates; FKQ Advertising; FP Horak Advertising; Foote, Cone, & Belding; GBF Ayer; Goodby Silverstein; Grey Advertising; Hill & Knowlton; Huerta Design; Ikkanda Design; Interbrand; J. Walter Thompson; Kang & Lee; Kaufman/Stewart; Ketchum Advertising; Klemtner Advertising; Kovel Kresser; Kuester Group; Lehman Millet, Inc; Lintas Campbell Ewald; Mangos; Mediatrix; Melia Design Group; Ogilvy & Mather; OZ Advertising; Phillips Ramsey; Poppe-Tyson; Potter Katz & Partners; John Ryan Company; Saatchi & Saatchi; Seineger Advertising; Slaughter Hanson; SmithKlein Beecham; Strike Group; Team One Advertising; Team Creatif; Torre Lazur; Tracy-Locke; Tribe Design; Vrontikis Design; White Rhino Advertising; Young & Rubicam

Editorial: American Film; Arts & Entertainment; CD Review; Cosmopolitan; Details; Downbeat; Elle; Entertainment Weekly; Glamour; GuestInformant; Imperial Press; In Focus; Interiors & Sources; Jazziz; Jazz Times; Life; Los Angeles Magazine; Los Angeles Times Magazine; Mirabella; Music Connection; Newsweek; Photo District News; People; Premiere; Pulse; Q Magazine; Rolling Stone;

JSP007949

Select; Spin; Time-Life

## Selected Awards and Recognition

Clio Award (Silver); Photo Media Magazine - Photographer of the Year; Print's Regional Design Annual - Award of Excellence (3x); Art Directors Club - Excellence in Photography (3x); PDN/Nikon Award of Excellence in Photography; Advertising Photographers of America Awards - Best in Show; Communication Arts Award of Excellence in Editorial Photography (3x); Communication Arts Award - Excellence in Self Promotion; Communication Arts Award - Excellence in Advertising Photography (4x); Communication Arts Award - Excellence in a Book Series; Art Direction Magazine - Creativity Award (2x); One Show Award for Excellence in Advertising Photography (5x); Mamiya Award of Excellence in Photography Education; International Photography Council - Photography Industry Leadership Award; American Photographic Artists - Industry Leadership Award; Ozzie Awards - Silver Ozzie for Best Photography

JSP007950

EXHIBIT 308



JSP00008158

This book is for tattoo reference. None of the images in this book can be used for anything besides tattoo reference without written permission from the artist.

All Images and Layout by Tony Ciavarro. I did everything but print it.

© Tony Ciavarro 2009

Second Printing 2009

Artwork by Tony Ciavarro available at www.stinkymonkeybrand.com

Also checkout www.tonyciavarro.com

JSP00008159

EXHIBIT 315





JSP008138

# EXHIBIT 321

**JEFF SEDLIK PHOTOGRAPHY: LICENSE # ROM1401**         **April 15, 2014**
                                                        **PAGE 1 OF 2**

**CLIENT:**       Rize of the Machinez – Tattoo Studio
**CONTACT:**      Bryan Vanegas

**DESCRIPTION:**  License of one pre-existing photograph of Miles Davis independently
                  created and owned by Sedlik.

**LICENSE:**      Media: Personal Use | Art | Artist's Reference (Tattoo) | Printed
                  Placement: Any Placements
                  Size: Any Size Image | Any Size Media
                  Version: All Versions
                  Quantity: One Copy
                  Duration: In Perpetuity
                  Regions: Broad International Region | Worldwide
                  Industries: Personal Use Only
                  Languages: English
                  Exclusivity: Non-Exclusive

                  PLUS Media Summary Code Version 1.21
                  |PLUS|V0121|U001|1IAK1UNA2TAT3PAA4SAA5VAA6QFT7DAA8RAA8IPO
                  8LEN9ENE|

                  Additional Usage: Photographs of tattoo may be reproduced in print,
                  POP, trade show and web advertising for Tattoo.

                  Constraints:  License start date: April 15, 2012. Tattoo may be
                  reproduced on one person only. Tattoo design may not be sublicensed
                  to third parties. Photograph may only be used for artist reference, and
                  may not be otherwise used or reproduced. Client to secure necessary
                  rights to reproduce Miles Davis likeness.

                  Requirements:  All advertising usages of photographs of tattoo must
                  provide credit line and copyright notice to Jeff Sedlik: "Design based on
                  photograph by Jeff Sedlik © 1989." Credit line not required on original
                  tattoo.

**LICENSE FEE**   $0.00  ($5,000 license fee waived as a professional courtesy).
                  Agreement subject to additional terms and conditions on Page 2 of 2

**RIGHTS
GRANTED**                                        4/15/2014

                  Jeff Sedlik
                  Sedlik Photography

**Jeff Sedlik Photography  1528 Braeburn Road  Altadena, CA 91001   (626) 808 0000   JS@SEDLIK.COM**

JSP008196

**(REVERSE SIDE OF ESTIMATE/INVOICE)**

ALL ASSIGNMENTS AND LICENSES ARE SUBJECT TO THE FOLLOWING AGREEMENT TERMS AND CONDITIONS

1. DEFINITIONS: This agreement is by and between Sedlik Photography ("Photographer") and the commissioning party, ("Client", named on the face of this Agreement, including Client's representatives). Photographer's relationship with Client is that of an independent contractor. "Image" or "Image(s)" refers to the photographic or other visual materials delivered or caused to be delivered by Photographer to Client. Photographer shall be considered the sole author of the Image(s). The Image(s) shall be the Photographer's interpretation, rather than a literal re-creation of any concepts or layouts provided the Photographer by Client or Client's representative. "Assignment" refers to the photography Assignment described on the face of this Agreement that Client is specifically commissioning Photographer to perform pursuant to this Agreement.

2. FEES, CHARGES AND EXPENSES: Client and Client's representatives are jointly and severally responsible for full payment of all fees, charges and expenses. The rights licensed, fees, charges and expenses listed on this Agreement only apply to the original Assignment description. Additional compensation is required for any subsequent changes, additions or variations requested by Client.

3. POSTPONEMENTS AND CANCELLEONS: A "postponement" is the rescheduling of the Assignment by the Client to a mutually agreeable date within 30 calendar days of the original Assignment date. Client shall pay all fees, charges and expenses which have been incurred on a postponed or cancelled assignment. If Client postpones or cancels the Assignment without the prior written consent of Photographer, Client shall pay 50% of Photographer's fees, but if Client postpones or cancels with less than two (2) business days (48 hours) prior notice, Client shall pay 100% of Photographer's fees.

4. WEATHER DELAYS: Client will pay 100% of Photographer's daily weather delay fee (as set forth on the face of this Agreement), or $2500, whichever is greater, for any delays due to weather conditions or Acts of God, plus all charges and expenses incurred.

5. CLIENT APPROVAL: Client is responsible for having its authorized representative present during all "shooting" phases of the Assignment to approve Photographer's interpretation of the Assignment. If no representative is present, Photographer's interpretation shall be accepted. Client shall be bound by all approvals and job changes made by Client's representatives.

6. OVERTIME: In the event any Assignment extends beyond ten (10) consecutive hours in one day, Photographer will charge overtime for crew members and assistants at the rate of one and one half (1 1/2) times their hourly rate or fee.

7. RESHOOTS: Client will be required to pay 100% of Photographer's fee, charges and expenses for any reshoot requested by Client. If the Image(s) becomes lost or unusable by reason of defects, damage, equipment malfunction, processing, or other technical error prior to delivery of the Image(s) to the Client, Photographer will reshoot without additional fees, provided Client advances and pays all charges and expenses for the reshoot and pays all fees, charges and expenses for the initial Assignment.

8. INDEMNITY: Client shall indemnify and hold Photographer and Photographer's representative/s harmless from any and all claims, liabilities, damages, and expenses including reasonable attorney fees and court costs arising from Client's' use of the Image(s) or from Photographer's reliance on any representations, instructions, or materials provided or approved by the Client.

9. RIGHTS LICENSED: The right to reproduce or use any Image(s) is conditioned on Photographer's receipt of payment in full and on use of copyright notice on all copies of the Image(s). Unless otherwise stated on the face of this Agreement, the duration of any license is one year from the date of Photographer's invoice and is for English language use in the United States of America only. Except as expressly licensed by Photographer in this Agreement, Photographer reserves all other rights in and to the Image(s) of every kind and nature. No license is valid unless signed by Photographer on Photographer's invoice. No rights licensed may be assigned or transferred without Photographer's prior written consent or acceptance of a resale certificate properly issued by Client.

10. RETURN OF IMAGES: Client assumes all risk for all Image(s) delivered by Photographer to Client from time of receipt by Client, to time of return receipt of Image(s) to Photographer. If no return date appears on the face of this Agreement or on any corresponding delivery memo, Client shall return all Image(s) in an undamaged, unaltered and unretouched condition within 30 days after first publication of the Image(s).

11. LOSS OR DAMAGE: IN CASE OF LOSS OR DAMAGE OF ANY ORIGINAL IMAGE(S), CLIENT AND PHOTOGRAPHER AGREE THAT THE REASONABLE VALUE OF EACH ORIGINAL IMAGE IS $2,500.00. Once original Image(s) are lost or damaged it is extremely difficult and impracticable to fix their exact individual value. Accordingly, Photographer and Client agree that the reasonable liquidated value of each original Image is $2,500.00. Client agrees to pay Photographer $2,500.00 for each lost or damaged original Image and Photographer agrees to limit Photographer's claim to that amount without regard to the actual value of the Image.

12. PAYMENT AND COLLECTION TERMS: Invoices from Photographer are payable upon receipt by Client. In any action to enforce the terms of this Agreement, the prevailing party shall be entitled to recover their attorney's fees, court costs and the maximum interest rate allowable by law. No lawsuits pertaining to any matter arising under or growing out of this Agreement shall be instituted in any other state other than the state of Photographer's principal place of business.

13. SALES, USE, OR TRANSIT TAX: Client is responsible for full payment of applicable sales, use and/or transit taxes invoiced, and for any subsequent assessment made by sales, use and/or transit tax authorities.

14. RELEASES: NO MODEL OR PROPERTY RELEASE EXISTS FOR ANY IMAGE(S) UNLESS PHOTOGRAPHER SUBMITS A SEPARATE WRITTEN MODEL OR PROPERTY RELEASE TO CLIENT.

15. STORING OF ELECTRONIC DATA: Client is strictly prohibited from digitizing or electronically scanning any Image other than for the purpose of reproducing the Image in accordance with the rights licensed on the front of this Agreement. In no event may Client or Client's representatives retain or store any kind of electronic data derived from any Image after first publication of the Image.

16. MODIFICATIONS, GOVERNIING LAW AND MISCELLANEOUS: This Agreement sets forth the entire Agreement between Photographer and Client in regard to the Assignment and/or the Image(s). This Agreement cancels or supersedes all other prior representations and agreements between the same, whether written or verbal. Neither Photographer nor Client shall be bound by any purchase order or definition, condition, representation, warranty, or provision other than expressly stated in this Agreement, or as set forth in writing and signed by the party to be bound thereby. No waiver or modification may be made to any term or condition contained in this Agreement unless in writing and signed by Photographer. Waiver of any one provision of this Agreement shall not be deemed to be waiver of any other provision of this Agreement. Any objections to the terms of this Agreement must be made in writing and delivered to Photographer within ten (10) days of the receipt of this Agreement by Client or Clients representatives, or this Agreement shall be binding. Client's reproduction or use of any Image(s) in any manner whatsoever constitutes acceptance of this Agreement. The formation, interpretation, and performance of this Agreement shall be governed by the laws of the state of Photographer's principal place of business, excluding the conflict of laws and rules in the state of Photographer's principal place of business. All paragraph captions are for reference only, and shall not be considered in construing this Agreement. This Agreement shall be to construed in accordance with its terms and shall not be construed more favorable for or more strongly against Photographer or Client.

Client Initials: _____

EXHIBIT 322



## LICENSE AGREEMENT AND GRANT OF LICENSE #JAY2101

**Date:** May 1, 2021

**Licensee**
Jay Johansen Studios LLC ("Johansen")
6321 Strada Fragmente Rancho Santa Fe, CA 92091
Jay Johansen |831 233 1166| JayJohansen@msn.com

*FRA GANTE*

**The Photograph:** Portrait of Miles Davis by Jeff
Sedlik © 1989 Jeff Sedlik.

**Licensor**
Jeff Sedlik Photography ("Sedlik")
145 N. Sierra Madre Blvd., Studio 4, Pasadena 91107
Jeff Sedlik | 626 808 0000 | js@sedlik.com

**The License:** Licensor grants specific limited non-exclusive rights to Licensee, as described below.



**Permissions, Obligations and Constraints**

| | |
|---|---|
| Media: | Artist Reference |
| Distribution Format: | Painted, printed, digital |
| Quantity of Copies: | 1 Painting. Up to 30 Prints. |
| Image size: | Up to full |
| Media Size | Up to 80" in longest dimension |
| Placement: | Front |
| Versions | Multiple |
| Duration: | Up to 3 Years from above Date |
| Region: | Worldwide |
| Language: | Any |

**Permission Details:** Licensee may create 1 derivative work in the form of a painting ("Painting") based on the Photograph. Licensee may create up to 30 printed face mounted reproductions on metallic paper encapsulated in acrylic ("Prints") only. Licensee (and Licensee's agents, representatives and galleries) may create, reproduce, distribute and display reproductions of the Painting and Prints, in any printed or digital medium, only for the purpose of advertising the Painting and Face Mounts for sale. Licensee may display printed and digital copies of the Painting and Prints as examples in Licensee's printed and online portfolios and on social media.

**Constraint Details:** No reproduction, distribution and display of the Photograph, other than in in the context of the Painting, and Prints of the painting. No NFTs. No sales of digital copies of the Painting or Prints. No merchandizing (posters, clothing, mugs, etc.). No assignment of copyright in the Painting or Prints to third parties. No licensing of copyright in the Painting or Prints to third parties, other than as necessary to facilitate the sale of the Paintings and Prints. No renting or leasing of the Paintings or Prints for display or other use by third parties. No other use, other than as described in the Permissions above. Licensee will have discretion as to the sale price of Paintings and Prints, however, no Painting under this Agreement may be publicly advertised for sale by Licensee (or Licensee's galleries, agents, representatives, online sales platforms) at a price less than $15,000 (this constraint does not apply to Prints).

**Attribution Condition:** This Grant of License is conditioned on the inclusion (whether by Licensee or by Licensee's agents, representatives, assigns, partners, affiliates other others) of a Copyright Notice reading "Photograph of Miles Davis ©1989 Jeff Sedlik" on or adjacent to the Painting, Print, each reproduction of the Painting or Prints (in any medium), and in all documents and materials (in any medium) in which the Paintings or Prints are reproduced, displayed, described or mentioned (including but not limited to sales sheets, advertisements, press releases, sale invoices, certificates of authenticity, descriptions, articles in periodicals, magazines, exhibit catalogs, websites, blogs, emails, other publications, etc.). Copyright Notice must be legible to the naked eye. On the Painting and Prints, the Copyright Notice may appear on the reverse side. On all other reproductions, notice must appear on the front, and must not be separable from the image. On social media, notice must in addition appear in the text or comment of the



original post. Licensee acknowledges that the inclusion of a Copyright Notice is practical and possible on all reproductions, in any media. In the event that Licensee is interviewed or makes any public presentation in which the Prints or Paintings are displayed or discussed, Licensee will mention and credit "photographer Jeff Sedlik" as the author of the Photograph on which the Prints and Paintings are based. In the event that Licensee enters a Painting or Print in a competition, Licensee will include a credit to Licensor in the title of the work entered in the competition. In all digital copies of the Painting and Prints distributed or displayed by Licensor and Licensor's representatives, Licensee will include Licensee's website URL in the "Copyright Info URL" and "Licensor URL" fields of the embedded metadata, and will include Licensor's Copyright Notice in all photo credit and copyright notice fields in the embedded metadata. On request by Licensee, Licensor will provide Licensee with instruction on correctly embedding and preserving metadata in Licensee's digital files. Licensee acknowledges that in all instances of reproduction, distribution and display of the Paintings and Prints in any media, Licensor's name, credit line, and(or) copyright notice are "Copyright Management Information" under Section 1202 of the US Copyright Act.

**Licensee Acknowledgements:** Licensee acknowledges that Licensor is the copyright owner in the Photograph, that the copyright in the Photograph is not in the public domain, that Licensee's Paintings and Prints incorporating or referencing elements of the Photograph (in whole or in part) are derivative works/s of the Photograph, and that the creation, display and distribution of such derivative works requires advance authorization from Licensor. Licensee agrees to forever refrain from challenging the validity of Licensor's copyrights, and to forever refrain from claiming that Licensee's derivatives of the Photograph (now existing or yet to be created) are Fair Use under Section 107 of the US Copyright Act.

**Approval Rights:** Licensee will present each Painting and Print (or accurate representations thereof) to Licensor in advance of any public display or distribution of each Painting and Print, and will obtain Licensor's approval, which Licensor will not unreasonably withhold.

**Renewals:** This Agreement will automatically renew on expiration for successive 3 year periods, unless either party notifies the other in writing at least 90 days in advance of the expiration date. On expiration, no further reproduction, distribution, display, offering sale, or any other use is permitted. However, the owners of Paintings or Prints purchased from Licensee under this Agreement may continue private display of their Prints and Paintings.

**Payment, Substantiation and Audit:** Within 30 days of each sale of each Painting or Print, Licensee will deliver payment to Licensor of amounts due Licensor under this Agreement, and will provide Licensor with a correct and complete copy of each invoice, receipt, purchase order or other document substantiating the item sold, price paid, seller, buyer, date of sale, and terms of sale. Licensee will maintain and preserve all records of the creation, reproduction, distribution, display, advertising, agreements, sale, revenues and expenses related to the Paintings and Prints ("Records") for a period of 5 years after the expiration of the latest term of the Agreement. Licensor will have the right, during normal business hours, to inspect and audit the Records during the term of the Agreement, and for 5 years following the expiration of the latest term of the Agreement. In the event that a discrepancy of 5% or more is found and mutually verified, Licensee will remedy the discrepancy by paying Licensor 300% of the discrepancy amount, and paying for the cost of the audit. Licensor will otherwise pay for the cost of the audit. Payments due under this Agreement are subject to a Late Payment Charge of 2% per month on outstanding balances not timely paid by Licensee.

**Options:** At any time greater than 90 days in advance of the then active term, in the event that Licensee submits a written request to Licensor to grant Licensee the right to create and sell additional Prints of the Painting, or to sell off remaining inventory, or to create additional paintings (and prints thereof), Licensor will not unreasonably deny Licensee's request, provided that such request is timely made, and that Licensee has complied with the terms of the this Agreement, and that Licensor and Licensee execute an addendum to this Agreement in advance of any additional such use of the Photograph by Licensee.

**Base License Fee:** Licensee will pay Licensor a Base License Fee of $20,000 as partial compensation for the rights granted herein, supplementing the Additional License Fee described below. Licensor agrees to accept an original painting (depicted in Exhibit A "Original Painting") to be delivered by Licensee to Licensor at Licensee's expense, with

145 North Sierra Madre Boulevard, Studio 4, Pasadena, California 91107 | 626.808.0000 | studio@sedlik.com

JSP008199



ownership of the Original Painting transferred by Licensee to Licensor on execution of this Agreement, in full satisfaction of the Base License Fee.

**Additional Licensee Fee:** Licensee will pay Licensor n Additional License Fee (in addition to the Base License Fee) as compensation for the rights granted herein. The Additional License Fee is 15% of the Gross Sale Price for each Painting or Print sold to third parties by galleries, and 25% of the Gross Sale Price for each Painting or Print sold by Licensee to third parties (individuals, organizations, galleries, etc.) or through online sales platforms. For the avoidance of doubt, the "Gross Sale Price" on a sale by a gallery is the total amount of the payment (or value of in-kind compensation) paid by the customer to the gallery, for a Painting or Print, without deduction of any costs, but excluding any separately itemized charges paid by the customer for packaging, shipping, and sales tax. The "Gross Sale Price" on a sale by Licensee directly or through an online sales platform is the total amount of the payment (or value of in-kind compensation) made by the customer for a Painting or Print, without deduction of any costs (reproduction, framing, commissions, shipping, online platform fees, etc.), but excluding any separately itemized charges paid by the customer for packaging, shipping, and sales tax. Where Licensee or Licensee's representatives give a Painting or Print to a third party as a gift, the Gross Sale Price for purposes of calculating the Additional License Fee applicable to that gift will be determined by the average Gross Sale Price of all Paintings or Prints sold under this Agreement as of the date of the gift.

**License Fee Advance:** Licensee will pay Licensor a License Fee Advance in the amount of $5,000 on execution of this Agreement. The License Fee Advance is non-refundable, irrespective of the extent to which Licensee makes use of the Photograph under this Agreement. Licensee may recoup the entire License Fee Advance against Additional License Fees due Licensor under this Agreement.

**No Model Release:** Licensor has no model release for the subject pictured in the Photograph. Licensee is responsible for securing rights from third parties if necessary for Licensee to exploit the likeness and name of the pictured subject.

**Notification Address:** Notifications under this Agreement will be sent to Licensor Jeff Sedlik at 1528 Braeburn Road, Altadena, CA 91001 with courtesy copy by email to copyright@sedlik.com, and to Licensee Jay Johansen Studios LLC at 6321 Strada Fragmente, Rancho Santa Fe, CA 92091, with courtesy copy by email to JayJohansen@msn.com

**Additional Terms:** Rights granted only on Licensor's receipt of fully executed Agreement and payment of the License Fee Advance. This Agreement is subject to additional terms and conditions on the following page.

**Agreed and Accepted:**

Jeff Sedlik                     Date          Jay Johansen, for Jay Johansen Studios LLC          5-1-21
Licensor                                      Licensee                                              Date

ALL SERVICES AND LICENSES OF LICENSOR ARE PROVIDED SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS
145 North Sierra Madre Boulevard, Studio 4, Pasadena, California 91107 | 626.808.0000 | studio@sedlik.com

JSP008200



1. DEFINITIONS: This Agreement is by and between the "Licensor" and the "Licensee" named on the front of this Agreement, including Licensee's representatives. Licensor's relationship with Licensee is that of an independent contractor. "Photograph(s)" means the visual and/or other forms of materials or digital information supplied by Licensor to Licensee. Licensor is the sole copyright owner of the Photograph(s). "Service(s)" means the photography, license and/or related services described on the front of this Agreement. "Transmit" or "Transmission" means distribution by any device or process whereby a copy of an Photograph is fixed beyond the place from which it was sent. "Copyright Management Information" means information that may be used to identify the creator, copyright owner, license or Photograph/s, and such other information that Licensor may prescribe. "Fees" are the license fees and service-related fees, exclusive of expenses ("Charges"), as enumerated on this Agreement.

2. FEES AND CHARGES: Licensee and Licensee's representatives are jointly and separately responsible for full payment of all Fees and Charges The rights licensed, Fees and Charges set forth in this Agreement apply only to the original specification of the Services. Additional Fees and Charges shall be paid by Licensee for any subsequent changes, additions or variations requested by Licensee.

3. LIMITATION OF LIABILITY AND INDEMNITY: Even if Licensee's exclusive remedy fails of its essential purpose, Licensor's entire liability shall in no event exceed the license fee paid to Licensor. UNDER NO CIRCUMSTANCES SHALL LICENSOR BE LIABLE FOR GENERAL, CONSEQUENTIAL, INCIDENTAL OR SPECIAL DAMAGES ARISING FROM THIS AGREEMENT, THE SERVICE(S), THE PHOTOGRAPH(S) OR ANY ACTS OR OMISSIONS OF LICENSOR. Licensee shall indemnify, defend and hold Licensor and Licensor's representatives harmless from any and all claims, liabilities, damages, and expenses of any nature whatsoever, including actual attorneys' fees, costs of investigation, and court costs arising from or relating to Licensee's direct or indirect use of the Photograph(s) or in connection with Licensor's reliance on any representations, instructions, information, or materials provided or approved by Licensee.

4. RIGHTS LICENSED: The license described on the preceding page(s) of this Agreement is granted only upon: (a) Licensee's acceptance of all terms contained in this Agreement, (b) Licensor's receipt of full and timely payment, and (c) the use of proper copyright notice and other Copyright Management Information requested or used by Licensor in connection with the Photograph(s), if applicable. Licensor's grant of license to the Photograph(s) to Licensee is contingent on Licensee's acceptance of all the terms of this Agreement. Unless otherwise specifically stated on the front of this Agreement, all licenses are non-exclusive and the duration is one year from the date of Licensor's invoice and for English language use in the USA only. Licensor reserves all rights in the Photograph(s) that are not specifically licensed or transferred by this Agreement, including copyright. No license is granted unless this Agreement is signed by both Licensor and Licensee. Licensee shall not assign any of its rights or obligations under this Agreement. This Agreement shall not be assignable or transferrable without the prior written consent of Licensor and provided that the assignee or transferee agrees in writing to be bound by all of the terms, conditions, and obligations of this Agreement. Any voluntary assignment or assignment by operation of law of any rights or obligations of Licensee shall be deemed a default under this Agreement allowing Licensor to exercise all remedies including, without limitation, terminating this Agreement, obtaining all net worth or financial information of any assignee, and full and timely performance of all obligations and complete and substantial assurances of all future performance.

5. PAYMENT AND COLLECTION TERMS: Any invoices issued by Licensor are payable upon receipt by Licensee. The unpaid amount of any invoice, within 30 days of the date of the invoice (unless otherwise stated in the Agreement), will incur a late payment charge of 2% per month, compounded monthly. In any action to enforce the terms of this Agreement, the prevailing party shall be entitled to recover their actual attorneys' fees, court costs and all other litigation expenses such as expert witness fees and investigation expenses. No lawsuits pertaining to any matter arising under or growing out of this Agreement shall be instituted in any place other than Los Angeles, California, USA.

6. TAX: Licensee shall pay and hold Licensor harmless on account of any sales, use, or other taxes or governmental charges of any kind, however denominated, imposed by any government, including any subsequent assessments, in connection with this Agreement, the Photograph(s), the Service(s) or any income earned or payments received by Licensor hereunder.

7. RELEASES: NO MODEL, PROPERTY, TRADEMARK, OR OTHER SUCH RELEASE EXISTS FOR ANY PHOTOGRAPH(S),

8. MODIFICATIONS, GOVERNING LAW AND MISCELLANEOUS: This Agreement sets forth the entire understanding and agreement between Licensor and Licensee regarding the Service(s) and/or the Photograph(s). This Agreement supersedes any and all prior representations and agreements regarding the Service(s) and/or the Photograph(s), whether written or verbal. Neither Licensor nor Licensee shall be bound by any purchase order, term, condition, representation, warranty or provision other than as specifically stated in this Agreement. No waiver or modification may be made to any term or condition contained in this Agreement unless in writing and signed by Licensor. Waiver of any one provision of this Agreement shall not be deemed to be a waiver of any other provision of this Agreement. Any objections to the terms of this Agreement must be made in writing and delivered to Licensor within ten days of the receipt of this Agreement by Licensee or Licensee's representative, or this Agreement shall be binding. Notwithstanding anything to the contrary, no Photograph(s) may be used in any manner without Licensor's prior written consent, and Licensee's holding of any Photograph(s) constitutes Licensee's complete acceptance of this Agreement. No implied license is granted at any time. The formation, interpretation, and performance of this Agreement shall be governed by the laws of the state of California, excluding the conflict of laws rules of that state. All paragraph captions in this Agreement are for reference only, and shall not be considered in construing this Agreement. This Agreement shall be construed in accordance with its terms and shall not be construed more favorably for or more strongly against Licensor or Licensee.

Licensee Initials

145 North Sierra Madre Boulevard, Studio 4, Pasadena, California 91107 | 626.808.0000 | studio@sedlik.com

JSP008201

**EXHIBIT A: Original Painting**





145 North Sierra Madre Boulevard, Studio 4, Pasadena, California 91107 | 626.808.0000 | studio@sedlik.com

JSP008202

# EXHIBIT 326



**INVOICE AND GRANT OF LICENSE # JAZ1901**                        December 1, 2019

**Licensee**
JAZZIZ
Attn: Michael Fagien, Publisher
mfagien@jazziz.com

**Licensor**
Jeff Sedlik
1528 Braeburn Road, Altadena CA 91001
Contact: Jeff Sedlik  626 808 0000
studio@sedlik.com

**Description**
Licensor grants Licensee a limited non-exclusive license to reproduce, distribute and display a total of 5 photographs (the "Photographs") in a single issue of JAZZIZ Magazine and on the website JAZZIZ.com, subject to Permissions, Requirements, Constraints and Licensee Duties below.

**The Photographs**




**Permissions**

| | | | |
|---|---|---|---|
| Media: | Magazine (Editorial) | Duration: | One-time use |
| Quantity: | Unlimited Circulation | Region: | Worldwide |
| Size: | Cover, Spread, Up to full page | Exclusivity: | Non-exclusive |

**Additional Permissions, Requirements, Constraints, Licensee Duties**
The Photographs may be reproduced in the Spring 2019 issue of the magazine, and in a single editorial feature on JAZZIZ.com in association with the Spring issue of the magazine. Licensee will include a credit line to photographer on all reproductions of the Photographs/s. Licensor has no model releases for the Photographs. Licensee to secure right to exploit likenesses, if required.

**Fees**

| | |
|---|---|
| License Fee – Miles Davis (Cover) | $18,000.00 |
| License Fee – Miles Davis (Up to 1/2 Page, #48) (Discounted from $1,000) | $150.00 |
| License Fee – Dave Brubeck (Two Spread, #50-51) (Discounted from $1,000) | $400.00 |
| License Fee – Wynton Marsalis (Two Page Spread, #52-53) (Discounted from $1,000) | $400.00 |
| License Fee – George Benson (Two Page Spread #56-57) (Discounted from $1,000) | $400.00 |
| License Fee – Dizzy Gillespie Portrait (Full Page, #54) (Discounted from $1,000) | $250.00 |
| License Fee – Dizzy Gillespie Proof Sheet (Full Page, #55) (Discounted from $1,000) | $250.00 |
| License Fee – Dizzy Gillespie Portrait (Up to 1/2 page, #48) (Discounted from $1,000) | $150.00 |

**Total Payable to Jeff Sedlik Photography 1528 Braeburn Rd Altadena, CA 91001**          **$20.000.00**

**Terms:** Net 14 days. License subject to additional terms and conditions on page 2.

Rights Granted:

_____          12/1/2019
Jeff Sedlik, Sedlik Photography          Date

1528 BRAEBURN ROAD  ALTADENA CALIFORNIA 91001

JSP008255

ALL SERVICES AND LICENSES OF LICENSOR ARE PROVIDED SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS

1. DEFINITIONS: This Agreement is by and between the "Licensor" and the "Licensee" named on the front of this Agreement, including Licensee's representatives. Licensor's relationship with Licensee is that of an independent contractor. "Image(s)" means the visual and/or other forms of materials or digital information supplied by Licensor to Licensee. Licensor is the sole copyright owner of the Image(s). "Service(s)" means the photography, license and/or related services described on the front of this Agreement. "Transmit" or "Transmission" means distribution by any device or process whereby a copy of an Image is fixed beyond the place from which it was sent. "Copyright Management Information" means information that may be used to identify the creator, copyright owner, license or Image/s, and such other information that Licensor may prescribe. "Fees" are the service-related fees, exclusive of expenses ("Charges"), as enumerated on this Agreement.

2. FEES AND CHARGES: Licensee and Licensee's representatives are jointly and separately responsible for full payment of all Fees and Charges The rights licensed, Fees and Charges set forth in this Agreement apply only to the original specification of the Services. Additional Fees and Charges shall be paid by Licensee for any subsequent changes, additions or variations requested by Licensee.

3. LIMITATION OF LIABILITY AND INDEMNITY: Even if Licensee's exclusive remedy fails of its essential purpose, Licensor's entire liability shall in no event exceed the license fee paid to Licensor. UNDER NO CIRCUMSTANCES SHALL LICENSOR BE LIABLE FOR GENERAL, CONSEQUENTIAL, INCIDENTAL OR SPECIAL DAMAGES ARISING FROM THIS AGREEMENT, THE SERVICE(S), THE IMAGE(S) OR ANY ACTS OR OMISSIONS OF LICENSOR. Licensee shall indemnify, defend and hold Licensor and Licensor's representatives harmless from any and all claims, liabilities, damages, and expenses of any nature whatsoever, including actual attorneys' fees, costs of investigation, and court costs arising from or relating to Licensee's direct or indirect use of the Image(s) or in connection with Licensor's reliance on any representations, instructions, information, or materials provided or approved by Licensee.

4. RIGHTS LICENSED: The license described on Page 1 of this Agreement is granted only upon: (a) Licensee's acceptance of all terms contained in this Agreement, (b) Licensor's receipt of full and timely payment, and (c) the use of proper copyright notice and other Copyright Management Information requested or used by Licensor in connection with the Image(s), if applicable. Licensor's grant of license to the Image(s) to Licensee is contingent on Licensee's acceptance all of the terms of this Agreement. Unless otherwise specifically stated on the front of this Agreement, all licenses are non-exclusive and the duration is one year from the date of Licensor's invoice and for English language use in the USA only. Licensor reserves all rights in the Image(s) that are not specifically licensed or transferred by this Agreement, including copyright. No license is granted unless this Agreement is signed by Licensor. Licensee shall not assign any of its rights or obligations under this Agreement. This Agreement shall not be assignable or transferrable without the prior written consent of Licensor and provided that the assignee or transferee agrees in writing to be bound by all of the terms, conditions, and obligations of this Agreement. Any voluntary assignment or assignment by operation of law of any rights or obligations of Licensee shall be deemed a default

under this Agreement allowing Licensor to exercise all remedies including, without limitation, terminating this Agreement, obtaining all net worth or financial information of any assignee, and full and timely performance of all obligations and complete and substantial assurances of all future performance.

5. PAYMENT AND COLLECTION TERMS: Invoices from Licensor are payable upon receipt by Licensee. The unpaid amount of any invoice, within 30 days of the date of the invoice, will incur a late payment charge of 2% per month, compounded monthly. In any action to enforce the terms of this Agreement, the prevailing party shall be entitled to recover their actual attorneys' fees, court costs and all other litigation expenses such as expert witness fees and investigation expenses. No lawsuits pertaining to any matter arising under or growing out of this Agreement shall be instituted in any place other than Los Angeles, California, USA.

6. TAX: Licensee shall pay and hold Licensor harmless on account of any sales, use, or other taxes or governmental charges of any kind, however denominated, imposed by any government, including any subsequent assessments, in connection with this Agreement, the Image(s), the Service(s) or any income earned or payments received by Licensor hereunder.

7. RELEASES: NO MODEL, PROPERTY, TRADEMARK, OR OTHER SUCH RELEASE EXISTS FOR ANY IMAGE(S),

8. MODIFICATIONS, GOVERNING LAW AND MISCELLANEOUS: This Agreement sets forth the entire understanding and agreement between Licensor and Licensee regarding the Service(s) and/or the Image(s). This Agreement supersedes any and all prior representations and agreements regarding the Service(s) and/or the Image(s), whether written or verbal. Neither Licensor nor Licensee shall be bound by any purchase order, term, condition, representation, warranty or provision other than as specifically stated in this Agreement. No waiver or modification may be made to any term or condition contained in this Agreement unless in writing and signed by Licensor. Waiver of any one provision of this Agreement shall not be deemed to be a waiver of any other provision of this Agreement. Any objections to the terms of this Agreement must be made in writing and delivered to Licensor within ten days of the receipt of this Agreement by Licensee or Licensee's representative, or this Agreement shall be binding. Notwithstanding anything to the contrary, no Image(s) may be used in any manner without Licensor's prior written consent, and Licensee's holding of any Image(s) constitutes Licensee's complete acceptance of this Agreement. No implied license is granted at any time. The formation, interpretation, and performance of this Agreement shall be governed by the laws of the state of California, excluding the conflict of laws rules of that state. All paragraph captions in this Agreement are for reference only, and shall not be considered in construing this Agreement. This Agreement shall be construed in accordance with its terms and shall not be construed more favorably for or more strongly against Licensor or Licensee.

_____
Licensee Initials

JSP008256

# EXHIBIT 332

Paramount Pictures
Motion Picture Legal Department
5555 Melrose Avenue
Hollywood, CA 90038

JEFF SEDLIK

October 25, 1999

*AS USED HEREIN THE TERM "PHOTOGRAPH" SHALL MEAN "POSTER BEARING A PHOTOGRAPH"*

Dear Paramount:

This agreement is with reference to Paramount's motion picture tentatively entitled "SHAFT" (the "Picture") and the agreement between Paramount and Jeff Sedlik relating to the use of "A PHOTOGRAPH OF MILES DAVIS CREATED BY ME AS ATTACHED HERETO AND INITIALED BY ME" (the "Photograph") as featured set dressing in the Picture.

For good and valuable consideration in the amount of $250.00 USD (two hundred and fifty American Dollars) which is payable only if the Photograph appears in the Picture as it is released into theatres, I hereby irrevocably grant Paramount, its successors, assigns and licensees the non-exclusive right to use the Photograph in such manner as Paramount may determine in its sole discretion in connection with the Picture, and to photograph and reproduce the Photograph in the Picture and in advertising and promotional materials for the Picture ONLY AS CONTAINED IN THE PICTURE, and to exhibit, advertise and exploit these rights in perpetuity in all media now or hereafter known at any time throughout the universe.

We acknowledge that nothing contained herein obligates Paramount to exercise any of the rights, licenses or privileges granted to Paramount by this letter agreement.

We represent and warrant that we are the sole and exclusive owner of the copyright in and to Photograph that we have the full right and authority to grant the rights herein granted in all media throughout the universe; and that no one else's permission or ratification is required. We agree to indemnify Paramount and its successors and assigns from and against all claims, damages or expenses resulting from any breach by us of these representations and warranties.

Yours truly,

*THE WORDS "MILES DAVIS PHOTOGRAPHED BY JEFF SEDLIK" MAY NOT BE CUT OFF OF THE POSTER.*

[SIGNATURE FOR JEFF SEDLIK]

By: _____Jeff Sedlik_____

Its: _____OWNER_____
[TITLE]

_____940 E 2ND ST #8_____
[STREET ADDRESS]

_____LA CA 90012_____
[CITY, STATE - ZIP CODE]

_____(213) 626-3323_____
[PHONE]

CONFIDENTIAL



M I L E S   D A V I S
PHOTOGRAPHED BY JEFF SEDLIK

**D0147V SEDLIK**
Poster Size  31 1/2 x 23 5/8" OR 80 x 60CM
Image Size   25 3/4 x 20 1/2" OR 65.5 x 52CM

MILES DAVIS

Poster Size  11 3/4 x 9 1/2" OR 29.8 x ____ CM
Image Size   11 3/4 x,9 1/2" OR 29.8 x 24.1CM

INITIALS of PHOTOGRAPHER. JEFF SEDLIK:_____

CONFIDENTIAL

JSP003261