# EXHIBIT 4
# to Linger Declaration

# EXHIBIT 336



JSP008260

# EXHIBIT 337





# EXHIBIT 338







# EXHIBIT 339



# EXHIBIT 341





**thekatvond** and **whatnot** • Follow
Original audio

**thekatvond** ✓ • Edited • 45w

MARK YOUR CALENDARS!! 🙀 THIS SATURDAY AT NOON (PST)! I'm going to be Live auctioning over 130 pairs of shoes from my shoe closet!

I have WOMEN'S SIZES 7-10 🖤

Click the link in my bio to sign on to the WhatNot app for free if you wanna be able to bid on the day of the auction!

Most shoes are gonna be starting around $30, and will include tons of indie brands and avant garde designers as well as the big ones.

Can't wait to go Live with you all and share a little piece of my closet with you! 🖤

81,311 likes
March 7, 2023

Add a comment…



thekatvond and lumillybooks
Original audio

• Follow

thekatvond ✓ 70w
TODAY'S THE DAY!! 🦊 Get your copy of my first ever kid's book: Leafar and the Magical Treasure Chest! *link in bio*

The first 100 orders will be autographed by both @llewellyn and myself!

Special THANK YOU to @llewellyn for drawing this entire book with me, @lumillybooks for believing in my vision and publishing this book, to @raldez for creating this beautiful video, and most importantly to my beloved son, Leafar for being my biggest inspiration of all time!

I hope this book bring you and your family as much joy as it has mine! 🖤

26,416 likes
September 15, 2022

Add a comment...



**thekatvond** • Follow
High Voltage Tattoo

**thekatvond** 249w
Just finished signing a batch of all 3 of my books here at @highvoltagetat! Get em while they last! 📚❤️ #gobigorgohome #readingisrad #books #forever

**adamjohnbourne** 148w
The only thing left to go with my purchase for my wife of your 3 signed books. Would be a video happy 20th anniversary shout out?!! ❤️🔥

Reply

**marina_shurubor** 163w
😍😍😍

440,986 views
April 9, 2019

Add a comment...



**thekatvond** ✓ • Follow
The Belasco

**thekatvond** ✓ 130w
LOS ANGELES! ❤️ Tickets are now available for our show at The Belasco on Sept. 30! With special guests: @prayers !

Limited amount of VIP tickets are available, too, but those tend to sell out the fastest!

Go to KATVOND.COM [or click the link in my bio] to get your tickets now!!

I can't wait to finally play for you, and hug and meet you!! ❤️
#lovemademedoit

7,770 likes
July 23, 2021

Add a comment...








