UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>    Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D", and individual; KAT VON D., INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-01102-DSF-MRW<br><br>Before the Hon. Dale S. Fischer, U.S. District Court Judge<br><br>**[PROPOSED] ORDER**<br><br>Hearing Date:   April 1, 2024<br>Time:           1:30 p.pm.<br>Location:       Courtrooom 7D |

Having read and considered Plaintiff Jeffrey B. Sedlik's Renewed Motion for Judgment as a Matter of Law and Request for a New Trial ("Motion"), the facts upon which the Motion is based, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

All of Defendants' uses of the Davis Photograph are substantially similar to the Davis Photograph. [Alternatively: A substantial similarity analysis should not have been performed by the jury]

Defendants did not engage in fair use of the Davis Photograph. [Alternatively: A new trial is hereby ORDERED on the issue of fair use.]

[If a new trial on fair use is not ordered: Judgment is GRANTED to Plaintiff on his claims for copyright infringement. A new trial is ORDERED on the issue of Plaintiff's damages.]

[If a new trial on fair use is ordered:  A new trial is ORDERED on Defendants' fair use defense and the issue of Plaintiff's damages.]

IT IS SO ORDERED.

Dated:_____    _____
HONORABLE DALE S. FISCHER
Judge of the United States District Court