GRODSKY, OLECKI & PURITSKY LLP
Allen B. Grodsky (SBN 111064)
allen@thegolawfirm.com
Tim B. Henderson (SBN 281159)
tim@thegolawfirm.com
11111 Santa Monica Boulevard, Suite 1070
Los Angeles, California 90025
Telephone: (310) 315-3009
Facsimile: (310) 315-1557

Attorneys for Defendants
Katherine Von Drachenberg, Kat Von D, Inc.,
and High Voltage Tattoo, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01102-DSF-MRWx<br><br>Before the Hon. Dale S. Fischer, U.S. District Judge<br><br>**DECLARATION OF ALLEN B. GRODSKY AND EXHIBITS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AND REQUEST FOR A NEW TRIAL**<br><br>Hearing Date: April 1, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom D<br><br>Action filed: February 7, 2021<br>Trial: January 23, 2024 |

**DECLARATION OF ALLEN B. GRODSKY**

I, Allen B. Grodsky, declare as follows:

1. I am an attorney at law, duly admitted to practice before this Court and am a partner of Grodsky, Olecki & Puritsky LLP, counsel for Katherine Von Drachenberg, High Voltage Tattoo, Inc., and Kat Von D, Inc., defendants herein. I have first-hand personal knowledge of the matters stated herein and, if called as a witness, would and could competently testify thereto.

2. A true and correct copy of the cited portions of the trial transcript from January 23, 2024 is attached as Exhibit A.

3. A true and correct copy of the cited portions of the trial transcript from January 24, 2024 is attached as Exhibit B.

4. A true and correct copy of the cited portions of the trial transcript from January 25, 2024 is attached as Exhibit C.

5. A true and correct copy of the cited portions of the trial transcript from January 26, 2024 is attached as Exhibit D.

6. Trial Exhibit 217 is a video showing the completed tattoo from various angles. A true and correct copy of screenshots taken from that video is attached as Exhibit E.

7. On January 23, 2024, Patricia Kim, Courtroom Deputy, sent an email containing a draft of the jury instructions and the Court's orders on a number of disputed jury instructions. A true and correct copy of Ms. Kim's email, the cover page of the attached jury instructions, and pages 33 and 34 of the jury instructions containing (in red font) the Court's orders on the instructions about substantial similarity is attached as Exhibit F.

8. On January 25, 2024, after testimony had completed for the day, the parties engaged in further meet and confer efforts on the remaining disputed jury instructions. One of the remaining disputed instructions related to the second factor of the fair use test. That morning, I made a proposed version of that instruction,

revising it to read: "It is agreed that the Miles Davis Photo is creative in nature, and therefore this factor is more likely to weigh against fair use."

9. At 11:00 a.m. on January 25, I sent my revisions with changes tracked to Robert Allen, counsel for Plaintiff.

10. At 11:27 a.m. on January 25, Mr. Allen sent an email to me and Ms. Kim attaching the revised instructions. Mr. Allen's email stated that "We have agreed to the redline changes, except for what is highlighted in Nos. 24, 26 and 34." The attached set of instructions contain highlights on the three instructions listed in Mr. Allen's email. However, Mr. Allen did not highlight any part of the instruction on the second fair use factor, including the "more likely" language that I added and that Plaintiff now complains was erroneous. A true and correct copy of Mr. Allen's email and excerpts of the attached version of the jury instructions are attached hereto as Exhibit G. On page 38 of Exhibit G, the "more likely" language was not highlighted in the second factor instruction.

11. A true and correct copy of excerpts of the transcript of the final pretrial conference hearing held on November 14, 2022 is attached as Exhibit H.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed on March 8, 2024 at Los Angeles, California.

                                                    /s/Allen B. Grodsky
                                                    Allen B. Grodsky