1  GRODSKY, OLECKI & PURITSKY LLP
   Allen B. Grodsky (SBN 111064)
2  *allen@thegolawfirm.com*
   Tim B. Henderson (SBN 281159)
3  *tim@thegolawfirm.com*
4  11111 Santa Monica Boulevard, Suite 1070
   Los Angeles, California 90025
5  Telephone:  (310) 315-3009
   Facsimile:   (310) 315-1557
6
7  Attorneys for Defendants
   Katherine Von Drachenberg, Kat Von D, Inc.,
8  and High Voltage Tattoo, Inc.

9

10                    UNITED STATES DISTRICT COURT
11                   CENTRAL DISTRICT OF CALIFORNIA
12                          WESTERN DIVISION
13

| JEFFREY B. SEDLIK, an individual; | Case No. 2:21-cv-01102-DSF-MRWx |
|---|---|
| Plaintiff, | Before the Hon. Dale S. Fischer, U.S. District Judge |
| vs. | |
| KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive, | **APPENDIX OF TRIAL EXHIBITS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AND REQUEST FOR A NEW TRIAL** |
| | Hearing Date: April 1, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom D |
| Defendants. | |
| | Action filed: February 7, 2021<br>Trial: January 23, 2024 |

Defendants Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc. submit the attached copies of the following trial exhibits which were admitted at trial in support of their Opposition to Plaintiff's Renewed Motion for Judgment and Request for a New Trial:[1]

- Exhibit 1
- Exhibit 202
- Exhibit 203
- Exhibit 204
- Exhibit 207
- Exhibit 208
- Exhibit 209
- Exhibit 210
- Exhibit 211
- Exhibit 212
- Exhibit 213
- Exhibit 214
- Exhibit 215
- Exhibit 216
- Exhibit 240
- Exhibit 242
- Exhibit 338
- Exhibit 339

---

[1] Defendants are also submitting concurrently with their Opposition a Notice of Lodging two videos admitted as Exhibits 217 and 253 at trial.

| | | |
|---|---|---|
| 1 | Dated: March 8, 2024 | GRODSKY, OLECKI & PURITSKY LLP |
| 2 | | Allen B. Grodsky |
| | | Tim B. Henderson |

By:  /s/ Allen B. Grodsky
         Allen B. Grodsky

Attorneys for Defendants Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc.

-3-