# EXHIBIT 1



Exhibit 1

# EXHIBIT 202



KVD 000003

EXHIBIT 203










thekatvond ✔ • Follow
High Voltage Tattoo

thekatvond ✔ Can't believe this is first time I've gotten to tattoo a portrait of #MilesDavis! [thank you, Blake for letting me tattoo you!] 🖤 @highvoltagetat

201w

alvaro_lopez_awk Good work

200w

josephhaefstattooer Dope @thekatvond

200w

89,299 likes
MARCH 18, 2017

Comments on this post have been limited.

**Exhibit 203**

# EXHIBIT 204



**Exhibit 204**

**Kat Von D**
March 18, 2017 · 🌐

Can't believe this is first time I've gotten to tattoo a portrait of #MilesDavis! [thank you, Blake for letting me tattoo you!] 🖤 @highvoltagetat

👍❤️😮 28K          311 Comments   543 Shares

👍 Like      💬 Comment      ↪ Share      ▾

Most Relevant ▾

**Hannah Chapman**
Would you be able to fly me out to you for a tattoo. Im a great fan I love your work
Like · Reply · 3y

**Dawn Bratton**
How immensely talented is this beaut?! On my bucket list to be inked by Miss Von D 💕
Like · Reply · 3y          ❤️ 9
↳ 1 Reply

**Hart Lloyd**
I know she hears it a billion times a day but she is so sexy and beautiful
Like · Reply · 3y

**Calvin Barber Jr.**
Didn't realize you still did ink. Thought you was selling dominatrix costumes and such now.
Like · Reply · 3y          👍 2

**Anthony Jones**
Much respect to KATVOND MAJOR CRUSH ON HER STILL TO THIS DAY

Write a comment...

# EXHIBIT 207



 **thekatvond** ✓ • **Follow**
High Voltage Tattoo

 **thekatvond** ✓ Messy progress shot of the Miles Davis portrait I tattooed at @highvoltagetat on @van106 🖤

193w

⊕

 **euandersonmartins** Perfect!!!

193w

 **gotbenz_e55** How long is the wait to get a tattoo done by you? @thekatvond

193w

 **dirtyflawsss** This is incredible xx

♡  💬  ➤    **Exhibit 207**   🔖

13,184 likes

MAY 16, 2017

Comments on this post have been limited.

# EXHIBIT 208



Kat Von D
May 16, 2017 · 🌐

Messy progress shot of the Miles Davis portrait I tattooed at @highvoltagetat on @van106 🖤

👍❤️😮 639                    4 Comments 5 Shares

👍 Like        💬 Comment        ↗ Share

Most Relevant ▾

Eloïse Vanhouttegem
**Marius Amisse** regarde l'intensité du regard ..
Like · Reply · See Translation · 3y        👍 1
↳ 1 Reply

Dorothy Quill
Beautiful work Kat. It's great to see you back. 😊
Like · Reply · 3y        👍 1

Lee Gallaugher
💥😊❤️❗
Like · Reply · 3y

Write a comment...

**Exhibit 208**

# EXHIBIT 209



# EXHIBIT 210



Kat Von D
May 16, 2017 ·

Final #MilesDavis portrait I tattooed at @highvoltagetat 🖤

2.7K        52 Comments 68 Shares

👍 Like        💬 Comment        ↗ Share

Most Relevant ▾

Lang Gerd

Like · Reply · 3y

Marcelo Lopez
🥳🥳🥳🥳🥳🥳

Like · Reply · 3y

Francisco Lopez
Eres la reina de los tatuadores de rostros, mujer artista de un talento incomparable

Like · Reply · See Translation · 3y

Anthony Mechname
Gaël Vanbeveren Ce réalisme. 👍 1

Like · Reply · See Translation · 3y

1 Reply

Nuša Kavčič
Beautiful..

Like · Reply · 3y

Terri Krische
Beautiful

Write a comment…

**Exhibit 210**

# EXHIBIT 211

← **Tweet**

 **Kat Von D** ✔
@thekatvond

 •••

#MilesDavis portrait I tattooed at @highvoltagetat 🖤



👤 High Voltage Tattoo

10:43 AM · May 16, 2017 from High Voltage Tattoo · Twitter for iPhone

**52** Retweets   **7** Quote Tweets   **442** Likes

      ♡   

**Exhibit 211**

# EXHIBIT 212



*Instagram*   Log In   Sign Up

 **highvoltagetat** ✓ • Follow    •••

High Voltage Tattoo

 **highvoltagetat** ✓ Shhhhhhhh! Don't tell anyone but this is actually @thekatvond's 1st time doing a portrait of the incomparable #MilesDavis. So far go good, huh?? What musician would you get?

201w

⊕

 **fahlstromlovisa** Bonnie Taylor or John Fogerty

201w   Reply

 **therealjcv** 2Pac 🙏

201w   Reply

♡  💬  ✈                 **Exhibit 212**   🔖

**11,656 likes**

MARCH 17, 2017

Log in to like or comment.

# EXHIBIT 213



**Exhibit 213**

**High Voltage Tattoo**
March 17, 2017 · 🌐

Shhhhhhhh! Don't tell anyone but this is actually **Kat Von D**'s 1st time doing a portrait of the incomparable **#MilesDavis**. So far go good, huh??
What musician would you get?

👍❤️😮 1.1K                    77 Comments  22 Shares

👍 Like          💬 Comment          ➦ Share          🌐 ▾

Most Relevant ▾

**Mara Woolf**
Nikki Sixx 😊                        👍 2
Like · Reply · 3y

**Becky Offenbacher**
**Melissa Etheridge**, rockin' the bald head!
Like · Reply · 3y

**Mark Miniely**
Ronnie James Dio                   👍 2
Like · Reply · 3y

**Keith Icenhour**
Jimi Hendrix who else!
Like · Reply · 3y

**Wen Dy**
Angus Young ✌️                      👍 2
Like · Reply · 3y

**Kala Brinson**
Micheal Jackson
Like · Reply · 3y

View 44 more comments                6 of 54

Write a comment...

# EXHIBIT 214



**Instagram**



Log In    Sign Up

**highvoltagetat** ✓ • Follow
High Voltage Tattoo

**highvoltagetat** ✓ It still amazes us that @thekatvond can make a face as majestic & deep as this emerge from the flesh!!! #milesdavis #bitchesbrew #jazz #blackandgreytattoo

197w

**yourgirljuls** Such a talented lady
197w    1 like    Reply

**lethal_needle** Nice
197w    1 like    Reply

flossie_shelley Wow... and this is why

3,132 likes
APRIL 15, 2017

**Exhibit 214**

Log in to like or comment.

# EXHIBIT 215



**Exhibit 215**

**High Voltage Tattoo**
April 15, 2017

It still amazes us that **Kat Von D** can make a face as majestic & deep as this emerge from the flesh!!! #milesdavis #bitchesbrew #jazz #blackandgreytattoo

282     10 Comments  5 Shares

Like     Comment     Share

Most Relevant

**Mary L Miller**
Holy moly.....Kat is the queen of portraits!!! Need a tat by Kat!!!
Like · Reply · 3y

**Meredith Seader**
Amazing!!!!                                        1
Like · Reply · 3y

**Trish Valliere**
Kat 😻 😍                                           1
Like · Reply · 3y

**Debbie Garibay**
Spectacular                                         2
Like · Reply · 3y

**Sheri Erickson Wolford**
Gorgeous!
Like · Reply · 3y

**Elske Saartje**
IttGorgeous done kat, we missed you but we follow you too Londen an Italy and you did iT all over again girl, you and your friends are fabuleus kat 👏 👌 🤙 🤘 🖤 🖤 🖤 we missed you but you BACK

Write a comment...

# EXHIBIT 216



*Instagram*



 **highvoltagetat**  • Follow
High Voltage Tattoo

· · ·

 **highvoltagetat** "When you're creating your own shit, man, even the sky ain't the limit." -Miles Davis [tattoo by @thekatvond]

144w

 **discodancer1234** Man!!!! You did the damn thing!!! 👏🏾👏🏾👏🏾😍

144w   1 like   Reply

—— View replies (1)

 **worthytarot** Yes MILES...........................Where would I be without you brother?

144w   2 likes   Reply

♡   💬   ✈   

**Exhibit 216**

1,906 likes

APRIL 26, 2018

Log in to like or comment.

EXHIBIT 217 LODGED
IN NATIVE FORM

# EXHIBIT 240



## Posts

**highvoltagetat** ✔
High Voltage Tattoo

· · ·



**View Insights**                                  **Promote**

                                

 Liked by **saigonkicker** and **3,124 others**

**highvoltagetat** It still amazes us that @thekatvond can make a face as majestic & deep as this emerge from the flesh!!! #milesdavis #bitchesbrew #jazz #blackandgreytattoo

View all 22 comments

April 15, 2017

    

KVD 000008

# EXHIBIT 242

12:45

HIGHVOLTAGETAT
**Posts**



**View Insights**                                            **Promote**

Liked by **blackshadowstattoos** and **1,901 others**

**highvoltagetat** "When you're creating your own shit, man,
even the sky ain't the limit." -Miles Davis [tattoo by
@thekatvond]

View all 10 comments

**discodancer1234** Man!!!! You did the damn thing!!! 


 **highvoltagetat** @discodancer1234 

April 26, 2018

    

KVD 000010

EXHIBIT 253 LODGED
IN NATIVE FORM

# EXHIBIT 338



www.instagram.com/reel/BRzL4zPgCU8/



thekatvond • Follow
High Voltage Tattoo

thekatvond 356w
It's "take-your-kitty-to-work" day at
@highvoltagetat! 🐱❤

fer_stevenson 291w
Que hermoso gatito! 😻
Reply   See translation

lmsullivan 293w
@rsully91 omg
1 like   Reply

View all 1 replies

karacorviquasha 293w
@lizc0127
Reply

Liked by efrenguzmanjr and others
March 18, 2017

Add a comment...

More posts from thekatvond



More

# EXHIBIT 339



## Instagram

**highvoltagetat** ✓ · Follow    •••

**highvoltagetat** ✓ 356w
It's take kitten to work day!! Little Nietzsche loves to watch mama @thekatvond work. #hvt #milesdavis #portraittattoos

**harsh5395** 352w
Thats fitting 😎
Reply

**adore.shonn** 354w
@xo.shaeee_
Reply

**karma.2900** 354w
😍
1 like  Reply

Liked by kmh024 and others
March 17, 2017

Add a comment...

---

**More posts from highvoltagetat**

### Instagram sidebar

- 🏠 Home
- 🔍 Search
- ⊞ Explore
- ▶ Reels
- 💬 Messages
- ♡ Notifications
- ⊕ Create
- Profile




- Threads
- More