ROBERT E. ALLEN - State Bar No. 166589
rallen@glaserweil.com
LARA A. PETERSEN - State Bar No. 318475
lpetersen@glaserweil.com
JASON C. LINGER - State Bar No. 323031
jlinger@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Plaintiff
JEFFREY B. SEDLIK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01102-DSF-MRW<br><br>Hon. Dale S. Fischer,<br>U.S. District Court Judge<br><br>**DECLARATION OF JASON C. LINGER IN SUPPORT OF PLAINTIFF JEFFREY B. SEDLIK'S REPLY MEMORANDUM IN SUPPORT OF HIS RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND REQUEST FOR A NEW TRIAL**<br><br>Hearing Date: April 1, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 7D<br>First Street Courthouse<br>350 West 1st Street<br>Los Angeles, CA 90012 |

# DECLARATION OF JASON C. LINGER

I, Jason C. Linger, declare as follows:

1. I am an attorney licensed to practice in this Court and in the State of California. I am with the law firm Glaser Weil Fink Howard Jordan & Shapiro, LLP, counsel for Plaintiff Jeffrey B. Sedlik ("Plaintiff" or "Sedlik") in the above-entitled action.

2. I make this declaration in support of Plaintiff Jeffrey B. Sedlik's Reply Memorandum In Support Of His Renewed Motion For Judgment As A Matter Of Law And Request For A New Trial.

3. Attached hereto as Exhibit A is a true and correct copy of the relevant transcript excerpts from the trial proceedings held January 23, 2024 through January 26, 2024.

4. Attached hereto as Exhibit B is a true and correct copy of the relevant transcript excerpts for the motion to withdraw as attorney proceedings held on November 21, 2022.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on March 18, 2024.

*/s/ Jason C. Linger*
Jason C. Linger