# EXHIBIT B

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

JEFFREY B. SEDLIK,                     )
                                       )
                Plaintiff,             )
                                       )
                                       )
        v.                             )   No. CV 21-1102-DSF-MRW
                                       )
KATHERINE VON DRACHENBERG an           )
individual also known as Kat Von D,    )
                                       )
                Defendant.             )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

Monday, November 21, 2022, 1:29 P.M.

Motion to Withdraw as Attorney

```
                              PAT CUNEO CSR 1600, CRR-CM
                              Official Reporter
                              First Street Courthouse
                              Room 4311
                              350 West 1st Street
                              Los Angeles, California 90012
                              213-894-1782
                              patcuneo1600@gmail.com
                              www.patcuneo.com
```

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:      SRIPLAW PA
                             BY:  JOEL B. ROTHMAN, ATTORNEY AT LAW
 3                           AND  MATTHEW ROLLIN, ATTORNEY AT LAW
                             21301 Powerline Road
 4                           Suite 100
                             Boca Raton, Florida  33433
 5                           561-404-4350
                             joel.rothman@sriplaw.com
 6

 7   FOR THE DEFENDANT:      GRODSKY OLECKI & PURITSKY LLP
                             BY:  ALLEN B. GRODSKY, ATTORNEY AT LAW
 8                           11111 Santa Monica Boulevard
                             Suite 1070
 9                           Los Angeles, California  90025
                             310-315-3009
10                           allen@thegolawfirm.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

5

1          THE COURT:  Yes.
2          THE PLAINTIFF:  So first in response to my counsel
3 who I respect, he's a respected attorney.  This disagreement
4 is not merely stylistic.  It's not something about emphasis.
5 He made statements during the hearing that were counter to
6 my positions in the case, statements that I had never agreed
7 to and statements for which I had given him express
8 information indicating the opposite of what he was saying as
9 recently as the day before the hearing.
10          And the reason that I wrote to the Court was
11 because actually during the hearing I expressed my
12 objections to counsel in writing on a pad saying:  Retract
13 that.  That's not correct.  I object, et cetera.
14          And he responded back on that pad:  No, I will
15 not, repeatedly, and I was in shock and dismayed and
16 disturbed and kept asking him to correct his statements, to
17 adhere to my legal positions in the case and he refused.
18          The conversation did continue outside and then
19 when I asked him to please contact the Court to advise that
20 he had not correctly represented my legal positions in the
21 case, he declined and at that time said that he would --
22 that I would need to pursue the case *Pro Se* or find another
23 counsel.
24          That night I wrote to him again to ask him to
25 please contact the Court and the defense so that the

1  perhaps not as extensive as many of your cases but
2  nevertheless fairly extensive; and whoever I retain is going
3  to need time to come up to speed and be able to come back in
4  and represent my positions in the case.
5              And one of those issues and without -- again,
6  without getting into specifics on the infringements or
7  anything like that.  But the whole discussion about Warhol
8  was opposite of my position and opposite of my previous
9  efforts in this case to communicate with the defense to
10 reach agreement on a stay in this matter.
11             Because I completely disagree with the statements
12 that my counsel as to the relevance of the Warhol case to
13 this case; and I am involved in the Warhol case directly as
14 an expert on whose opinion was relied by the Second Circuit;
15 and I submitted an *amicus* brief, et cetera.
16             I know that case and I know it's relevant to
17 precisely the points that are at issue in this case and I
18 don't want to try this case twice.  I don't want to use the
19 Court's time to try it twice.  And for that reason, we made
20 an earlier effort which was rejected by opposing counsel.
21             And I made that known to my counsel and I have
22 never represented that I would not accept an opportunity
23 such as what Your Honor seemed to present tentatively for us
24 to wait for that Warhol decision because it will inevitably
25 cause us to have to redo everything in this case.

1            I do agree, though, that it is certainly possible
2  that the Supreme Court will make a decision in Warhol that
3  would effect the appropriate jury instructions in a fair use
4  decision.  It is likely to be the case that that will happen
5  and I understand that.
6            And I also -- and I'm certainly not interested in
7  trying this case twice as I'm sure I doubt anybody is.
8            THE COURT:  And that's why I was probably going to
9  stay it anyway.  But I do agree that I need to set a time
10 frame so that Mr. Sedlik has that in mind.  He can find
11 someone to represent him and then that person can
12 communicate with you and do what needs to be done to get
13 ready for the trial or maybe settle the case.  Maybe that
14 would be an opportunity to think about that again.
15           I don't know what else was said that Mr. Sedlik
16 apparently -- I should say -- says he did not authorize.  I
17 don't need to decide which of the people over here is being
18 more accurate because it's obvious that there's been an
19 irretrievable breakdown in the relationship between counsel
20 and their client.
21           So I'm going to relieve them and, Mr. Sedlik, I'll
22 give you 60 days to find new counsel to make an appearance.
23 That, I would think, would be plenty.  But if for some
24 reason you are diligently attempting to find someone and you
25 can't, you can certainly ask for additional time but that