ROBERT E. ALLEN (SBN 166589)
rallen@glaserweil.com
LARA A. PETERSEN (SBN 318475)
lpetersen@glaserweil.com
JASON C. LINGER (SBN 323031)
jlinger@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiff
JEFFREY B. SEDLIK

ALLEN B. GRODSKY (SBN 111064)
allen@thegolawfirm.com
TIM B. HENDERSON (SBN 281159)
tim@thegolawfirm.com
GRODSKY, OLECKI & PURITSKY, LLP
11111 Santa Monica Boulevard
Suite 1070
Los Angeles, CA 90025
(310) 315-3009 – Telephone
(310) 315-1557 – Facsimile

Attorneys for Defendants
Katherine Van Drachenberg aka Kat Von D, Kat Von D, Inc., and High Voltage Tattoo, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>             Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 2:21-cv-01102-DSF-MRW<br><br>Hon. Dale S. Fischer<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND REQUEST FOR A NEW TRIAL**<br><br>Current Hearing Date: April 1, 2024<br><br>Proposed Hearing Date: April 15, 2024 |

The parties, by and through their respective counsel of record, hereby respectfully submit this Stipulation for the Court's approval, as follows:

WHEREAS, Plaintiff filed his renewed motion for judgment as a matter of law and request for a new trial (the "Motion") on February 27, 2024 (ECF 234);

WHEREAS, the Motion is now fully briefed and ripe for the Court's resolution (Defendants' Opposition (ECF 236), Plaintiff's Reply (ECF 241));

WHEREAS, the hearing date on Plaintiff's motion is currently noticed for April 1, 2024;

WHEREAS, Robert E. Allen, lead counsel for Plaintiff, will be traveling out of the country on April 1, 2024 and cannot attend the hearing on this date;

WHEREAS, counsel for Plaintiff has conferred with counsel for Defendants, and the parties have agreed to request a continuance of the hearing date to April 15, 2024; and

WHEREAS, the parties have not previously sought any extensions related to the briefing or hearing on Plaintiff's motion;

NOW, THEREFORE, the parties hereby jointly agree and stipulate as follows:

1. The hearing date for Plaintiff's motion shall be continued from April 1 to April 15, 2024.

2. A proposed order is submitted herewith.

IT IS SO STIPULATED.

DATED: March 21, 2024

GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP

By: /s/ Robert E. Allen

ROBERT E. ALLEN
LARA A. PETERSEN
JASON C. LINGER

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| 1 | DATED: March 21, 2024 | GRODSKY, OLECKI & PURITSKY LLP |
| 2 | | |
| 3 | | By: /s/ Allen B. Grodsky |
| 4 | | ALLEN B. GRODSKY |
| 5 | | TIM B. HENDERSON |
| 6 | | *Attorneys for Defendants* |