UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>             Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 2:21-cv-01102-DSF-MRW<br><br>Hon. Dale S. Fischer<br><br>**[PROPOSED] ORDER REGARDING HEARING DATE FOR PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND REQUEST FOR A NEW TRIAL** |

The Court has received, reviewed, and considered the parties' Joint Stipulation To Continue Hearing Date For Plaintiff's Renewed Motion For Judgment As A Matter Of Law And Request For A New Trial.

NOW, THEREFORE, for good cause shown, the stipulation is **APPROVED**. The Court hereby **ORDERS** as follows:

1. The hearing date for Plaintiff's motion shall be continued from April 1 to April 15, 2024.

**IT IS SO ORDERED.**

Dated:   March ___, 2024

_____
Dale S. Fischer
United States District Judge