1  ROBERT E. ALLEN (SBN 166589)
   rallen@glaserweil.com
2  LARA A. PETERSEN (SBN 318475)
   lpetersen@glaserweil.com
3  JASON C. LINGER (SBN 323031)
   jlinger@glaserweil.com
4  GLASER WEIL FINK HOWARD
5    JORDAN & SHAPIRO LLP
   10250 Constellation Boulevard
6  19th Floor
   Los Angeles, California 90067
7  Telephone:  (310) 553-3000
   Facsimile:   (310) 556-2920
8
9  *Attorneys for Plaintiff*
   *JEFFREY B. SEDLIK*

ALLEN B. GRODSKY (SBN 111064)
allen@thegolawfirm.com
GRODSKY, OLECKI & PURITSKY, LLP
11111 Santa Monica Boulevard
Suite 1070
Los Angeles, CA 90025
(310) 315-3009 – Telephone
(310) 315-1557 – Facsimile

*Attorneys for Defendants*
*Katherine Van Drachenberg aka Kat Von D,*
*Kat Von D, Inc., and High Voltage Tattoo,*
*Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01102-DSF-MRW<br><br>Hon. Dale S. Fischer<br><br>**JOINT STIPULATION REGARDING CASH DEPOSIT TO STAY EXECUTION OF TAXATION OF COSTS PENDING PLAINTIFF'S POST-TRIAL MOTION AND ANY POTENTIAL APPEAL**<br><br>*Filed Concurrently With Proposed Order* |

Plaintiff Jeffrey B. Sedlik ("Plaintiff") and Defendants Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc. ("Defendants"), by and through their respective counsel of record, hereby submit the following Stipulation:

WHEREAS, on January 30, 2024, following a four-day jury trial, the Court entered judgment in favor of Defendants (ECF 223);

WHEREAS, on February 27, 2024, pursuant to Rules 50 and 59 of the Rules of Civil Procedure, Plaintiff filed a motion for judgment as a matter as a matter of law and new trial (ECF 234, the "Post-Trial Motion"), which remains pending;

WHEREAS, on April 12, 2024, the Court entered a bill of costs for Defendants, ordering Plaintiff to pay taxable costs in the amount of $17,788.79 (ECF 246, the "Cost Award"); and

WHEREAS, counsel for the parties met and conferred regarding the terms of a cash deposit to be posted by Plaintiff to secure the Cost Award pursuant to Local Rule 65-10, Rule 62 of the Rules of Civil Procedure, and Rules 7 and 8 of the Rules of Appellate Procedure, pending the resolution of Plaintiff's Post-Trial Motion and any potential appeal.

NOW, THEREFORE, the parties hereby jointly agree and stipulate:

1. Plaintiff shall post a cash deposit in the amount of $17,788.79 (the "Cash Deposit") for purposes of securing payment of the Cost Award;

2. Plaintiff shall post the Cash Deposit by writing and delivering a $17,788.79 cashier's check made out to "Clerk, U.S. District Court" for the Central District of California within 10 days of the Court issuing an order approving this Stipulation. The Court Clerk shall deposit Plaintiff's funds into the Court's registry pending further order of the Court; and

3. Pursuant to Rule 62 of the Federal Rules of Civil Procedure and Rules 7 and 8 of the Federal Rules of Appellate Procedure, Plaintiff's posting of the Cash Deposit shall be sufficient to stay execution of the Cost Award pending resolution of Plaintiff's Post-Trial Motion and any potential appeal.

**IT IS SO STIPULATED.**

DATED: April 29, 2024

GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP

By: /s/ Robert E. Allen

ROBERT E. ALLEN
LARA A. PETERSEN
JASON C. LINGER

*Attorneys for Plaintiff*

DATED: April 29, 2024

GRODSKY, OLECKI & PURITSKY LLP

By: /s/ Allen B. Grodsky

ALLEN B. GRODSKY

*Attorneys for Defendants*

## LOCAL RULE 5-4.3.4 ATTESTATION

The filer of this document hereby attests that all other signatories listed above on whose behalf this document is submitted concur in the document's content and have concurred in the filing.

DATED: April 29, 2024

GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP

By: /s/ Robert E. Allen

ROBERT E. ALLEN
LARA A. PETERSEN
JASON C. LINGER

*Attorneys for Plaintiff*