cc: Fiscal Section

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01102-DSF-MRW<br><br>Hon. Dale S. Fischer<br><br>**ORDER APPROVING CASH DEPOSIT AND STAYING EXECUTION OF TAXATION OF COSTS PENDING PLAINTIFF'S POST-TRIAL MOTION AND ANY POTENTIAL APPEAL** |

The Court has received, reviewed, and considered Plaintiff Jeffrey B. Sedlik and Defendants Katherine Von Drachenberg, Kat Von D, Inc., and High Voltage Tattoo, Inc.'s Stipulation Regarding Cash Deposit To Stay Execution of Taxation of Costs Pending Plaintiff's Post-Trial Motion and Any Potential Appeal. Good cause showing, the Court **ORDERS** as follows:

1. Plaintiff shall post a cash bond in the amount of $17,788.79 (the "Cash Bond") for purposes of securing payment of the bill of costs entered by the Court on April 12, 2024 (ECF 246, "the Cost Award");

2. Plaintiff shall post the Cash Bond by writing and delivering a $17,788.79 cashier's check made out to "Clerk, U.S. District Court" for the Central District of California within 10 days of the Court issuing an order approving this Stipulation. Plaintiff shall deposit into the Registry of the Court the Cash Bond in the amount of $17,788.79 in accordance with Local Rule 65-10; and

3. Pursuant to Rule 62 of the Federal Rules of Civil Procedure and Rules 7 and 8 of the Federal Rules of Appellate Procedure, Plaintiff's posting of the Cash Bond shall be sufficient to stay execution of the Cost Award pending resolution of Plaintiff's Post-Trial Motion (ECF 234) and any potential appeal.

**IT IS SO ORDERED.**

Dated: May 3, 2024

Dale S. Fischer
United States District Judge