ROBERT E. ALLEN (SBN 166589)
rallen@glaserweil.com
LARA A. PETERSEN (SBN 318475)
lpetersen@glaserweil.com
JASON C. LINGER (SBN 323031)
jlinger@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Plaintiff*
*JEFFREY B. SEDLIK*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br><br>                    Plaintiff,<br><br>       v.<br><br>KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 2:21-cv-01102-DSF-MRW<br><br>Hon. Dale S. Fischer<br>Courtroom 7D<br><br>**PLAINTIFF JEFFREY B. SEDLIK'S NOTICE OF APPEAL**<br><br>Action Filed: February 7, 2021<br><br>Trial: January 23-26, 2024 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Jeffrey B. Sedlik ("Plaintiff") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered on January 30, 2024 (the "Judgment," Dkt. No. 223) as well as any and all rulings, decisions, and orders adverse to Plaintiff, including, but not limited to, rulings, decisions, and orders on the record at hearings prior to and during the trial.

A true and correct copy of the Judgment is attached hereto as **Exhibit A**.

For the avoidance of doubt, Plaintiff's appeal includes, but is not limited to, the following:

1. The rulings adverse to Plaintiff in the order regarding Defendants' motion to compel (Dkt. No. 25, **Exhibit B**);

2. The rulings adverse to Plaintiff in the Court's summary judgment order (Dkt. No. 69, **Exhibit C**);

3. The rulings adverse to Plaintiff in the Court's order on the motions to exclude Defendants' expert testimony (Dkt. No. 71, **Exhibit D**);

4. The rulings adverse to Plaintiff in the Court's order regarding the parties' motions for reconsideration of the summary judgment order (Dkt. No. 160, **Exhibit E**);

5. The rulings adverse to Plaintiff in the Court's order granting Defendants' motion to quash (Dkt. No. 200, **Exhibit F**);

6. The rulings adverse to Plaintiff in the Court's order on the parties' motions *in limine*, including, but not limited to, the Court's exclusion of Plaintiff's expert testimony (Dkt. No. 201, **Exhibit G**);

7. The rulings adverse to Plaintiff in the Court's written order (Dkt. No. 206, **Exhibit H**) and oral orders at trial regarding the parties' evidentiary objections to the trial exhibits;

8. The rulings adverse to Plaintiff in the Court's order on the parties' evidentiary objections to the deposition of Bryan Vanegas (Dkt. No. 207, **Exhibit I**);

9.  The rulings adverse to Plaintiff regarding Plaintiff's motions for directed verdict or judgment as a matter of law during trial;

10. The Jury Verdict dated January 26, 2024 (Dkt. No. 217, **Exhibit J**);

11. The rulings adverse to Plaintiff regarding the jury instructions (Dkt. No. 219, **Exhibit K**) and all previous versions thereof;

12. The rulings adverse to Plaintiff in the Court's order on Defendants' motion to tax costs (Dkt. No. 244, **Exhibit L**); and

13. The rulings adverse to Plaintiff in the Court's order on Plaintiff's motion for judgment as a matter of law and request for a new trial (Dkt. No. 249, **Exhibit M**).

Pursuant to Ninth Circuit Rule 3-2, a Representation Statement identifying all parties to the action, along with the names, addresses, and telephone number of their respective counsel, is attached hereto as **Exhibit N**.

DATED: May 22, 2024

GLASER WEIL FINK HOWARD
    JORDAN & SHAPIRO LLP

By: /s/ Robert E. Allen

ROBERT E. ALLEN
LARA A. PETERSEN
JASON C. LINGER

*Attorneys for Plaintiff*
JEFFREY B. SEDLIK