# EXHIBIT I

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK,<br>　　Plaintiff,<br><br>　　　　v.<br><br>KATHERINE VON<br>DRACHENBERG, et al.,<br>　　Defendants. | No.: 2:21-cv-01102-DSF-MRW<br><br>Rulings on Evidentiary Objections<br>to Vanegas Deposition |

## Plaintiff's Objections

Plaintiff's objections to the testimony at 30:21-31:7 and 55:13-56:6 are sustained. All other objections are overruled.

## Defendants' Objections

Defendants' objections to the specified testimony from 31:15 through 58:3 are sustained. All other objections are overruled.

IT IS SO ORDERED.

Date: January 22, 2024

_____
Dale S. Fischer
United States District Judge