# EXHIBIT N

ROBERT E. ALLEN (SBN 166589)
rallen@glaserweil.com
LARA A. PETERSEN (SBN 318475)
lpetersen@glaserweil.com
JASON C. LINGER (SBN 323031)
jlinger@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Plaintiff*
*JEFFREY B. SEDLIK*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY B. SEDLIK, | Case No.: 2:21-cv-01102-DSF-MRW |
| Plaintiff, | Hon. Dale S. Fischer<br>Courtroom 7D |
| v. | **REPRESENTATION STATEMENT** |
| KATHERINE VON DRACHENBERG (a.k.a. "KAT VON D"), an individual; KAT VON D., INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation; and DOES 1 through 10, inclusive, | Action Filed: February 7, 2021<br>Trial: January 23-26, 2024 |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Ninth Circuit Rule 3-2, Plaintiff Jeffrey B. Sedlik provides the following disclosure:

Plaintiff Jeffrey B. Sedlik is represented by the following counsel:

> ROBERT E. ALLEN (SBN 166589)
> rallen@glaserweil.com
> LARA A. PETERSEN (SBN 318475)
> lpetersen@glaserweil.com
> JASON C. LINGER (SBN 323031)
> jlinger@glaserweil.com
> GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
> 10250 Constellation Boulevard, 19th Floor
> Los Angeles, California 90067
> Telephone: (310) 553-3000
> Facsimile: (310) 556-2920

Defendants Katherine Von Drachenberg (a.k.a. "Kat Von D"), Kat Von D, Inc., and High Voltage Tattoo, Inc. are represented by the following counsel:

> ALLEN B. GRODSKY (SBN 111064)
> allen@thegolawfirm.com
> GRODSKY, OLECKI & PURITSKY, LLP
> 11111 Santa Monica Boulevard, Suite 1070
> Los Angeles, CA 90025
> Telephone: (310) 315-3009
> Facsimile: (310) 315-1557

DATED: May 22, 2024

GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

By: /s/ Robert E. Allen
ROBERT E. ALLEN
LARA A. PETERSEN
JASON C. LINGER

*Attorneys for Plaintiff*
*JEFFREY B. SEDLIK*