1  ROBERT E. ALLEN (SBN 166589)
   rallen@glaserweil.com
2  LARA A. PETERSEN (SBN 318475)
   lpetersen@glaserweil.com
3  JASON C. LINGER (SBN 323031)
   jlinger@glaserweil.com
4  GLASER WEIL FINK HOWARD
5    JORDAN & SHAPIRO LLP
   10250 Constellation Boulevard
6  19th Floor
   Los Angeles, California 90067
7  Telephone:  (310) 553-3000
   Facsimile:   (310) 556-2920
8
9  *Attorneys for Plaintiff*
   *JEFFREY B. SEDLIK*
10

11

12              UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

14

15  JEFFREY B. SEDLIK,                    Case No.: 2:21-cv-01102-DSF-MRW

16              Plaintiff,                Hon. Dale S. Fischer
                                          Courtroom 7D
17  v.
                                          **REPRESENTATION STATEMENT**
18  KATHERINE VON DRACHENBERG
    (a.k.a. "KAT VON D"), an individual;  Action Filed: February 7, 2021
19  KAT VON D., INC., a California
    corporation; HIGH VOLTAGE            Trial: January 23-26, 2024
20  TATTOO, INC., a California corporation;
    and DOES 1 through 10, inclusive,
21
22              Defendants.
23
24
25
26
27
28

2409310.1

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Ninth Circuit Rule 3-2, Plaintiff Jeffrey B. Sedlik provides the following disclosure:

Plaintiff Jeffrey B. Sedlik is represented by the following counsel:

> ROBERT E. ALLEN (SBN 166589)
> rallen@glaserweil.com
> LARA A. PETERSEN (SBN 318475)
> lpetersen@glaserweil.com
> JASON C. LINGER (SBN 323031)
> jlinger@glaserweil.com
> GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
> 10250 Constellation Boulevard, 19th Floor
> Los Angeles, California 90067
> Telephone:  (310) 553-3000
> Facsimile:   (310) 556-2920

Defendants Katherine Von Drachenberg (a.k.a. "Kat Von D"), Kat Von D, Inc., and High Voltage Tattoo, Inc. are represented by the following counsel:

> ALLEN B. GRODSKY (SBN 111064)
> allen@thegolawfirm.com
> GRODSKY, OLECKI & PURITSKY, LLP
> 11111 Santa Monica Boulevard, Suite 1070
> Los Angeles, CA 90025
> Telephone:  (310) 315-3009
> Facsimile:   (310) 315-1557

DATED:  May 22, 2024

GLASER WEIL FINK HOWARD
   JORDAN & SHAPIRO LLP


By: */s/ Robert E. Allen*

ROBERT E. ALLEN
LARA A. PETERSEN
JASON C. LINGER

*Attorneys for Plaintiff*
*JEFFREY B. SEDLIK*

2409310.1