**NOT FOR PUBLICATION**

FILED

AUG 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JEFFREY B. SEDLIK, an individual,

Appellant,

v.

KATHERINE VON DRACHENBERG, AKA Kat Von D, an individual; KAT VON D, INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation,

Appellees.

No. 24-3367

D.C. No.
2:21-cv-01102-DSF-MRW
Central District of California,
Los Angeles

**ORDER**

**MURGUIA**, Chief Judge.

Oral argument in this en banc case will be held at 1:30 p.m. on Tuesday, September 29, 2026, in Courtroom One of the James R. Browning Courthouse, located at 95 7th Street in San Francisco, California 94119.